**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNN GAMBRILL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CS DISCO; KIWI CAMARA; MICHAEL LAFAIR;<br><br>Defendants. | Case No. 1:23-08270 (LAK) (SN)<br><br>Hon. Lewis A. Kaplan |

**DECLARATION OF PATRICK T. EGAN IN SUPPORT OF THE MOTION OF LYNN GAMBRILL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HER SELECTION OF LEAD COUNSEL**

I, PATRICK T. EGAN, declare under penalty of perjury, as follows:

1. I am a partner in the Boston office of Berman Tabacco. I submit this declaration in support of the motion of Lynn Gambrill ("Gambrill") for appointment as Lead Plaintiff, and the approval of her selection of Berman Tabacco as Lead Counsel. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto.

2. A true and correct copy of the notice that Berman Tabacco published over *Business Wire*, a national business-oriented wire service, on September 19, 2023, is attached as **Exhibit A** hereto.

3. In accordance with Section 21D(a)(2) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(2), a true and correct copy of the certification of Lynn Gambrill pursuant to the Private Securities Litigation Reform Act of 1995, is attached as **Exhibit B** hereto. A table

2

showing Gambrill's trading of CS Disco common stock between July 21, 2021 to August 11, 2022, inclusive (the "Class Period"), is included as Exhibit A to the certification.

4. A true and correct copy of a table calculating the losses Gambrill suffered on her investments in CS Disco during the Class Period is attached as **Exhibit C** hereto.

5. A true and correct copy of Berman Tabacco's firm resume is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2023 in Boston, Massachusetts.

*/s/ Patrick T. Egan*
Patrick T. Egan