# EXHIBIT A





# Berman Tabacco Files Securities Class Action Lawsuit Against CS Disco, Inc. (LAW)

September 19, 2023 05:20 PM Eastern Daylight Time

BOSTON--(BUSINESS WIRE)--Berman Tabacco filed a class action lawsuit in U.S. District Court for the Southern District of New York against CS Disco, Inc. ("CS Disco" or the "Company") (NYSE: LAW) and certain of its current and former officers on behalf of persons and entities that purchased shares of CS Disco's common stock between July 21, 2021, and August 11, 2022, inclusive (the "Class Period"), for violations of the Securities Exchange Act of 1934. The case is captioned *Gambrill v. CS Disco, Inc.*, No. 1:23-cv-08270 (S.D.N.Y.).

**Discuss Your Legal Rights and Options**

If you wish to serve as Lead Plaintiff for the Class, you must file a motion to serve as Lead Plaintiff with the Court no later than **November 20, 2023.** Any member of the proposed class may move the Court to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class.

If you purchased shares of CS Disco common stock and sustained losses and would like serve as Lead Plaintiff, please contact us here: Shareholder Contact | Berman Tabacco.

**About the Class Action**

The complaint alleges that during the Class Period, "CS Disco repeatedly touted strong growth in its revenues attributable to customer usage of its cloud-based electronic discovery platform and asserted that it had good advance visibility into changes in the demand from individual customers over time." The complaint also alleges that "[w]hile the Company also acknowledged that its rapid revenue growth was 'usage driven' and may be subject to volatility, it did not inform investors during the Class Period that it had any indication of significant headwinds to its growth."

The complaint further alleges that "[t]he truth began to emerge on August 11, 2022, when CS Disco released financial results for the second quarter of 2022 that shocked investors and analysts alike. Not only did the Company's revenue growth taper drastically [as compared to] past quarters, but the Company alerted the markets that it would no longer be including in its guidance any revenues attributable to its largest customers *for the entire year*." On August 12, 2022, CS Disco common shares fell 53% on heavy volume. A copy of the complaint is available here.

**No Responsibility for Attorney's Fees or Expenses**

Berman Tabacco typically represents individuals and entities in class actions on a contingency fee basis, meaning we advance all attorneys' fees and expenses in the litigation. If the case is successful, the firm will ask the court to award the firm attorneys' fees and the reimbursement of expenses from any settlement fund. If we are not successful, you will not be

responsible for the reimbursement of attorneys' fees or expenses.

**About Berman Tabacco**

Berman Tabacco represents institutions and individuals in lawsuits seeking to recoup losses caused by corporate misconduct and violations of the securities and antitrust laws. Since 1982, our firm has prosecuted hundreds of securities and antitrust complex cases. The firm and its attorneys have been recognized for their work on behalf of plaintiffs, including by *Chambers USA, Benchmark Litigation*, which has ranked the firm as *Highly Recommended* and a *Top Ten Plaintiffs, The Legal 500, U.S. News & World Report-Best Lawyers, The Daily Journal, Lawdragon, Who's Who Legal, and Super Lawyers.*

The firm has offices in Boston, Massachusetts and San Francisco, California.

**This notice may constitute attorney advertising.**

**Past results do not guarantee future outcomes.**

Contacts
Berman Tabacco
Jay Eng, Esq.
One Liberty Square
Boston, Massachusetts
Email: law@bermantabacco.com