# EXHIBIT B

# CERTIFICATION OF LYNN GAMBRILL
## PURSUANT TO FEDERAL SECURITIES LAW

I, Lynn Gambrill, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed a draft class action complaint against CS Disco, Inc. ("CS Disco").

2.       I have authorized Berman Tabacco to file the complaint and/or file a motion for appointment as lead plaintiff and appointment of counsel on my behalf in this litigation.

3.      I did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

4.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition or trial, as necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995.

5.      My transactions in the securities of CS Disco during the Class Period set forth in the class action complaint are set forth in Exhibit A, attached hereto.  Other than the transactions set forth in Exhibit A, I have engaged in no transactions during the Class Period in the securities that are the subject of this action.

6.      During the three-year period preceding the date of this certification, I have not sought to serve, or served, as a representative party on behalf of a class under the federal securities laws.

7.      I will not accept any payment for serving as a class representative beyond my *pro rata* share of any recovery, except for any award as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___Sep 19, 2023___

Lynn Baldwin Gambrill (Sep 19, 2023 12:46 CDT)

Lynn Gambrill

**Exhibit A**

Lynn Gambill

Transactions in CS Disco

| Trade Date | Transaction Type | Number of Shares | Price Per Share |
|---|---|---|---|
| 08/18/21 | Purchase | 20 | $51.84 |
| 08/30/21 | Purchase | 20 | $55.51 |
| 09/13/21 | Purchase | 20 | $55.04 |