# EXHIBIT C

**CS Disco Inc.**
**Common Stock (CUSIP 126327105)**
**Losses**

**Class Period:** 07/21/21 - 08/11/22
**$11.5646 90-Day Look Back Price (08/12/22 - 11/09/22)**
**Shareholder:** Lynn Gambrill

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| | | | Class Period Trading | | | | |
| 08/18/21 | Purchase | 20 | | 20 | $51.84 | ($1,036.80) | $0.00 |
| 08/30/21 | Purchase | 20 | | 40 | $55.51 | ($1,110.20) | $0.00 |
| 09/13/21 | Purchase | 20 | | 60 | $55.04 | ($1,100.80) | $0.00 |
| | | | | | | | |
| Totals: | | 60 | 0 | | | ($3,248) | $0 |
| Shares Held: | | | 60 | | | | |
| Shares Held x $11.5646: | | | $694 | | | | |
| Total (Costs) / Proceeds: | | | ($3,248) | | | | |
| Total (Losses) / Profit: | | | ($2,554) | | | | |