# Exhibit 3

**CS Disco, Inc. Loss Chart**
**between July 21, 2021 and August 11, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 11.53203125 |
| Bert W. Pluyman | 12/27/2021 | 300 | $36.37 | $10,911.00 | 11/15/2022 | 500 | $9.68 | $4,840.05 | 0 | $0.00 | $40,583.30 | |
| | 12/27/2021 | 200 | $36.12 | $7,224.00 | 11/15/2022 | 500 | $9.63 | $4,812.50 | | | | |
| | 12/27/2021 | 300 | $36.59 | $10,977.00 | 11/15/2022 | 500 | $9.58 | $4,789.15 | | | | |
| | 12/27/2021 | 200 | $36.49 | $7,298.00 | | | | | | | | |
| | 12/27/2021 | 200 | $36.96 | $7,392.00 | | | | | | | | |
| | 12/27/2021 | 300 | $37.41 | $11,223.00 | | | | | | | | |