**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNN GAMBRILL, on Behalf of Herself and All Others Similarly Situated, | Civil Action No. 1:23-cv-08270-LAK-SN |
| Plaintiff, | |
| vs. | |
| CS DISCO, KIWI CAMARA, and MICHAEL LAFAIR, | |
| Defendants. | |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MOTION BY RANDAL BLACK FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and lead plaintiff movant, Randal Black ("Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit 1:    Notice published September 19, 2023, via *Business Wire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit 2:    Movant's Certification and Schedule A;

Exhibit 3:    Movant's Loss Chart;

Exhibit 4:    Movant's Declaration; and

Exhibit 5:    Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 20th day of November, 2023.

      *s/ Thomas L. Laughlin, IV*
      THOMAS L. LAUGHLIN, IV

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

        *s/ Thomas L. Laughlin, IV*
        Thomas L. Laughlin, IV

2