# EXHIBIT 3

**LOSS ANALYSIS**

**Class Period: 07/21/2021 to 08/11/2022**

**CS DISCO INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| LAW | 126327105 | BNLYJ93 | US1263271058 | $11.53203 | * |

**Randal Black**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 7/21/2021 | 730 | $32.00 | -$23,360.00 |
| | LIFO Retained Purchases: | 730 | $11.53203 | $8,418.38 |

**\* Value of retained shares is the mean trading price from 08/12/2022 to 11/10/2022**          **LIFO Gain/(Loss):  -$14,941.62**