**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN GAMBRILL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CS DISCO, INC.; KIWI CAMARA; MICHAEL LAFAIR;<br><br>    Defendants. | **CASE No.: 1:23-cv-08270-LAK-SN**<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOVANT BERT W. PLUYMEN'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>**CLASS ACTION** |

1

I, Phillip Kim, declare:

1.      I am an attorney duly licensed to practice in the State of New York and before this Court. I am a partner with The Rosen Law Firm, P.A., counsel for Bert W. Pluymen ("Movant"). I make this declaration in support of Movant's memorandum of law in opposition to competing lead plaintiff motions. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct list of Mr. Black's transactions outside of the daily range.

3.      Attached hereto as Exhibit B is a true and correct list of Ms. Gambrill's transactions outside of the daily range.

4.      I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated: December 4, 2022                     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

2

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 4, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>
Phillip Kim