**Randal Black's Transactions Outside the Daily Range**

| Date | Daily Trading High* | Daily Trading Low* | Trade Price Listed** | Shares Purchased ** | Shares Sold** |
|---|---|---|---|---|---|
| 7/21/2021 | $45.55 | $40.15 | $32.00 | 730 | 0 |

\* Trading information collected from *MarketWatch.com, CS Disco, Inc. (LAW) – Historical Quotes*, https://www.marketwatch.com/investing/stock/law/download-data?mod=mw_quote_tab (last visited November 28, 2023).

\*\* Dkt. No. 16-3.