**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNN GAMBRILL, on behalf of herself and all others similarly situated, | Case No. 1:23-08270 (LAK) (SN) |
| | Hon. Lewis A. Kaplan |
| Plaintiff, | |
| v. | |
| CS DISCO; KIWI CAMARA; MICHAEL LAFAIR; | |
| Defendants. | |

**DECLARATION OF LYNN GAMBRILL IN FURTHER**
**SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Lynn Gambrill, submit this declaration in further support of my motion for appointment as lead plaintiff and approval of my selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      I live in Austin, Texas and have a degree in fine arts from the University of Texas. I also attended graduate school in Washington D.C. and worked on the Hill for former U.S. Representative Geraldine Ferraro. I invested in CS Disco after reading about the Company in a local paper.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.  I will vigorously pursue the claims on behalf of the Class.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my

attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

4.    I have a substantial financial interest in this case based on my losses, which were significant to me.  I thus have an incentive to prosecute this case on behalf of CS Disco shareholders.

5.    I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my pro rata share, except any reasonable costs and expenses—such as lost wages and travel expenses—directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.    I am aware that I have a right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Berman Tabacco to represent the class in this case on a contingency basis.  Prior to filing my complaint and my lead plaintiff application in this case, I spoke with and communicated by email with Berman Tabacco about these filings and about lead plaintiff's role, responsibilities, and process.  I reviewed these documents and authorized their filing.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on __Dec 1, 2023_____ in Austin, Texas.

*Lynn Gambrill*
Lynn Gambrill (Dec 1, 2023 12:31 CST)

LYNN GAMBRILL

2