**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNN GAMBRILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CS DISCO, KIWI CAMARA, and MICHAEL LAFAIR,<br><br>Defendants. | Case No. Case 1:23-08270-LAK |

**DECLARATION OF MICHAEL W. DARK IN FURTHER SUPPORT OF THE MOTION OF LYNN GAMBRILL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HER CHOICE OF LEAD COUNSEL**

I, MICHAEL W. DARK, declare under penalty of perjury, as follows:

1.      I am *of counsel* in the San Francsico office of Berman Tabacco.  I submit this declaration in further support of the motion of Lynn Gambrill ("Gambrill") for appointment as Lead Plaintiff, approval of her selection of Berman Tabacco as Lead Counsel, and in opposition to the motions of competing movant Bert W. Pluyman ("Pluyman").  The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto.

2.      On November 30, 2023, I telephoned Phillip Kim, counsel for movant Pluyman.

3.      During this conversation, I asked whether Mr. Kim could represent that movant Pluyman reviewed his application for lead plaintiff prior to its being filed.

4.      Mr. Kim declined to offer that representation to me.

5.      Attached as Exhibit 1 is a true and correct redline comparing a CS Disco Complaint offered on the website of The Rosen Law Firm with the complaint filed by Berman Tabacco in this matter.

6.      Attached as Exhibit 2 is true and correct copy of the redacted CS Disco Complaint on The Rosen Law Firm website, which is available at https://rosenlegal.com/wp-content/uploads/2023/09/CS-Disco-Complaint-upload.pdf (last visited Dec. 4. 2023).

7.      Attached as Exhibit 3 is a true and correct copy of the Certification and Authorization of Named Plaintiff Pursuant to the Federal Securities Laws dated August 7, 2018 (ECF No. 15-5), filed by The Rosen Law Firm in *Camp v. Qualcomm Inc.*, Case No. 3:18-cv-01208-CAB-AHG (S.D. Cal.).

8.      Attaches as Exhibit 4 is a true and correct copy of the Certification dated November 13, 2023 (ECF No. 23-2), filed by The Rosen Law Firm in *Agarwal v. DigitalOcean Holdings, Inc.*, Case No. 1:23-cv-08060 (S.D.N.Y.).

9.      Based on our investigation, including a review of public records with prior addresses and photos on social media accounts, we believe that Andrew "Drew" Black is the son of Randal Black.

10.      Attached as Exhibit 5 is a true and correct copy of a screenshot from LinkedIn of the profile of Drew Black, which is available at https://www.linkedin.com/in/drewblack/ (last visited Dec. 4, 2023).

11.      Attached as Exhibit 6 is an excerpt from CS Disco's Form Underwriting Agreement filed with the U.S. Securities and Exchange Commission.

12.      Attached as Exhibit 7 is a true and correct copy of a November 30, 2023 letter from Berman Tabacco to counsel for Randal Black ("Black").

13.     On December 1, 2023, counsel for Black left a voicemail at Berman Tabacco stating that he had received the November 30, 2023, letter and didn't think the letter was accurate but regardless, his firm was planning to withdraw Black's motion for lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of December, 2023 in Palm Springs, California.

Michael W. Dark

.