# Exhibit 5



In the ever-evolving business world, staying ahead of the curve is crucial. That's where strategic portfolio management comes in, and we're thrilled to share a new blog that covers the topic thoroughly....                    ...show more

 **Adopt Strategic Portfolio Management: How to Move from Indifference to Embracing Change**
shibumi.com • 5 min read

 22                                                                                    2 comments

Drew Black posted this • 3mo

 I'll be participating in Imagine 2023, which is scheduled for September 19-20 right here in Austin. The Automation Anywhere CoE Manager is powered by Shibumi, and it would be wonderful to have you join me for a chat over coffee, discussing how Shibumi drives some of the most significant transformatio  ...show more

 29

Drew Black reposted this • 6mo

**CoE Manager | Automation Anywhere**
automationanywhere.com • 1 min read

53                                                                                    1 comment

Show all posts →

## Experience

**Manager, Strategic Partnerships**
Shibumi · Full-time
Oct 2022 - Present · 1 yr 3 mos
Austin, Texas, United States

Shibumi is a leader in Strategic Portfolio Management, built for the needs of CIOs, CFOs, EPMOs and operations executives in complex organizations. The platform is the single source of truth to optimize decision-making and...

**Skills:** VARs · Contract Negotiation · Market Analysis · Presentations · New Business Opportunities · Channel Partners · Channel Business · Partner Relationship Management · Strategic Partnerships



### Director, Channel Sales
DISCO · Full-time
Nov 2018 - Oct 2022 · 4 yrs
Austin, Texas Area

DISCO (NYSE:LAW) provides a cloud-native, artificial intelligence-powered legal solution that simplifies ediscovery, legal document review and case management for enterprises, law firms, legal services providers and...

**Skills:** VARs · Contract Negotiation · Market Analysis · Presentations · New Business Opportunities · Channel Partners · Channel Business · Partner Relationship Management · Channel Strategy · Sales Leadership · Channel...



### Director, Client Accounts & Strategic Alliances
Asure Software · Full-time
Aug 2011 - Nov 2018 · 7 yrs 4 mos
Austin, Texas Area

Asure Software, Inc. (Nasdaq: ASUR) headquartered in Austin, Texas, offers cloud-based time and labor management and workspace management solutions that help clients bring space and time together. Asure...

**Skills:** VARs · Contract Negotiation · Presentations · New Business Opportunities · Channel Partners · Channel Business · Partner Relationship Management · Sales Leadership · Sales · Channel Sales · Strategic Alliances



### District Sales Manager
ADP · Full-time
May 2010 - Aug 2011 · 1 yr 4 mos
Austin, Texas Area

ADP (NASDAQ: ADP) is a comprehensive global provider of cloud-based Human Capital Management solutions and Business Process Outsourcing (BPO) services, analytics and compliance expertise.

**Skills:** Contract Negotiation · Presentations · New Business Opportunities · Outside Sales · Sales · Account Management · Channel Sales