# Exhibit 7



November 30, 2023

VIA EMAIL

Thomas L. Laughlin, IV
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Email: tlaughlin@scott-scott.com

RE:  *Gambrill v. CS Disco, et al.*, Case No. 1:23-cv-08270-LAK-SN (S.D.N.Y)

Dear Mr. Laughlin:

We represent Plaintiff and Lead Plaintiff Movant Lynn Gambrill in the above-described action.  Upon reviewing and investigating Randal Black's ("Mr. Black") application, we have certain concerns which we believe should be clarified before the Court decides the pending lead plaintiff motions.

Based on our investigation, we believe that Mr. Black may be related to a former employee of CS Disco, Andrew ("Drew") Black.  According to LinkedIn, Drew is a former Director of Channel Sales who was at the CS Disco from November 2018 through October 2022, in Austin, Texas.  If Drew Black is **not related** to Mr. Black, could you please advise us so?

If the Blacks are related, could you please advise us whether Mr. Black acquired his shares through CS Disco as "friends and family members" of a CS Disco employee?  Also, please advise us whether Drew discussed CS Disco's business with Mr. Black.

Since our oppositions to lead plaintiff applications are due on November 4, 2023, please provide us with a prompt response to these issues.

Yours sincerely,

**Jay Eng**