

Jonathan Stern
jstern@rosenlegal.com

December 8, 2023

**By ECF**

The Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Gambrill v. CS Disco, Inc. et al,* No. 1:23-cv-08270 (LAK) (SN)

Dear Judge Netburn:

We represent Lead Plaintiff Movant Bert W. Pluymen in the CS Disco, Inc. securities class action, *Gambrill v. CS Disco, Inc. et al*, No. 1:23-cv-08270-LAK-SN (S.D.N.Y.). A conference is presently scheduled in this action for 10:00am on December 11, 2023.

On November 20, 2023, three movants, including Mr. Pluymen, filed motions seeking appointment as lead plaintiff and approval of selection of lead counsel. Two of those movants, Randal Black and Lynn Gambrill, have since effectively withdrawn their motions.

On December 4, 2023, Mr. Black filed a Notice of Non-Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel (Docket No. 21) in which he acknowledged that he did not possess the largest financial interest in the action and would therefore not oppose the other movants' motions for appointment as lead plaintiff.

On December 7, 2023, Ms. Gambrill filed a Notice of Withdrawal of Lead Plaintiff and Lead Counsel Motion (Docket No. 28) withdrawing from consideration for appointment as lead plaintiff.

Given these filings, Mr. Pluymen is the sole remaining lead plaintiff movant. As his motion is presently unopposed, we respectfully request that the Court adjourn the conference scheduled for December 11, 2023 *sine die* and take Mr. Pluymen's motion under submission. No previous request for an adjournment of this conference has been made. I have conferred with counsel for

Defendants and they do not object to adjournment of the conference.

Respectfully submitted,

/s/ Jonathan Stern
Counsel for Bert W. Pluymen

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686- 1060 ♦ FAX: (212) 202 - 3827