

Jonathan Stern
jstern@rosenlegal.com

December 13, 2023

**By ECF**

The Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Gambrill v. CS Disco, Inc. et al,* No. 1:23-cv-08270 (LAK) (SN)

Dear Judge Netburn:

We represent Lead Plaintiff Movant Bert W. Pluymen in the CS Disco, Inc. securities class action, *Gambrill v. CS Disco, Inc. et al*, No. 1:23-cv-08270-LAK-SN (S.D.N.Y.).

On December 4, 2023, former competing lead plaintiff movant, Lynn Gambrill, filed an opposition to Mr. Pluymen's lead plaintiff motion speculatively asserting, among other things, that Mr. Pluymen did not constitute an adequate candidate for lead plaintiff as: (1) Mr. Pluymen did not sufficiently certify his financial interest in the matter; (2) Mr. Pluymen's lead plaintiff motion misspelled his name; and (3) Mr. Pluymen did not properly authorize The Rosen Law Firm, P.A. to file a lead plaintiff motion on his behalf. (Docket No. 25).

On December 7, 2023, Ms. Gambrill withdrew her motion to be appointed lead plaintiff. (Docket No. 28).

On December 8, 2023, the Court issued an order requiring that Mr. Pluymen address the alleged deficiencies asserted by Ms. Gambrill. (Docket No. 30). Per the Court's order, attached as Exhibit 1 is the Declaration of Bert W. Pluymen addressing the false speculation from Ms. Gambrill detailed above. Attached as Exhibit 2 is a proposed order appointing Mr. Pluymen as lead plaintiff and The Rosen Law Firm, P.A. as lead counsel.

Based on the foregoing, we respectfully request that the court grant Mr. Pluymen's motion to be appointed lead plaintiff and approve of his selection of The Rosen Law Firm, P.A. as lead counsel.

Respectfully submitted,

/s/ Jonathan Stern
Counsel for Bert W. Pluymen