# Exhibit 1

## DECLARATION OF BERT W. PLUYMEN

I, Bert W. Pluymen, hereby declare under penalty of perjury:

1.      I submit this Declaration in further support of my motion for appointment as Lead Plaintiff and approval of my selection of The Rosen Law Firm, P.A. ("Rosen") as Lead Counsel.

2.      As explained in my Lead Plaintiff motion, for the last 20 years I have been a mediator based in Austin, Texas. Dkt. No. 12, at 7. Prior to that, I was a litigator for over 20 years. I have been a member of the State Bar of Texas since 1974. I received my undergraduate degree from Rice University in 1971. I received my JD *cum laude* from the University of Texas, Austin in 1974.

3.      Contrary to the assertions made by competing lead plaintiff movants, who have since withdrawn their oppositions to my Lead Plaintiff motion, prior to filing my Lead Plaintiff motion on November 20, 2023:

   a. I understood the claims in this case and the duties of serving as Lead Plaintiff; and

   b. I agreed to serve as Lead Plaintiff and approved the selection of Rosen as Lead Counsel.

4.      Furthermore, my transactions in CS Disco are accurately reflected in Schedule A to my PSLRA certification—which was prepared from my brokerage account documentation.  I also provided my brokerage account documentation to

1

Rosen. I understand that the former competing lead plaintiff movants here likewise submitted PSLRA certifications with a similar schedule of transactions.

5.    In addition, I understand that Rosen inadvertently spelled my last name incorrectly in the opening motion papers. Contrary to the assertions of the former competing lead plaintiff movants, this error is not a "red flag" showing my lack of understanding of this case or the lead plaintiff process and duties. Indeed, former competing lead plaintiff movant, Lynn Gambrill, incorrectly spelled her name in her PSLRA certification. Dkt. No. 9-2. The former competing lead plaintiff movants also appeared to have incorrectly prepared loss calculations. Dkt. No. 24. There are no errors in my PSLRA certification or loss calculations.

6.    Should the Court grant my motion, I look forward to working with Rosen to prosecute this action and to maximize the recovery for investors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:    12/13/2023

DocuSigned by:

*Bert Pluymen*

A7B1CBFCB3284FB...

Bert W. Pluymen

2