**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR;<br><br>    Defendants. | **CASE No.: 1:23-cv-08270-LAK-SN**<br><br>**CLASS ACTION** |

**JOINT STIPULATION AND ORDER (I) TRANSFERRING VENUE TO THE AUSTIN DIVISION OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS; AND (II) SETTING PLEADING SCHEDULE**

Pursuant to 28 U.S.C. § 1404(a), Lead Plaintiff Bert W. Pluymen ("Lead Plaintiff") and Defendants CS Disco, Inc., Kiwi Camara, and Michael LaFair (collectively, the "Defendants") file this Joint Stipulation to request the Court to transfer this case to the United States District Court in the Austin Division of the Western District of Texas.

WHEREAS, on September 19, 2023, the above-captioned putative class action was commenced against Defendants, asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Dkt. No. 1);

WHEREAS, on December 14, 2023, after briefing on competing motions for appointment of lead plaintiff and selection of counsel, the Court appointed Bert W. Pluymen as Lead Plaintiff and his counsel, The Rosen Law Firm, P.A. as Lead Counsel (Dkt. No. 32);

WHEREAS, Defendant CS Disco, Inc. is headquartered in Austin, Texas, Defendants Kiwi Camara and Michael LaFair reside in Austin, Texas, and most of the relevant documents and witnesses are located in Austin, Texas;

1

WHEREAS, 28 U.S.C. § 1404(a) provides that:

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

WHEREAS, the Defendants believe that, because this action is brought pursuant to federal law, because Defendant CS Disco, Inc. is headquartered in Austin, Texas, and because Defendants Kiwi Camara and Michael LaFair reside in Austin, Texas, this action could have been brought initially in the Austin Division of the U.S. District Court for the Western District of Texas, making transfer to the Austin Division of the U.S. District Court for the Western District of Texas appropriate under 28 U.S.C. § 1404(a); and

WHEREAS, Lead Plaintiff, who did not file the initial complaint in this action, does not object to transfer of this action to the Austin Division of the U.S. District Court for the Western District of Texas.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, subject to the Court's approval, as follows:

1.      This action is hereby transferred to the Austin Division of the U.S. District Court for the Western District of Texas, pursuant to 28 U.S.C. § 1404(a);

2.      Lead Plaintiff shall file an amended complaint by the later of (a) February 23, 2024; or (b) fourteen (14) days after the action is transferred to the Austin Division of the U.S. District Court for the Western District of Texas;

3.      Within twenty (20) days after this action is transferred to the Austin Division for the U.S. District Court for the Western District of Texas, Lead Plaintiff and Defendants shall submit a proposed briefing schedule for Defendants' anticipated motion to dismiss the Lead Plaintiff's amended complaint.

Dated: January 3, 2024                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Stern
Phillip Kim
Laurence M. Rosen
Jonathan Stern
275 Madison Avenue, 40th Floor
New York, New York 10016
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*


Dated: January 3, 2024                    **COOLEY LLP**

/s/ Aric H. Wu
Aric H. Wu
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6559
Email: ahwu@cooley.com

*Counsel for Defendants*


\* \* \*


**IT IS SO ORDERED.**


Dated: _____January 8_____, 2024          _____
                                          SARAH NETBURN
                                          United States Magistrate Judge

3