CLOSED,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23–cv–08270–LAK–SN

| | |
|---|---|
| Gambrill v. CS Disco, Inc. et al | Date Filed: 09/19/2023 |
| Assigned to: Judge Lewis A. Kaplan | Date Terminated: 01/08/2024 |
| Referred to: Magistrate Judge Sarah Netburn | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Lead Plaintiff**

**Bert W. Pluyman**                    represented by   **Phillip C. Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212–686–1060
Fax: 212–202–3827
Email: pkim@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Bert W. Pluymen**                    represented by   **Jonathan Stern**
The Rosen Law Firm, P.A.
275 Madison Avenue
40th Floor
New York, NY 10016
212–686–1060
Email: jstern@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Gambrill**                    represented by   **Patrick Thomas Egan**
*on behalf of herself and all others similarly*           Berman Tabacco
*situated*                              One Liberty Square
Boston, MA 02109
617–542–8300
Email: pegan@bermantabacco.com
*ATTORNEY TO BE NOTICED*

**Michael W. Dark**
Berman Tabacco
425 California Street
Suite 2300
San Francisco, CA 94104
415–433–3200
Email: mdark@bermantabacco.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Randal Black**                                           represented by   **Thomas Livezey Laughlin , IV**
Scott + Scott, L.L.P.( NYC)
230 Park Avenue
17th Floor
New York, NY 10169
(212) 223−6444
Fax: (212) 223−6334
Email: tlaughlin@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CS Disco, Inc.**                                         represented by   **Aric Hugo Wu**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212−479−6550
Fax: 212−479−6275
Email: ahwu@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kiwi Camara**                                            represented by   **Aric Hugo Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Lafair**                                         represented by   **Aric Hugo Wu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2023 | Ï 1 | COMPLAINT against CS Disco, Inc., Kiwi Camara, Michael Lafair. (Filing Fee $ 402.00, Receipt Number ANYSDC−28308906)Document filed by Lynn Gambrill..(Dark, Michael) (Entered: 09/19/2023) |
| 09/19/2023 | Ï 2 | CIVIL COVER SHEET filed..(Dark, Michael) (Entered: 09/19/2023) |
| 09/19/2023 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to CS Disco, Inc.; Kiwi Camara and Michael Lafair, re: 1 Complaint. Document filed by Lynn Gambrill..(Dark, Michael) (Entered: 09/19/2023) |

| 09/19/2023 | Ï 4 | NOTICE OF APPEARANCE by Patrick Thomas Egan on behalf of Lynn Gambrill..(Egan, Patrick) (Entered: 09/19/2023) |
|---|---|---|
| 09/20/2023 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 09/20/2023) |
| 09/20/2023 | Ï | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | Ï | Case Designated ECF. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Michael W. Dark. The party information for the following party/parties has been modified: Lynn Gambrill. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to CS Disco, Inc., Kiwi Camara, Michael Lafair..(pc) (Entered: 09/20/2023) |
| 09/21/2023 | Ï 6 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). All such motions. Referred to Magistrate Judge Sarah Netburn. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 9/21/23) (yv) (Entered: 09/21/2023) |
| 11/20/2023 | Ï 7 | MOTION to Appoint Counsel ., MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) . Document filed by Lynn Gambrill..(Egan, Patrick) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) . . Document filed by Lynn Gambrill..(Egan, Patrick) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 9 | DECLARATION of Patrick T. Egan in Support re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) .. Document filed by Lynn Gambrill. (Attachments: # 1 Exhibit A – PSLRA Notice, # 2 Exhibit B – Gambrill Certification, # 3 Exhibit C – Gambrill Losses, # 4 Exhibit D – BT Firm Biography).(Egan, Patrick) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 10 | PROPOSED ORDER. Document filed by Lynn Gambrill. Related Document Number: 7 ..(Egan, Patrick) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 11/20/2023) |
| 11/20/2023 | Ï 11 | MOTION to Appoint Bert W. Pluyman to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. Document filed by Bert W. Pluyman..(Kim, Phillip) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 12 | MEMORANDUM OF LAW in Support re: 11 MOTION to Appoint Bert W. Pluyman to serve as lead plaintiff(s) . MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. Document filed by Bert W. Pluyman. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Rosen Law Firm Resume).(Kim, Phillip) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 13 | PROPOSED ORDER. Document filed by Bert W. Pluyman. Related Document Number: 11 ..(Kim, Phillip) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 11/20/2023) |

