**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | NO. 1:24-cv-00028-RP |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

WHEREAS on March 8, 2024, Lead Plaintiff Bert W. Pluyman filed his Amended Class Action Complaint ("Amended Complaint") (Dkt. 53) in this Court;

WHEREAS on May 10, 2024, Defendants CS Disco Inc., Kiwi Camara, and Michael Lafair (collectively, "Defendants") moved to dismiss Plaintiff's Amended Complaint ("Motion to Dismiss");

WHEREAS Defendants have filed a Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss ("Request for Judicial Notice") concurrently with the motion;

WHEREAS Defendants' Motion to Dismiss has been fully briefed by both parties;

WHEREAS the Court, having considered the Request for Judicial Notice, finds there is good cause to grant the Request for Judicial Notice and take judicial notice of and incorporate by reference into the pleadings the documents attached to the Declaration of Brett H. De Jarnette;

WHEREAS having fully considered the briefing, the Court finds, on the merits, there is

good cause to grant Defendants' Motion to Dismiss.

**IT IS HEREBY ORDERED**:

Defendants' Request for Judicial Notice is **GRANTED.**  The Court takes judicial notice of and incorporates by reference into the pleadings the documents attached to the Declaration of Brett H. De Jarnette.

Defendants' Motion to Dismiss is **GRANTED** and the Amended Complaint is **DISMISSED WITH PREJUDICE**.

**ORDERED** this _____ day of _____, 2024.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' RJN ISO
MTN. TO DISMISS AND MTN. TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
NO. 1:24-CV-00028-RP

-2-