**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00028-RP |
| Plaintiff, | CLASS ACTION |
| v. | |
| CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR, | |
| Defendants. | |

**PLAINTIFF'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**

Plaintiff does not object to Defendants' Request for Judicial Notice to the extent that it seeks notice of the documents for their contents, not the truth of the matters contained therein. However, Plaintiff notes that Defendants' Exhibit 12 has been admitted for an improper purpose. Exhibit 12 is an analyst report regarding CS Disco published on August 11, 2022. Analyst Reports are judicially noticeable "not for the truth of the assertions contained therein, but as an indication of the information available to the public *at the time*." *Firefighters Pension & Relief Fund of the City of New Orleans v. Bulmahn*, 53 F. Supp. 3d 882, 901–02 (E.D. La. 2014) (emphasis added). That is, the analyst report is noticeable for what information was available to the public on August 11, 2022, after Defendants' corrective disclosure on that date. It is therefore improper for Defendants to use the analyst report as evidence of what was known to the market at an earlier time, such as before that corrective disclosure.

1

Dated: July 8, 2024                    Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       /s/ Jonathan Stern
                                       Jonathan Stern (*pro hac vice*)
                                       275 Madison Avenue, 40th Floor
                                       New York, NY 10016
                                       Telephone: (212) 686-1060
                                       Fax: (212) 202-3827
                                       Email: jstern@rosenlegal.com

                                       *Lead Counsel for Plaintiff*

                                       -and-

                                       **KENDALL LAW GROUP, PLLC**
                                       Joe Kendall
                                       Texas Bar No. 11260700
                                       3811 Turtle Creek Blvd., Suite 825
                                       Dallas, Texas 75219
                                       Phone: (214) 744-3000
                                       Fax: (214) 744-3015
                                       Email: jkendall@kendalllawgroup.com

                                       *Liaison Counsel for Plaintiff*

                                       **SCHALL LAW FIRM**
                                       Brian Schall (*pro hac vice* application forthcoming)
                                       2049 Century Park East, Ste. 2460
                                       Los Angeles, California 90067
                                       Telephone: (310) 301-3335
                                       Facsimile: (213) 519-5876
                                       brian@schallfirm.com

                                       *Additional Counsel to Lead Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, a true and correct copy of the foregoing document was

served on all counsel of record registered via the Court's CM/ECF electronic filing system.

/s/ Jonathan Stern
Jonathan Stern
