**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:24-cv-00028-RP |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § § | |
| Defendants. | § § | |

**AGREED JOINT NOTICE OF MANDATORY DISCOVERY STAY UNDER THE PSRLA AND REQUEST FOR ORDER VACATING JULY 15, 2024 ORDER**

Lead Plaintiff Bert W. Pluymen ("Lead Plaintiff") and Defendants CS Disco, Inc. ("CS Disco"), Kiwi Camara, and Michael Lafair, (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Notice of Discovery Stay Under the PSLRA.

1. On March 8, 2024, Lead Plaintiff filed the Amended Class Action Complaint (the "Amended Complaint") (ECF No. 53).

2. On May 10, 2024, Defendants filed their Motion to Dismiss the Amended Complaint (ECF No. 54).

3. Under the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)(3)(B) ("|PSLRA Discovery Stay"); s*ee also Newby v. Enron Corp.*, 338 F.3d 467, 471 (5th Cir. 2003).

4. Because of the automatic PSLRA Discovery Stay, the Parties have conferred and agree that it is premature to set a schedule containing dates certain beyond briefing for the Motion to Dismiss, including for ADR deadlines and other deadlines under the Court's local rules.

306308789 v3

5.    Notwithstanding the applicability of the mandatory stay, if the Court prefers, the Parties will submit a proposed scheduling order with dates unspecified due to the statutory mandatory stay.

THEREFORE, the Parties respectfully request that the Court vacate its order of July 15, 2024 for the Parties to submit a proposed scheduling order.

Respectfully submitted,

Dated:  July 29, 2024

**THE ROSEN LAW FIRM, P.A.**

By:  /s/ Jonathan Stern
          Jonathan Stern

(admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com

*Lead Counsel for the Class*

**KENDALL LAW GROUP, PLLC**

Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Phone: (214) 744-3000
Fax: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Liaison Counsel for the Class*

**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**

By:    /s/ Peter D. Kennedy
          Peter D. Kennedy

State Bar No. 11296650
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Phone: (512) 480-5764
Fax:  (512) 536-9908
Email:  pkennedy@gdhm.com

**COOLEY LLP**

By:    /s/ Patrick E. Gibbs
          Patrick E. Gibbs

(admitted *pro hac vice*)
Email:  pgibbs@cooley.com
Brett H. De Jarnette
(admitted *pro hac vice*)
Email:  pdejarnette@cooley.com
3175 Hanover Street
Palo Alto, California 94304-1130
Phone:  (650) 843-5000
Fax:  (650) 849-7400

*Counsel for Defendants*

306308789 v3

-3-

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties conferred on the issue before seeking the relief sought herein and all parties agreed to pursue such relief as an agreed joint motion.

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs

306308789 v3

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served on all counsel of record on July 29, 2024 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

 */s/ Patrick E. Gibbs*
Patrick E. Gibbs

306308789 v3