**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00028-RP |
| Plaintiff, | CLASS ACTION |
| v. | |
| CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR, | |
| Defendants. | |

**[PROPOSED] ORDER CERTIFYING THE CLASS AND APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL**

Before the Court is Lead Plaintiff Bert Pluymen's ("Plaintiff") Motion for Class Certification (the "Motion"). Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby GRANTED.

Pursuant to Federal Rule of Civil Procedure ("Rule") 23(a), the Court finds that: (i) the Class (as defined below) is so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) the proposed Class Representative's claims are typical of the Class; and (iv) the proposed Class Representative and his counsel will fairly and adequately protect the interests of the Class.

Pursuant to Rule 23(b)(3), the Court finds that questions of law or fact common to members of the Class will predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

1

Pursuant to Rule 23(g), the Court finds that The Rosen Law Firm, P.A. ("Rosen Law") as Class Counsel and Kendall Law Group, PLLC ("Kendall Law") as Liaison Counsel will fairly and adequately represent the interests of the Class as Class Counsel.

**IT IS HEREBY ORDERED THAT:**

1.  This action is hereby certified to proceed as a class action pursuant to Rule 23(a) and (b)(3) on behalf of a Class that is defined as follows:

    All purchasers of CS Disco, Inc.'s common stock between September 3, 2021 and August 11, 2022, inclusive. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

2.  Plaintiff is hereby appointed as Class Representatives pursuant to Rule 23(a).

3.  Rosen Law is hereby appointed as Class Counsel and pursuant to Rule 23(g) and Kendall Law is appointed as Liaison Counsel.

SO ORDERED:


Dated _____, 2025          _____

                                    DAVID A. EZRA
                                    UNITED STATES DISTRICT JUDGE



2