**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR, <br><br> Defendants. | Case No. 1:24-cv-00028-DAE <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JONATHAN STERN IN SUPPORT OF PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS**

I, JONATHAN STERN, hereby declare as follows:

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Bert Pluymen ("Plaintiff"). I submit this declaration in support of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached as Exhibit A is a true and correct copy of Plaintiffs' Summary of Responses to Local Civil Rule 23, Appendix A (Information Required – Motion for Class Action Certification).

3.      Attached as Exhibit B is a true and correct copy of the Declaration of Bert Pluymen in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

4.      Attached as Exhibit C is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

1

5. Attached as Exhibit D is a true and correct copy of Kendall Law Group, PLLC's firm resume.

6. Attached as Exhibit E is a true and correct copy the Expert Report of Zachary Nye, Ph.D.

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct.

Executed: August 4, 2025                    /s/ Jonathan Stern
                                             Jonathan Stern

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, a true and correct copy of the foregoing document was served on all counsel of record registered via the Court's CM/ECF electronic filing system.

/s/ Jonathan Stern
Jonathan Stern