# EXHIBIT A

**APPENDIX A**

**INFORMATION REQUIRED - MOTION FOR CLASS ACTION CERTIFICATION**

A motion to certify a class must include, but is not limited to, the following:

**(1) A brief statement of the case.**

See Section II of Plaintiff's Motion for Class Certification

**(2) A statement defining the class plaintiff seeks to have certified including its geographical and temporal scope.**

All purchasers of CS Disco, Inc.'s common stock between September 3, 2021 and August 11, 2022, inclusive. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

**(3) A description of plaintiff's particular grievance and why that claim qualifies plaintiff as a member of the class as defined.**

Plaintiff purchased CS Disco stock between September 3, 2021 and August11, 2022 and was damaged thereby.

**(4) Whether the plaintiff contends that the action may be maintained under Rule 23(b)(1), 23(b)(2), or Rule 23(b)(3) and why.**

Plaintiff contends the action may be maintained under Rule 23(b)(3) because common issues predominate over any individual issues and because a class action is superior to other methods of adjudication. See Section IV.B.

**(5) A statement respecting the four prerequisites of Federal Rule of Civil Procedure 23(a). The statement shall set forth:**

**(a) The anticipated number of class members and how this number was determined.**

**(b) The common questions of law and fact involved.**

**(c) The reasons why plaintiff's claim is typical of those of the other**

**class members.**

**(d) The reason why representation by the named plaintiff is adequate to protect the**

**interests of the class. This part of the statement shall specifically answer the following**

**questions:**

**(i) Is the claim of the named plaintiff presently or potentially in conflict with that of any**

**members of the class?**

**(ii) Will the claims of the class require subclasses presently or in the future?**

**(iii) What is the prior experience of counsel for the plaintiff that would indicate capability**

**to handle the lawsuit?**

**(iv) Is counsel presently representing or has he at any time represented, a class in any other**

**class action, and if so, when, and how many instances?**

**(v) How many cases is plaintiff's counsel now handling in which class allegations are made?**

See Section IV.A.2

**(6) A statement describing any other pending actions in any court against the defendants**

**alleging the same or similar causes of action.**

Plaintiff is unaware of any such matters

**(7) A statement that the attorney for the named plaintiff has discussed and thoroughly**

**explained to the plaintiff the nature of a class action and potential advantages and**

**disadvantages to the named plaintiff by proceeding in a class action rather than**

**individually.**

Proposed Class Counsel has thoroughly explained to the proposed Class Representative the procedures and duties involved in prosecuting a securities class action, and discussed the advantages and disadvantages of proceeding in a class action rather than individually.

**(8) A statement of the proposed notices to the members of the class and how and when the notices will be given, including a statement regarding security deposit for the cost of notices.**

Notice can be provided to Class members by the effective means typically approved by federal district courts for use in securities class actions. For example, if a class is certified by the Court, following an application and order of the Court approving the specifically-proposed notice plan (including proposed notice documents and language), Class notice will be mailed by first-class U.S. mail to all Class members who can be identified through reasonable effort. Plaintiffs can obtain names and addresses of potential Class members from (1) Defendant CS Disco, who will provide names and addresses of record holders of CS Disco common stock during the Class Period; and (2) from brokers and other nominee holders, who will provide names and addresses of other beneficial owners of CS Disco common stock during the Class Period (or forward the notice themselves to those beneficial owners). Plaintiffs will also publish a summary notice in Investors Business Daily and over PR Newswire, and establish a case website where the class notice and other relevant documents, including the class certification order and operative complaint, will be made available.

**(9) A description of the extent of any settlement negotiations that have taken place and the likelihood of settlement with the named plaintiff on an individual basis. If such settlement is likely, include a statement specifying:**

**(a) Whether or not counsel have any knowledge of any person who has relied on the fact that this suit was initially filed as a class action.**

**(b) The manner in which counsel will protect the class in the event of settlement with the named plaintiff on an individual basis.**

The parties have engaged in class-wide settlement discussions that have not, to date, been successful. The parties have not discussed an individual settlement and Plaintiff has no expectation of settling on an individual basis at this time.

**(10) A statement of any other matters that the plaintiff deems necessary and proper to the expedition of a decision on the motion and the speedy resolution of the case on the merits.**

None