# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR,<br><br>Defendants. | Case No. 1:24-cv-00028-DAE<br><br>CLASS ACTION |

**DECLARATION OF BERT PLUYMEN**

I, Bert Pluymen, declare:

1.      I have retained The Rosen Law Firm, P.A. ("Rosen Law") as my counsel in this case. I understand that the Kendall Law Group, PLLC ("Kendall Law"), is serving as liaison counsel.

2.      I understand that the Court has appointed me to serve as Lead Plaintiff in this action and that it approved my selection of Rosen Law as Lead Counsel.

3.      I understand that by the instant Motion to Certify the Class in this case, I am requesting that the Court certify this case as a class action and approve me as the class representative in this action.

4.      I understand I will represent the Class to the best of my abilities, seeking with my counsel to maximize the recovery on behalf of the Class.

5.      I read the initial complaint in advance of my moving to serve as Lead Plaintiff in this action. I reviewed and authorized the filing of the Amended Class Action Complaint against

1

Defendants CS Disco, Inc. ("CS Disco" or "Company"), Kiwi Camara ("Camara"), and Michael Lafair ("Lafair").

6.      I understand that this Court granted in part and denied in part Defendants' Motion to Dismiss the Amended Complaint.

7.      I understand that the Amended Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 as a result of Defendants' misleading statements and omissions of material fact. In particular, the Amended Complaint alleges that, during the Class Period, Defendants misled the market by stating that customer spending was driven by gradual adoption across a wide range of matters with the result being a steady mature spend by the customers instead of spiky and driven by large projects.

8.      I am aware that the Amended Complaint contains allegations that this case should proceed on behalf of a Class of similarly situated investors who purchased CS Disco common stock between July 21, 2021, and September 11, 2023, both dates inclusive ("Class Period") and who suffered a loss resulting from those purchases. Having purchased CS Disco common stock between September 3, 2021 and August 11, 2022, and having suffered a loss from my purchases, it is my understanding that I am both a member of the Class and qualified to serve as Lead Plaintiff and as the class representative.

9.      I am aware that the parties are currently conducting discovery in this action, seeking and receiving information from each other about the Amended Complaint's allegations.

10.     I have communicated with Rosen Law throughout the course of this action.

11.     I am willing and have agreed to serve as both Lead Plaintiff and as the class representative of the Class. I understand that the responsibilities of serving in those capacities are the same. In accepting these roles, I understand that I have a responsibility to the absent Class

2

members to oversee the litigation to ensure that my counsel prosecute the action vigorously and in the interest of all Class members equally and that Lead Counsel maximizes recovery for the Class.

12.     I am also aware of and accept that as Lead Plaintiff and as the class representative my duties include consulting with Lead Counsel regarding proposed strategies and tactics during the course of the litigation, participating in and overseeing settlement negotiations, if any, and testifying at deposition and trial.

13.     I will continue to monitor the litigation and to communicate with Lead Counsel about the status of the litigation, case strategies, settlement negotiations, and other matters pertinent to overseeing the litigation.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.


Executed on ___7/30/2025_____


DocuSigned by:

*Bert Pluymen*

A7B1CBECB3284EB...

Bert Pluymen

3