| | |
|---|---|
| **From:** | Corkery, Ashley K |
| **Sent:** | Monday, August 25, 2025 10:46 PM |
| **To:** | Jonathan Stern; Garcia, Estrella; jkendall@kendalllawgroup.com |
| **Cc:** | Gibbs, Patrick; De Jarnette, Brett; Brien, Tijana; Ganapathi, Anuva |
| **Subject:** | RE: Gambrill v. CS DISCO, Inc., et al., Case No. 1:24-cv-00028-DAE |

Jonathan,

We agree to treat all written discovery responses and produced documents according to the terms of the stipulated protective order we file, even if we are still awaiting entry by the Court.  We look forward to receiving Lead Plaintiff's Amended Responses to Interrogatories (Set One) and Requests for Production (Set One) by August 27 and the document production that is consistent with your Amended Responses to Requests for Production (Set One) by September 5.

We remain unclear on whether you are planning to serve a fulsome response to Interrogatory No. 17.  If there is any portion of the Interrogatory you do not intend to address substantively, please let us know by tomorrow.

We otherwise understand the parties are at an impasse on RFP Nos. 11 and 15 and Interrogatory Nos. 1-3, 11-16, and 18, and we will seek Court guidance as needed.

Best,
Ashley

**Ashley Kemper Corkery**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
+1 415 693 2158 office
+1 415 693 2222 fax
+1 831 261 9277 mobile
acorkery@cooley.com

www.cooley.com/acorkery
www.cooley.com/litigation

Cooley GO > **Start and build your business**

---

**From:** Jonathan Stern <jstern@rosenlegal.com>
**Sent:** Monday, August 25, 2025 4:21 PM
**To:** Corkery, Ashley K <acorkery@cooley.com>; Garcia, Estrella <EGarcia@cooley.com>; jkendall@kendalllawgroup.com
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Brien, Tijana <tbrien@cooley.com>; Ganapathi, Anuva <aganapathi@cooley.com>
**Subject:** RE: Gambrill v. CS DISCO, Inc., et al., Case No. 1:24-cv-00028-DAE

> **CAUTION: This Message Is From an External Sender**
>
> This message came from outside your organization.

Following up on the outstanding issues.

First, barring something unforeseen we anticipate being able to supplement interrogatories by the 27th and provide documents by September 5, assuming the motion for a protective order is on file then – I anticipate having sign off tomorrow AM. In the event that it is on file but not entered by the court we are willing provide interrogatory responses assuming Defendants agree to treat any information according to the terms of the proposed order pending the order's entry (without waiver of any rights to challenge confidentiality designations down the line).

Regarding Request 11: we disagree with Defendants regarding the discoverability of this information. Defendants claim in their August 8 email that this information is relevant "because Plaintiff's investment portfolio provides information about his experience and sophistication as an investor and the extent to which he has invested in similar companies or industries." Even assuming the relevance of these topics (which we do not), there are far less burdensome means of seeking information regarding this topic.

Regarding Request 15 and Interrogatory 1: The identity of confidential witnesses is attorney work product. "Allowing Defendants to discover Plaintiffs' decision as to the anonymous sources Plaintiffs relied upon in their complaint would yield 'significant insights' into Plaintiffs' counsel's mental impressions." *Walker v. Rent-A-Ctr., Inc.*, No. 5:02CV3, 2006 WL 8441564, at *9 (E.D. Tex. Apr. 18, 2006). As are memoranda prepared by investigators for parties. "*United States v. Rodgers*, No. 4:20-CR-00358, 2022 WL 1074013, at *7 (E.D. Tex. Apr. 8, 2022). *Smith v. Diamond Offshore Drilling, Inc.*, 168 F.R.D. 582, 585 (S.D. Tex. 1996). We have offered a compromise in an attempt to avoid burdening the court. Please advise if Defendants are willing to agree.

Interrogatories 11-16: We maintain our position that contention interrogatories need not be answered prior to the close of discovery.

Interrogatories 2-3: Defendants' citations do not address Plaintiff's position that communications with absent class members are communications with potential clients and therefore protected by attorney client privilege. The case law Defendants cite merely notes that no attorney-client relationship has formed *yet* prior to certification, which by definition cannot address the question of whether those communications constitute communications with potential clients. The Ninth Circuit, squarely addressing this issue, took the unusual step of issuing a writ of mandamus to protect communications with class members as protected by the attorney client privilege, on grounds that they are communications with prospective clients. "*Barton v. U.S. Dist. Ct. for Cent. Dist. of Cal.*, 410 F.3d 1104, 1107 (9th Cir. 2005).

Interrogatory 17: we will provide a response to this interrogatory.

Interrogatory 18: It is plaintiff's position that the current response is adequate, and simply stating that the response lacks "sufficient" detail does not allow Plaintiff to understand what would be necessary to address defendants' concern.

