**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 1:24-cv-00028-DAE |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

The Court, having considered Defendants CS DISCO, Inc., Kiwi Camara, and Michael Lafair's Motion to Compel Discovery, and finding good cause therein, hereby GRANTS the Motion.  Plaintiff is hereby ORDERED to:

1.    Produce all non-privileged documents in his possession, custody, or control responsive to Defendants' Requests For Production Nos. 11 and 15 by **September 12, 2025.**

2.    Serve full and complete responses to Defendants' Interrogatory Nos. 1-3, 11-16, and 18 by **September 12, 2025.**

**SIGNED** on September ___, 2025

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE