**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00028-DAE |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR, | |
| Defendants. | |

**AFFIDAVIT OF JONATHAN STERN IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO COMPEL**

I, JONATHAN STERN, hereby declare as follows:

1.    I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Bert Pluymen ("Plaintiff"). I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Class Certification.

2.    On September 2, 2025 I served supplemental Interrogatory Responses to Interrogatories 1-3 on Defendants, identifying non-privileged communications responsive Interrogatory 1, stating that no non-privileged communications existed responsive to Interrogatory 2, and providing details of those non-privileged communications to Interrogatory 3. On September 5, 2025, I served a Supplemental Response to Document Request 15, stating that no non-privileged documents responsive to this request exist.

1

Executed: September 5, 2025                                    /s/ Jonathan Stern
                                                              Jonathan Stern

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a true and correct copy of the foregoing document was served on all counsel of record registered via the Court's CM/ECF electronic filing system.

/s/ Jonathan Stern
Jonathan Stern