IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LYNN GAMBRILL, Individually and On      §
Behalf of All Others Similarly Situated,  §
                                          §
          *Plaintiff,*                    §
                                          §
                                          §
     v.                                   §      No. 1:24-cv-00028-DAE
                                          §
CS DISCO, INC., KIWI CAMARA, and          §
MICHAEL LAFAIR,                           §
                                          §
          *Defendants.*                   §

**UNOPPOSED MOTION FOR LEAVE TO
REPLACE AND CORRECT ECF NO. 86-5**

Defendants CS DISCO, Inc., Kiwi Camara, and Michael Lafair submit this Unopposed

Motion for Leave to Replace and Correct a portion of Exhibit E to Defendants' Motion to Compel,

filed at ECF No. 86-5, which was included in error.

Defendants respectfully request that the Court direct that the document filed at ECF No.

86-5 be replaced with the attached corrected exhibit.  Plaintiff does not oppose this request.


Dated: September 16, 2025          Respectfully submitted,

                                   By: /s/ *Hailey L. Suggs*
                                   Peter D. Kennedy
                                   Texas Bar No. 11296650
                                   pkennedy@gdhm.com
                                   Hailey L. Suggs
                                   Texas Bar No. 24113497
                                   hsuggs@gdhm.com
                                   **GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**
                                   401 Congress Avenue, Suite 2700
                                   Austin, Texas 78701
                                   (512) 480-5764
                                   (512) 480-9908 (Fax)

Patrick E. Gibbs
Admitted *Pro Hac Vice*
pgibbs@cooley.com
Tijana Brien
Admitted *Pro Hac Vice*
tbrien@cooley.com
Brett H. De Jarnette
Admitted *Pro Hac Vice*
bdejarnette@cooley.com
Ashley Kemper Corkery
Admitted *Pro Hac Vice*
acorkery@cooley.com

**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
(650) 843-5000 (phone)
(650) 849-7400 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

On September 15, 2025, counsel for Defendants conferred with opposing counsel concerning the relief sought in this Motion, and was advised that opposing counsel does not oppose this Motion.

*/s/ Hailey L. Suggs*
Hailey L. Suggs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served on all counsel of record on September 16, 2025, via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ Hailey L. Suggs*
Hailey L. Suggs