IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | §<br>§<br>§<br>§<br>§ | |
| *Plaintiff,* | §<br>§ | |
| v. | §<br>§ | No. 1:24-cv-00028-DAE |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | §<br>§<br>§<br>§ | |
| *Defendants.* | §<br>§ | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO
REPLACE AND CORRECT ECF NO. 86-5**

The Court, having considered Defendants CS DISCO, Inc., Kiwi Camara, and Michael

Lafair's Unopposed Motion to Replace and Correct ECF 86-5, hereby GRANTS the Motion.  The

Clerk of Court is directed to remove the document previously filed at ECF No. 86-5 and replace it

with ECF No. 90-1.

      **SIGNED** on September ___, 2025

                                        _____

                                        MARK LANE
                                        UNITED STATES MAGISTRATE JUDGE