**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 1:24-cv-00028-DAE |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § | |
| *Defendants.* | § § | |

**DECLARATION OF RACHEL K. IVANOWSKY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Rachel K. Ivanowsky, hereby declare as follows:

1.     I am an attorney at the law firm of Cooley LLP for Defendants CS Disco, Inc. ("DISCO"), Kiwi Camara, and Michael Lafair in this action.  Unless otherwise stated, I have personal knowledge of the following facts and if called to testify as a witness, could and would testify competently thereto.

2.     Attached to this declaration as **Exhibit 1** are relevant excerpts of a true and correct copy of the final prospectus on Form 424B4 filed on July 22, 2021, accompanying DISCO's initial public offering, ending on July 21, 2021.  This document was produced in this action with Bates labels  DISCO_003083–DISCO_003298.    This  document  is  also  publicly  available  at: https://www.sec.gov/Archives/edgar/data/1625641/000119312521220816/d176601d424b4.htm.

3.     Defendants have concurrently filed under seal **Exhibit 2,** which is a true and correct copy of a spreadsheet in .pdf format reflecting CS Disco's actual revenue and revenue guidance across its three product lines—Ediscovery, Services, and Review—organized by month, quarter, and year from 2020 through 2022, produced in this action with Bates label DISCO_001583.

DECLARATION OF RACHEL K. IVANOWSKY ISO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 1:24-CV-00028-DAE

1

4.     Defendants have concurrently filed under seal **Exhibit 3**, which is a true and correct copy of a spreadsheet, in .pdf format, reflecting CS Disco's actual revenue from Review matters by month, quarter, and year, between 2021 and 2022, with anonymized client identification numbers.  This document was produced in this action with Bates label DISCO_001588.

5.     Defendants have concurrently filed under seal **Exhibit 4**, which is a true and correct copy of the report prepared by Defendants' expert, Dr. Andrea Eisfeldt.

6.     Attached to this declaration as **Exhibit 5** is a true and correct copy of a transcript of an earnings call DISCO held with investors on September 2, 2021, to discuss DISCO's financial and operating results for the second quarter of 2021.  This document was produced in this action with Bates labels DISCO_003977–DISCO_003996.

7.     Attached to this declaration as **Exhibit 6** is a true and correct copy of a report published by Canaccord Genuity on September 2, 2021, titled *Excellent quarter, conservative guide; early days on the path to vertical giant*.  This document was produced in this action with Bates labels DISCO_000298–DISCO_000306.

8.     Attached to this declaration as **Exhibit 7** is a true and correct copy of a report published by Citi Bank on August 12, 2022, titled *Panic at the DISCO*.  This document was produced in this action with Bates labels DISCO_001558–DISCO_001571.

9.     Attached to this declaration as **Exhibit 8** is a true and correct copy of a report published by Bank of America on September 3, 2021, titled *Great start as a public company; Reit Buy PO to $70.*  This document was produced in this action with Bates labels DISCO_000738–DISCO_000750.

10.     Attached to this declaration as **Exhibit 9** is a true and correct copy of a report published by Citi on August 16, 2021, titled *Establishing new cloud-based precedent; initiating*

DECLARATION OF RACHEL K. IVANOWSKY ISO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 1:24-CV-00028-DAE

2

*Buy/High Risk.* This document was produced in this action with Bates labels DISCO_000231–DISCO_000264.

11.    Attached to this declaration as **Exhibit 10** is a true and correct copy of DISCO's Form 8-K for the first quarter of 2022, filed with the SEC on May 12, 2022. This document was produced in this action with Bates labels DISCO_002536–DISCO_002546. This document is also publicly                               available                               at: https://www.sec.gov/Archives/edgar/data/1625641/000162564122000056/q12022earningsrelease.htm.

12.    Attached to this declaration as **Exhibit 11** is a true and correct copy of DISCO's Form 8-K for the second quarter of 2022, filed with the SEC on August 11, 2022. This document was produced in this action with Bates labels DISCO_002525–DISCO_002535. This document is            also            publicly            available            at: https://www.sec.gov/Archives/edgar/data/1625641/000162564122000092/q22022earningsrelease.htm.

13.    Attached to this declaration as **Exhibit 12** is a true and correct copy of a transcript of an earnings call DISCO held with investors on August 11, 2022, to discuss DISCO's financial and operating results for the second quarter of 2022. This document was produced in this action with Bates labels DISCO_004925–DISCO_004937.

14.    Attached to this declaration as **Exhibit 13** is a true and correct copy of DISCO's Form 8-K for the fourth quarter of 2021 and fiscal year 2021, filed with the SEC on February 24, 2022. This document was produced in this action with Bates labels DISCO_002558–DISCO_002568.    This    document    is    also    publicly    available    at: https://www.sec.gov/Archives/edgar/data/1625641/000162564122000016/fy2021earningsrelease

DECLARATION OF RACHEL K. IVANOWSKY ISO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 1:24-CV-00028-DAE

3

.htm.

