# EXHIBIT 5

C Corrected Transcript

02-Sep-2021

# CS Disco, Inc. (LAW)

Q2 2021 Earnings Call

**FACTSET: call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 20
Copyright © 2001-2021 FactSet CallStreet, LLC

CONFIDENTIAL

DISCO_003977

CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

Corrected Transcript
02-Sep-2021

## CORPORATE PARTICIPANTS

**April Scee**
*Managing Director, ICR, Inc.*

**Michael S. Lafair**
*Chief Financial Officer, CS Disco, Inc.*

**Kiwi Camara**
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

## OTHER PARTICIPANTS

**Sterling Auty**
*Analyst, JPMorgan Securities LLC*

**Koji Ikeda**
*Analyst, BofA Securities, Inc.*

**David DJ Hynes**
*Analyst, Canaccord Genuity LLC*

**J. Derrick Wood**
*Analyst, Cowen and Company*

**Scott Berg**
*Analyst, Needham & Co. LLC*

**Jeffrey Parker Lane**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Brent Thill**
*Analyst, Jefferies LLC*

**Yun Kim**
*Analyst, Loop Capital Markets LLC*

## MANAGEMENT DISCUSSION SECTION

**Operator**: Ladies and gentlemen, thank you for standing by, and welcome to the CS Disco Second Quarter of Fiscal Year 2021 Conference Call. At this time, all participants are in a listen-only mode. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session. [Operator Instructions]

I would like to now hand the conference over to your first speaker today, April Scee with CS Disco Investor Relations. Please go ahead. Ms. Scee, the floors is yours.

**April Scee**
*Managing Director, ICR, Inc.*

Good afternoon, and thank you for joining us on today's conference call to discuss the financial results for DISCO's second quarter fiscal year 2021. With me on today's call are Kiwi Camara, DISCO's Co-Founder and CEO; and Michael Lafair, DISCO's Chief Financial Officer.

During today's call, we will review our financial results for the second quarter fiscal 2021 and discuss our guidance for the third quarter and full year fiscal 2021. Today's call will include forward-looking statements pursuant to the Safe Harbor provisions of the Private Securities Litigation Reform Act of 1995 including, but not limited to, statements regarding our financial outlook including our guidance for the third quarter and full year of 2021, our market opportunity, market position, and growth opportunities.

CONFIDENTIAL

DISCO_003978

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

 Corrected Transcript
02-Sep-2021

In addition to our prepared remarks, our earnings press release, SEC filings, and a replay of today's call can be found on our IR website at ir.csdisco.com. Forward-looking statements involve known and unknown risks and uncertainties that may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements.

Forward-looking statements represent our management's beliefs and assumptions only as of the date made. Information on factors that could affect the company's financial results is included in its filings with the SEC from time to time, including the section titled Risk Factors in the company's prospectus filed with the SEC pursuant to Rule 424B on July 22, 2021. Additional information will be made available in the company's Quarterly Report on Form 10-Q for the quarter ended June 30, 2021.

In addition, during today's call, we will discuss non-GAAP financial measures. These non-GAAP financial measures are in addition to and not a substitute for or superior to measures of financial performance prepared in accordance with GAAP. A reconciliation between GAAP and non-GAAP financial measures and a discussion of the limitations of using non-GAAP measures versus their closest GAAP equivalent is available in our earnings release.

And with that, I'd like to turn the call over to Kiwi.

### Kiwi Camara
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

Thanks, April. Good afternoon, and welcome to our first earnings call as a public company. I am incredibly excited to be speaking with all of you and introducing DISCO to those of you unfamiliar with us. I will spend some time discussing our company, our market, and our strategy. But first, I wanted to point out a few financial highlights.

We had an excellent Q2 with revenue of $29.5 million, up 88% year-over-year, driven both by strong usage across our customer base and an increase in new customers. With this rapid growth, we continue to demonstrate operational efficiency with Q2 adjusted EBITDA margins of negative 5% compared to negative 28% in Q2 of the prior year, up over 2,200 basis points.

For those of you new to DISCO, I would like to provide a little bit of background on what we are working to achieve. Before launching DISCO in 2013, my partners and I were building a corporate litigation practice in Houston, Texas. As a lawyer, I was struck by how antiquated the entire legal process was. If you walk the halls of legal departments or law firms, you will notice that the vast majority of time is spent on tasks that do not require any human legal judgment. And so the idea was born to create a modern AI-powered solution that would allow lawyers to automate away the parts of the practice that don't require human legal judgment.

If you look at any companies' P&L, regardless of industry, they all invest in core operational functions; engineering, marketing, sales, HR, IT, finance, and legal. Almost all of these functions have corresponding software companies that power them, but that is not true for legal. Our goal is to become the software company that powers the work of legal departments.

Today, in every major legal matter, corporations have to go through large collections of enterprise data to figure out what really happened and to find the evidence they need to prove it so they can comply with the regulatory requirements and achieve optimal legal outcomes. This is the problem that our solution solves. Think about the massive amounts of data created every day, PDFs, Word documents, Excel spreadsheets, emails, instant messages, video and voice recordings to name a few. Lawyers have to be able to extract only the most relevant

CONFIDENTIAL

DISCO_003979

# CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

 Corrected Transcript
02-Sep-2021

information from that mountain of data. A gap exists between that raw data and the work lawyers need to do, such as producing documents for regulators and executing a litigation strategy.

Before DISCO, that gap was bridged by an expensive, complicated, opaque, and insecure set of on-premise point solutions and professional service vendors. We are disrupting that status quo. We have built a software system of record that allows for handling enterprise data in legal matters. This solution has three basic parts.

The first is a data lifecycle engine that allows legal industry participants to collect enterprise data from all enterprise systems of record, process and enrich that data, and store it through the life of multiple legal matters. The second is a review platform that allows lawyers to organize the work of conducting legal document review to determine what the facts are. And the third lets lawyers take a legal action, for example, by producing relevant data to regulators and complying with discovery obligations.

