# EXHIBIT 6



**Estimates Revised**

## CS Disco
### Enterprise Software - Software as a Service

**US Equity Research**
2 September 2021

| Rating | Price Target |
|---|---|
| **BUY** | **US$60.00** |
| *unchanged* | *unchanged* |

| LAW-NYSE | Price |
|---|---|
| | **US$58.42** |

**David Hynes Jr.** | Analyst | Canaccord Genuity LLC (US) | DHynes@cgf.com | 617.371.3882
**Luke Morison, CFA** | Associate | Canaccord Genuity LLC (US) | lmorison@cgf.com | 617.371.3837
**Daniel Reagan** | Associate | Canaccord Genuity LLC (US) | dreagan@cgf.com | 617.784.0796

# Excellent quarter, conservative guide; early days on the path to vertical giant

## Investment recommendation

Disco delivered quite impressive, but at the same time largely expected Q2 results, which came in slightly ahead of Flash ranges included in the firm's IPO filings. It's silly that we have to remind investors of this, but with LAW shares down a bit after hours, we'll do it again: when a company puts Flash numbers in its IPO materials, the upside reported in finalized results is going to be muted. More so, with syndicate/Street expectations already reigned in, there's really no incentive for management to come out and set some big upside guide – they're better off letting that play out when Q3 results are ultimately reported. The bottom line is that Q2 was an exceptional quarter for Disco and we don't think the momentum has waned in the two months since. Our thesis on this stock is unchanged from our mid-August initiation, which is to say we see many characteristics that suggest this is a business that could emerge to "vertical giant" or "category killer" status over time. Importantly in our view, Disco is not creating a new category; they are modernizing legacy solutions with cloud-based technology and leveraging ML/AI to add efficiency to portions of the legal review process that have historically been manual, time-consuming, and expensive. With NPS scores that run at 2x the rate of the average software company, this is a classic land and expand model that should benefit from a degree of go-to-market virality as its reputation builds. This all goes to say that we believe in the intermediate-term durability of growth here, which in our view should help LAW sustain its premium valuation. BUY.

## Highlights from the call

**Outperformance across every aspect of the business.** This is how management characterized Q2 execution, which is reflective of strong new logo additions, expanding usage in existing accounts, and healthy adoption of newer products like Review and Case Builder. Putting some specifics to the numbers, Disco reported $29.5M in Q2 revenue, up 88% year-over-year, and a 5% EBITDA loss, which improved from a 28% loss in the year ago period.

**Win rates improving, sales ramp early in its contribution.** Management noted that its ramp in more aggressive sales hiring started in Q3 last year, when the company saw COVID wasn't going to materially impact its market, and some of those newly hired ramps are now starting to contribute to the strong growth we saw in Q2. More significantly, management simply noted that its wins rates across the board – versus legal service providers and versus other cloud platforms – are improving. When pressed on future hiring plans, management noted that its appetite for S&M investment is going up, not down, as the market continues to come to Disco – i.e., on-premise to cloud, manual to automated, etc.

**Atypical customer ramp.** Disco discussed a well-known consumer brand that in Q4 of last year hired a new deputy counsel from an existing Disco customer. That new leader migrated his current firm to Disco in Q4 and Q1, and then in Q2 that customer had acceleration in legal issues that led them to take on Disco's Review product. That process took this customer from zero to a multi-million-dollar customer in three quarters, a process that can typically take several years. Two important takeaways here: (1) this speaks to the virality that can occur as corporate attorneys move from one firm to the next and (2) the sequential revenue growth we saw in Q2 had some unusually strong large customer activity that investors should not expect to reoccur in future periods.

### Market Data

| | |
|---|---|
| 52-Week Range (US$) : | 39.55 - 60.79 |
| Avg Daily Vol (M) : | 0.4 |
| Market Cap (US$M) : | 3,474.1 |
| Shares Out. (M) : | 59.5 |
| Enterprise Value (US$M) : | 3,233 |
| Net Cash (US$M) : | 241.3 |

| FYE Dec | 2020A | 2021E | 2022E |
|---|---|---|---|
| Sales (US$M) | 68.4 | 104.3↑ | 137.5↑ |
| *Previous* | - | *101.0* | *132.5* |
| EV/Sales (x) | 49.9 | 31.4 | 23.5 |
| Free Cash Flow (US$M) | (24.6) | (32.3) | (45.4) |
| EV/FCF (x) | NA | NA | NA |
| EPS Non-GAAP (US$) | (1.67) | (0.71)↑ | (0.59)↑ |
| *Previous* | - | *(0.77)* | *(0.60)* |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020A | 15.7 | 15.7 | 17.9 | 19.2 |
| 2021E | 21.1A | 29.5A | 25.9 | 27.7 |
| 2022E | 30.0 | 32.7 | 35.6 | 39.2 |

| Quarterly EPS Non-GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020A | (0.82) | (0.38) | (0.28) | (0.19) |
| 2021E | (0.18)A | (0.16)A | (0.21) | (0.16) |
| 2022E | (0.16) | (0.16) | (0.15) | (0.13) |



