# EXHIBIT 7
# Part 1 of 2

**Citi Research**

**A C T I O N**

12 Aug 2022 04:50:08 ET | 14 pages

# CS Disco Inc (LAW.N)

## Panic at the Disco

### CITI'S TAKE

LAW saw dramatic signs of slowing usage in Q2. Revenue was just in-line with guidance following several Qs of HSD+% beats, while the revised 2022 revenue outlook saw a stunning 13pt cut (25% cut to 2H). Interestingly, management did not attribute the shortfall to economic weakness/deal slippage, but more idiosyncratic legal-industry factors (ie large planned cases getting dismissed) within their large-deal, Legal Review business. While not a comforting development, especially during a time of broad-based economic weakness and consumption model concerns, we are inclined to believe it's a one-off with core e-discovery growth healthy (>30%), and solid customer growth. Legal Review is a newer business, subject to larger deals/volatility. With management emphasizing a full de-risking in this business' guide, we believe the company can deliver typical (HSD%+) beats in 2H and ultimately return to 25%+ growth trajectory in FY23E. Maintain Buy, with lowered $27TP on lower estimates towards guidance high-end.

**Significant usage headwinds drive just in-line Q2 —** After several consecutive Qs of hi-single-digit % revenue beats (or better), CS Disco delivered an in-line quarter with total revenue of $33.7M (+14.4% Y/y) below streets estimates by 238 bps and within guidance of $32-34M. Revenue was impacted by volatility in usage from the Legal Review business, which sees spending levels ~2-3x larger than E-Discovery. With large project/transaction volumes, it's likely that a handful of large customers drove the difference between a more typical beat and in-line Q. While it would be logical to blame the macro environment, particularly given large deal and usage issues, management insisted this was a one-off, and a reflection of legal idiosyncratic factors, such as sudden changes in document review requirements and unexpected case dismissals. Management provided two new areas of disclosure that may slightly help assuage concerns, including customer growth of 25% y/y and a product breakdown pointing to more durable >30%+ E-Discovery growth and >$100M run-rate by year end 2022. Profitability was slightly better with adj. EBITDA modestly ahead mainly on better gross margins, as the company continues to make significant investments.

**Bringing a sharp cut to the 2H revenue outlook; No change in investment posture —** The 2H outlook was cut significantly (by 25%) and reflected a much more conservative posture in the Review business, where management messaged a de-

### Buy / High Risk

| | |
|---|---|
| Price (11 Aug 22 17:00) | US$21.00 |
| Target price | US$27.00↓ |
| *from US$33.00* | |
| Expected share price return | 28.6% |
| Expected dividend yield | 0.0% |
| Expected total return | 28.6% |
| Market Cap | US$1,231M |

**Tyler Radke**[AC]

Peter Griffith

| EPS (US$) | Q1 | Q2 | Q3 | Q4 | FY | FC Cons | VA Cons |
|---|---|---|---|---|---|---|---|
| **2021A** | -0.18A | -0.16A | -0.17A | -0.10A | -0.62A | -0.57A | -0.57A |
| **2022E** | **-0.15A** | **-0.23A** | **-0.30E** | **-0.27E** | **-0.95E** | **-0.88E** | **-0.81E** |
| Previous | -0.15A | -0.25E | -0.19E | -0.16E | -0.74E | na | na |
| **2023E** | **-0.25E** | **-0.25E** | **-0.24E** | **-0.23E** | **-0.98E** | **-0.77E** | **-0.63E** |
| Previous | -0.13E | -0.13E | -0.13E | -0.13E | -0.52E | na | na |
| **2024E** | **-0.21E** | **-0.21E** | **-0.19E** | **-0.17E** | **-0.78E** | **-0.46E** | **-0.40E** |
| Previous | -0.11E | -0.11E | -0.11E | -0.10E | -0.43E | na | na |

Source: Company Reports and dataCentral, Citi Research.   FC Cons: First Call Consensus. VA Cons: Visible Alpha Consensus.
Click here for Visible Alpha consensus data

**See Appendix A-1 for Analyst Certification, Important Disclosures and Research Analyst Affiliations**

Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Certain products (not inconsistent with the author's published research) are available only on Citi's portals.