| 11/20/2023 | Ï 14 | MOTION to Appoint Randal Black to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Randal Black. (Attachments: # 1 Proposed Order Text of Proposed Order).(Laughlin, Thomas) (Entered: 11/20/2023) |
|---|---|---|
| 11/20/2023 | Ï 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Appoint Randal Black to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Randal Black..(Laughlin, Thomas) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 16 | DECLARATION of THOMAS L. LAUGHLIN, IV in Support re: 14 MOTION to Appoint Randal Black to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Randal Black. (Attachments: # 1 Exhibit 1 – PSLRA Notice, # 2 Exhibit 2 – Movants Certification, # 3 Exhibit 3 – Movants Loss Chart, # 4 Exhibit 4 – Movants Declaration, # 5 Exhibit 5 – Scott+Scott Firm Resume).(Laughlin, Thomas) (Entered: 11/20/2023) |
| 11/21/2023 | Ï | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 10 Proposed Order was reviewed and approved as to form. (km) (Entered: 11/21/2023) |
| 11/21/2023 | Ï | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 13 Proposed Order was reviewed and approved as to form. (km) (Entered: 11/21/2023) |
| 11/27/2023 | Ï 17 | ORDER: Accordingly, it is hereby ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by December 4, 2023. IT IS FURTHER ORDERED that a conference shall be held on December 11, 2023, at 10:00a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation. IT IS FURTHER ORDERED that the named Plaintiff shall promptly serve a copy of this Order on each of the defendants. (Status Conference set for 12/11/2023 at 10:00 AM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 11/27/2023) (dsh) (Entered: 11/27/2023) |
| 12/01/2023 | Ï 18 | NOTICE OF APPEARANCE by Aric Hugo Wu on behalf of CS Disco, Inc., Kiwi Camara, Michael Lafair..(Wu, Aric) (Entered: 12/01/2023) |
| 12/01/2023 | Ï 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CS Disco, Inc...(Wu, Aric) (Entered: 12/01/2023) |
| 12/01/2023 | Ï 20 | PROPOSED STIPULATION AND ORDER. Document filed by Lynn Gambrill..(Egan, Patrick) (Entered: 12/01/2023) |
| 12/04/2023 | Ï 21 | NOTICE of Non–Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel re: 14 MOTION to Appoint Randal Black to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Randal Black..(Laughlin, Thomas) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 22 | JOINT STIPULATION AND ORDER REGARDING TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO OPERATIVE COMPLAINT: IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows: 1. The Defendants need not answer, move against, or otherwise respond to the complaint, except to the extent set forth in paragraph 2; 2. Within 20 days after this Court appoints a Lead Plaintiff, Defendants and the Lead Plaintiff will meet and confer to discuss a schedule for the filing by Lead Plaintiff of an amended or consolidated complaint or the designation of an operative complaint, and Defendants' time to answer, move against, or otherwise respond to the operative complaint. After meeting and conferring, Lead Plaintiff and Defendants shall propose a schedule to the Court for the filing of the consolidated or amended complaint, if any, and Defendants response to the operative complaint in this action, as further set forth. (Signed by Magistrate Judge Sarah Netburn on 12/4/2023) (mml) (Entered: 12/04/2023) |