If there is anything on which we need to confer further prior to Wednesday I am generally available tomorrow.

---

**From:** Corkery, Ashley K <acorkery@cooley.com>
**Sent:** Friday, August 22, 2025 7:14 PM

2

**To:** Jonathan Stern <jstern@rosenlegal.com>; Garcia, Estrella <EGarcia@cooley.com>; jkendall@kendalllawgroup.com
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Brien, Tijana <tbrien@cooley.com>; Ganapathi, Anuva <aganapathi@cooley.com>
**Subject:** RE: Gambrill v. CS DISCO, Inc., et al., Case No. 1:24-cv-00028-DAE

**[EXTERNAL EMAIL]**

Jonathan,

Thank you for confirming you will supplement your responses and produce documents responsive to various requests.

For the disputed time periods, we can agree to the broader time frame you propose, where you will produce documents (1) from the date the action was filed in SDNY to present for RFP No. 26 and (2) from 30 days prior to DISCO's IPO to present for RFP Nos. 12, 14, 17-19, 23, 34, 41-42.  Please confirm you will amend your responses to indicate you will produce all responsive, non-privileged documents subject to those time frames.

For RFP No. 43 concerning third-party subpoenas, thank you for confirming you have no responsive documents but will supplement and produce if responsive documents become available.

For Interrogatory No. 17, by indicating you will supplement your response, are you are agreeing to respond to the full interrogatory as propounded?

For Interrogatory No. 18, Defendants have requested that Plaintiff amend to provide sufficient detail about both the time and effort spent to participate in, monitor, and supervise this action and lead counsel.  Please confirm whether you will supplemental your response to address both aspects.

We appreciate your statements that you "will endeavor to" and "aim to" have amended and supplemental responses and document productions, but given the limited timeframe one immutable case deadlines, we request that you confirm by Monday that, absent extenuating circumstances, you will serve amended responses to the RFPs and Interrogatories by August 27 and produce responsive documents to all RFPs where you are agreeing to produce by September 5.  On the production, we will agree to Plaintiff using the same metadata agreed upon at the mediation phase, if ESI protocol negotiations or briefing is ongoing.

We look forward to your final position and response on Monday on the above clarifications and the outstanding issues.  If issues remain, we will seek Court guidance as needed.

All the best,
Ashley

Ashley Kemper Corkery
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
+1 415 693 2158 office
+1 415 693 2222 fax
+1 831 261 9277 mobile
acorkery@cooley.com

www.cooley.com/acorkery
www.cooley.com/litigation


Cooley GO > **Start and build your business**

Exhibit I - Page 4 of 5

**From:** Jonathan Stern <jstern@rosenlegal.com>
**Sent:** Friday, August 22, 2025 12:58 PM
**To:** Garcia, Estrella <EGarcia@cooley.com>; jkendall@kendalllawgroup.com
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Brien, Tijana <tbrien@cooley.com>; Corkery, Ashley K <acorkery@cooley.com>; Ganapathi, Anuva <aganapathi@cooley.com>
**Subject:** RE: Gambrill v. CS DISCO, Inc., et al., Case No. 1:24-cv-00028-DAE

Regarding a few points raised in this letter:

1) We will endeavor to have supplementary interrogatory responses by August 27, assuming the protective order is entered. We will aim to produce documents by September 5.
2) Regarding Request 26: we propose to search from the date that this suit was filed in the SDNY, as that is the first day by which Plaintiff could have become aware of this action.
3) Regarding Request 43: this request was for documents responsive to third party subpoenas, of which none have been issued at this time. Our understanding was that there was nothing more to say on this point at this juncture.
4) Interrogatory 17 – we will supplement this response.
5) Interrogatory 18: to clarify – is it Defendants' position that this response is insufficient for failing to estimate the approximate amount of time spent monitoring and supervising the litigation?
6) Request for Production Nos. 12, 14, 17-19, 23, 34, 41-42: we understand Defendants' point and propose to search from 30 days before the IPO.

We will address the remaining points on Monday but I wanted to provide these now to move things along.

**From:** Garcia, Estrella <EGarcia@cooley.com>
**Sent:** Tuesday, August 19, 2025 7:15 PM
**To:** Jonathan Stern <jstern@rosenlegal.com>; jkendall@kendalllawgroup.com
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Brien, Tijana <tbrien@cooley.com>; Corkery, Ashley K <acorkery@cooley.com>; Ganapathi, Anuva <aganapathi@cooley.com>
**Subject:** Gambrill v. CS DISCO, Inc., et al., Case No. 1:24-cv-00028-DAE

**[EXTERNAL EMAIL]**

Counsel,

Please see the attached correspondence.

Best,
Estrella Garcia
Legal Secretary
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5715 office
egarcia@cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Exhibit I - Page 5 of 5

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.