15.     Attached to this declaration as **Exhibit 14** is a true and correct copy of a report published by Canaccord Genuity on August 11, 2022, titled *CS Disco: Usage model surprises to the downside; estimate reset pushes us to sidelines; downgrade to HOLD*.  This document was produced in this action with Bates labels DISCO_000319–DISCO_000327.

16.     Attached to this declaration as **Exhibit 15** is a true and correct copy of a report published by Loop Capital Markets on August 12, 2022, titled *Middling Quarter and Guide; After Smack Down, Stock Probably Grinds Higher*.  This document was produced in this action with Bates labels DISCO_000336–DISCO_000341.

17.     Attached to this declaration as **Exhibit 16** is a true and correct copy of a report published by Piper Sandler on August 11, 2022, titled *Volatile Review Business Weighs on FY22 Targets; Remain OW, PT to $25*.  This document was produced in this action with Bates labels DISCO_000328–DISCO_000335.

18.     Attached to this declaration as **Exhibit 17** is a true and correct copy of a report published by Cowen on August 12, 2022, titled *Downgrading to Market Perform; Consumption Growth Momentum Hits a Big Snag*.  This document was produced in this action with Bates labels DISCO_003481–DISCO_003495.

19.     Attached to this declaration as **Exhibit 18** is a true and correct copy of a transcript of a call with DISCO during an investor conference held by Needham & Company, LLC on January 11, 2022.  This document was produced in this action with Bates labels DISCO_003590–DISCO_003603.

20.     Attached to this declaration as **Exhibit 19** is a true and correct copy of a report published by Jefferies on September 3, 2021, titled *Law and Order in This Q*.  This document was

DECLARATION OF RACHEL K. IVANOWSKY ISO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 1:24-CV-00028-DAE

4

produced in this action with Bates labels DISCO_000280–DISCO_000289.

21.    Attached to this declaration as **Exhibit 20** is a true and correct copy of a report published by Needham on January 12, 2022, titled *LAW: Needham Growth Conference Highlights*. This document was produced in this action with Bates labels DISCO_000314–DISCO_000318.

22.    Attached to this declaration as **Exhibit 21** is a true and correct copy of the transcript of the deposition of Dr. Zachary Nye, taken on September 11, 2025, in Palo Alto, California.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 3, 2025, in Mountain View, California.


/s/  *Rachel K. Ivanowsky*
Rachel K. Ivanowsky

DECLARATION OF RACHEL K. IVANOWSKY ISO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
NO. 1:24-CV-00028-DAE

5

**INDEX**

**Exhibits Attached to the Declaration of Rachel Ivanowsky in Support of Defendants'
Opposition to Plaintiff's Motion for Class Certification**

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 1. | Final prospectus on Form 424B4, filed on July 22, 2021, for DISCO's initial public offering |
| 2. | Spreadsheet reflecting CS Disco's actual revenue and revenue guidance from 2020 through 2022 (under seal) |
| 3. | Spreadsheet reflecting CS Disco's actual revenue from Review matters between 2021 and 2022 (under seal) |
| 4. | Report of Dr. Andrea Eisfeldt (under seal) |
| 5. | Transcript of Q2 2021 earnings call held on September 2, 2021 |
| 6. | Report published by Canaccord Genuity on September 2, 2021 titled *Excellent quarter, conservative guide; early days on the path to vertical giant* |
| 7. | Report published by Citi on August 12, 2022 titled *Panic at the DISCO* |
| 8. | Report published by Bank of America on September 3, 2021 titled *Great start as a public company; Reit Buy PO to $70* |
| 9. | Report published by Citi on August 16, 2021 titled *Establishing new cloud-based precedent; initiating Buy/High Risk* |
| 10. | Form 8-K for DISCO's first quarter of 2022 financial results filed on May 2, 2021 |
| 11. | Form 8-K for DISCO's second quarter of 2022 financial results filed on August, 2021 |
| 12. | Transcript of Q2 2022 earnings call held on August 11, 2022 |
| 13. | Form 8-K for DISCO's fourth quarter of 2021 and fiscal year 2021 financial results filed on February 24, 2022 |
| 14. | Report published by Canaccord Genuity on August 11, 2022 titled *CS Disco: Usage model surprises to the downside; estimate reset pushes us to sidelines; downgrade to HOLD* |
| 15. | Report published by Loop on August 12, 2022 titled *Middling Quarter and Guide; After Smack Down, Stock Probably Grinds Higher* |
| 16. | Report published by Piper Sandler on August 11, 2022 titled *Volatile Review Business Weighs on FY22 Targets; Remain OW, PT to $25* |
| 17. | Report published by Cowen on August 12, 2022 titled *Downgrading to Market Perform; Consumption Growth Momentum Hits a Big Snag* |
| 18. | Transcript of 24th Annual Needham Virtual Growth Conference on January 11, 2022 |
| 19. | Report published by Jefferies on September 3, 2021 titled *Law and Order in This Q* |
| 20. | Report published by Needham on January 12, 2022 titled *LAW: Needham Growth Conference Highlights* |
| 21. | Transcript of the deposition of Dr. Zachary Nye |