We have built three products on this platform. First is DISCO Ediscovery, which is both a system of record for enterprise data used in legal matters and a system of engagement where legal professionals engage in all the work related to reviewing, organizing, and producing documents. Second is DISCO Review, where we use DISCO AI to automate the process of legal document review.

And third is DISCO Case Builder, which is a system of record and engagement for all non-document evidence. This is a way for lawyers to prepare and organize witness statements, deposition testimonies, and transcripts of court hearings, among other things. Together, these products enable lawyers to focus on practicing law and providing the best outcomes for their clients, not dealing with enterprise data.

Today, our solution manages the document discovery process for mission-critical and well-known legal matters and for some of the largest corporations and law firms in the world. Our customers find tremendous value in our solution.

A great example of what has driven the acceleration in growth this quarter is a well-known consumer brand that in Q4 of last year hired a new Deputy General Counsel from a major technology company that had been a longstanding DISCO customer. He ran the sole-source procurement for ediscovery when he started his new job. And between the fourth quarter of 2020 and the first quarter of 2021, his new company migrated their ediscovery program to DISCO Ediscovery.

Then in the second quarter of 2021, this company experienced a series of major legal issues that caused them to accelerate their adoption of our second product, DISCO Review. So, in three quarters, we saw this company ramp from zero to a multimillion-dollar level of spend. That journey has historically taken our customers several years. This is a great example of the impact that lawyer mobility can have on our business. Lawyers who have been through the DISCO adoption journey at one company can accelerate DISCO adoption in their new company.

Another example of rapid adoption is a leading global travel company that joined our solution in Q2 and grew to be a $1 million-plus customer in the quarter. We are a key partner for these customers, a mission-critical solution, and we are proud to help them through some of their most difficult moments.

We are attacking a large and growing market. According to Statista, total spend on legal services is expected to be $767 billion in 2021. The ediscovery market is about $15 billion according to IDC. By our internal bottom-up calculation, we believe the total addressable market for our solution is $42 billion. Overall, we believe the growth of regulation around the world, global operational complexity, enterprise data growth, as well as the rise of a new

CONFIDENTIAL

DISCO_003980


generation of legal professionals are all driving the demand for modern AI-powered solutions that help with these challenges in a scalable and sustainable way.

As a company, DISCO combines world-class engineering with a deep understanding of the law and how lawyers work and think in order to build product experiences that feel magical to lawyers. We prioritize legal workflow and intuitive user interface in everything we create. Our rapid growth to date demonstrates how our product vision resonates with customers. We are very early in our growth cycle in a very large market. Our priorities are to win new customers, expand DISCO usage within existing customers, and expand adoption of DISCO Review and DISCO Case Builder.

To close it off, our IPO and this first earnings call are only the beginning for DISCO. Although we already have a category-defining solution, we believe our work has just begun to develop technology that strengthens the rule of law.

Now, we'll turn it over to Michael to go through our financial results.

## Michael S. Lafair

*Chief Financial Officer, CS Disco, Inc.*

Thank you, Kiwi. Before I discuss the results and guidance, I would like to spend some time discussing our unique powerful business model. We generate substantially all of our revenue from our customers' usage of our solution. Our revenues are based on our customers' actual usage of our solution and a customer's usage can fluctuate based on the number and nature of legal matters they have at any particular time. We make it incredibly easy for customers to get started with DISCO with a simple contract without long-term commitments. Our simple and transparent pricing model allows customers to easily adopt our solution and scale their usage.

In most cases, customers do not know the amount of usage needed at the time they initially contract with us because they generally do not know how many documents will need to be reviewed in a legal matter until later in the legal process. We're billing those customers monthly based on their current usage. Because of this dynamic, we do not focus on traditional SaaS metrics like billings or remaining performance obligation, but rather we focus our attention on total revenue growth.

Now, let's discuss our results and guidance. As Kiwi mentioned, Q2 revenue was $29.5 million, up 88% year-over-year. We had strong performance across the board including continued adoption and expansion of Disco Ediscovery and accelerated adoption of Disco Review. In discussing the remainder of the income statement, please note that unless otherwise noted, all references to our expenses, operating results, and share count are on a non-GAAP basis.

Our total gross margin was 71% consistent with 71% in Q2 of the prior year. Sales and marketing expense was $10.6 million or 36% of revenue compared to 45% of revenue in Q2 of the prior year. While down year-over-year on a percentage of revenue basis – on a dollar basis, this is actually an increase of $3.5 million as we continue to scale our go-to-market organization.

Research and development expense was $7.6 million or 26% of revenue compared to 38% of revenue in Q2 of the prior year. General and administrative expense was $4.7 million or 16% of revenue compared to 19% of revenue in Q2 of the prior year.

Operating loss was $2 million, representing a margin of negative 7% compared to negative 31% in Q2 of the prior year. Adjusted EBITDA was negative $1.6 million in Q2, a margin of negative 5% compared to a margin of

CONFIDENTIAL

DISCO_003981

# CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

 Corrected Transcript
02-Sep-2021

negative 28% of the prior year. The operating margin and EBITDA margin leverage we demonstrated was the result of both strong revenue performance and operating expense dynamics of the prior year quarter in which we undertook operational efficiency initiatives in response to the COVID-19 pandemic. Net loss was $2.1 million versus $5 million in the prior year. Net loss per share was $0.16 versus loss per share of $0.38 in the prior year.

I will now turn to the balance sheet and cash flow statement. We ended Q2 with $47 million in cash and cash equivalents. In July, we raised $223.2 million proceeds in our IPO, net of underwriting discounts and commissions. Operating cash flow year-to-date was negative $10.2 million compared to negative $15.1 million a year ago.

Now, turning to the outlook. For Q3, we're providing revenue guidance in the range of $25.5 million and $25.9 million, representing year-over-year growth between 43% and 45%. As I mentioned previously, we have a usage-based business model so there is inherent volatility from quarter-to-quarter as customers' legal matters begin and expand and shrink, and as activity in those matters increases and decreases usage of our different products. We saw how this volatility can create outsized growth in Q2 where we saw 88% year-over-year revenue growth. As you can see from our guidance, you should not expect this level of outsized performance in every quarter.