— LAW
— Russell 2000 (rebased)
Source: FactSet

Priced as of close of business 2 September 2021

Cloud-based legal tech spanning e-discovery, legal document review, and case management.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**

DISCO_000298

**Framing the Q3 guide.** Disco is a usage-based business model, so there can be some variability to quarterly spend even if the general trend is "up and to the right." We specifically asked CFO Lafair about this dynamic, particularly given we're in the unusual situation of guiding in the third month of the quarter, and his response seems to suggest that the sequential decline projected was nothing more than post-IPO prudence. Even if Disco were to report a sequentially flat Q3, which they only did in the COVID-impacted Q2 last year, Q3 would come in at 65%+ growth, well ahead of the 45% implied in the new guidance.

**CONFIDENTIAL**                                                                    DISCO_000299

## Valuation and price target

We maintain our price target of $60, which is based on a ~25x EV/revenue multiple applied to our C2022 estimate of $137.5M, plus approximately $177M in net cash and assumes ~60M fully diluted shares outstanding. With the shares down ~8% after hours, we maintain our BUY rating.

## Quarterly results

The table below details Disco's June quarter (Q2/22) results compared to our published estimates and the year ago quarter's results.

**Figure 1: LAW June 2021 (Q2/22)**

| $ Millions | Jun-20 | Jun-21 | Jun-21E | Actual - Estimate | Percent Difference |
|---|---|---|---|---|---|
| **Total Revenue** | **15.7** | **29.5** | **29.1** | **0.4** | **2%** |
| Total Cost of Revenues | (4.5) | (8.7) | (8.5) | (0.2) | -2% |
| **non-GAAP Gross Profit** | **11.2** | **20.9** | **20.6** | **0.3** | **1%** |
| Sales & Marketing | (7.1) | (10.6) | (10.3) | (0.3) | -3% |
| Research & Development | (6.0) | (7.6) | (7.5) | (0.1) | -1% |
| General & Administrative | (3.0) | (4.7) | (5.3) | 0.6 | 11% |
| Total non-GAAP Operating Expenses | (16.0) | (22.9) | (23.1) | 0.3 | 1% |
| **non-GAAP Operating Income** | **(4.8)** | **(2.0)** | **(2.5)** | **0.5** | **21%** |
| Stock-Based Compensation | (0.5) | (1.0) | (1.0) | 0.0 | 3% |
| Other Reconciling Items | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| **GAAP Operating Income** | **(5.3)** | **(3.0)** | **(3.5)** | **0.6** | **16%** |
| Interest and Other Income | 0.0 | 0.0 | 0.0 | 0.0 | 5% |
| Interest and Other Expense | (0.2) | (0.1) | (0.0) | (0.1) | n/a |
| Pre-tax Income | (5.5) | (3.0) | (3.5) | 0.5 | 13% |
| Tax Rate | 0% | -1% | -3% | 1% | n/a |
| Income Tax | (0.0) | (0.0) | (0.1) | 0.1 | 57% |
| **GAAP Net Income** | **(5.5)** | **(3.1)** | **(3.6)** | **0.5** | **15%** |
| SBC, Amort, & Other | 0.5 | 0.9 | 1.0 | (0.1) | -6% |
| Related Tax Impact | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| **non-GAAP Net Income** | **(5.0)** | **(2.1)** | **(2.6)** | **0.5** | **18%** |
| **EBITDA Reconciliation** | | | | | |
| GAAP Net Loss | (5.5) | (3.1) | (3.6) | 0.5 | 15% |
| Depreciation and Amortization | 0.4 | 0.4 | 0.4 | (0.0) | -7% |
| Provision for Income Taxes | 0.0 | 0.0 | 0.1 | (0.1) | -57% |
| Interest and Other, Net | 0.1 | 0.1 | (0.0) | 0.1 | 573% |
| Stock-Based Compensation | 0.5 | 1.0 | 1.0 | (0.0) | -3% |
| Refund of Sales and Use Taxes | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| **Adjusted EBITDA** | **(4.4)** | **(1.6)** | **(2.1)** | **0.5** | **24%** |
| Basic Shares Outstanding | 13.1 | 13.6 | 13.7 | (0.0) | 0% |
| Diluted Shares Outstanding | 13.2 | 13.7 | 13.7 | 0.0 | 0% |
| **non-GAAP EPS** | **($0.38)** | **($0.16)** | **($0.19)** | **$0.03** | **18%** |
| Fully-Taxed non-GAAP EPS (at 21%) | ($0.30) | ($0.12) | ($0.15) | $0.03 | 17% |
| **GAAP EPS** | **($0.42)** | **($0.23)** | **($0.26)** | **$0.04** | **15%** |
| **Free Cash Flow** | **($5.3)** | **($6.5)** | **($8.0)** | **$1.4** | **18%** |
| **FCF/share** | **($0.41)** | **($0.48)** | **($0.58)** | **$0.11** | **18%** |
| Growth | -52% | -23% | -49% | -- | -- |
| **Net Cash per Share** | **$1.82** | **$3.43** | **$3.34** | **$0.09** | **3%** |