*Prepared for Stephen Tam*

citivelocity.com

CONFIDENTIAL

**CS Disco Inc (LAW.N)**
**11 August 2022**

**Citi Research**

**LAW.N: Fiscal year end 31-Dec**

Price: US$21.00:  TP: US$27.00:  Market Cap: US$1,231m:  Recomm: Buy/High Risk

| Profit & Loss (US$k) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Sales revenue | 68,444 | 114,342 | 138,974 | 183,133 | 237,154 |
| Cost of sales | -20,421 | -31,041 | -37,060 | -51,937 | -65,217 |
| Gross profit | 48,023 | 83,301 | 101,913 | 131,196 | 171,937 |
| Gross Margin (%) | 70.2 | 72.9 | 73.3 | 71.6 | 72.5 |
| EBITDA (Adj) | -19,942 | -16,552 | -53,381 | -56,220 | -45,274 |
| EBITDA Margin (Adj) (%) | -29.1 | -14.5 | -38.4 | -30.7 | -19.1 |
| Depreciation | -1,624 | -1,674 | -2,612 | -2,868 | -3,085 |
| Amortisation | 0 | 0 | 0 | 0 | 0 |
| EBIT (Adj) | -21,566 | -18,226 | -55,993 | -59,088 | -48,359 |
| EBIT Margin (Adj) (%) | -31.5 | -15.9 | -40.3 | -32.3 | -20.4 |
| Net interest | -301 | -434 | -329 | -138 | -201 |
| Associates | 0 | 0 | 0 | 0 | 0 |
| Non-Op/Except/Other Adj | 0 | 0 | 0 | 0 | 0 |
| Pre-tax profit | -21,867 | -18,660 | -56,322 | -59,226 | -48,561 |
| Tax | -71 | -81 | -570 | -873 | -688 |
| Extraord./Min.Int./Pref.di | -1,025 | -5,659 | -14,220 | -3,919 | -4,269 |
| Reported net profit | -22,963 | -24,400 | -71,112 | -64,018 | -53,517 |
| Net Margin (%) | -33.6 | -21.3 | -51.2 | -35.0 | -22.6 |
| Core NPAT | -22,029 | -18,797 | -56,893 | -60,099 | -49,249 |

| Per share data | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Reported EPS ($) | -1.75 | -0.80 | -1.19 | -1.04 | -0.85 |
| Core EPS ($) | -1.68 | -0.62 | -0.95 | -0.98 | -0.78 |
| DPS ($) | 0 | 0 | 0 | 0 | 0 |
| CFPS ($) | -1.73 | -0.71 | -0.99 | -1.06 | -0.80 |
| FCFPS ($) | -1.87 | -0.81 | -1.05 | -1.13 | -0.89 |
| BVPS ($) | -7.12 | 4.63 | 3.50 | 2.48 | 1.68 |
| Wtd avg ord shares (k) | 13,139 | 30,450 | 59,711 | 61,623 | 62,869 |
| Wtd avg diluted shares | 13,139 | 30,450 | 59,711 | 61,623 | 62,869 |

| Growth rates | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Sales revenue (%) | 41.0 | 67.1 | 21.5 | 31.8 | 29.5 |
| EBIT (Adj) (%) | 17.8 | 15.5 | -207.2 | -5.5 | 18.2 |
| Core NPAT (%) | 14.6 | 14.7 | -202.7 | -5.6 | 18.1 |
| Core EPS (%) | 15.9 | 63.2 | -54.3 | -2.4 | 19.7 |

| Balance Sheet (US$k) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Cash & cash equiv. | 58,569 | 255,477 | 190,470 | 121,042 | 65,250 |
| Accounts receivables | 12,912 | 20,740 | 29,639 | 39,942 | 51,093 |
| Inventory | 0 | 0 | 0 | 0 | 0 |
| Net fixed & other | 6,262 | 6,550 | 18,646 | 18,933 | 21,181 |
| Goodwill & intangibles | 0 | 0 | 0 | 0 | 0 |
| Financial & other assets | 1,364 | 4,634 | 4,690 | 5,717 | 4,865 |
| Total assets | 79,107 | 287,401 | 243,446 | 185,634 | 142,389 |
| Accounts payable | 3,588 | 4,686 | 9,469 | 11,914 | 13,922 |
| Short-term debt | 0 | 0 | 0 | 0 | 0 |
| Long-term debt | 0 | 0 | 0 | 0 | 0 |
| Provisions & other liab | 9,642 | 14,038 | 20,460 | 19,179 | 21,952 |
| Total liabilities | 13,230 | 18,724 | 29,928 | 31,093 | 35,873 |
| Shareholders' equity | 65,877 | 268,677 | 213,517 | 154,540 | 106,516 |
| Minority interests | 0 | 0 | 0 | 0 | 0 |
| Total equity | 65,877 | 268,677 | 213,517 | 154,540 | 106,516 |
| Net debt (Adj) | -58,569 | -255,477 | -190,470 | -121,042 | -65,250 |
| Net debt to equity (Adj) | -88.9 | -95.1 | -89.2 | -78.3 | -61.3 |