| | | |
|---|---|---|
| 12/04/2023 | Ï 23 | MEMORANDUM OF LAW in Opposition re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) ., 14 MOTION to Appoint Randal Black to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Bert W. Pluymen..(Kim, Phillip) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 24 | DECLARATION of Phillip Kim in Opposition re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) ., 14 MOTION to Appoint Randal Black to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Bert W. Pluymen. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Kim, Phillip) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 25 | MEMORANDUM OF LAW in Opposition re: 14 MOTION to Appoint Randal Black to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 11 MOTION to Appoint Bert W. Pluyman to serve as lead plaintiff(s) . MOTION to Appoint Counsel *The Rosen Law Firm, P.A.* . Document filed by Lynn Gambrill..(Egan, Patrick) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 26 | DECLARATION of Lynn Gambrill in Support re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) .. Document filed by Lynn Gambrill..(Egan, Patrick) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 27 | DECLARATION of Michael W. Dark in Support re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) .. Document filed by Lynn Gambrill. (Attachments: # 1 Exhibit 1 – CS Disco Complaint Redline, # 2 Exhibit 2 – CS–Disco–Complaint Rosen, # 3 Exhibit 3 – Camp Singh Certification Rosen, # 4 Exhibit 4 – Digital Ocean Certification Rosen, # 5 Exhibit 5 – Drew Black LinkedIn, # 6 Exhibit 6 – CS Disco Underwriting Agreement Excerpt, # 7 Exhibit 7 – 2023–11–30 Letter).(Egan, Patrick) (Entered: 12/04/2023) |
| 12/07/2023 | Ï 28 | NOTICE of Withdrawal of Lead Plaintiff and Lead Counsel Motion re: 7 MOTION to Appoint Counsel . MOTION to Appoint Lynn Gambrill to serve as lead plaintiff(s) .. Document filed by Lynn Gambrill..(Egan, Patrick) (Entered: 12/07/2023) |
| 12/08/2023 | Ï 29 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Sarah Netburn from Jonathan Stern dated 12/08/2023. Document filed by Bert W. Pluymen..(Stern, Jonathan) (Entered: 12/08/2023) |
| 12/08/2023 | Ï 30 | ORDER terminating 29 Letter Motion to Adjourn Conference. Plaintiff Lynn Gambrill has withdrawn her motion to be appointed as Lead Plaintiff, and Randal Black does not oppose the appointment of Bert Pluymen (though he has not withdrawn his motion). Accordingly, the conference scheduled for December 11, 2023, is ADJOURNED. Pursuant to Fed. R. Civ. P. 42(a) and Section 21D(a)(3) of the Securities Exchange Act of 1934 (the Exchange Act), 15 U.S.C. § 78u–4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the PSLRA), the Court is required to appoint the most adequate plaintiff as the lead plaintiff. In re NYSE Specialists Sec. Litig., 240 F.R.D. 128, 141 (S.D.N.Y. 2007) (quoting 15 U.S.C. §78u–4(a)(3)(B)(i)). The lead plaintiff should be the movant who possesses the largest financial interest in the outcome of the action and who otherwise satisfies the requirements of Federal Rule of Civil Procedure 23. See 15 U.S.C. § 78u–4(a)(3)(B)(iii)(I). Pluymen alleges he lost approximately $40,583.30 in connection with the purchases of CS Disco, Inc. securities. Because he has the largest financial interest, Pluymen is presumed to be the most adequate plaintiff. See 15 U.S.C. § 78u–4(a)(3)(B)(iii)(I) (there is a rebuttable presumption... that the most adequate plaintiff... is the person or group of persons... that... has the largest financial interest in the relief sought by the class.)Gambrill and Black, however, have identified certain deficiencies in Pluymen's application that warrant attention. Accordingly, by Wednesday, December 13, 2023, Pluymen shall file a supplemental affidavit addressing the issues raised in the Gambrill and Black briefs. Assuming the Court is satisfied that Pluymen is an adequate Lead Plaintiff, he will be appointed. To that end, by the same date, Pluymen's counsel shall file a proposed order (1) appointing Pluymen as Lead Plaintiff, and (2) appointing The Rosen Law Firm as Lead Counsel for Lead Plaintiff and the Class. The parties will thereafter follow the schedule ordered by the Court on December 4, 2023.The Clerk of Court is |

| | | |
|---|---|---|
| | | respectfully requested to terminate the motion at ECF No. 29.SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/8/2023) (dsh) (Entered: 12/08/2023) |
| 12/13/2023 | Ï 31 | LETTER addressed to Magistrate Judge Sarah Netburn from Jonathan Stern dated December 13, 2023 re: Pending Motion. Document filed by Bert W. Pluymen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Stern, Jonathan) (Entered: 12/13/2023) |
| 12/14/2023 | Ï 32 | ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL granting 11 Motion to Appoint Movant Bert W. Pluymen as Lead Plaintiff(s); granting 11 Motion to Appoint Counsel. IT IS HEREBY ORDERED THAT: APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL: 1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, Movant is appointed as Lead Plaintiff for the class as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23. 2. Movant's choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel. 3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/14/2023) (mml) (Entered: 12/14/2023) |
| 01/03/2024 | Ï 33 | PROPOSED STIPULATION AND ORDER. Document filed by CS Disco, Inc., Kiwi Camara, Michael Lafair..(Wu, Aric) (Entered: 01/03/2024) |
| 01/08/2024 | Ï 34 | JOINT STIPULATION AND ORDER (I) TRANSFERRING VENUE TO THE AUSTIN DIVISION OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS; AND (II) SETTING PLEADING SCHEDULE: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, subject to the Court's approval, as follows: 1. This action is hereby transferred to the Austin Division of the U.S. District Court for the Western District of Texas, pursuant to 28 U.S.C. § 1404(a); 2. Lead Plaintiff shall file an amended complaint by the later of (a) February 23, 2024; or (b) fourteen (14) days after the action is transferred to the Austin Division of the U.S. District Court for the Western District of Texas; 3. Within twenty (20) days after this action is transferred to the Austin Division for the U.S. District Court for the Western District of Texas, Lead Plaintiff and Defendants shall submit a proposed briefing schedule for Defendants' anticipated motion to dismiss the Lead Plaintiff's amended complaint. IT IS SO ORDERED. (Amended Pleadings due by 2/23/2024.) (Signed by Magistrate Judge Sarah Netburn on 1/8/2024) (mml) (Entered: 01/08/2024) |
| 01/08/2024 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Western District of Texas. (mml) (Entered: 01/08/2024) |