We are providing adjusted EBITDA guidance in the range of negative $11.1 million and negative $10.3 million, representing an adjusted EBITDA margin of negative 42% at the midpoint. We do anticipate operational costs to grow over the next several quarters and next year as we continue to invest in our product and go-to-market team.

On a full-year basis for fiscal year 2021, we are guiding for revenue between $103.5 million and $104.3 million, representing year-over-year growth between 51% and 52%. We expect adjusted EBITDA between negative $24 million and $22.9 million.

In summary, we're hyperfocused on transforming the legal industry and enabling legal professionals to provide better advice and outcomes for their clients. We are doing this by continuing to invest in cutting-edge technologies to maintain our product leadership position and continuing to grow our business both in North America and internationally. We are quickly becoming a must-use tool for legal departments around the world and we are confident that this momentum will continue.

I'd like now to turn the call over to the operator to open up the line for Q&A. Operator?

CONFIDENTIAL

DISCO_003982

**CS Disco, Inc.** (LAW)
Q2 2021 Earnings Call

 Corrected Transcript
02-Sep-2021

# QUESTION AND ANSWER SECTION

**Operator**: Certainly. We will now begin the Q-A session. [Operator Instructions] The first question is from Sterling Auty with JPMorgan. Please proceed.

### Sterling Auty
*Analyst, JPMorgan Securities LLC*



Yeah. Thanks. Hi, guys and welcome to the public market. Maybe just to get kicked off, my first question would be about that large consumer customer that you mentioned and kind of your comments about the business model and the variability it can generate. What are some of the things that you're doing to drive increased usage to try to, let's say, smooth out some of the volatility that you might see from a single customer quarter-to-quarter?

### Kiwi Camara
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

So each of our customers goes through an adoption journey that has historically taken several years and typically they'll start out as a kind of mid to upper five-figure customer grow to be a six-figure customer and then grow to be a seven-figure customer at maturity. Over the course of that journey, their specific legal usage will fluctuate and that will cause fluctuations in the revenue received from a particular customer.

Now, as DISCO grows our overall revenue base, the impact of any particular customer's fluctuation and usage on our overall revenue becomes smaller and smaller. And so, we would expect, Sterling, that as our base grows, more of these specific customer usage fluctuations wash out in the aggregate.

In terms of what we're doing to drive expansion, this is obviously a huge focus for us. What we're seeing in Q2, in general, in the more recent quarters, is that customers have taken this journey which used to take multiple years and shortened it dramatically. So, what we're seeing with that customer is a customer that went from zero in Q4 of last year to multimillion dollars of revenue over three quarters, and over the course of that journey has shifted their ediscovery program to DISCO, both in terms of adopting our DISCO Ediscovery product and then more recently, DISCO Review.

We think this is something that's super promising about the business. As people through lawyer mobility switch companies, they take their history of DISCO adoption with them. And as a consequence, it accelerates that revenue growth curve for logos that we've been adding more recently.

### Sterling Auty
*Analyst, JPMorgan Securities LLC*



That makes a lot of sense. And then one follow-up question, how would you characterize – you had significantly increased your go-to-market resources, meaning sales head count, how are those resources ramping relative to your expectations and versus what you've seen in the past?

### Kiwi Camara
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*



Yeah, we're delighted. So, if you look at Q2, we really saw outperformance across every aspect of the business, no matter how you slice it. So, we really started this S&M ramp in Q3 of last year when it became evident that the

---

CONFIDENTIAL

DISCO_003983



impact of COVID on our business was limited. And so already in Q2, you see some impact from those reps who are hired in Q3, Q4, and even Q1.

We're seeing them perform well in excess of the historical performance for reps in the relevant tenure bands. We're seeing some nice things in terms of win rates, not just for new reps, but for all reps. We're seeing acceleration more recently in lead generation and how those leads are flowing through the funnel. And we're seeing increased performance from our customer success team. One of their primary jobs is to help our clients identify opportunities where they would benefit from more DISCO products. So, growing the relationship from, for example, DISCO Ediscovery to begin with to then DISCO Review and DISCO Case Builder, which can have the impact of multiplying their spend with us.

So, overall, we're really pleased with how the ramp in our go-to-market investments is going. And we expect to continue stepping on the gas there given the context where we think we have the best solution in the market where kind of overall tailwinds in the market are going in our favor as the industry shifts from services to software and from on-prem to cloud. We think now is the time to really invest in growth.

**Sterling Auty**
*Analyst, JPMorgan Securities LLC*

Q

That sounds good. Thank you.

**Operator**: Thank you, Mr. Auty. The next question is from Koji Ikeda with Bank of America. Please proceed.

**Koji Ikeda**
*Analyst, BofA Securities, Inc.*

Q

Hey, Kiwi. Hey, Mike. Really, really nice first quarter out of the gate here. Thank you for taking my questions. A couple from me. First one, now that you're public, I guess, how things have changed in terms of overall market awareness? Have you seen any meaningful change in maybe the volume of interactions or inbounds between customers, prospects, and partners out there?

**Kiwi Camara**
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

A

Yeah. We've been delighted, Koji. I think being public gives our larger customers confidence that DISCO is a company that has the resources and the longevity to partner with over the long term. What we're hearing from customers is everybody agrees that software is coming to legal, that legal is going to be like every other business function where software transforms the way the department works by enabling the automation of tasks that don't require human legal judgment so that lawyers can focus on things that are more valuable and are the kinds of work they went to law school to do.

And so, when we engage with customers, we're talking not only about our current offerings where, of course, we think we have great things to talk about. But we're also talking more generally about, look, if I'm a general counsel over the next three or five years, technology is going to be a much bigger part of the way I do my work, the work of the legal department, and I need a technology company I can partner with to think about how we'll go through that journey together. Those kinds of conversations, Koji, I think were really accelerated by not only are going public, but this sense and increased confidence that DISCO can be a long-term partner for our clients.