Source: Company reports, Canaccord Genuity estimates

**CONFIDENTIAL**

**CS Disco**
**Estimates Revised**

## Figure 2: Income Statement

**Disco**
(LAW/NYSE)
9/2/2021

| Income Statement ($ Millions) | Mar-19 | Jun-19 | Sep-19 | Dec-19 | CY-2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | CY-2020 | Mar-21 | Jun-21 | Sep-21E | Dec-21E | CY-2021E | Mar-22E | Jun-22E | Sep-22E | Dec-22E | CY-2022E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | CY-2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Quarterly | | | | | Quarterly | | | | | Quarterly | | | | | Quarterly | | | | | Quarterly | | |
| **Total Revenue** | 10.4 | 11.3 | 12.7 | 14.2 | 48.6 | 15.7 | 15.7 | 17.9 | 19.2 | 68.4 | 21.1 | 29.5 | 25.9 | 27.7 | 104.3 | 30.0 | 32.7 | 35.6 | 39.2 | 137.5 | 41.3 | 43.3 | 45.9 | 49.0 | 179.5 |
| Total Cost of Revenues | (2.9) | (3.3) | (3.6) | (4.6) | (14.4) | (5.1) | (4.5) | (5.5) | (5.3) | (20.4) | (5.8) | (8.7) | (7.6) | (8.2) | (30.3) | (8.7) | (9.6) | (10.3) | (11.4) | (40.0) | (12.0) | (12.6) | (13.3) | (14.2) | (52.1) |
| **non-GAAP Gross Profit** | 7.5 | 8.0 | 9.0 | 9.6 | 34.1 | 10.6 | 11.2 | 12.3 | 13.8 | 48.0 | 15.4 | 20.9 | 18.3 | 19.5 | 74.0 | 21.3 | 23.1 | 25.3 | 27.8 | 97.5 | 29.3 | 30.7 | 32.6 | 34.8 | 127.4 |
| Sales & Marketing | (5.3) | (5.8) | (6.9) | (7.8) | (25.8) | (9.3) | (7.1) | (7.1) | (7.3) | (30.7) | (7.8) | (10.6) | (13.5) | (13.9) | (45.7) | (15.0) | (15.7) | (16.4) | (17.1) | (64.1) | (18.0) | (18.8) | (19.3) | (20.6) | (76.7) |
| Research & Development | (4.8) | (6.2) | (7.0) | (6.7) | (24.6) | (8.0) | (6.0) | (6.0) | (5.7) | (25.7) | (6.1) | (7.6) | (8.8) | (8.6) | (31.0) | (9.3) | (9.8) | (10.7) | (11.2) | (41.0) | (11.6) | (12.1) | (12.4) | (13.2) | (49.3) |
| General & Administrative | (1.9) | (2.6) | (2.5) | (2.9) | (9.9) | (4.1) | (3.0) | (2.8) | (3.3) | (13.1) | (3.9) | (4.7) | (6.7) | (6.6) | (21.9) | (6.9) | (7.0) | (7.3) | (7.5) | (28.7) | (7.6) | (7.8) | (8.3) | (8.8) | (32.5) |
| Total non-GAAP Operating Expenses | (11.9) | (14.7) | (16.4) | (17.3) | (60.3) | (21.3) | (16.0) | (15.9) | (16.3) | (69.6) | (17.7) | (22.9) | (29.0) | (29.1) | (98.6) | (31.2) | (32.5) | (34.4) | (35.7) | (133.8) | (37.2) | (38.8) | (39.9) | (42.6) | (158.5) |
| **non-GAAP Operating Income** | (4.5) | (6.7) | (7.3) | (7.7) | (26.2) | (10.7) | (4.8) | (3.6) | (2.5) | (21.6) | (2.4) | (2.0) | (10.7) | (9.5) | (24.6) | (9.9) | (9.5) | (9.1) | (7.9) | (36.3) | (7.8) | (8.0) | (7.3) | (7.8) | (31.0) |
| Stock-Based Compensation | (2.6) | (0.5) | (0.5) | (0.5) | (4.1) | (0.5) | (0.5) | (0.5) | (0.5) | (2.0) | (0.5) | (1.0) | (0.7) | (0.7) | (2.9) | (0.8) | (0.8) | (0.8) | (0.8) | (3.2) | (0.9) | (0.9) | (0.9) | (1.0) | (3.7) |