| Valuation ratios | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| PE (x) | -12.5 | -34.0 | -22.0 | -21.5 | -26.8 |
| PB (x) | -3.0 | 4.5 | 6.0 | 8.5 | 12.5 |
| EV/EBITDA (x) | -66.3 | -69.8 | -18.9 | -19.1 | -25.1 |
| FCF yield (%) | -8.9 | -3.9 | -5.0 | -5.4 | -4.2 |
| Dividend yield (%) | na | na | na | na | na |
| Payout ratio (%) | 0 | 0 | 0 | 0 | 0 |
| ROE (%) | na | -28.1 | -29.5 | -34.8 | -41.0 |

| Cashflow (US$k) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| EBITDA | -19,942 | -16,552 | -53,381 | -56,220 | -45,274 |
| Working capital | -5,320 | -6,633 | -5,387 | -10,164 | -6,567 |
| Other | 2,549 | 1,543 | -217 | 1,159 | 1,383 |
| Operating cashflow | -22,713 | -21,642 | -58,984 | -65,226 | -50,459 |
| Capex | -1,904 | -3,107 | -3,561 | -4,202 | -5,334 |
| Net acq/disposals | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 |
| Investing cashflow | -1,904 | -3,107 | -3,561 | -4,202 | -5,334 |
| Dividends paid | 0 | 0 | 0 | 0 | 0 |
| Financing cashflow | 59,961 | 221,511 | 2,066 | 0 | 0 |
| Net change in cash | 35,344 | 196,762 | -60,479 | -69,428 | -55,792 |
| Free cashflow to | -24,617 | -24,749 | -62,545 | -69,428 | -55,792 |

For definitions of the items in this table, please click here.



3

Prepared for Stephen Tam

**CONFIDENTIAL**

DISCO_001560

CS Disco Inc (LAW.N)
11 August 2022

**Citi Research**

**Figure 1. 2Q22 Results vs. Estimates**

| $ in millions, except per share<br>Item | Reported<br>Metrics | Citi Estimates<br>Metrics | Citi Estimates<br>Rptd. Δ | Consensus<br>Metrics | Consensus<br>Rptd Δ | Guidance<br>Metrics | | | Guidance<br>Rptd Δ |
|---|---|---|---|---|---|---|---|---|---|
| **2QA FY2022** | | | | | | | | | |
| Total Revenue | $33.7 | $34.8 | ($1) | $34.5 | ($1) | $32.0 | - | $34.0 | $1 |
| % growth y-o-y | 14.1% | 17.7% | (358bps) | 16.8% | (267bps) | 8% | - | 15% | 240bps |
| Gross Profit | $25.5 | $25.1 | $0 | $24.7 | $1 | | | | |
| % margin | 75.5% | 72.2% | 331bps | 71.5% | 401bps | | | | |
| Operating Income | ($13.3) | ($14.6) | $1 | ($12.2) | ($1) | | | | |
| % margin | (39.3%) | (42.1%) | 279bps | (35.4%) | (394bps) | | | | |
| Adjusted Ebitda | ($13.7) | ($14.2) | $0 | ($11.7) | ($2) | ($17.0) | - | ($15.0) | $2 |
| % margin | (40.7%) | (40.8%) | 7bps | (33.9%) | (683bps) | (53%) | - | (44%) | 788bps |
| EPS | ($0.23) | ($0.25) | $0.02 | ($0.21) | ($0.03) | | | | |
| CFO | ($10.8) | ($15.8) | $5 | ($15.0) | $4 | | | | |
| % margin | (32.0%) | (45.3%) | 1,331bps | (43.5%) | 1,146bps | | | | |

© 2022 Citigroup Inc. No redistribution without Citigroup's written permission.