I'll also point out, just recently we had ILTA. It's one of the two big conferences in our space in Las Vegas and it was in-person, limited attendance, but still in-person. And we were delighted by our ability to engage with many

CONFIDENTIAL

DISCO_003984

large existing customers, large new customers. I think to your point about increased inbound, we were really delighted by the level of traffic at our suite meetings, at our events, even at our booth on the conference floor with people who were really interested in learning more about what we're up to.

**Koji Ikeda**
*Analyst, BofA Securities, Inc.*

Q

Got it. Got it. And then one question for Mike, maybe I missed it, but did you happen to give the total customer number for the net revenue retention rate?

**Michael S. Lafair**
*Chief Financial Officer, CS Disco, Inc.*

A

Yeah. So, thanks, Koji. Appreciate the question. So, we were really pleased with our customer growth in the quarter, both in terms of total number of new customers as well as the expansion of our existing customers. As you can see with the results, it was a very, very, very strong quarter all around. We're not disclosing the specific customer account number or the [ph] D&R (00:25:06) at this time, but we're really pleased with the growth overall.

**Koji Ikeda**
*Analyst, BofA Securities, Inc.*

Q

Got it. Okay. Thanks for that. And just last question from me. So, in this quarter, clearly very, very strong growth here, 88% adding $8.4 million sequentially. I guess there must have been a couple of big deals that came on to the platform with a lot of data. So, how should we be thinking about the visibility of that revenue stream tied to that data? I mean, I guess the data gets taken off at some point, right? So, how do we think about the visibility of that data? When could it potentially come off, and how are your customers talking with your salespeople about that data stream so we can be prepared for that?

**Kiwi Camara**
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

A

So, I think if you look at Q2, that 88% year-on-year growth gives you a sense of just how good good can be when absolutely everything in our business fires on all cylinders. There was no particular driver of the outperformance in Q2.

Whether you look at new customers, whether you look at increased growth from existing customers, whether you looked at faster adoption journeys like the two examples we talked about in our prepared remarks, whether you think about growth internationally or growth in the United States, whether you think about growth in the core DISCO Ediscovery product or increased adoption in DISCO Review, all of these things were really firing on all cylinders, and there isn't a single driver of growth in Q2.

In terms of how we have insight into our customers' data usage, look, we obviously internally have deep bottoms-up forecasting insights where our customer success teams and sales teams have deep relationships with our clients. We have telemetry that gives us insight into the legal matters going on into the platform. And we use all of that to form a picture that gives us visibility and confidence in how the legal needs and resulting data of our clients will change over time.

I think the other point is the point I made with Sterling which is that as DISCO gets bigger and bigger, as our customer base expands, and as more of our customers become mature, the impact of a fluctuation in data usage from any particular customer becomes a smaller and smaller part of our overall revenue base.

CONFIDENTIAL

DISCO_003985

**CS Disco, Inc.** (LAW)
Q2 2021 Earnings Call

Corrected Transcript
02-Sep-2021

**Koji Ikeda**
Analyst, BofA Securities, Inc.

Q

Got it. Thanks, Kiwi. Appreciate it. Congrats on a great first quarter. Thank you so much.

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

Thanks, Koji.

**Operator**: Thank you, Mr. Ikeda. The next question is from Tyler Radke with Citigroup. Please proceed.

Q

Hi. This is [ph] Boyoung Kim (00:27:54) on for Tyler from Citi. So the second quarter revenue growth was incredibly strong. And even if you take out that one large customer, and I know that wasn't the only one, but as you said it was firing at all cylinders. So, wanted to better understand the overall demand trends and ask you to what extent did you see benefit from pent-up demand after some of the delays that occurred during the pandemic, whether that be from court closures or delays in enterprise data collection? And how do you see that kind of pent-up demand if you saw any pushing into the later half of this year? Thanks.

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

It's interesting. I think one thing we learned from COVID is that our solution really is mission critical to our clients and they actually have relatively limited control over the timing of legal events that drive usage in our platform. So, if you look at the impact that COVID had, we had one sequentially flat quarter last year. And then Q3, Q4, we saw rapid reacceleration.

And so, I think, when you look at Q2 of this year, it's not so much driven by pent-up demand because customers really could not just hold their legal matters and then suddenly release them in Q2. But I think what we are seeing is something related to that, which is COVID demonstrated to legal departments that they absolutely needed a strategy to go to the cloud, that they needed a way to get enterprise data into legal review even when people are working remotely, when the law firms that they're collaborating with are remote, when IT people who had previously been involved in collecting data by hand are remote, and so on. And so that's a tailwind, right?

The shift from services-based solutions that rely on in-person services to a software-based solution that doesn't depend on that, and the shift from on-premise solutions to cloud solutions, those are tremendous tailwinds that are driving clients to say, look, I know we're going to the cloud. Maybe before COVID, we were going to the cloud in three years or five years. Now, we need to go to the cloud in six months, one year or two years. So, I think that's where we're seeing driver of demand coming out of COVID.

Q

Great. Thank you. And then I also wanted to ask about wallet share gain opportunities at larger law firms that might have multiple ediscovery solutions in place. What did you see in the – over the past quarter in terms of wallet share gains at firms with multiple solutions? And what initiatives do you have in place to drive that

CONFIDENTIAL

DISCO_003986



**CS Disco, Inc.** (LAW)
Q2 2021 Earnings Call

Corrected Transcript
02-Sep-2021

especially considering that like on the law firm side they're billing based on hours? So what's really the incentive for law firms to increase their usage of an efficient solution from DISCO? Thanks.

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

So it's pretty rare for a law firm to pay us out of its own pocket. The way to think about law firms is that every time we sell to a corporate legal department, that's the budget we tap into, that corporate legal department will be represented by one or more law firms. And one of the things we've always focused on at DISCO is bringing together this unique combination of world-class engineering coupled with a deep understanding of the way lawyers work and think to build product experiences that feel magical to lawyers.