| Other Reconciling Items | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **GAAP Operating Income** | (7.1) | (7.2) | (7.8) | (8.2) | (30.3) | (11.2) | (5.3) | (3.0) | (3.0) | (22.5) | (2.8) | (3.0) | (11.4) | (10.2) | (27.5) | (10.7) | (10.3) | (9.9) | (8.7) | (39.5) | (8.7) | (8.9) | (8.2) | (8.8) | (34.7) |
| Interest and Other Income | 0.2 | 0.1 | 0.2 | 0.1 | 0.7 | 0.1 | 0.0 | 0.1 | 0.0 | 0.2 | 0.0 | 0.0 | 0.2 | 0.3 | 0.5 | 0.2 | 0.2 | 0.2 | 0.2 | 0.8 | 0.2 | 0.2 | 0.2 | 0.2 | 0.8 |
| Interest and Other Expense | (0.0) | (0.0) | (0.1) | (0.0) | (0.1) | (0.1) | (0.2) | (0.2) | (0.0) | (0.5) | (0.1) | (0.1) | (0.0) | (0.0) | (0.2) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) |
| Pre-tax Income | (6.9) | (7.0) | (7.7) | (8.2) | (29.8) | (11.2) | (5.5) | (3.2) | (3.0) | (22.8) | (2.9) | (3.0) | (11.3) | (9.9) | (27.1) | (10.5) | (10.1) | (9.7) | (8.5) | (38.8) | (8.6) | (8.7) | (8.1) | (8.7) | (34.0) |
| Tax Rate | 0% | 0% | 0% | 0% | 0% | (0.0) | 0% | 0% | 0% | 0% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% |
| Income Tax | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.1) | (0.1) | (0.3) | (0.1) | (0.1) | (0.1) | (0.1) | (0.4) | (0.1) | (0.1) | (0.1) | (0.1) | (0.4) |
| **GAAP Net Income** | (7.0) | (7.1) | (7.7) | (8.2) | (29.8) | (11.2) | (5.5) | (3.2) | (3.0) | (22.9) | (2.9) | (3.1) | (11.4) | (10.0) | (27.4) | (10.6) | (10.2) | (9.8) | (8.6) | (39.2) | (8.7) | (8.8) | (8.2) | (8.8) | (34.4) |
| SBC, Amort, & Other | 2.6 | 0.5 | 0.5 | 0.5 | 4.1 | 0.5 | 0.5 | (0.6) | 0.5 | 0.9 | 0.5 | 0.9 | 0.7 | 0.7 | 2.8 | 0.8 | 0.8 | 0.8 | 0.8 | 3.2 | 0.9 | 0.9 | 0.9 | 1.0 | 3.7 |
| Related Tax Impact | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **non-GAAP Net Income** | (4.3) | (6.5) | (7.2) | (7.7) | (25.7) | (10.7) | (5.0) | (3.7) | (2.5) | (21.9) | (2.4) | (2.1) | (10.7) | (9.3) | (24.6) | (9.8) | (9.4) | (9.0) | (7.8) | (36.0) | (7.8) | (7.9) | (7.3) | (7.8) | (30.7) |
| **EBITDA Reconciliation** | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAAP Net Loss | (7.0) | (7.1) | (7.7) | (8.2) | (29.8) | (11.2) | (5.5) | (3.2) | (3.0) | (22.9) | (2.9) | (3.1) | (11.4) | (10.0) | (27.4) | (10.6) | (10.2) | (9.8) | (8.6) | (39.2) | (8.7) | (8.8) | (8.2) | (8.8) | (34.4) |
| Depreciation and Amortization | 0.1 | 0.2 | 0.2 | 0.3 | 0.8 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.4 | 0.4 | 0.5 | 0.5 | 1.9 | 0.6 | 0.6 | 0.6 | 0.6 | 2.4 |
| Provision for Income Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| Interest and Other, Net | (0.1) | (0.2) | (0.1) | (0.1) | (0.5) | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | (0.2) | (0.3) | (0.3) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) |
| Stock-Based Compensation | 2.6 | 0.5 | 0.5 | 0.5 | 4.1 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 0.5 | 1.0 | 0.7 | 0.7 | 2.9 | 0.8 | 0.8 | 0.8 | 0.8 | 3.2 | 0.9 | 0.9 | 0.9 | 1.0 | 3.7 |