Source: Citi Research, FactSet, Company Reports

4

Prepared for Stephen Tam

DISCO_001561

**CS Disco Inc (LAW.N)**
**11 August 2022**

**Citi Research**

**Figure 2. 3Q22 & 4Q22 Outlook**

| $ in millions, except per share<br>Item | Citi - Current<br>Metrics | Citi - Prior<br>Metrics | Citi - Prior<br>Curr. Δ | Consensus<br>Metrics | Consensus<br>Citi Δ | Guidance<br>Metrics | | Guidance<br>Citi Δ |
|---|---|---|---|---|---|---|---|---|
| **3QE FY2022** | | | | | | | | |
| Total Revenue | $34.7 | $40.6 | ($6) | $39.0 | ($4) | $32.0 - | $34.0 | $2 |
| % growth y-o-y | 16.3% | 36.1% | (1,975bps) | 30.6% | (1,429bps) | 7% - | 14% | 581bps |
| Gross Profit | $24.8 | $29.1 | ($4) | $28.0 | ($3) | | | |
| % margin | 71.5% | 71.5% | (0bps) | 71.8% | (29bps) | | | |
| Operating Income | ($17.8) | ($11.6) | ($6) | ($12.1) | ($6) | | | |
| % margin | (51.2%) | (28.6%) | (2,260bps) | (31.0%) | (2,017bps) | | | |
| Adjusted Ebitda | ($17.1) | ($11.1) | ($6) | ($11.6) | ($5) | ($19.5) - | ($17.5) | $1 |
| % margin | (49.1%) | (27.3%) | (2,183bps) | (29.7%) | (1,938bps) | (61%) - | (51%) | 709bps |
| EPS | ($0.30) | ($0.19) | ($0.11) | ($0.21) | ($0.09) | | | |
| CFO | ($19.2) | ($12.0) | ($7) | ($12.0) | ($7) | | | |
| % margin | (55.4%) | (29.6%) | (2,581bps) | (30.8%) | (2,463bps) | | | |

| $ in millions, except per share<br>Item | Citi - Current<br>Metrics | Citi - Prior<br>Metrics | Citi - Prior<br>Curr. Δ | Consensus<br>Metrics | Consensus<br>Citi Δ | Guidance<br>Metrics | | Guidance<br>Citi Δ |
|---|---|---|---|---|---|---|---|---|
| **4QE FY2022** | | | | | | | | |
| Total Revenue | $36.1 | $43.6 | ($8) | $45.2 | ($9) | $32.3 - | $34.3 | $3 |
| % growth y-o-y | 6.7% | 28.9% | (2,228bps) | 33.7% | (2,703bps) | (4%) - | 2% | 807bps |
| Gross Profit | $26.0 | $31.4 | ($5) | $33.2 | ($7) | | | |
| % margin | 72.0% | 72.0% | 0bps | 73.5% | (149bps) | | | |
| Operating Income | ($16.4) | ($9.7) | ($7) | ($11.6) | ($5) | | | |
| % margin | (45.5%) | (22.2%) | (2,330bps) | (25.6%) | (1,994bps) | | | |
| Adjusted Ebitda | ($15.7) | ($9.1) | ($7) | ($10.6) | ($5) | ($16.7) - | ($14.7) | $0 |
| % margin | (43.5%) | (20.9%) | (2,257bps) | (23.4%) | (2,009bps) | (52%) - | (43%) | 384bps |
| EPS | ($0.27) | ($0.16) | ($0.12) | ($0.19) | ($0.09) | | | |
| CFO | ($16.8) | ($10.9) | ($6) | ($10.1) | ($7) | | | |
| % margin | (46.5%) | (24.9%) | (2,163bps) | (22.3%) | (2,419bps) | | | |

© 2022 Citigroup Inc. No redistribution without Citigroup's written permission.