So, we sell our solution to the legal department. We don't charge for users. As a consequence, the legal department will add lawyers from the law firms that represent it as users. And then those lawyers go into your question will have the side-by-side experience of using DISCO for that client and using competitive solutions for other clients. And very, very often, the reaction of those lawyers have is wow, I really prefer DISCO.

And so, what they do is they go tell their other clients about DISCO and they use examples from their first client about what impact adopting our technology can have on being more efficient in the handling of cases, getting to actionable evidence more quickly, reducing the overall spend on legal document review, and so on.

This does two things for the lawyer at the law firm. First, it makes them look good. They're going to their new client and telling them how they can handle legal matters much more efficiently. And as a consequence, it helps them win business in the hyper competitive market for legal services. And second, more selfishly, it gets the lawyer to be able to work on the solution that they prefer working on, which is DISCO. So that's how to think about law firms in our business.

They sort of sit at the center of this nexus of talent in the legal industry where we sell to a legal department, they add users from the law firm, the users from the law firm love it. And as a consequence, they introduce us to their next client, and that client introduces us to other law firms, and so on throughout the industry.

Now, there are, of course, many tens of thousands of companies out there that could be DISCO customers. And in the United States, the largest law firms, that's the Am Law 200. So even if you have relatively early penetration in terms of the number of corporate legal departments that are using DISCO, you will wind up working with virtually all of the Am Law 200 law firms, and we disclose the exact number in our filings. That's why you will see law firms using multiple solutions because they have multiple clients.

As we grow the number of corporate relationships that we have, that will translate into increasing share of use at the law firms.

Q

Thank you so much.

**Operator**: Thank you. The next question is from DJ Hynes with Canaccord. Please proceed.

**David DJ Hynes**                                                                                                                       Q
Analyst, Canaccord Genuity LLC

CONFIDENTIAL                                                                                   DISCO_003987

# CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

Corrected Transcript
02-Sep-2021

Hey. Thanks, guys. Congrats on the good start here. Kiwi, one for you. I think during the IPO process you talked about win rates that are actually higher against other cloud providers than they are versus the legal service providers that are typically leveraging legacy technology. It seems a bit counterintuitive when you [ph] think of that first (00:34:23). Maybe you could just talk about why that's the case and how it influences your go-to-market strategy.

### Kiwi Camara
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.



I think some of it is segmentation of the market. Our strategy has always been to go after large enterprises and the law firms that represent them who are handling some of the most important complex legal matters in the world. And some of our cloud competitors, I think, have had other visions for the right way to approach the market. I wouldn't want to speak for them, but I think their focus is sometimes on very specific niches, for example, plaintiff's law firms or kind of small internal investigations, things of that nature.

And so, if you look at our win rate data, obviously, we're selling into the big-ticket kind of large enterprise for large legal matters. When we see some of those other cloud companies, they may have a solution that is not as well-suited to those kinds of use cases and that may translate into higher win rates.

Taking a step back though, DJ, I think the overall trend we're seeing across our business is an acceleration in win rates period across every segment of the market and across all the different types of competitors. That's one of the things that no doubt contributed to our outsized performance in Q2 and one of the things that's really giving us growing confidence about accelerating our investment in go-to-market.

### David DJ Hynes
Analyst, Canaccord Genuity LLC



Yeah. Makes perfect sense and helpful color. Michael, a follow-up for you just on the Q3 guidance, and I just want to be perfectly clear here given it's a usage-based model. We're in the unique situation of kind of guiding in the third month of the quarter. Is there anything you're seeing that suggests usage has materially slowed from Q2 levels? Are you just being prudent given it's your first quarter out post-IPO?

### Michael S. Lafair
Chief Financial Officer, CS Disco, Inc.



Yeah. It's great to hear your voice. So, we are trying to be prudent in our guidance and I'll also just to remind, as you know, we're usage-based. So while we're two months into the quarter, there's still almost a month left and so that's – we're usage-based. And as you probably know from reading the S-1 and you'll see it in the Q, roughly 88% of our business is usage-based where the balance is subscription. So we're trying to be prudent. We feel really comfortable about our guidance and we want to just be prudent as a first time out.

### David DJ Hynes
Analyst, Canaccord Genuity LLC

Yeah. Makes sense. Thank you guys and congrats.

**Operator**: Thank you, Mr. Hynes. The next question is from Derrick Wood with Cowen and Company. Please proceed.

CONFIDENTIAL

DISCO_003988

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

Corrected Transcript
02-Sep-2021

### J. Derrick Wood
Analyst, Cowen and Company

Q

Oh. Great. Thanks and congrats on just a great quarter. First one, I guess, Kiwi, you mentioned one of your secular drivers is growth in the regulatory environment. And just curious, are there any specific verticals to call out that are facing increased regulation or litigation? And perhaps you could talk about the opportunity within the banking and financial services market because that's traditionally a vertical that spends a lot on software.

### Kiwi Camara
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

Absolutely. I think one of the trends that you see everywhere in the world is that we have a tendency to create more laws and more regulations every year and very little incentive to get rid of the old ones.

There's a great paper by Saul Levmore from the University of Chicago Law School that describes this as an addiction to law. And, of course, an addiction to law is terrific for DISCO. So that's the secular trend, right? You get more and more regulation every year. And the more regulation there is, the more that drives investigations and litigation. And the more of that there is, the more usage there is of our platform, and the better it is in terms of revenue growth.

To give you an example, think about over the past few years the dramatic increase in privacy regulation and also how the privacy regulation varies across different jurisdictions around the world. Think about California Privacy Act, think about GDPR and so on. We saw tremendous growth in the European business, both in Q2 and more generally in the past few quarters.

And one of the drivers of that growth has been large corporations in the EU looking for a more efficient way to handle data subject access requests under GDPR. So that's an example, a very concrete one, of where regulatory change creates new categories of legal work that require the use of our solution and, in particular, require a way to deal with large volumes of requests targeting large volumes of enterprise data in a way that's automated leveraging DISCO and AI.