| Refund of Sales and Use Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.1) | 0.0 | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted EBITDA** | (4.3) | (6.5) | (7.1) | (7.5) | (25.4) | (10.3) | (4.4) | (3.2) | (2.1) | (19.9) | (1.9) | (1.6) | (10.3) | (9.1) | (23.0) | (9.5) | (9.1) | (8.5) | (7.3) | (34.4) | (7.3) | (7.4) | (6.7) | (7.2) | (28.6) |
| Basic Shares Outstanding | 12.8 | 12.9 | 12.9 | 13.0 | 12.9 | 13.1 | 13.1 | 13.2 | 13.3 | 13.2 | 13.4 | 13.6 | 49.9 | 60.1 | 34.2 | 60.4 | 60.7 | 61.0 | 61.3 | 60.8 | 61.6 | 61.9 | 62.2 | 62.5 | 62.0 |
| Diluted Shares Outstanding | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 | 65.5 | 13.2 | 13.2 | 13.2 | 13.2 | 13.4 | 13.7 | 49.9 | 60.1 | 34.3 | 60.4 | 60.7 | 61.0 | 61.3 | 60.8 | 61.6 | 61.9 | 62.2 | 62.5 | 62.0 |
| **non-GAAP EPS** | ($0.34) | ($0.51) | ($0.56) | ($0.59) | ($1.99) | ($0.82) | ($0.38) | ($0.28) | ($0.19) | ($1.67) | ($0.18) | ($0.16) | ($0.21) | ($0.16) | ($0.71) | ($0.16) | ($0.16) | ($0.15) | ($0.13) | ($0.59) | ($0.13) | ($0.13) | ($0.12) | ($0.12) | ($0.50) |
| Fully-Taxed non-GAAP EPS (at 21%) | ($0.27) | ($0.40) | ($0.44) | ($0.46) | ($1.57) | ($0.65) | ($0.30) | ($0.22) | ($0.15) | ($1.31) | ($0.14) | ($0.12) | ($0.17) | ($0.12) | ($0.55) | ($0.13) | ($0.12) | ($0.12) | ($0.10) | ($0.46) | ($0.10) | ($0.10) | ($0.09) | ($0.10) | ($0.39) |
| **GAAP EPS** | ($0.54) | ($0.55) | ($0.59) | ($0.63) | ($2.31) | ($0.86) | ($0.42) | ($0.24) | ($0.23) | ($1.74) | ($0.22) | ($0.23) | ($0.23) | ($0.17) | ($0.84) | ($0.18) | ($0.17) | ($0.16) | ($0.14) | ($0.65) | ($0.14) | ($0.14) | ($0.13) | ($0.14) | ($0.56) |
| **Free Cash Flow** | ($10.0) | ($3.5) | ($7.0) | ($10.1) | ($30.6) | ($10.8) | ($5.3) | ($3.0) | ($5.5) | ($24.6) | ($5.1) | ($6.5) | ($9.5) | ($11.1) | ($32.3) | ($12.0) | ($11.9) | ($11.0) | ($10.5) | ($45.4) | ($9.0) | ($9.9) | ($9.3) | ($9.7) | ($37.7) |
| FCF/share | ($0.78) | ($0.27) | ($0.54) | ($0.78) | ($2.37) | ($0.82) | ($0.41) | ($0.23) | ($0.42) | ($1.87) | ($0.38) | ($0.48) | ($0.19) | ($0.19) | ($0.94) | ($0.20) | ($0.20) | ($0.18) | ($0.17) | ($0.75) | ($0.15) | ($0.16) | ($0.15) | ($0.15) | ($0.61) |
| *Growth* | -- | -- | -- | -- | -- | -8% | -52% | 58% | 45% | 20% | 53% | -23% | -220% | -102% | -31% | -136% | -81% | -16% | 6% | 41% | 25% | 17% | 16% | -8% | 17% |
| **Net Cash per Share** | $3.39 | $3.12 | $2.58 | $1.80 | $1.80 | $0.19 | $1.82 | $5.94 | $4.45 | $4.45 | $4.01 | $3.43 | $4.26 | $3.35 | $3.35 | $3.14 | $2.93 | $2.73 | $2.55 | $2.55 | $2.39 | $2.22 | $2.06 | $1.89 | $1.89 |
| **Annual Pct. Change** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Revenues** | -- | -- | -- | -- | -- | 51% | 39% | 41% | 35% | 41% | 35% | 88% | 45% | 44% | 52% | 42% | 11% | 37% | 41% | 32% | 38% | 32% | 29% | 25% | 31% |
| non-GAAP Gross Profit | -- | -- | -- | -- | -- | 42% | 40% | 37% | 44% | 41% | 45% | 86% | 48% | 41% | 54% | 39% | 11% | 38% | 42% | 32% | 38% | 33% | 29% | 25% | 31% |