Source: Citi Research, FactSet, Company Reports

Prepared for Stephen Tam

5

**CS Disco Inc (LAW.N)**
**11 August 2022**

**Citi Research**

**Figure 3. FY23 Estimates**

| *$ in millions, except per share* | Citi - Current | Citi - Prior | | Consensus | | Guidance | |
|---|---|---|---|---|---|---|---|
| Item | Metrics | Metrics | Curr. Δ | Metrics | Citi Δ | Metrics | Citi Δ |
| **FY2023E** | | | | | | | |
| Total Revenue | $183.1 | $211.3 | ($28) | $198.9 | ($16) | | |
| % growth y-o-y | 31.8% | 37.7% | (592bps) | 30.8% | 96bps | | |
| Gross Profit | $131.2 | $151.4 | ($20) | $143.1 | ($12) | | |
| % margin | 71.6% | 71.6% | (1bps) | 72.0% | (32bps) | | |
| Operating Income | ($59.1) | ($32.3) | ($27) | ($40.5) | ($19) | | |
| % margin | (32.3%) | (15.3%) | (1,699bps) | (20.4%) | (1,189bps) | | |
| Adjusted Ebitda | ($56.2) | ($29.7) | ($27) | ($37.9) | ($18) | | |
| % margin | (30.7%) | (14.1%) | (1,664bps) | (19.1%) | (1,164bps) | | |
| EPS | ($0.98) | ($0.52) | ($0.46) | ($0.69) | ($0.29) | | |
| CFO | ($65.2) | ($38.8) | ($26) | ($42.5) | ($23) | | |
| % margin | (35.6%) | (18.3%) | (1,728bps) | (21.4%) | (1,425bps) | | |

© 2022 Citigroup Inc. No redistribution without Citigroup's written permission.

Source: Citi Research, FactSet

Prepared for Stephen Tam

6

CS Disco Inc (LAW.N)
11 August 2022

**Citi Research**

# Bull/Bear:CS Disco Inc



Prepared for Stephen Tam

**CONFIDENTIAL**

DISCO_001564

CS Disco Inc (LAW.N)
11 August 2022

**Citi Research**

If you are visually impaired and would like to speak to a Citi representative regarding the details of the graphics in this document, please call USA 1-888-800-5008 (TTY: 711), from outside the US +1-210-677-3788

# Appendix A-1

## ANALYST CERTIFICATION

The research analysts primarily responsible for the preparation and content of this research report are either (i) designated by "AC" in the author block or (ii) listed in bold alongside content which is attributable to that analyst. If multiple AC analysts are designated in the author block, each analyst is certifying with respect to the entire research report other than (a) content attributable to another AC certifying analyst listed in bold alongside the content and (b) views expressed solely with respect to a specific issuer which are attributable to another AC certifying analyst identified in the price charts or rating history tables for that issuer shown below. Each of these analysts certify, with respect to the sections of the report for which they are responsible: (1) that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc. and its affiliates; and (2) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES



**CS Disco Inc (LAW)**
Ratings and Target Price History
Fundamental Research

Analyst: Tyler Radke

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1 | 16-Aug-21 00:05:05 | *1H | *67.00 | 56.32 |
| 2 | 03-Sep-21 00:36:21 | 1H | *74.00 | 59.55 |
| 3 | 09-Nov-21 22:22:36 | 1H | *71.00 | 54.19 |
| 4 | 10-Feb-22 16:05:45 | 1H | *47.00 | 38.94 |
| 5 | 13-May-22 07:03:17 | 1H | *33.00 | 22.32 |

*Indicates Change

Rating/target price changes above reflect Eastern Time

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of an offering of securities of CS Disco Inc.
Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from CS Disco Inc.

Citigroup Global Markets Inc. or its affiliates currently has, or had within the past 12 months, the following as investment banking client(s): CS Disco Inc.

**Disclosure for investors in the Republic of Turkey:** Under Capital Markets Law of Turkey (Law No: 6362), the investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations. Furthermore, Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies and/or trades on securities covered in this research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report, however investors should also note that the Firm has in place organisational and administrative arrangements to manage potential conflicts of interest of this nature.

Analysts' compensation is determined by Citi Research management and Citigroup's senior management and is based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates (the "Firm"). Compensation is not linked to specific transactions or recommendations. Like all Firm employees, analysts receive compensation that is impacted by overall Firm profitability which includes investment banking, sales and trading, and principal trading revenues. One factor in equity research analyst compensation is arranging corporate access events between institutional clients and the management teams of covered companies. Typically, company management is more likely to participate when the analyst has a positive view of the company.

For financial instruments recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in such financial instruments (and any underlying instruments) and may act as principal in connection with transactions in such instruments. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

Prepared for Stephen Tam

CONFIDENTIAL

DISCO_001566

CS Disco Inc (LAW.N)
11 August 2022

**Citi Research**

Unless stated otherwise neither the Research Analyst nor any member of their team has viewed the material operations of the Companies for which an investment view has been provided within the past 12 months.