With respect to financial services, obviously, GDPR is applicable to those companies and we've seen lots of adoption in that area. More generally, we actually see some of our large clients in that vertical. Think about using DISCO for ongoing compliance use cases. So, it's not that there is a specific investigation or a specific piece of litigation, but rather there's a desire to monitor the communications that are happening inside the business and with partners, competitors, and so on in order to proactively identify legally problematic documents, so that the compliance or legal department can take appropriate steps before a formal legal issue comes up. So, that's one driver specific to that industry that we think will power growth.

### J. Derrick Wood
Analyst, Cowen and Company

Q

That helpful. Thanks. And either Kiwi or Michael, but can you remind us how aggressive you guys plan to be with hiring through the second half, particularly on the sales front? I don't know if you'd throw out kind of rough growth numbers that you'd like to be in terms of [ph] accident year (00:40:43) with sales capacity versus year-ago levels.

### Kiwi Camara
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

No, we're not giving specific numbers. But I can tell you, DJ (sic) [Derrick], that based on what we're seeing not just in Q2, but also more recently, our appetite for investing in go-to-market is going up, not down. We think, big

CONFIDENTIAL

DISCO_003989



picture, we're very early in the overall growth curve of our business. We think we have the winning solution at a time when the overall industry is shifting in our direction, right, those shifts from services to software from on-prem to cloud. And so we think now, specifically over the next 12 to 18 months, is the time to really invest in scaling out our go-to-market capacity and acquire share in this market.

**J. Derrick Wood**
*Analyst, Cowen and Company* Q

Got it. Thanks for taking my questions.

**Operator**: Thank you, Mr. Wood. The next question is from Scott Berg with Needham. Please proceed.

**Scott Berg**
*Analyst, Needham & Co. LLC* Q

Hi, Kiwi, Michael. Congrats on the great start here. I guess, two questions for me. First of all, one of the questions I can perpetually get is on the evolution of cloud solutions in this market. And while you touched on the competitive cloud solutions earlier, Kiwi, how do you start thinking about where the cloud evolution has truly touched the ediscovery and litigation markets today?

**Kiwi Camara**
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.* A

Well, I think there's a couple of things to talk about there. One is the desire for remote work and collaboration, which has been very difficult to achieve with legacy solutions for a number of reasons. One is that the legacy solutions are services-based, and so they require people to do things like go physically into the enterprise and collect data. And second is that the solutions are on-prem and so you would have these situations where people are actually shipping hard drives back and forth to teams of people doing manual data operations, manual project management, and so on.

And so how does cloud change that kind of historical status quo? Well, number one, enterprise data is moving to the cloud generally, so when you have a cloud ediscovery solution, you can collect that data sometimes without the data ever leaving the cloud, right? So, it's a dramatically better way of hooking into enterprise data that gets rid of a lot of that human data collection work.

Second, because it's an integrated cloud solution, it just naturally supports remote work and collaboration. So, many companies and many law firms sent their people home. And even those that have since come back, legal is a highly networked industry where a legal department will be working with multiple law firms, and inevitably some of those people are still at home and they're also geographically dispersed, more so after COVID than before COVID, and again a cloud-based solution makes all those things better. But that's kind of the table stakes.

Let me talk to you a bit more about a kind of more profound technology shift that the cloud is bringing about. So, if you talk to customers and you ask about legacy solutions, you will be surprised to hear that actually performance still remains a huge pain point with many of these legacy solutions. And what's going on there, it said legacy systems have not been able to keep up with the exponential explosion in the volume and variety of enterprise data and the velocity with which it's created.

When I got started as a lawyer 20 years ago, a big case might have been 100,000, maybe 1 million documents. And then email exploded, and a big case became 1 million to 10 million documents. And now, in addition to email, you have messaging data, application data, voice, video chat, and so on. And a big case can be 100 million

CONFIDENTIAL

DISCO_003990



documents. And the old system simply couldn't scale to keep up with that load. What does cloud bring to that problem?

Well, this is really the magic of cloud and its elastic compute in the cloud. DISCO is one of the largest users of Amazon Lambda, Amazon's serverless compute product. And this lets us do things that were basically impossible to do with on-premise software where we can spin up the equivalent of hundreds of thousands, maybe millions, of servers in order to build spike compute capacity that lets us deal with huge incoming and outgoing streams of data that differ in their nature, their type, and thus differ in the kinds of processing steps that are required, so you can better deal with surge capacity.

You can also do things like apply modern approaches to artificial intelligence which, as you know, are extraordinarily compute-intensive. But because we have access to fleets of GPUs that we can buy for small units of time, we can do things like run these super-intensive machine learning algorithms to make very specific predictions about fine-grained legal issues like the relevance to a Foreign Corrupt Practices Act claim or the relevance to a fraud claim, and we can do this not only once, but we can update these things continuously as we get more signal from lawyers doing their work in our platform.

And we can do it not just in specific matters, but across all portfolios of matters, enabling this AI system to learn from the aggregate of data and work product that's happening in our platform. These are things that were technically infeasible before the move to the cloud. And so, what's the impact of cloud? I think it's going to be pretty profound. It transforms not just the way people work, but it actually changes what's possible.

### Scott Berg
Analyst, Needham & Co. LLC

Q

Got it. Very helpful. And then I guess from a follow-up perspective, law firms, as you kind of touched on before, have been a great referral partner for you as you built the company over the last several years to obviously gain customers. But how do you engage with them to sell the broader suite outside of just ediscovery? [indiscernible] (00:47:08) DISCO's kind of a contract lifecycle management platform specifically for the legal industry. But can you leverage those individuals to also sell things like Review and Case Builder for you going forward?

### Kiwi Camara
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

Absolutely. If you think about what DISCO, just very high level, right, what do we do? We use technology to enable a much more efficient approach to the delivery of legal work. And so, how do we work with the law firm?