| Sales & Marketing | -- | -- | -- | -- | -- | 76% | 22% | 2% | -6% | 19% | -16% | 50% | 90% | 90% | 49% | 92% | 48% | 22% | 23% | 40% | 20% | 20% | 18% | 21% | 20% |
| Research & Development | -- | -- | -- | -- | -- | 68% | -4% | -14% | -14% | 5% | -24% | 26% | 47% | 50% | 21% | 53% | 29% | 21% | 30% | 32% | 24% | 24% | 16% | 18% | 20% |
| General & Administrative | -- | -- | -- | -- | -- | 112% | 12% | 16% | 14% | 33% | -5% | 59% | 137% | 102% | 67% | 79% | 50% | 8% | 13% | 31% | 11% | 11% | 13% | 18% | 13% |
| **non-GAAP EPS** | -- | -- | -- | -- | -- | -143% | 25% | 49% | 68% | 16% | 78% | 59% | 24% | 17% | 58% | 11% | 1% | 31% | 18% | 16% | 22% | 17% | 21% | 2% | 16% |
| Fully-Taxed non-GAAP EPS (at 35%) | -- | -- | -- | -- | -- | -143% | 25% | 49% | 68% | 16% | 78% | 60% | 25% | 18% | 58% | 10% | -1% | 31% | 18% | 16% | 23% | 17% | 21% | 2% | 17% |
| **GAAP EPS** | -- | -- | -- | -- | -- | -58% | 24% | 59% | 64% | 25% | 75% | 46% | 5% | 26% | 52% | 20% | 26% | 29% | 16% | 23% | 20% | 15% | 18% | 0% | 14% |
| **Margins, Expense Ratios & Other Metrics** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Gross Margin | 72.0% | 70.8% | 71.4% | 67.5% | 70.2% | 67.7% | 71.4% | 69.1% | 72.2% | 70.2% | 72.6% | 70.6% | 70.5% | 70.5% | 71.0% | 71.0% | 70.5% | 71.0% | 71.0% | 70.9% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% |
| As a Pct of Sales: Sales & Marketing | 51% | 51% | 55% | 55% | 53% | 59% | 45% | 40% | 38% | 45% | 37% | 36% | 52% | 50% | 44% | 50% | 48% | 46% | 44% | 47% | 44% | 44% | 42% | 42% | 43% |
| Research & Development | 46% | 55% | 55% | 47% | 51% | 51% | 38% | 34% | 30% | 38% | 29% | 26% | 34% | 31% | 30% | 31% | 30% | 30% | 29% | 30% | 28% | 28% | 27% | 27% | 27% |
| General & Administrative | 19% | 23% | 19% | 20% | 20% | 26% | 19% | 16% | 17% | 19% | 18% | 16% | 26% | 24% | 21% | 23% | 22% | 21% | 19% | 21% | 19% | 18% | 18% | 18% | 18% |
| **Adj. EBITDA Margin** | -41.9% | -57.7% | -56.0% | -52.6% | -52.4% | -65.9% | -27.9% | -17.8% | -10.7% | -29.1% | -9.2% | -5.4% | -39.9% | -32.9% | -22.0% | -31.6% | -27.7% | -24.0% | -18.7% | -25.0% | -17.6% | -17.2% | -14.7% | -14.7% | -16.0% |
| **non-GAAP Operating Margin** | -43.0% | -59.2% | -58.0% | -54.4% | -54.0% | -68.3% | -30.6% | -20.1% | -12.9% | -31.5% | -11.2% | -6.8% | -41.5% | -34.3% | -23.6% | -33.0% | -29.0% | -25.5% | -20.1% | -26.4% | -19.0% | -18.5% | -16.0% | -16.0% | -17.3% |
| FCF Margin | -96.0% | -31.0% | -55.4% | -71.3% | -63.1% | -68.8% | -33.9% | -16.7% | -28.8% | -36.0% | -24.0% | -22.1% | -36.8% | -40.2% | -31.0% | -40.0% | -36.3% | -31.0% | -26.7% | -33.0% | -21.7% | -22.7% | -20.2% | -19.7% | -21.0% |
| **Sequential Pct. Change** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Revenues** | -- | 9% | 12% | 12% | | 10% | 0% | 14% | 7% | | 10% | 40% | -12% | 7% | | 8% | 9% | 9% | 10% | | 5% | 5% | 6% | 7% | |