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Research product ("the Product"), please contact Citi Research, 388 Greenwich Street, 6th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.   Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Pursuant to the Market Abuse Regulation a history of all Citi Research recommendations published during the preceding 12-month period can be accessed via Citi Velocity (https://www.citivelocity.com/cv2) or your standard distribution portal. Historical disclosures (for up to the past three years) will be provided upon request.

**Citi Research Equity Ratings Distribution**

| | 12 Month Rating | | | Catalyst Watch | | |
|---|---|---|---|---|---|---|
| *Data current as of 30 Jun 2022* | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Research Global Fundamental Coverage (Neutral=Hold) | 60% | 32% | 8% | 28% | 62% | 10% |
| *% of companies in each rating category that are investment banking clients* | 61% | 66% | 53% | 68% | 60% | 68% |

**Guide to Citi Research Fundamental Research Investment Ratings:**

Citi Research stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.

**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.

**Investment Ratings:** Citi Research investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months.  The target price is based on a 12 month time horizon. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Citi Research management not to assign a target price and, thus, not derive an ETR. Citi Research may suspend its rating and target price and assign "Rating Suspended" status for regulatory and/or internal policy reasons. Citi Research may also suspend its rating and target price and assign "Under Review" status for other exceptional circumstances (e.g. lack of information critical to the analyst's thesis, trading suspension) affecting the company and/or trading in the company's securities. In both such situations, the rating and target price will show as "—" and "-" respectively in the rating history price chart. Prior to 11 April 2022 Citi Research assigned "Under Review" status to both situations and prior to 11 Nov 2020 only in exceptional circumstances. As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**Catalyst Watch Upside/Downside calls:**

Citi Research may also include a Catalyst Watch Upside or Downside call to highlight specific near-term catalysts or events impacting the company or the market that are expected to influence the share price over a specified period of 30 or 90 days. A Catalyst Watch Upside (Downside) call indicates that the analyst expects the share price to rise (fall) in absolute terms over the specified period. A Catalyst Watch Upside/Downside call will automatically expire at the end of the specified 30/90 day period; the analyst may also close a Catalyst Watch call prior to the end of the specified period in a published research note. A Catalyst Watch Upside or Downside call may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of FINRA ratings-distribution-disclosure rules, a Catalyst Watch Upside call corresponds to a buy recommendation and a Catalyst Watch Downside call corresponds to a sell recommendation. Any stock not assigned to a Catalyst Watch Upside or Catalyst Watch Downside call is considered Catalyst Watch Non-Rated (CWNR). For purposes of FINRA ratings-distribution-disclosure rules, we correspond CWNR to Hold in our ratings distribution table for our Catalyst Watch Upside/Downside rating system. However, we reiterate that we do not consider CWNR to be a recommendation. For all Catalyst Watch Upside/Downside calls, risk exists that the catalyst(s) and associated share-price movement will not materialize as expected.

**RESEARCH ANALYST AFFILIATIONS / NON-US RESEARCH ANALYST DISCLOSURES**

The legal entities employing the authors of this report are listed below (and their regulators are listed further herein). Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization (but are employed by an affiliate of the member organization) and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

| | |
|---|---|
| Citigroup Global Markets Inc. | Tyler Radke; Peter Griffith |

## OTHER DISCLOSURES

Any price(s) of instruments mentioned in recommendations are as of the prior day's market close on the primary market for the instrument, unless otherwise stated.

The completion and first dissemination of any recommendations made within this research report are as of the Eastern date-time displayed at the top of the Product. If the Product references views of other analysts then please refer to the price chart or rating history table for the date/time of completion and first dissemination with respect to that view.

Regulations in various jurisdictions require that where a recommendation differs from any of the author's previous recommendations concerning the same financial instrument or issuer that has been published during the preceding 12-month period that the change(s) and the date of that previous recommendation are indicated. For fundamental coverage please refer to the price chart or rating change history within this disclosure appendix or the issuer disclosure summary at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

Citi Research has implemented policies for identifying, considering and managing potential conflicts of interest arising as a result of publication or distribution of investment research. A description of these policies can be found at  https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

Prepared for Stephen Tam

**CONFIDENTIAL**

DISCO_001567