Well, for a law firm, a law firm is in the business of competing in the hyper-competitive market for legal services by convincing clients that the law firm can handle their legal work in a way that drives better legal outcomes and does so much more efficiently. And traditionally, law firms have done that by touting the expertise of their partners and the training they give to associates and the relationships they've built over time and the investment they make in learning a specific client's business and in an industry.

What DISCO does is give partners at those law firms one more super impactful tool in their arsenal to win business, and that's the use of technology, to automate away large parts of the practice of law that don't require human legal judgment, leading to better and more efficient outcomes for the corporate client.

So, look, our primary audience is, of course, the end buyer, that's the corporate client, and we talk to them about the efficiencies being driven by technology. But law firms are equally motivated to champion DISCO solutions

CONFIDENTIAL

DISCO_003991

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

because when a law firm is more efficient in delivering services to a client, it makes the law firm more competitive in the overall market for legal services.

Now, look, that's the business answer. I'll also tell you what we're hearing on the ground, which is, bottom line, lawyers and law firms love using our solution. They personally love it, and they hate, often, using the solutions that they used before, and that is magic, right? This is what sometimes business people call consumerization of enterprise software. But in plain English, it's the idea that if you combine world-class engineering with, in our case, a deep love and respect for the law, an understanding of how lawyers work and think, then you can uniquely build these product experiences that feel magical for lawyers. And setting aside the business, they just want to use DISCO.

### Scott Berg
Analyst, Needham & Co. LLC

Q

Wonderful. Thanks for taking my questions.

**Operator**: Thank you, Mr. Berg. The next question is from Parker Lane with Stifel. Please proceed.

### Jeffrey Parker Lane
Analyst, Stifel, Nicolaus & Co., Inc.

Q

Yeah. Hi, Kiwi and Michael. Thanks for taking my questions. You've done a tremendous job of transforming the industry through ediscovery. But I was hoping you could talk a little bit more about what the tipping point is for customers as they contemplate adding Review and Case Builder into their existing engagements, and maybe what pace of adoption you've seen in that solution over the last six months or so?

### Kiwi Camara
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

Yeah. We're delighted by the growing adoption of products two and three, DISCO Review and DISCO Case Builder. And often what we see, it's part of this more general journey that clients are on to figure out what kinds of legal work actually require the exercise of human legal judgment and what parts of work don't, right?

Our growth story, not just for the next six months or the next year, but for the next 10 years or 20 years, is about taking on more and more of the $767 billion market for legal services where, quite frankly, a lot of the things that lawyers are doing today are not things they want to be doing, they're not things they went to law school to do, and they're not things that require human legal judgment. So, what's the tipping point, right? Why does someone expand their usage from DISCO Ediscovery to DISCO Review and DISCO Case Builder?

It's because they see the ability to use our platform to automate the next category of legal work and the next category of legal work and so on. And that, we think, is going to continue well beyond just our first three products. When we think about introducing more products over time, the idea is to build things that are applicable to more and more categories of legal work, increasing the breadth of things that we're able to partner with legal departments [indiscernible] (00:51:43).

### Jeffrey Parker Lane
Analyst, Stifel, Nicolaus & Co., Inc.

Q

Got it. And coming up a really solid quarter here in the second quarter, how is that performance recently and all the trends you're seeing domestically informing the way that you think about international investments? And then can you remind us what a large enterprise is thinking about in terms of cross-border use of the platform today?

CONFIDENTIAL

DISCO_003992

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

**Corrected Transcript**
02-Sep-2021

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

Yeah. We're seeing acceleration not just in the US, but also internationally. And so when we think about what's driving our growing appetite and it's definitely growing for investing internationally, it's less actually the growth of the US business and more just the growth of the international business, which has been on fire. What's interesting about our clientele, right, we serve very large enterprises typically, and then the law firms who represent them.

And if you look at both of those kinds of clients, they're generally multinational. So, well before we have an office in London, we had American multinational clients using our solution on legal matters that were cited everywhere in the world, from South Africa to Korea to China to Japan to all over Europe and so on. And we also have the opposite, right? We had Japanese multinationals, Korean multinationals whose first encounter with DISCO was for handling US-cited litigation or regulatory matters, again long before we have an international presence.

And so the way we thought about launching in London a few years ago was actually less targeted on the local London market and more about simply following our American clients, both with really the clients, right, but also the law firms who represented them. As you know, most of the large law firms now have offices all over the world and represent clients all over the world. And so when we take advantage of that highly-networked nature of the legal industry to spread, that's again driver of international expansion.

Now, what we discovered once we were on the ground in the UK is tremendous local demand. And more generally what we're seeing actually in some of the non-US markets is that in many of these markets you have people who are going straight to the cloud, right? It's not that they've built up a big relationship with one of the incumbent kind of services-based providers. It's that they're just going directly to a cloud solution. And so that's different and good for DISCO in terms of international growth.

**Jeffrey Parker Lane**
Analyst, Stifel, Nicolaus & Co., Inc.

Very helpful. Congrats on the quarter. Thanks, again.

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

Thanks so much.

**Operator:** Thank you, Mr. Lane. The next question is from Brent Thill with Jefferies. Please proceed.

**Brent Thill**
Analyst, Jefferies LLC

Hi, Kiwi. Many questions from investors around the size of your market in ediscovery versus becoming a broader law software story. And I'm curious if you could maybe help explain your view of the current segment that you're serving across these three segments and how long you could go before you feel that you'd actually theoretically run out of opportunity. And then I had a second follow-up for Michael.

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

Sure. Let me address that in a few ways. First, directly, market size. So, according to IDC, the ediscovery market is $15 billion of spend today, and the bulk of that spend is going to the incumbent kind of services-heavy solutions

CONFIDENTIAL

DISCO_003993

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

 Corrected Transcript
02-Sep-2021

that DISCO replaces every day. So, our core market for our original product, just DISCO Ediscovery, is about $15 billion, which obviously gives us lots of room to grow before thinking about expanding beyond ediscovery. But, of course, we already have expanded beyond ediscovery.