Source: Company reports, Canaccord Genuity estimates. A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

Buy *unchanged* Target Price US$60.00 *unchanged* | 2 September 2021

Enterprise Software - Software as a Service  4

CONFIDENTIAL

Canaccord Genuity Capital Markets

CS Disco
**Estimates Revised**

**Figure 3: Balance sheet and SOCF**

**Disco**
(LAW/NYSE)
9/2/2021

| Statement of Cash Flows | Fiscal Year-End | | | | |
|---|---|---|---|---|---|
| $ Millions | | | | | |
| | Dec-19A | Dec-20A | Dec-21E | Dec-22E | Dec-23E |
| **Operating Activities** | | | | | |
| Net Income (loss) | (29.8) | (22.9) | (27.4) | (39.2) | (34.4) |
| Depreciation and Amortization | 0.8 | 1.6 | 1.6 | 1.9 | 2.4 |
| Stock-Based Compensation Expense | 4.1 | 2.0 | 2.9 | 3.2 | 3.7 |
| Charge to Allowance for Credit Losses | 0.4 | 0.5 | 0.6 | 0.8 | 1.1 |
| Loss on Disposal of Long-Lived Assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non-Cash Operating Lease Costs | 0.0 | 1.3 | 1.0 | 1.0 | 1.0 |
| Non-Cash Interest | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 |
| Changes in Operating Assets & Liabilities: | | | | | |
| Accounts Receivable | (4.6) | (6.0) | (9.4) | (12.4) | (10.1) |
| Other Current Assets | (0.2) | (0.0) | 1.6 | (0.8) | (0.7) |
| Other Long-Term Assets | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Payable | 2.3 | (0.4) | 1.3 | 2.8 | 2.3 |
| Accrued Expenses and Other | (0.8) | 2.3 | (1.1) | 0.2 | 1.3 |
| Deferred Revenue | 0.6 | 0.2 | 0.4 | 0.6 | 0.8 |
| Operating Lease Liabilities | 0.0 | (1.4) | (1.1) | (0.4) | (1.3) |
| **Cash Flow from Operations** | **(27.3)** | **(22.7)** | **(29.6)** | **(42.4)** | **(33.9)** |
| | | | | | |
| **Investing Activities** | | | | | |
| PP&E and Capitalized Software Costs | (3.3) | (1.9) | (2.7) | (3.0) | (3.9) |
| **Cash Flow from Investing** | **(3.3)** | **(1.9)** | **(2.7)** | **(3.0)** | **(3.9)** |
| | | | | | |
| **Financing Activities** | | | | | |
| IPO Proceeds | 0.0 | 0.0 | 175.0 | 0.0 | 0.0 |
| Debt Issuance Costs | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 |
| Proceeds from Debt | 0.0 | 23.3 | 0.0 | 0.0 | 0.0 |
| Repayment of Long-Term Debt | (5.8) | (23.3) | (0.1) | 0.0 | 0.0 |
| Proceeds from Exercise of Stock Options | 0.1 | 0.4 | 0.8 | 0.0 | 0.0 |
| Other Proceeds/Payments | 49.8 | 59.7 | (0.7) | 0.0 | 0.0 |
| **Cash Flow from Financing** | **44.1** | **60.0** | **175.1** | **0.0** | **0.0** |
| | | | | | |
| Foreign Currency Effect on Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Change in Cash and ST Investments** | **13.5** | **35.3** | **142.8** | **(45.4)** | **(37.7)** |
| | | | | | |
| **Cash and ST Investments Beginning** | **9.7** | **23.2** | **58.6** | **201.4** | **156.0** |
| **Cash and ST Investments Ending** | **23.2** | **58.6** | **201.4** | **156.0** | **118.2** |
| | | | | | |
| **Free Cash Flow** | **(30.6)** | **(24.6)** | **(32.3)** | **(45.4)** | **(37.7)** |
| **FCF/Share** | **($2.37)** | **($1.87)** | **($0.94)** | **($0.75)** | **($0.61)** |
| *FCF Margin* | *-63.1%* | *-36.0%* | *-31.0%* | *-33.0%* | *-21.0%* |