With our DISCO Review and DISCO Case Builder products, what we're seeing is that customers that had gotten to maturity, right, the seven-figure spend on the ediscovery product, those customers can actually 2x or more their spend by adopting our second and third products. And we're seeing that not just for our largest customers, but also for customers who are early in their adoption journey. So, we think the impact of Review and Case Builder can be a multiplier in terms of the addressable market.

We included in our filings a kind of bottoms up calculation of market size, which is based on the actual spend of DISCO customers today in different-sized buckets times the number of companies in those sized buckets according to a third-party source, and that number is $42 billion. So, we think there's a tremendous amount of runway just in terms of raw market size.

The other way to think about it is expansion of existing accounts. As we've talked about historically, the account expansion journey from five figures to seven figures has taken multiple years, three years, four years, five years. We're seeing that pull forward more recently. But even with the pull forward, we have tons of customers who are early in or in the middle of their adoption journeys. And if all we did was take those customers to the size of, say, our 20th largest customer, that provides many, many years of growth even at the kinds of growth rates that you saw in Q2. And, of course, at the same time as we're growing those accounts, we continue to add new logos at a very strong pace.

So, big picture, we think we're super early in our growth curve in a huge market that is shifting in our direction, right, away from services to software, away from on-prem to the cloud. And that's what's driving our willingness to invest in go-to-market.

**Brent Thill**
Analyst, Jefferies LLC

Q

And, Kiwi, just to confirm, Review attach, is it still somewhere in the mid-teens as it relates to ediscovery?

**Kiwi Camara**
Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.

A

We're not disclosing specific attach rates. I can tell you we're delighted both by the kind of just straight growth of the Review product as well as the increasing propensity of customers to be multi-product customers across ediscovery, Review, and Case Builder.

**Brent Thill**
Analyst, Jefferies LLC

Q

Okay. And just a quick follow-up for Michael. I think on your quota-carrying to sales team, you were somewhere around 55 to 60, and your goal was to add roughly 10 a month from here on out. Is that still the plan or are you tracking to a different plan?

**Michael S. Lafair**
Chief Financial Officer, CS Disco, Inc.

A

Yeah. So, we're going to continue to invest a ton in go-to-market and expand out the quota-carrying reps, and that's the game plan for the second half and also for next year.

CONFIDENTIAL

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

**Corrected Transcript**
02-Sep-2021

**Brent Thill**
*Analyst, Jefferies LLC*

Q

Thank you.

---

**Operator:** Thank you, Mr. Thill. The next question is from Yun Kim with Loop Capital Markets. Please proceed.

---

**Yun Kim**
*Analyst, Loop Capital Markets LLC*

Q

Thank you. Kiwi and Michael, congrats on the first earnings call as a public company. Definitely noticed a fairly substantial forward-looking statement disclaimer that April read, which is exactly what I expected with all the lawyer background over there. So, just following up on Brent's question on the add-on product expansion. For those customers with multiple products, what is the typical usage mix between those products? Just wondering how much uplift those add-on products provide when a customer adds another product.

**Kiwi Camara**
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

A

Yes. So, for customers who are using both ediscovery and Review and – well, all three I guess, Review and Case Builder, the Review and Case Builder can be 2x to 3x the size of the ediscovery. So, it's a multiplier in terms of their total spend.

**Yun Kim**
*Analyst, Loop Capital Markets LLC*

Q

Great. That's good to hear. And then just on the gross margin dynamics, can you just talk about what drove down gross margin in the quarter? Were there any kind of factors that drove a little bit better than what you thought or a little bit worse than what you thought? And perhaps I think it's maybe a good time to remind us the drivers behind that dynamic. For instance, would the gross margin be impacted if you have a lot of new customer adds in the quarter, which would normally imply a lot more data ingestion? Or is that more driven by the number of new matters or cases, regardless of the number of new customer adds?

**Michael S. Lafair**
*Chief Financial Officer, CS Disco, Inc.*

A

So, appreciate the question. So, there's a number of different factors that impact the gross margin. And just like our – we're usage-based, and so there is inherent variability in cases ending, cases adding, people expanding data to cases. On the margin side, a really outsized performance like Q2. Clearly, there was a lot of data ingested, and that can potentially depress margins a little bit.

But, on the other hand, you could have a quarter where margins go up, and that just means there's not a lot of new data that's in. But it really depends on a variety of factors. You can have different types of data affect margins differently in terms of what type of files they are. So, net-net, it's kind of like on the usage-based side. Margins, there may be some variability quarter-to-quarter, which you saw from Q1 to Q2, but net-net over an annualized basis, we're comfortable with where we have guided in the past to margins, and we expect that that's going to continue in the future.

**Yun Kim**
*Analyst, Loop Capital Markets LLC*

Q

Okay. Great. Thank you so much.

---

CONFIDENTIAL

DISCO_003995

## CS Disco, Inc. (LAW)
Q2 2021 Earnings Call

 Corrected Transcript
02-Sep-2021

**Operator**: Thank you, Mr. Kim. There are no additional questions waiting at this time. I would now like to pass the conference back over to Kiwi Camara, Co-Founder and CEO, for closing remarks.

### Kiwi Camara
*Co-Founder, Chief Executive Officer & Director, CS Disco, Inc.*

Thanks for joining us today. I've never been more optimistic about our business. Our second quarter results clearly demonstrate DISCO's potential. We believe we have a tremendous opportunity to scale out our product-led growth engine to add new customers and accelerate the growth of existing customers, while simultaneously strengthening our brand and encouraging customers to adopt, not just one of our products, but more of our products over time, as well as expanding internationally and growing our product portfolio.

We will continue to aggressively invest behind each of our growth opportunities, and are confident we can drive long-term durable growth and redefine how law is practiced. We thank you for your interest in DISCO and for joining our Q2 2021 earnings call.

**Operator**: That concludes the CS Disco's second quarter of fiscal year 2021 conference call. Enjoy the rest of your day.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

CONFIDENTIAL

DISCO_003996