**Disco**
(LAW/NYSE)
9/2/2021

| Balance Sheet | Fiscal Year-End | | | | | Most Recent Q |
|---|---|---|---|---|---|---|
| $ Millions | | | | | | |
| | Dec-19A | Dec-20A | Dec-21E | Dec-22E | Dec-23E | Jun-21A |
| **Assets** | | | | | | |
| Cash and Cash Equivalents | 23.2 | 58.6 | 201.4 | 156.0 | 118.2 | 47.0 |
| Accounts Receivable, net | 7.4 | 12.9 | 22.1 | 34.5 | 44.5 | 21.2 |
| Other Current Assets | 1.3 | 1.4 | 1.9 | 2.7 | 3.4 | 4.3 |
| Total Current Assets | 31.9 | 72.8 | 225.4 | 193.2 | 166.2 | 72.6 |
| | | | | | | |
| Property & Equipment, net | 3.6 | 3.9 | 4.9 | 6.0 | 7.4 | 4.5 |
| Operating Lease, right-of-use asset | 0.0 | 1.9 | 0.8 | 3.7 | 2.5 | 1.4 |
| Other Assets | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Total Assets** | **35.9** | **79.1** | **231.6** | **203.4** | **176.6** | **78.9** |
| | | | | | | |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Accounts Payable | 4.0 | 3.6 | 5.9 | 8.6 | 10.9 | 6.1 |
| Accrued Expenses | 1.1 | 0.6 | 0.3 | 0.5 | 0.6 | 2.8 |
| Accrued Salary and Benefits | 2.7 | 5.2 | 5.0 | 5.0 | 6.2 | 4.9 |
| Current Portion of Revolving Line of Credit | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Revenue | 1.4 | 1.6 | 2.1 | 2.6 | 3.4 | 1.5 |
| Operating Leases | 0.0 | 1.0 | 0.8 | 0.4 | 1.1 | 1.0 |
| Finance Leases | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Total Current Liabilities | 9.2 | 12.2 | 14.3 | 17.3 | 22.4 | 16.5 |
| | | | | | | |
| LT Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt Issuance Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Operating Lease, Noncurrent | 0.0 | 0.9 | 0.0 | 0.0 | 0.0 | 0.4 |
| Finance Lease, Noncurrent | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Liabilities | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Liabilities** | **9.5** | **13.2** | **14.3** | **17.3** | **22.4** | **16.9** |
| | | | | | | |
| Redeemable Convertible Preferred Stock | 100.8 | 160.8 | 160.9 | 160.9 | 160.9 | 160.9 |
| Total Shareholders' Equity | (74.4) | (94.9) | 56.5 | 25.2 | (6.7) | (98.8) |
| **Total Liabilities and Shareholders' Equity** | **35.9** | **79.1** | **231.6** | **203.4** | **176.6** | **78.9** |
| | | | | | | |
| Sales/Assets | 1.4x | 0.9x | 0.5x | 0.7x | 1.0x | |
| Assets/Equity | -0.5x | -0.8x | 4.1x | 8.1x | -26.4x | |
| NGOI/Sales | -54.0% | -31.5% | -23.6% | -26.4% | -17.3% | |
| ROE | 35.3% | 22.7% | -43.6% | -144.3% | 464.1% | |
| | | | | | | |
| FCF ROI | 79.6% | 155.6% | -11.2% | -19.9% | -22.2% | |

Source: Company reports, Canaccord Genuity estimates

CONFIDENTIAL

DISCO_000302

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research, and (iii) to the best of the authoring analyst's knowledge, she/he is not in receipt of material non-public information about the issuer.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: September 02, 2021, 23:03 ET

Date and time of production: September 02, 2021, 22:28 ET

**Target Price / Valuation Methodology:**

CS Disco - LAW

Our price target of $60 is based on a ~25x EV/revenue multiple applied to our C2022 estimate of $137.5M, plus approximately $177M in net cash and assumes ~60M fully diluted shares outstanding.

**Risks to achieving Target Price / Valuation:**

CS Disco - LAW

Disco faces macro, micro, and economic risks as well as competitive and regulatory threats that could cause our estimates to be incorrect and the value of LAW shares to decline.

For a full list of relevant risk disclosures, please see Disco's most recent SEC filings.

**Distribution of Ratings:**

**Global Stock Ratings (as of 09/02/21)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 637 | 66.15% | 44.90% |
| Hold | 160 | 16.61% | 26.88% |
| Sell | 9 | 0.93% | 33.33% |
| Speculative Buy | 148 | 15.37% | 60.81% |
| | 963* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

CONFIDENTIAL                                                      DISCO_000303

**CS Disco**
**Estimates Revised**

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

CS Disco currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided investment banking services to CS Disco.

In the past 12 months, Canaccord Genuity or its affiliated companies have received compensation for Investment Banking services from CS Disco .

In the past 12 months, Canaccord Genuity or any of its affiliated companies have been lead manager, co-lead manager or co-manager of a public offering of securities of CS Disco or any publicly disclosed offer of securities of CS Disco or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of CS Disco or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from CS Disco in the next three months.



**CS Disco Rating History as of 09/02/2021**

**Required Company-Specific Disclosures (as of date of this publication)**

**Past performance**

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 80%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with

CONFIDENTIAL    DISCO_000304

**CS Disco**
**Estimates Revised**

principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

CONFIDENTIAL    DISCO_000305

**CS Disco**
Estimates Revised

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited or its Wealth Management affiliated company, Canaccord Genuity Financial Limited ABN 69 008 896 311 holder of AFS Licence No 239052.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2021 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2021 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2021 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2021 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**

CONFIDENTIAL     DISCO_000306