# EXHIBIT 9

This document is being provided for the exclusive use of MICHAEL RAYE & COETRANG ASSET MANAGEMENT LP.

# citi

**Citi Research**

# ESSENTIALS

16 Aug 2021 00:05:05 ET | 34 pages

# CS Disco Inc (LAW.N)

## Establishing new cloud-based precedent; initiating Buy/High Risk

### CITI'S TAKE

We see CS Disco as a play on digitizing the legal services market. The company's cloud-based ediscovery software and services have the potential to address a $30B+ TAM through a mix of legacy on-premise software displacements and greenfield automation of outdated services. We believe LAW is differentiated with its modern cloud-based and AI-driven offering, high penetration with top law firms, and a business model that is not reliant on defending historical services spend. The usage-based revenue model adds risk for quarterly lumpiness, but we believe CS Disco can sustain hyper growth trends over the next five years, as we model a 32% CAGR in 2020-26 driven by large TAM and post COVID digitization catalysts. We also see LAW as a "reopening" beneficiary, benefitting from the backlog of legal cases. Our $67 TP equates to 25.4x 2022 EV/Revenue, a slight discount to peers on a growth-adjusted basis.

**Large TAM in cloud migration, services automation** — We estimate a TAM of at least $30B from a combination of on-premise to cloud software migration and displacement of services-based spending. This presents an ample runway for Disco with only ~$100M sales today. We find the services displacement opportunity to be particularly compelling, with parallels to MuleSoft in app integration and Procore's large greenfield market opportunity.

**Leading cloud ediscovery vendor with AI and UI differentiation** — While Disco's scale pales in comparison to the incumbent on-premise ediscovery vendors, Disco has widespread brand awareness and is used by 170+ of the 200 top-grossing law firms. We believe wallet share gains can continue with ease of use and the frictionless nature of its usage-based model. Disco's differentiation appears to be in both its UI and technical (AI optimized for document review) capabilities, which were frequently highlighted by customers, and can help drive significant customer growth.

**Reopening play on legal case backlog** — Following court closures and general delays in litigation proceedings in 2020, pent-up legal case volume can meaningfully reaccelerate Disco's revenue in 2021. While Q2 revenue strength, with revenue up 85% y/y was more anomalous, we see sustained stronger 2H growth vs. 2020.

| Buy / High Risk | |
|---|---|
| Price (13 Aug 21 16:00) | US$51.99 |
| Target price | US$67.00 |
| Expected share price return | 28.9% |
| Expected dividend yield | 0.0% |
| Expected total return | 28.9% |
| Market Cap | US$2,957M |

**Price Performance**
(RIC: LAW.N, BB: LAW US)



| EPS (US$) | Q1 | Q2 | Q3 | Q4 | FY | FC Cons |
|---|---|---|---|---|---|---|
| **2020A** | -0.82A | -0.38A | -0.28A | -0.19A | -1.68A | na |
| **2021E** | -0.18A | -0.18A | -0.22E | -0.15E | -0.74E | na |
| Previous | na | na | na | na | na | na |
| **2022E** | -0.16E | -0.15E | -0.13E | -0.12E | -0.56E | na |
| Previous | na | na | na | na | na | na |
| **2023E** | -0.11E | -0.12E | -0.10E | -0.11E | -0.44E | na |
| Previous | na | na | na | na | na | na |

Source: Company Reports and dataCentral, Citi Research. FC Cons: First Call Consensus.

**Tyler Radke** AC
+1-415-951-1660
tyler.radke@citi.com

**Boyoung Kim**
+1-212-816-8665
boyoung2.kim@citi.com

**See Appendix A-1 for Analyst Certification, Important Disclosures and Research Analyst Affiliations.**

Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Certain products (not inconsistent with the author's published research) are available only on Citi's portals.

DISCO_000231

This document is being provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

| LAW.N: Fiscal year end 31-Dec | | | | | | Price: US$51.99;  TP: US$67.00;  Market Cap: US$2,957m;  Recomm: Buy/High Risk | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Profit & Loss (US$k) | 2019 | 2020 | 2021E | 2022E | 2023E | Valuation ratios | 2019 | 2020 | 2021E | 2022E | 2023E |
| Sales revenue | 48,556 | 68,444 | 102,145 | 135,784 | 179,735 | PE (x) | -26.1 | -31.0 | -70.1 | -92.6 | na |
| Cost of sales | -14,449 | -20,422 | -29,238 | -38,729 | -50,970 | PB (x) | -9.1 | -7.3 | 36.4 | 60.6 | na |
| Gross profit | 34,107 | 48,022 | 72,907 | 97,055 | 128,765 | EV/EBITDA (x) | na | na | na | -89.6 | na |
| Gross Margin (%) | 70.2 | 70.2 | 71.4 | 71.5 | 71.6 | FCF yield (%) | -4.6 | -3.6 | -1.8 | -1.3 | -1.0 |
| EBITDA (Adj) | -25,425 | -19,942 | -23,465 | -32,436 | -25,251 | Dividend yield (%) | na | na | na | na | na |
| EBITDA Margin (Adj) (%) | -52.4 | -29.1 | -23.0 | -23.9 | -14.0 | Payout ratio (%) | 0 | 0 | 0 | 0 | 0 |
| Depreciation | -803 | -1,624 | -1,618 | -1,814 | -2,305 | ROE (%) | na | na | na | -54.2 | -79.3 |
| Amortisation | 0 | 0 | 0 | 0 | 0 | Cashflow (US$k) | 2019 | 2020 | 2021E | 2022E | 2023E |
| EBIT (Adj) | -26,228 | -21,566 | -25,083 | -34,250 | -27,556 | EBITDA | -25,425 | -19,942 | -23,465 | -32,436 | -25,251 |
| EBIT Margin (Adj) (%) | -54.0 | -31.5 | -24.6 | -25.2 | -15.3 | Working capital | -2,796 | -5,320 | -7,029 | -7,807 | -5,668 |
| Net interest | 528 | -301 | 262 | 831 | 667 | Other | 920 | 2,549 | 1,511 | 2,242 | 2,440 |
| Associates | 0 | 0 | 0 | 0 | 0 | Operating cashflow | -27,301 | -22,713 | -28,983 | -38,001 | -28,478 |
| Non-Op/Except/Other Adj | 0 | 0 | 0 | 0 | 0 | Capex | -3,325 | -1,904 | -2,806 | -3,283 | -4,123 |
| Pre-tax profit | -25,700 | -21,867 | -24,821 | -33,420 | -26,890 | Net acq/disposals | 0 | 0 | 0 | 0 | 0 |
| Tax | -10 | -71 | -356 | -475 | -396 | Other | 0 | 0 | 0 | 0 | 0 |
| Extraord./Min.Int./Pref.div. | -4,210 | -1,027 | -2,917 | -3,445 | -3,843 | Investing cashflow | -3,325 | -1,904 | -2,806 | -3,283 | -4,123 |
| Reported net profit | -29,920 | -22,965 | -28,094 | -37,340 | -31,129 | Dividends paid | 0 | 0 | 0 | 0 | 0 |
| Net Margin (%) | -61.6 | -33.6 | -27.5 | -27.5 | -17.3 | Financing cashflow | 44,104 | 59,961 | 204,993 | 0 | 0 |
| Core NPAT | -25,798 | -22,030 | -25,228 | -33,895 | -27,286 | Net change in cash | 13,478 | 35,344 | 173,204 | -41,284 | -32,601 |
| Per share data | 2019 | 2020 | 2021E | 2022E | 2023E | Free cashflow to s/holders | -30,626 | -24,617 | -31,789 | -41,284 | -32,601 |
| Reported EPS ($) | -2.31 | -1.75 | -0.83 | -0.62 | -0.51 | | | | | | |
| Core EPS ($) | -1.99 | -1.68 | -0.74 | -0.56 | -0.44 | | | | | | |
| DPS ($) | 0 | 0 | 0 | 0 | 0 | | | | | | |
| CFPS ($) | -2.11 | -1.73 | -0.85 | -0.63 | -0.46 | | | | | | |
| FCFPS ($) | -2.37 | -1.87 | -0.93 | -0.68 | -0.53 | | | | | | |
| BVPS ($) | -5.69 | -7.12 | 1.43 | 0.86 | 0.42 | | | | | | |
| Wtd avg ord shares (k) | 12,934 | 13,139 | 34,037 | 60,382 | 61,623 | | | | | | |
| Wtd avg diluted shares (k) | 12,934 | 13,139 | 34,037 | 60,382 | 61,623 | | | | | | |
| Growth rates | 2019 | 2020 | 2021E | 2022E | 2023E | | | | | | |
| Sales revenue (%) | na | 41.0 | 49.2 | 32.9 | 32.4 | | | | | | |
| EBIT (Adj) (%) | na | 17.8 | -16.3 | -36.5 | 19.5 | | | | | | |
| Core NPAT (%) | na | 14.6 | -14.5 | -34.4 | 19.5 | | | | | | |
| Core EPS (%) | na | 15.9 | 55.8 | 24.3 | 21.1 | | | | | | |
| Balance Sheet (US$k) | 2019 | 2020 | 2021E | 2022E | 2023E | | | | | | |
| Cash & cash equiv. | 23,224 | 58,569 | 231,773 | 190,489 | 157,887 | | | | | | |
| Accounts receivables | 7,362 | 12,912 | 20,638 | 32,083 | 40,305 | | | | | | |
| Inventory | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Net fixed & other tangibles | 3,971 | 6,262 | 6,397 | 10,464 | 11,233 | | | | | | |
| Goodwill & intangibles | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Financial & other assets | 1,341 | 1,364 | 3,593 | 3,903 | 4,904 | | | | | | |
| Total assets | 35,898 | 79,107 | 262,401 | 236,939 | 214,330 | | | | | | |
| Accounts payable | 3,986 | 3,588 | 5,728 | 8,375 | 10,615 | | | | | | |
| Short-term debt | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Long-term debt | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Provisions & other liab | 5,491 | 9,642 | 10,456 | 15,392 | 16,708 | | | | | | |
| Total liabilities | 9,477 | 13,230 | 16,184 | 23,768 | 27,323 | | | | | | |
| Shareholders' equity | 26,421 | 65,877 | 246,217 | 213,171 | 187,007 | | | | | | |
| Minority interests | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Total equity | 26,421 | 65,877 | 246,217 | 213,171 | 187,007 | | | | | | |
| Net debt (Adj) | -23,224 | -58,569 | -231,773 | -190,489 | -157,887 | | | | | | |
| Net debt to equity (Adj) (%) | -87.9 | -88.9 | -94.1 | -89.4 | -84.4 | | | | | | |

For definitions of the items in this table, please click here.



CONFIDENTIAL                                                                 DISCO_000232

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

CS Disco Inc (LAW.N)
16 August 2021

**Citi Research**

# Executive Summary

The legal service industry has the reputation for having a highly educated and well-paid workforce, but in many ways can have a very outdated approach to technology adoption. Paper-based and manual document reviews still make up a significant part of the industry, despite outsized advancements in secure documentation collaboration and continued cost declines in cloud-based infrastructure services. Overall, the legal industry spends $750B annually on a broad range of services, with document review at $12B, according to IDC.

We believe CS Disco with its modern cloud-based document review service is well positioned to digitize outdated processes in the legal services industry. We see some parallels to some greenfield/services replacement stories such as Procore or even MuleSoft. The company is led by a unique leadership team, including the founder/CEO Kiwi Camara, who has a distinguished background that blends technical (computer science) and domain expertise in the legal field law. We believe this has helped to rapidly advance CS Disco's credibility among legal professionals and evangelize the need for a modern technology stack in the industry. While the company is still in the early days, it has seen significant early tradition, with usage in more than 170 of the top 200 law firms, and we think CS Disco can continue to grow its wallet share among customers through increased digitization tailwinds and through new product upsell. We see a $30B+ TAM opportunity, slightly below the company's forecast but still significant relative to CS Disco's $87M TTM revenue base. We believe this underpenetrated market opportunity can provide sufficient growth runway for LAW. From a near-term perspective, we also see the company benefitting from "reopening" trends, given the backlog of legal cases that were delayed in 2020. CS Disco's usage-based revenue model is levered to an increase in overall legal review volumes, although we do expect it to be an area of volatility and investor debate. Our $67 target price is informed by our regression framework and equates to 25.4x 2022 EV/Revenue, a slight discount to peers on a growth-adjusted basis, which we see as fair given CS Disco's usage-based revenue model and recent IPO uncertainty.

**CONFIDENTIAL**

DISCO_000233

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

# Legal Software and Services Industry

CS Disco is a vertical software company, focused on serving the legal services industry. The company provides a cloud-based platform that automates legal discovery use cases. Ultimately, the company's vision is to expand beyond document review into more of legal services spending. In the following section, we provide a brief overview of the legal services industry and litigation and ediscovery process for background context.

## Litigation and Ediscovery Process

This is an overview of steps involved in a civil lawsuit, including the discovery phase.

1. **File Complaint / Pleadings:** The plaintiff files a complaint with the court and serves the paper to the defendant. The defendant files an answer. The initial papers, called "pleadings," explain each party's side of the dispute.

2. **Discovery:** Parties gather relevant information from each other or from third parties with the goal of entering the trial with as much relevant information as possible. Information can be gathered through a variety of ways, including interrogations, requests for documents/subpoena, and depositions. This is usually the longest part of the case, starting soon after a lawsuit is filed and often resumes until shortly before the trial.

   Electronic discovery, or ediscovery, refers to the process of gathering and identifying evidence responsive to the legal dispute. The Electronic Discovery Reference Model (EDRM) serves as a framework for a standard ediscovery process.



Figure 1. Electronic Discovery Reference Model

Source: EDRM Global, Inc.

CONFIDENTIAL

DISCO_000234

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**CS Disco Inc (LAW.N)**
16 August 2021

**Citi Research**

Review is the core of the ediscovery process. A collection of electronically stored information (ESI) is narrowed down before proceeding to further review. This step may be completed by a paralegal or junior-level associates with the help of litigation support or an ediscovery service providers. Tools like DISCO AI can help cull down relevant documents through predictive coding. Following the filtering process, a team of reviewers – which can be attorneys, paralegals, or legal service providers - can conduct the review to make the final judgment on which documents are relevant and present evidence needed for a matter. Figure 2 below illustrates the discovery workflow starting from a comprehensive collection of data and concluding with a smaller/manageable set of responsive documents that can be provided to opposing parties or presented in trial.

**Figure 2. Discovery Workflow**



Source: Citi Research, OpenText

Below are the remaining steps in a civil lawsuit after pleadings and discovery.

3. **Mediation / Arbitration**

4. **Trial**

5. **Decision / Verdict**

# Legal software and services have long been ripe for disruption

Given the legal industry's hourly billing convention, it's no surprise that the legal software industry has lacked the urgency to innovate and help improve efficiency. Legacy on-premise ediscovery software is difficult to use, slow, unable to scale to transient spikes in data, and lacks basic automation features. This leaves ediscovery processes to be heavily reliant on manual intervention, even for tasks that do not require human judgment. In 2020, 78% of the $15B ediscovery market was services-based, according to IDC.

Almost all potential customers of Disco already have ediscovery solutions in place, which consists of a mix of on-premise point solutions and human professional services. The opportunity for Disco lies in displacing on-premise software and a portion of the services spend through the use of artificial intelligence.

**CONFIDENTIAL**

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.



Figure 3. Ediscovery Software and Services Revenue

eDiscovery Software $3.2B

eDiscovery Services $11.5B

2020 eDiscovery Software and Services Revenue

Source: Citi Research, IDC

We first introduce the prevailing landscape of service providers and legacy on-premise software vendors before discussing Disco and the factors driving the need for a cloud-based, AI-driven ediscovery tool.

## Legal Service Providers

Services providers' main value add is their sheer scale that corporate and law firm clients can leverage when they need extra labor capacity to sift through large document loads and meet court deadlines. Service providers offer the additional bandwidth on-demand for major litigations that would otherwise require diverting or supplementing internal staff. The excess capacity is a necessity and clients seem to be generally pleased with the quality of service, although "you get what you pay for" and cost is often cited as one of the drawbacks.

Below, we summarize IDC's observations on the top ediscovery services vendors. Please note that these vendors offer ediscovery services across verticals (including legal).

- **Consilio:** Largest ediscovery service provider with 4.6% market share in 2020. It has a global footprint of 70 offices and 4,000 reviewers that can handle any size matter with speed. The company appoints customers a strategic solutions leader who is an experienced subject matter expert and who can serve as the main point of contact.

- **Deloitte, KPMG, Ernst & Young, PwC:** Deloitte (No. 2 with 4.1% market share in 2020) and the rest of the Big Four also have a global presence. Similar to Consilio, the Big Four provide white-glove service with a responsive team coordinating with clients. The main limitation for the Big Four is conflict of interest when competing for ediscovery projects of their audit clients.

- **Epiq:** No. 3 service provider with 4.1% market share in 2020. It has a global footprint with 47 offices and 20,000 attorneys who can handle the largest of legal matters. With its massive workforce, it can scale up reviews quickly and step in

CONFIDENTIAL

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

when time is an issue. Its scale also provides economies of scale, which is passed onto clients.



**Figure 4. Ediscovery Services Market Share, 2020**

Consilio $532M, +4.4% y/y
Deloitte $475M, +26.3% y/y
Epiq $470M, -9.8% y/y
KLDiscovery $247M, -7% y/y
FTI $233M, +3.5% y/y
UnitedLex $211M, +21% y/y
Lighthouse $162M, +16.6% y/y

$11.5B
-1% y/y

Rest of Market $9.2B, -2.5% y/y

Includes non-legal use cases
Source: Citi Research, IDC

# On-premise ediscovery software

Ediscovery software, also known as document review software, allows legal teams to centrally store, search, and review electronically stored information. Most ediscovery solutions in use today are on-premise. The incumbent vendors of legacy solutions have generally struggled to modernize their platforms. The search tools are complex and require precise coding with logic and conditions, which leaves significant room for error or incomplete results.

Visually speaking, the user interface is outdated and is not intuitive. This was the resounding feedback throughout our customer due diligence calls. Several customers noted that, before switching to Disco, they frequently had to interact with their legacy providers' technical support teams to run searches on their behalf due to the complexity of the search tools. The feedback on Disco was starkly different, with some customers drawing comparisons to Google.

**CONFIDENTIAL**

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**CS Disco Inc (LAW.N)**
16 August 2021

**Figure 5. Disco to On-Premise Tool Comparison**



Source: Citi Research, Company Reports

**Figure 6. On-premise ediscovery software UI**



Source: Citi Research, Company Reports

8

This document is being provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**Figure 7. On-premise ediscovery software UI**



Source: Citi Research, Company Reports

On-premise solutions made up 39% of ediscovery software revenue in 2020, according to IDC, but they likely make up a larger portion of the installed base. Three of the leading legacy ediscovery software providers are listed below.

- **OpenText:** OpenText generates ~$4B in annual revenue from enterprise information management software, including ediscovery. It has inorganically expanded its ediscovery presence, with the 2016 acquisition of Recommind, 2017 purchase of Guidance Software, and 2019 acquisition of Catalyst Repository Systems.

- **Relativity** (formerly kCura): Relativity is a private company with 501-1000 employees, according to LinkedIn. It leverages a large reseller network to serve more than 300,000 users in 49 countries. Its customer base includes 198 of Am Law 200 law firms.

- **Thomson Reuters**: Thomson Reuters is one of the leading ediscovery software vendors. Its Legal Professionals business offers a variety of legal products, including legal research, enterprise management solution, workflow management, and online fraud investigations software. This segment generated $3.2B in revenue in 2020.

## AI is a must-have feature for ediscovery

During an ediscovery process, lawyers are essentially reviewing a large pool of documents and information to cull it down to a relevant set. The starting point could be hundreds of thousands of documents, many of which have no relevance to a given case. That's where artificial intelligence and predictive analytics come in. Based on the documents you've reviewed before, the software can already indicate whether the document is relevant. By narrowing down the set of documents that will need human review, AI can help reduce the workload, time, and cost. Ediscovery relies heavily on external workforce (see Figure 8), therefore offers an opportunity to cut unpredictable legal spending for corporations.

**CONFIDENTIAL**

This document is being provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**CS Disco Inc (LAW.N)**
16 August 2021

**Citi Research**

Figure 8. Case Counts by Primary Source of Expenditures for Ediscovery Tasks

| Task | Internal | Vendor | Outside Counsel | Total Cases Reporting |
|------|----------|--------|-----------------|-----------------------|
| Collection | 6 | 31 | 5 | 42 |
| Processing | 0 | 42 | 2 | 44 |
| Review | 0 | 4 | 45 | 49 |

Source: Citi Research, Rand Law, Business, and Regulation Institute

Studies have shown that AI offers better precision and accuracy than legal reviews done by professionals. In fact, AI is in many cases today an acceptable way to present to the opposing counsel that you have gone through all of the relevant documents. AI is a top request from customers in RFPs and is one of the key reasons customers switch to Disco. Many legacy software vendors also have begun to incorporate AI or integrated acquired AI capability onto their ediscovery software. Based on our customer due diligence calls, some of the legacy platforms either lack AI or the robustness of it that customers have to multi-source to leverage AI or go to a new platform (such as Disco) entirely.

Figure 9. Illustration of increased productivity through Disco vs. traditional approach



Source: Citi Research, Company Reports

CONFIDENTIAL

DISCO_000240

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

CS Disco Inc (LAW.N)
16 August 2021

**Citi Research**

# Reasons Why We're Buy Rated

## Greenfield opportunity with at least $30B TAM can sustain hyper growth

The company sizes the total addressable market at $42B by applying 2020 average revenue per corporate customer to the number of organizations with more than 100 employees across all industries globally. We actually would argue that the company's bottoms-up TAM analysis likely overestimates the opportunity on the low-end (small and medium-sized businesses) but underestimates the high-end of the market. We also see further downside risk on the lower-end, internationally as non-U.S. based companies likely have lower external litigation spending. After weighing the downside and the upside risks, we believe the TAM is at least $30B, which is large enough to support Disco's hyper growth trends over the next five years.

Figure 10. Disco Company TAM Calculation (as disclosed in S-1)

| Firm Size | Global Firm Count | U.S. Firm Count | RoW Firm Count |
|---|---|---|---|
| 10,000+ | 12,656 | 5,062 | 7,594 |
| 2,500 - 9,999 | 41,541 | 8,308 | 33,233 |
| 250 - 2,499 | 405,938 | 40,594 | 365,344 |
| 100 - 249 | 397,208 | 39,721 | 357,487 |

Note: Assumes 40% of 10,000+ employee companies, 20% of 2,500-9,999, 10% of 250-2,499 and 100-249 to be in the U.S.

| Firm Size | Disco's Base Case Average Revenue per Company |
|---|---|
| 10,000+ | $188,615 |
| 2,500 - 9,999 | $80,579 |
| 250 - 2,499 | $64,602 |
| 100 - 249 | $25,471 |

Source: Citi Research, Company Reports



Figure 11. Company Estimated TAM by Firm Size

- $ 2.4B, 10,000+
- $ 3.3B, 2,500 - 9,999
- $ 10.1B, 100 - 249
- $ 26.2B, 250 - 2,499

Source: Citi Research, Company Reports

11

DISCO_000241

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

About a quarter of the TAM estimated by Disco comes from corporations with fewer than 250 employees. Upon browsing online customer reviews for Disco, we believe that adoption by SMB customers is extremely limited (outside of small legal services companies), likely as a result of lower legal disputes and a tendency to use external services for any legal needs. The TAM excluding <250 employee cohort is still $32B.

We also see some downside risk to the company estimated TAM, as the bottoms-up analysis uses 2020 average revenue data which is primarily representative of the U.S. International only made up about 3% of Disco's total revenue in 2020. The U.S. is more litigious than the rest of world, with 58% more suits per 100,000 people than the U.K. and nearly 300% more than Australia, according to a Harvard Law School paper by J. Mark Ramseyer and Eric B. Rasmusen. The opportunity from companies with 10,000 or more employees is likely more insulated from the risk of lower litigation rates, as they are multi-national corporations with exposure to the U.S. market.

On the other hand, the high-end TAM is likely underestimated, as larger customer wins, Disco Review cross-sell and wallet-share gains are likely to boost average revenue per customer vs. what was seen in 2020 (which also had pandemic-related headwinds). We believe $30B+ TAM estimate takes both the downside and the upside scenarios into account (see Figure 12). We model Disco becoming a ~$366M company by 2026. A $30B+ TAM is expansive and provides generous runway to reach that in five years without impeccable execution.



**Figure 12. TAM Sensitivity to Variable Spend by Company Size and Location**

| TAM ($B) | Downside to Int'l ARPC for Companies with >249 Employees | | | | |
|---|---|---|---|---|---|
| | -40% | -30% | -20% | -10% | 0% |
| 0% | $27.9 | $31.5 | $35.0 | $38.5 | $42.1 |
| 10% | $28.4 | $32.0 | $35.5 | $39.1 | $42.6 |
| 20% | $29.0 | $32.5 | $36.1 | $39.6 | $43.1 |
| 30% | $29.5 | $33.0 | $36.6 | $40.1 | $43.7 |
| 40% | $30.0 | $33.6 | $37.1 | $40.6 | $44.2 |

(Left axis: Upside to U.S. ARPC for Companies with 100 or more employees)

(Company Estimate arrow pointing to $42.1)

Source: Citi Research

In a broader context, global spending on legal services is expected to reach $767B in 2021 ($846B in 2023), according to Statista. While Disco today is focused on the ediscovery software and services market, new products like Case Builder can further expand Disco's addressable opportunity in legal services.

## Precedent for software replacing services

We see some parallels to LAW's TAM opportunity in legal services to other success stories in vertical and even data management software. Namely, Procore and MuleSoft.

CONFIDENTIAL

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

MuleSoft's technology was viewed to have the opportunity to automate a portion of the hand-coding and integration work done by IT service companies. MuleSoft's API management and app integration suite helped automate IT services spend on integration at a lower cost. Salesforce's acquisition of MuleSoft in May 2018 for $6.5B or about 21x TTM revenue, which was considered steep at the time, illustrates the favorable sentiment around services automation.



Figure 13. MuleSoft's TAM of $600B+ includes services and integration spending

Systems Integration Services Spend $370 Billion

Internal IT Integration Services Spend $228 Billion

Integration Software $23 Billion

Source: Citi Research, Gartner, IDC

We also see an analogy to Procore given its success digitizing analog and manual processes in the construction industry, which has been somewhat of a laggard of technology adoption similar to legal services. While we'd acknowledge that perhaps CS Disco's opportunity doesn't seem quite as "open-ended" as Procore, given the initial focus on automating/displacing services spend on a "fixed" e-discovery TAM, we do believe there could be more long-term optionality for Disco as they expand beyond ediscovery into other areas of the legal services market.

## Product differentiation to drive rapid customer growth and easy wallet share gains

### Why we think Disco will win

**Zoom-like Intuitiveness** – On-premise ediscovery software vendors, such as Relativity, reached their height and achieved pervasive adoption across the legal community (corporates and law firms) in about 10 years. Their solutions are still in use, as clients are familiar and comfortable with them. However, we view this as a fairly low barrier, as Disco offers an extremely intuitive and user-friendly experience that makes switching easy and efficient. The feedback during our customer due diligence calls was that Disco requires minimal training, since it works the way you expect it to (one customer compared Disco to Google). We believe there is pent-up demand for a modern and intuitive platform like Disco, which will only elevate further as more digital-native generations join the legal workforce.

13

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**Artificial Intelligence further along than peers** – Artificial intelligence is a must-have feature of ediscovery software and is a differentiator for Disco. Disco launched DISCO AI for general availability in January 2017. Its active learning system is faster and more efficient than check-in-the-box solutions that competitors have introduced. Disco's AI learns actively and re-prioritizes documents after collection of every data point.

While we recognize that many competitors have begun to integrate AI into their ediscovery software, with Reveal acquiring NextLP (Aug. 2020) and Brainspace (Jan. 2021) and Relativity buying TextIQ (May 2021), we do not think their capabilities are as robust. Customers have shared that Relativity requires an intensive and cumbersome set-up process, where someone knowledgeable about the case first needs to vet thousands of documents to train the computerized review.

**Disco is already a cloud leader with a foundation for viral adoption** – The main cloud-based ediscovery software rivals – Everlaw and Logikcull – are private companies. While their revenues are unknown, we are able to glean that Disco has greater scale vs. other born-in-the-cloud rivals, based on cumulative funding amount, Am Law penetration, and the employee count (Figure 14). Disco's relative size leadership – though still small on an absolute basis with only about 1,000 customers – is meaningful, as it represents the base of advocates that can increase adoption through word-of-mouth and job mobility (lawyers moving to different firms or legal departments).

**Figure 14. Cloud Ediscovery Vendors**

| | # of Employees | Pre-IPO Funding | Am Law Penetration | Founded |
|---|---|---|---|---|
| Disco | 336 | $234M | 170+ / Am Law 200 | 2013 |
| Everlaw | 201-500 | $97M | 76 of Am Law 100 | 2010 |
| Logikcull | 51-200 | $39M | | 2004 |

Source: Citi Research, LinkedIn, CrunchBase

Finally, the logistics of switching from one platform to the other seems easier than we had initially thought. Transferring documents between systems is a frequently used function on all ediscovery software. Lawyers request to share documents with outside counsel or third-party ediscovery vendors that may utilize a different platform. We expect Disco's product differentiation, low retention pull from legacy vendors, and additional GTM headcount to fuel an acceleration in customer net adds through 2026. By the end of the forecast period, we model customer count growing by more than 3x and reaching 2,700, up from 825 in 2020. While this low-switching cost is likely a benefit for CS Disco, given the new customer momentum, it is a potential area of concern longer term should the competitive alternatives become more credible. At the same time, we believe CS Disco's increasing "multi-product" with Case Review and newer products could make the company more sticky.

14

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.



Figure 15. Disco Customer Growth

Source: Citi Research, Company Reports



Figure 16. Disco Customer Net Additions by Size Cohort

Source: Citi Research, Company Reports

## $100,000 average revenue per customer is just the beginning

In addition to more than 3x growth in customers, we expect to see an expansion in average customer spending at 7% CAGR in 2020-26. We believe this is an attainable trajectory based on the factors outlined below. With a frictionless usage-based model and significant opportunity to grow within existing customers, there is room for upside to our estimates, although we remain conservative due to volatility in a usage-based business.

**Wallet Share Gain Opportunity** – Customers typically begin using Disco for a specific case and are multi-sourcing ediscovery software for the other remaining cases. This leaves significant room for Disco to increase wallet share, considering that nearly a quarter of its customer base were new to the platform as of 2020.

15

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**Larger Initial Land & Faster Expansion** – Disco has an impressive list of marquee customers, such as Lyft, 3M, and McDonald's, but the Fortune 100 opportunity remains largely underpenetrated, according to management. As Disco cultivates its base of users, it may also benefit from larger initial land/rapid ramp as a result of experienced users adopting Disco at new companies. The key customer behind the 2Q21 outperformance is a great example of this dynamic, as experienced user joined a new corporation in 4Q20 and quickly took the company to a $3M/quarter spend by 2Q21.

**Usage Model Enables Easier Upsell** – Disco charges customers based on gigabytes of stored information on its platform and opens up access/platform use to unlimited number of users (both internal for the customer organization and any external partners). The benefit to this model is a low upfront commitment, which reduces the barrier to trialing Disco on ramp to later loading more legal matters.

**2-3x revenue per customer from Disco Review** – Disco Review is a managed review offering that launched in November 2019. The company guided that Review would deliver $5M+ of revenue in the first half of 2021, implying it makes up about 10% of revenue today. Review grew more than 150% in 2020 and provides about 2-3x bigger spend than currently from ediscovery software customers. Disco Review, using a mix of human and AI review, is able to deliver faster and more efficient results, while offsetting the gross margin impact by charging twice the market hourly rate.



Figure 17. 20th Largest Customer Spending Trending Higher

Source: Citi Research, Company Reports

CONFIDENTIAL

DISCO_000246

This document is being provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.



Figure 18. Revenue by Customer Size

Source: Citi Research

## Step-function growth acceleration anticipated in near term

In the near term, we believe Disco's revenue growth can meaningfully reaccelerate, as large customers drive rapid expansion of average spending and go-to-market investments boost customer additions. A recovery in broad usage demand environment, as COVID-related headwinds ease, may serve as a near-term catalyst.

In 2020, shelter in place orders forced court closures and caused general delays in litigation proceedings and the collection of enterprise data. Corporations also had a set of new and more urgent priorities during the COVID-19 pandemic, such as adapting their workforce to working from home, rolling out vaccines, and requesting government support in some cases. There was a noticeable impact on the number of legal claims as a result. The decline in the number of securities class action filings in 2020 (see Figure 19), while only representing a subset of cases that Disco customers face, is a good illustration of the suppression in legal cases during the early part of the pandemic.

CONFIDENTIAL

DISCO_000247

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.



Figure 19. Federal Section 11 and State 1933 Act Class Action Filings

M&A filings are securities class actions filed in federal courts that have Section 14 claims, but no Rule 10b-5, Section 11, or Section 12(a) claims, and involve M&A transactions.

Source: Citi Research, Cornerstone Research, Stanford Law School Securities Action Clearinghouse, Bloomberg Law, Institutional Shareholder Services' Securities Class Action Services



Figure 20. Securities Class Action Filings Fell Despite an Increase in Americas M&A Deal Count in 2020

Number of M&A Deals in the Americas

Source: Citi Research, Refinitiv, Dealogic, PwC

The U.S. is beginning moving past COVID-related challenges (at least have adapted well to the social distancing and virtual work requirements). Pent-up / delayed legal proceedings from 2020 are likely to drive a spike in in 2021. 66% of over 100 litigation and arbitration lawyers surveyed by Ernst & Young expect an increase in claims. Disco's 1H21 performance has already been a compelling indicator of that, as revenue grew by 85% in 2Q21 (preliminary) and by over 75% excluding the contribution from one ~$3M/quarter customer. This also illustrates the

18

DISCO_000248

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

opportunity from large corporations, whose potential Disco should be able to extract faster with a growing community of users that are familiar with its software.

Further propelling Disco's post-COVID acceleration is the go-to-market investment. Disco is in an aggressive hiring phase. It had more than 50 quota-carrying reps as of June 2021, up from only 24 2-3 years ago. Its target is to add another 20-30 by the end of 2021, although it aspires to add more if able to recruit at greater velocity.

Q3'21 is off to a strong start, based on web traffic data from SimilarWeb (see Figure 21). Weekly visit data to login.csdisco.com in July through the 27th is up year-over-year from what was the trough of last year. Easier compares both in terms of revenue growth and web visits provide a good set-up to sustain accelerated Y/Y revenue growth through 2H.



Figure 21. U.S. Visits to Login.csdisco.com, Y/Y Visit Growth

Source: Citi Research, SimilarWeb

19

DISCO_000249

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.



**Figure 22. Weekly Visits to Login.cs.disco.com in the U.S., Y/Y Visit Growth**

Source: Citi Research, SimilarWeb

# Risks and expected areas of investor pushback

## Disco Review isn't all software

Disco Review is a managed review offering, which provides a more expedited human review by leveraging Disco's AI-powered software. While Disco has been able to sustain Review at software-level gross margins, we think the human component makes it less compelling and clean than pure digitization plays like DocuSign and Procore. Disco Review may also not be seen as highly differentiated given the growing number of partnerships with incumbent legal service providers with other cloud-based ediscovery software.

For example, Epiq announced an enterprise license agreement to use Reveal's AI technology in October 2020. Epiq is a large legal services provider with a much larger review team and greater economies of scale. Epiq already has a large customer base and its service and cost may become more attractive by leveraging AI from Reveal. Below, we list other partnerships between ediscovery software vendors and legal service providers.

- ProSearch announced a partnership with RelativityOne in May 2021

- Everlaw and Elite Discovery announced a partnership in January 2020

- Altlaw announced that it signed on to use RelativityOne (Relativity's SaaS platform) in December 2010

- Everlaw and DSi announced a partnership in January 2016

- Everlaw and Elevate announced a partnership in August 2016

## Competition less benign than expected

Intensifying competitive pressure is one of the risks to our positive thesis, although we remind that Disco also has a large greenfield opportunity from automating laborious services. On-premise ediscovery vendors have evolved to offer cloud-

20

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

based products. Incumbent solutions benefit from having existing customer relationships. Relativity's SaaS offering, RelativityOne, has more than 5PB of data under management (as of February 2020) vs. Disco's 2.5PB (as of March 2021).

Rival ediscovery software providers are bolstering AI capabilities through acquisitions. Reveal acquired NexLP in August 2020, then merged with Brainspace in January 2021, both aimed at bringing AI assets from a product standpoint. Relativity quickly followed suit with its acquisition of Text IQ to augment AI and machine learning.

**Figure 23. Select Ediscovery Software Transactions**

| Event Date | Acquired | Description of Acquired | Acquirer |
|---|---|---|---|
| 8-Jul-21 | H5 | "This transaction marks Lighthouse's first entry into the document review space with the addition of advanced search and analytics technology, and experts focused on helping clients find and classify sensitive data and automate key review workflows with unparalleled speed and accuracy" | Lighthouse |
| 27-May-21 | TextIQ | "Text IQ, a Top 100 AI company... Text IQ's flagship product reduces the time and cost of conducting privilege document reviews by up to 75%, and significantly reduces the associated risk (human error / sharing privileged information)." | Relativity |
| 4-May-21 | Sherpa Software | "With Sherpa, Gimmal adds full data governance and eDiscovery capabilities to the Gimmal Discover product suite." | Gimmal |
| 20-Apr-21 | Xact Data Discovery (Merger) | "Consilio, a global leader in eDiscovery, document review, risk management, and legal consulting services... Xact Data Discovery (XDD), a leading international provider of eDiscovery, data management, and managed review services." | Consilio (Merger) |
| 26-Jan-21 | Brainspace (Merger) | "Reveal, a global provider of the leading AI-powered eDiscovery platform, and Brainspace, a global provider of visual analytics for eDiscovery and investigations, announced today that they have joined forces. The combination creates a technology powerhouse bringing together two leading artificial intelligence and analytics engines, propelling the next evolution of legal technology." | Reveal (Merger) |
| 6-Jan-21 | VerQu | "Relativity has announced that it has acquired VerQu, a data management software company that helps organizations migrate and capture communication data for record retention and compliance purposes. The integration of VerQu into Relativity's SaaS products will transform how organizations handle collaboration and chat data, and massively accelerate the ability to collect, analyze, monitor and review all types of unstructured data seamlessly and securely." | Relativity |
| 13-Aug-20 | CaseLines | "CaseLines, a leading cloud-based court document and evidence management platform. The CaseLines platform facilitates users, such as governments, judges, courts and legal practitioners to ensure that this essential service to courts and the justice system is technically available anywhere to those who need it. The CaseLines platform delivers justice efficiencies for the courtroom and is expediting the digital transformation of legal processes for governments, judges, courts and practitioners around the world." | Thomson Reuters |
| 11-Aug-20 | NexLP | "NexLP's artificial intelligence platform turns disparate, unstructured data - including email communications, business chat messages, contracts and legal documents - into meaningful insights that can be used to deliver operational efficiencies and proactive risk mitigation for legal, corporate and compliance teams." | Reveal |
| 9-Mar-20 | XMedius | "XMedius, a provider of secure information exchange and unified communication solutions...the acquisition of XMedius further strengthens OpenTexts leadership in secure information exchange, unified communications and digital fax." | OpenText |
| 24-Dec-19 | Carbonite | "Carbonite, Inc., provider of cloud-based subscription data protection, backup, disaster recovery and endpoint security to small and medium-sized businesses and prosumers... Carbonite brings a world-class channel organization and partners, allowing OpenText to bring EIM to all size customers including SMB to prosumers." | OpenText |
| 18-Jul-19 | HighQ | "HighQ offers a secure cloud-based platform for business collaboration, workflow automation and client engagement. This acquisition will expand on the company's strategic objective to provide more cloud-based software offerings and will meet a growing market need for legal professionals." | Thomson Reuters |
| 5-Jun-19 | Mindseye Solutions | "The combination of Mindseye and Reveal creates a truly comprehensive eDiscovery SaaS solution, including data processing, early case assessment ("ECA"), storage, review and artificial intelligence (AI)." | Reveal |
| 31-Jan-19 | Catalyst Repository Systems | "The joint strength of OpenText and Catalyst confirms our position as a leading provider of eDiscovery technology and combines a powerful set of solutions to help corporate legal departments and law firms seize the opportunities of automation, digital transformation, AI and machine learning." | OpenText |
| 26-Jul-17 | Guidance Software | Guidance Software's forensic security offering EnCase includes digital discovery solutions and endpoint information security. | OpenText |

Source: Citi Research, Press Releases

# Usage-based model risk exacerbated by customer concentration

The unpredictability of Disco's usage-based pricing model was a recurring area of feedback in our initial conversations with investors. Disco's revenue is tied to the amount of data that is stored or reviewed, which is unpredictable even for the end users.

21

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

More details on the usage-based pricing of DISCO Edisocvery and DISCO Review are below.

- DISCO Ediscovery is priced by GB under management. Pricing is determined on a customer-by-customer basis and a standard quote is not listed publicly. Based on our customer due diligence calls, the rate appears to be roughly $30 per GB per month, although this varies by customer and may be negotiated for large usage commitments. Disco also offers an archive storage option – called Vault – for a reduced rate, which may be used for inactive legal cases.

- DISCO Review is priced by document or the equivalent hourly rate. Review charges about double the market rate on an hourly basis because it completes comparable tasks in fewer hours.

The conclusion of a major lawsuit could lead to a significant reduction in spending. In 2Q21, a single customer accounted for nearly $3M of revenue, representing ~10% of the business. While this will likely decline as contribution from other customers increase in the ensuing quarters, customer concentration adds incremental risk to the usage-based model. Prior to Q2, Disco did not have any 10% customers.

# Financial Discussion

Disco's revenue primarily consists of usage-based sales, while subscriptions make up about 10%. Our revenue build is driven by two factors: 1) net new customers, and 2) average revenue per customer. We disaggregate these two factors into customer sizes, dividing them into $1M+, $500K-$1M, $250K-$500K, $100K-$200K, $50K-$100K and <$50K annual spending bands. We model accelerating customer net additions in most price bands, as the base of familiar users (that can act as grassroots advocates) and Disco's direct sales force expand. Disco had more than 50 quota-carrying reps as of June 2021, up from only 24 2-3 years ago, and is aiming to reach 70-80 reps by the end of 2021. We model revenue contribution from customers spending $100K+ increasing by 1-2 points per year through 2026.

Disco has multiple sources of margin expansion, as its cost structure is far from optimized with -32% non-GAAP operating margin and -29% adjusted EBITDA margin in 2020. We model sales and marketing expenses (45% of revenue in 2020) driving ~800bps of operating margin expansion. This is in spite of aggressive hiring plans resuming through 2023, as we see efficiency gains on higher sales productivity and larger pipeline of referral/word-of-mouth sales thanks to its growing community of users. We model G&A savings providing another 500 bps of operating margin expansion.

We model near breakeven operating margin and adjusted EBITDA by 2026. This could be achieved earlier with revenue upside.

CONFIDENTIAL

This document is being provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.



Figure 24. Disco Revenue Estimates

Source: Citi Research, Company Reports



Figure 25. Disco OPM% and Leverage Drivers

Source: Citi Research, Company Reports

# Valuation

Similar to most other growth software names in our coverage, we expect shares of LAW to trade on EV/S for the foreseeable future with the multiple derived primarily from topline growth. We note a fairly wide range of EV/S multiples among the comp set (see Figure 26). In the comp set, we include vertical software companies and DOCU. We think DOCU and PCOR are the closest comps, with parallels to Disco's greenfield digitization story. LAW trades at a discount to the overall group and at a deeper discount to DOCU and PCOR, which are receiving 20x+ multiple. LAW trades at the low-end of the peer group on an EV/Revenue/Growth basis, presenting an attractive opportunity for investors.

CONFIDENTIAL

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

CS Disco Inc (LAW.N)
16 August 2021

**Citi Research**

### Figure 26. Disco Comps

Based on consensus estimates, except for LAW

| | | 08/13/21 Price | Market Cap | Enterprise Value | Growth | | | | | | Margin | | | | | | Trading Metrics | | | Multiple to Growth | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Revenue | | | Gross Profit | | | Gross | | | Operating | | | EV / Revenue | | | EV/Revenue/Growth | | |
| Ticker | Name | | | | CY20 | CY21E | CY22E | CY20 | CY21E | CY22E | CY20E | CY21E | CY22E | CY20E | CY21E | CY22E | CY20E | CY21E | CY22E | CY20E | CY21E | CY22E |
| DOCU | DocuSign | $296 | $57,685 | $58,103 | 49% | 41% | 30% | 50% | 43% | 29% | 79% | 80% | 80% | 12% | 17% | 17% | 40.0x | 28.3x | 21.9x | 0.8x | 0.7x | 0.7x |
| VEEV | Veeva Systems | $322 | $44,458 | $49,979 | 33% | 25% | 19% | 32% | 24% | 19% | 75% | 74% | 74% | 40% | 39% | 38% | 34.1x | 27.4x | 23.1x | 1.0x | 1.1x | 1.2x |
| GWRE | Guidewire Software | $112 | $9,353 | $8,786 | 3% | (1%) | 4% | 4% | (10%) | (1%) | 61% | 55% | 52% | 14% | 2% | 0% | 11.8x | 11.9x | 11.4x | 3.7x | (14.2x) | 2.6x |
| DCT | Duck Creek Tech | $44 | $5,848 | $5,493 | 24% | 22% | 17% | 23% | 25% | 15% | 59% | 61% | 59% | 4% | 5% | 4% | 26.0x | 21.2x | 18.1x | 1.1x | 1.0x | 1.0x |
| PCOR | Procore Technologies | $93 | $12,175 | $11,201 | 38% | 25% | 23% | 39% | 25% | 22% | 83% | 83% | 83% | (1%) | (6%) | (8%) | 28.0x | 22.4x | 18.2x | 0.7x | 0.9x | 0.8x |
| ANSS | ANSYS | $363 | $31,637 | $31,787 | 11% | 11% | 10% | 7% | 12% | 10% | 88% | 89% | 89% | 43% | 41% | 42% | 18.7x | 16.9x | 15.3x | 1.7x | 1.6x | 1.5x |
| PTC | PTC | $132 | $15,498 | $17,034 | 16% | 20% | 9% | 19% | 23% | 10% | 80% | 81% | 82% | 29% | 32% | 33% | 11.7x | 9.7x | 8.8x | 0.7x | 0.5x | 1.0x |
| ADSK | Autodesk | $333 | $73,216 | $74,921 | 16% | 15% | 16% | 17% | 15% | 20% | 92% | 92% | 94% | 29% | 31% | 37% | 19.6x | 17.2x | 14.6x | 1.3x | 1.2x | 0.8x |
| VRSK | Verisk Analytics | $191 | $30,657 | $34,303 | 7% | 6% | 7% | 10% | 7% | 7% | 64% | 64% | 65% | 37% | 36% | 37% | 12.3x | 11.4x | 10.7x | 1.8x | 1.5x | 1.6x |
| TYL | Tyler Technologies | $478 | $19,514 | $21,425 | 2% | 39% | 19% | 2% | 29% | 19% | 52% | 48% | 48% | 27% | 26% | 26% | 19.2x | 13.8x | 11.6x | 6.0x | 0.4x | 0.8x |
| PEGA | Pegasystems | $127 | $10,370 | $11,732 | 12% | 23% | 19% | 17% | 28% | 20% | 72% | 74% | 75% | (3%) | 3% | 7% | 11.5x | 9.3x | 7.8x | 1.0x | 0.4x | 0.4x |
| AZPN | Aspen Technology | $127 | $8,627 | $8,731 | (1%) | 20% | 3% | (2%) | 22% | 1% | 90% | 92% | 90% | 49% | 57% | 52% | 14.8x | 12.3x | 12.0x | 0.7x | 0.6x | 4.6x |
| HUBS | HubSpot | $667 | $31,368 | $30,742 | 31% | 44% | 29% | 31% | 42% | 29% | 82% | 81% | 82% | 8% | 8% | 10% | 34.8x | 24.2x | 18.8x | 1.1x | 0.6x | 0.7x |
| MANH | Manhattan Associates | $157 | $9,869 | $9,929 | (5%) | 11% | 9% | (5%) | 13% | 7% | 56% | 57% | 56% | 25% | 26% | 25% | 16.9x | 15.3x | 14.1x | (3.3x) | 1.5x | 1.6x |
| **Median** | | | | | **13.7%** | **21.3%** | **17.7%** | **16.9%** | **23.7%** | **16.8%** | **76.8%** | **77.2%** | **77.3%** | **26.0%** | **25.8%** | **25.4%** | **19.0x** | **16.1x** | **14.3x** | **1.1x** | **0.8x** | **1.0x** |
| LAW | CS Disco, Inc. | $52 | $2,931 | $3,086 | 41% | 49% | 33% | 41% | 52% | 33% | 70% | 71% | 71% | (32%) | (25%) | (25%) | 44.8x | 30.0x | 22.6x | 1.1x | 0.6x | 0.7x |

Source: Citi Research, FactSet

Our $67 target price uses a "discounted EV" exercise to calculate intrinsic value based on our forecasted operating profile of the business 4-5 years from now. The future EV is calculated by multiplying our FY25 revenue by an estimated EV/S multiple, which we derive using a regression of software assets today relative to their growth/margin profiles. In other words, based on LAW's operating profile in FY25, we estimate investors will pay a "fair multiple" of 19.1x on FY25 revenues of ~$291M, equating the future EV to $5.6B. We calculate future equity value per share using our future estimated cash and share count assumptions, and discount to one year from today. Our target price implies 25.4x present EV/FY2022 Revenue.

24

**CONFIDENTIAL**

DISCO_000254

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

CS Disco Inc (LAW.N)
16 August 2021

**Citi Research**

**Figure 27. Disco Valuation Methodology**

| **Valuation** | | | |
|---|---|---|---|
| *$ in millions, except where per share. Dec. FYE* | **Software Space Regression-Based** | | **Present Market Valuation** |
| **Valuation Metric** | **EV / 2021 Revenue** | **EV / 2021 Revenue** | *08/13/21* |
| **Metric Year** | **FY2025** | **FY2025** | |
| Metric Value | $291.0 | $291.0 | |
| *Valuation Date* | *4.5-Year Forward* | *4.5-Year Forward* | |
| **Operating Profile Inputs** | | | |
| Revenue Growth | 25.7% | 25.7% | |
| Growth Year | FY2026 | FY2026 | |
| Non-GAAP Operating Margin | | (5.0%) | |
| Margin Year | | FY2025 | |
| Combined 80/20 Growth/Margin Metric | | 0.196 | |
| **Regression Detail** | | | |
| Regression Y-Axis | EV / 2021 Revenue | EV / 2021 Revenue | |
| Regression X-Axis | 2022 Rev. Growth | 2022 80% Rev. Gr.+20% OM | |
| Regression-Implied Intercept Level | (1.000x) | (8.353x) | |
| Regression-Implied Slope Level | 88.256x | 140.459x | |
| **Regression-Implied Valuation Multiple** | **21.7x** | **19.1x** | |
| Illustrative Premium/(Discount) to EV Valuation | 0.0% | 0.0% | |
| **Regression-Implied Valuation Multiple** | **21.7x** | **19.1x** | |
| **Implied Future and Present Value** | | | |
| **Implied Future EV** | **$6,313** | **$5,567** | |
| Add: Future Cash (Q4 FY2025) | $105 | $105 | |
| Less: Future Debt (Q4 FY2025) | $0 | $0 | |
| **Implied Future Equity Value** | **$6,419** | **$5,672** | |
| Future Fully Diluted Shares (Q4 FY2025) | 65 | 65 | |
| **Implied Future Value per Share** | **$98.45** | **$87.00** | |
| Equity Discount Rate | 8.0% | 8.0% | |
| Equity Discount Period | 4.4 | 4.4 | |
| **Implied Present Value per Share** | **$70.25** | **$62.08** | **$51.99** |
| Present Diluted Shares | 60 | 60 | 60 |
| **Implied Present Equity Value** | **$4,180** | **$3,693** | **$3,093** |
| Less: Present Cash (Q3 FY2021) | $243 | $243 | $243 |
| Add: Present Debt (Q3 FY2021) | $0 | $0 | $0 |
| **Implied Present EV** | **$3,937** | **$3,451** | **$2,851** |
| **Implied Present Valuation Multiples** | | | |
| FY2021 Revenue | $102 | $102 | $102.1 |
| FY2022 Revenue | $136 | $136 | $135.8 |
| **EV / FY2021 Revenue** | **38.5x** | **33.8x** | **27.9x** |
| **EV / FY2022 Revenue** | **29.0x** | **25.4x** | **21.0x** |
| **Implied 1-Year Price Target** | | | |
| **Implied 1-Year Target Price (Rounded)** | **$76.00** | **$67.00** | |
| *% premium / (discount) to current* | *46.2%* | *28.9%* | |

Source: Citi Research, FactSet

CONFIDENTIAL

DISCO_000255

This document is being provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**CS Disco Inc (LAW.N)**
16 August 2021

**Citi Research**

# Bull/Bear: CS Disco Inc (LAW.N)



**Bull/Bear: CS Disco Inc (LAW)**

US$67 target price

29% expected share price return

Buy/High Risk rating

75pp Bull/Bear Spread

US$42 · US$13 · US$12 · US$67 · US$6 · US$8 · US$81

Share price* US$51.99

Bear: 20% downside to $100,000+ customer net adds · 4x EV/Revenue valuation multiple downside

2x EV/Revenue valuation multiple upside · 10% upside to $100,000+ customer net adds

▼ -19% · ▲ 29% · ▲ 56%   Share price* US$51.99

Source: Citi Research

*Share price as of 13 Aug 2021 16:00

**US$81**
- 2x EV/Revenue valuation multiple upside
- 10% upside to $100,000+ customer net adds

**US$67**
- Citi Base Case

**US$42**
- 4x EV/Revenue valuation multiple downside
- 20% downside to $100,000+ customer net adds

CONFIDENTIAL

DISCO_000256

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

# CS Disco Inc

## Company description

CS Disco is a vertical software company that sells cloud-native, artificial intelligence-powered alternative to incumbent ediscovery solutions to corporations, law firms and legal service providers, and governments. Using AI, Disco is able to automate costly and laborious process of reviewing and identifying legally relevant documents. In addition to the core ediscovery software, Disco has a managed services offering – Disco Review – which pairs its AI capability with a team with reviewers to deliver faster and more efficient results. The company was co-founded by Kiwi Camara and Kent Radford in 2013.

## Investment strategy

We rate LAW shares Buy/High Risk (1H). We see a large opportunity of $30B+ to displace incumbent ediscovery software and automate associated legal services. Disco's cloud-based offering is differentiated through its intuitive user interface and fast and robust artificial intelligence function, which we believe is the one of the most important considerations for customers. With strong secular demand trends in a greenfield market, we believe Disco has durable growth prospects, which is further supported by new product introductions.

## Valuation

We derive our one-year LAW target price of $67 by projecting revenue growth and profitability to FY25. We weigh FY26 revenue growth of 26% at 80% and FY25 non-GAAP operating margin of -5% at 20% and map against current implied EV/Sales best-fit regression to arrive at our 19.1x multiple and future implied enterprise value of $5.6B. Using future cash and sharecount assumptions, we arrive at an implied future equity share price of $87 and discount back to one year from today using a 8% equity discount rate.

## Risks

We rate LAW High Risk because of the company's recent IPO and the shares' limited trading history. Downside risks include:
1) Disco's customer growth may fall below expectations if the market becomes more competitive and Disco struggles to increase its share of legacy displacements.
2) Upsell growth tied to the adoption of Disco Review may be degraded by legal service providers' adoption of artificial intelligence, which would remove Disco's competitive advantage.
3) LAW's valuation multiple may be discounted relative to Disco's growth and profitability profile due to the company's volatility and customer concentration risk.

If the impact from any of these factors proves to be greater than we anticipate, the stock could have difficulty achieving our target price.

27

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

If you are visually impaired and would like to speak to a Citi representative regarding the details of the graphics in this document, please call USA 1-888-800-5008 (TTY: 711), from outside the US +1-210-677-3788

# Appendix A-1

## ANALYST CERTIFICATION

The research analysts primarily responsible for the preparation and content of this research report are either (i) designated by "AC" in the author block or (ii) listed in bold alongside content which is attributable to that analyst. If multiple AC analysts are designated in the author block, each analyst is certifying with respect to the entire research report other than (a) content attributable to another AC certifying analyst listed in bold alongside the content and (b) views expressed solely with respect to a specific issuer which are attributable to another AC certifying analyst identified in the price charts or rating history tables for that issuer shown below. Each of these analysts certify, with respect to the sections of the report for which they are responsible: (1) that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc. and its affiliates; and (2) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES

**CS Disco Inc (LAW)**

*Ratings and Target Price History*
*Fundamental Research*



*Indicates Change

Rating/target price changes above reflect Eastern Time

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of an offering of securities of CS Disco Inc. Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from CS Disco Inc.

Citigroup Global Markets Inc. or its affiliates currently has, or had within the past 12 months, the following as investment banking client(s): CS Disco Inc.

**Disclosure for investors in the Republic of Turkey:** Under Capital Markets Law of Turkey (Law No: 6362), the investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations. Furthermore, Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies and/or trades on securities covered in this research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report, however investors should also note that the Firm has in place organisational and administrative arrangements to manage potential conflicts of interest of this nature.

Analysts' compensation is determined by Citi Research management and Citigroup's senior management and is based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates (the "Firm"). Compensation is not linked to specific transactions or recommendations. Like all Firm employees, analysts receive compensation that is impacted by overall Firm profitability which includes investment banking, sales and trading, and principal trading revenues. One factor in equity research analyst compensation is arranging corporate access events between institutional clients and the management teams of covered companies. Typically, company management is more likely to participate when the analyst has a positive view of the company.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

CONFIDENTIAL

DISCO_000258

Unless stated otherwise neither the Research Analyst nor any member of their team has viewed the material operations of the Companies for which an investment view has been provided within the past 12 months.

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Research product ("the Product"), please contact Citi Research, 388 Greenwich Street, 30th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures. Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Pursuant to the Market Abuse Regulation a history of all Citi Research recommendations published during the preceding 12-month period can be accessed via Citi Velocity (https://www.citivelocity.com/cv2) or your standard distribution portal. Historical disclosures (for up to the past three years) will be provided upon request.

### Citi Research Equity Ratings Distribution

| | 12 Month Rating | | | Catalyst Watch | | |
|---|---|---|---|---|---|---|
| Data current as of 30 Jun 2021 | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Research Global Fundamental Coverage (Neutral=Hold) | 58% | 34% | 8% | 26% | 65% | 9% |
| % of companies in each rating category that are investment banking clients | 65% | 66% | 55% | 68% | 63% | 71% |

### Guide to Citi Research Fundamental Research Investment Ratings:

Citi Research stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.

**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.

**Investment Ratings:** Citi Research investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months. The target price is based on a 12 month time horizon. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Citi Research management not to assign a target price and, thus, not derive an ETR. Additionally, in certain circumstances Citi Research may suspend its rating and target price and place the stock "Under Review". "Under Review" status may be imposed when the rating has been suspended for (a) regulatory and/or internal policy reasons or (b) other exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). In such situations, the rating and target price will show as "—" and "-" respectively in the rating history price chart. As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

### Catalyst Watch Upside/Downside calls:

Citi Research may also include a Catalyst Watch Upside or Downside call to highlight specific near-term catalysts or events impacting the company or the market that are expected to influence the share price over a specified period of 30 or 90 days. A Catalyst Watch Upside (Downside) call indicates that the analyst expects the share price to rise (fall) in absolute terms over the specified period. A Catalyst Watch Upside/Downside call will automatically expire at the end of the specified 30/90 day period; the analyst may also close a Catalyst Watch call prior to the end of the specified period in a published research note. A Catalyst Watch Upside or Downside call may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of FINRA ratings-distribution-disclosure rules, a Catalyst Watch Upside call corresponds to a buy recommendation and a Catalyst Watch Downside call corresponds to a sell recommendation. Any stock not assigned to a Catalyst Watch Upside or Catalyst Watch Downside call is considered Catalyst Watch Non-Rated (CWNR). For purposes of FINRA ratings-distribution-disclosure rules, we correspond CWNR to Hold in our ratings distribution table for our Catalyst Watch Upside/Downside rating system. However, we reiterate that we do not consider CWNR to be a recommendation. For all Catalyst Watch Upside/Downside calls, risk exists that the catalyst(s) and associated share-price movement will not materialize as expected.

### RESEARCH ANALYST AFFILIATIONS / NON-US RESEARCH ANALYST DISCLOSURES

The legal entities employing the authors of this report are listed below (and their regulators are listed further herein). Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization (but are employed by an affiliate of the member organization) and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

| | |
|---|---|
| Citigroup Global Markets Inc. | Tyler Radke; Boyoung Kim |

## OTHER DISCLOSURES

Any price(s) of instruments mentioned in recommendations are as of the prior day's market close on the primary market for the instrument, unless otherwise stated.

The completion and first dissemination of any recommendations made within this research report are as of the Eastern date-time displayed at the top of the Product. If the Product references views of other analysts then please refer to the price chart or rating history table for the date/time of completion and first dissemination with respect to that view.

Regulations in various jurisdictions require that where a recommendation differs from any of the author's previous recommendations concerning the same financial instrument or issuer that has been published during the preceding 12-month period that the change(s) and the date of that previous recommendation are indicated. For fundamental coverage please refer to the price chart or rating change history within this disclosure appendix or the issuer disclosure summary at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

CONFIDENTIAL

DISCO_000259

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

CS Disco Inc (LAW.N)
16 August 2021

**Citi Research**

Citi Research has implemented policies for identifying, considering and managing potential conflicts of interest arising as a result of publication or distribution of investment research. A description of these policies can be found at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

The proportion of all Citi Research research recommendations that were the equivalent to "Buy","Hold","Sell" at the end of each quarter over the prior 12 months (with the % of these that had received investment firm services from Citi in the prior 12 months shown in brackets) is as follows: Q2 2021 Buy 33% (68%), Hold 43% (57%), Sell 23% (50%), RV 0.7% (79%); Q1 2021 Buy 33% (66%), Hold 43% (58%), Sell 23% (48%), RV 0.7% (78%); Q4 2020 Buy 33% (69%), Hold 43% (60%), Sell 23% (54%), RV 0.6% (79%), Q3 2020 Buy 33% (69%), Hold 43% (63%), Sell 23% (58%), RV 0.7% (87%). For the purposes of disclosing recommendations other than for equity (whose definitions can be found in the corresponding disclosure sections), "Buy" means a positive directional trade idea; "Sell" means a negative directional trade idea; and "Relative Value" means any trade idea which does not have a clear direction to the investment strategy.

European regulations require a 5 year price history when past performance of a security is referenced. CitiVelocity's Charting Tool (https://www.citivelocity.com/cv2/#go/CHARTING_3_Equities) provides the facility to create customisable price charts including a five year option. This tool can be found in the Data & Analytics section under any of the asset class menus in CitiVelocity (https://www.citivelocity.com/). For further information contact CitiVelocity support (https://www.citivelocity.com/cv2/go/CLIENT_SUPPORT). The source for all referenced prices, unless otherwise stated, is DataCentral, which sources price information from Thomson Reuters. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance.

Investors should always consider the investment objectives, risks, and charges and expenses of an ETF carefully before investing. The applicable prospectus and key investor information document (as applicable) for an ETF should contain this and other information about such ETF. It is important to read carefully any such prospectus before investing. Clients may obtain prospectuses and key investor information documents for ETFs from the applicable distributor or authorized participant, the exchange upon which an ETF is listed and/or from the applicable website of the applicable ETF issuer. The value of the investments and any accruing income may fall or rise. Any past performance, prediction or forecast is not indicative of future or likely performance. Any information on ETFs contained herein is provided strictly for illustrative purposes and should not be deemed an offer to sell or a solicitation of an offer to purchase units of any ETF either explicitly or implicitly. The opinions expressed are those of the authors and do not necessarily reflect the views of ETF issuers, any of their agents or their affiliates.

Citigroup Global Markets India Private Limited and/or its affiliates may have, from time to time, actual or beneficial ownership of 1% or more in the debt securities of the subject issuer.

Please be advised that pursuant to Executive Order 13959 as amended (the "Order"), U.S. persons are prohibited from investing in securities of any company determined by the United States Government to be a Chinese Military-Industrial Complex Company, or otherwise targeted by the Order. This research is not intended to be used or relied upon in any way that could result in a violation of the Order. Investors are encouraged to rely upon their own legal counsel for advice on compliance with the Order and other economic sanctions programs administered and enforced by the Office of Foreign Assets Control of the U.S. Treasury Department.

This communication is directed at persons who are "Eligible Clients" as such term is defined in the Israeli Regulation of Investment Advice, Investment Marketing and Investment Portfolio Management law, 1995 (the "Advisory Law"). Within Israel, this communication is not intended for retail clients and Citi will not make such products or transactions available to retail clients. The presenter is not licensed as investment advisor or marketer by the Israeli Securities Authority ("ISA") and this communication does not constitute investment or marketing advice. The information contained herein may relate to matters that are not regulated by the ISA. Any securities which are the subject of this communication may not be offered or sold to any Israeli person except pursuant to an exemption from the Israeli public offering rules, including according to the Israeli Securities Law.

Citi Research generally disseminates its research to the Firm's global institutional and retail clients via both proprietary (e.g., Citi Velocity and Citi Personal Wealth Management) and non-proprietary electronic distribution platforms. Certain research may be disseminated only via the Firm's proprietary distribution platforms; however such research will not contain changes to earnings forecasts, target price, investment or risk rating or investment thesis or be otherwise inconsistent with the author's previously published research. Certain research is made available only to institutional investors to satisfy regulatory requirements. Individual Citi Research analysts may also opt to circulate published research to one or more clients by email; such email distribution is discretionary and is done only after the research has been disseminated. The level and types of services provided by Citi Research analysts to clients may vary depending on various factors such as the client's individual preferences as to the frequency and manner of receiving communications from analysts, the client's risk profile and investment focus and perspective (e.g. market-wide, sector specific, long term, short-term etc.), the size and scope of the overall client relationship with the Firm and legal and regulatory constraints.

Pursuant to Comissão de Valores Mobiliários Resolução 20 and ASIC Regulatory Guide 264, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Research does not set a predetermined frequency for publication, if the Product is a

CONFIDENTIAL

DISCO_000260

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

fundamental equity or credit research report, it is the intention of Citi Research to provide research coverage of the covered issuers, including in response to news affecting the issuer. For non-fundamental research reports, Citi Research may not provide regular updates to the views, recommendations and facts included in the reports. Notwithstanding that Citi Research maintains coverage on, makes recommendations concerning or discusses issuers, Citi Research may be periodically restricted from referencing certain issuers due to legal or policy reasons. Where a component of a published trade idea is subject to a restriction, the trade idea will be removed from any list of open trade ideas included in the Product. Upon the lifting of the restriction, the trade idea will either be re-instated in the open trade ideas list if the analyst continues to support it or it will be officially closed. Citi Research may provide different research products and services to different classes of customers (for example, based upon long-term or short-term investment horizons) that may lead to differing conclusions or recommendations that could impact the price of a security contrary to the recommendations in the alternative research product, provided that each is consistent with the rating system for each respective product.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Bell Potter Customers:** Bell Potter is making this Product available to its clients pursuant to an agreement with Citigroup Global Markets Australia Pty Limited.  Neither Citigroup Global Markets Australia Pty Limited nor any of its affiliates has made any determination as to the suitability of the information provided herein and clients should consult with their Bell Potter financial advisor before making any investment decision.

**The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by.**

The Product is made available in **Australia** through Citigroup Global Markets Australia Pty Limited. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. Citigroup Global Markets Australia Pty Limited is not an Authorised Deposit-Taking Institution under the Banking Act 1959, nor is it regulated by the Australian Prudential Regulation Authority.

The Product is made available in **Brazil** by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários ("CVM"), BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBIMA – Associação Brasileira das Entidades dos Mercados Financeiro e de Capitais. Av. Paulista, 1111 - 14º andar(parte) - CEP: 01311920 - São Paulo - SP.

If the Product is being made available in certain provinces of **Canada** by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product.  Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3.

This product is available in **Chile** through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile.

The Product is made available in **Germany** by Citigroup Global Markets Europe AG ("CGME"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt fur Finanzdienstleistungsaufsicht BaFin). CGME, Reuterweg 16, 60323 Frankfurt am Main.

Research which relates to "securities" (as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)) is issued in **Hong Kong** by, or on behalf of, Citigroup Global Markets Asia Limited which takes full responsibility for its content. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Research is made available through Citibank, N.A., Hong Kong Branch, for its clients in Citi Private Bank, it is made available by Citibank N.A.(organized under the laws of U.S.A. with limited liability), Champion Tower, 3 Garden Road, Hong Kong. Citibank N.A. is regulated by the Hong Kong Monetary Authority. Please contact your Private Banker in Citibank N.A., Hong Kong, Branch if you have any queries on or any matters arising from or in connection with this document.

The Product is made available in **India** by Citigroup Global Markets India Private Limited (CGM), which is regulated by the Securities and Exchange Board of India (SEBI), as a Research Analyst (SEBI Registration No. INH000000438). CGM is also actively involved in the business of merchant banking and stock brokerage in India, and is registered with SEBI in this regard. CGM's registered office is at 1202, 12th Floor, FIFC, G Block, Bandra Kurla Complex, Bandra East, Mumbai – 400098. CGM's Corporate Identity Number is U99999MH2000PTC126657, and its contact details are: Tel:+9102261759999 Fax:+9102261759961.

The Product is made available in **Indonesia** through PT Citigroup Securities Indonesia.  5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190.  Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations.

The Product is made available in **Israel** through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A, Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel.

The Product is made available in **Japan** by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange.  Otemachi Park Building, 1-1-1 Otemachi, Chiyoda-ku, Tokyo 100-8132 Japan. If the Product was distributed by SMBC Nikko Securities Inc. it is being so distributed under license.  In the event that an error is found in an CGMJ research report, a revised version will be posted on the Firm's Citi Velocity website.  If you have questions regarding Citi Velocity, please call (81 3) 6270-3019 for help.

31

DISCO_000261

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

The product is made available in the **Kingdom of Saudi Arabia** in accordance with Saudi laws through Citigroup Saudi Arabia, which is regulated by the Capital Market Authority (CMA) under CMA license (17184-31). 2239 Al Urubah Rd – Al Olaya Dist. Unit No. 18, Riyadh 12214 – 9597, Kingdom Of Saudi Arabia.

The Product is made available in **Korea** by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. KOFIA makes available registration information of research analysts on its website. Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities Ltd. http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystList.xml&divisionId=MDIS03002002000000&serviceId=SDIS03002002000. The Product is made available in Korea by Citibank Korea Inc., which is regulated by the Financial Services Commission and the Financial Supervisory Service. Address is Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. This research report is intended to be provided only to Professional Investors as defined in the Financial Investment Services and Capital Market Act and its Enforcement Decree in Korea.

The Product is made available in **Malaysia** by Citigroup Global Markets Malaysia Sdn Bhd (Company No. 460819-D) ("CGMM") to its clients and CGMM takes responsibility for its contents. CGMM is regulated by the Securities Commission of Malaysia. Please contact CGMM at Level 43 Menara Citibank, 165 Jalan Ampang, 50450 Kuala Lumpur, Malaysia in respect of any matters arising from, or in connection with, the Product.

The Product is made available in **Mexico** by Citibanamex Casa de Bolsa, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Citibanamex which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F.

In **New Zealand** the Product is made available to 'wholesale clients' only as defined by s5C(1) of the Financial Advisers Act 2008 ('FAA') through Citigroup Global Markets Australia Pty Ltd (ABN 64 003 114 832 and AFSL No. 240992), an overseas financial adviser as defined by the FAA, participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000.

The Product is made available in **Pakistan** by Citibank N.A. Pakistan branch, which is regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200.

The Product is made available in the **Philippines** through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in the Philippines through Citibank NA Philippines branch, Citibank Tower, 8741 Paseo De Roxas, Makati City, Manila. Citibank NA Philippines NA is regulated by The Bangko Sentral ng Pilipinas.

The Product is made available in **Poland** by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego. Dom Maklerski Banku Handlowego S.A. ul.Senatorska 16, 00-923 Warszawa.

The Product is made available in the **Russian Federation** through AO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets. Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation. The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation. 8-10 Gasheka Street, 125047 Moscow.

The Product is made available in **Singapore** through Citigroup Global Markets Singapore Pte. Ltd. ("CGMSPL"), a capital markets services license holder, and regulated by Monetary Authority of Singapore. Please contact CGMSPL at 8 Marina View, 21st Floor Asia Square Tower 1, Singapore 018960, in respect of any matters arising from, or in connection with, the analysis of this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore Branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. Please contact your Private Banker in Citibank N.A., Singapore Branch if you have any queries on or any matters arising from or in connection with this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold//Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. This report is intended for recipients who are accredited investors as defined under the Securities and Futures Act (Cap. 289).

Citigroup Global Markets (Pty) Ltd. is incorporated in the **Republic of South Africa** (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board. The investments and services contained herein are not available to private customers in South Africa.

The Product is made available in the **Republic of China** through Citigroup Global Markets Taiwan Securities Company Ltd. ("CGMTS"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan, subject to the license scope and the applicable laws and regulations in the Republic of China. CGMTS is regulated by the Securities and Futures Bureau of the Financial Supervisory Commission of Taiwan, the Republic of China. No portion of the Product may be reproduced or quoted in the Republic of China by the press or any third parties [without the written authorization of CGMTS]. Pursuant to the applicable laws and regulations in the Republic of China, the recipient of the Product shall not take advantage of such Product to involve in any matters in which the recipient may have conflicts of interest. If the Product covers securities which are not allowed to be offered or traded in the Republic of China, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities in the Republic of China. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or financial products. Any decision to purchase securities or financial products mentioned in the Product must take into account existing public information on such security or the financial products or any registered prospectus.

The Product is made available in **Thailand** through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand. 399 Interchange 21 Building, 18th Floor, Sukhumvit Road, Klongtoey Nua, Wattana ,Bangkok 10110, Thailand.

The Product is made available in **Turkey** through Citibank AS which is regulated by Capital Markets Board. Tekfen Tower, Eski Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey.

CONFIDENTIAL

DISCO_000262

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**CS Disco Inc (LAW.N)**
16 August 2021

**Citi Research**

In the **U.A.E.**, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA") to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different Citi Research ratings distribution, in percentage terms for Investments in each sector covered is made available on request. Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties.

The Product is made available in **United Kingdom** by Citigroup Global Markets Limited, which is authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA. This material may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the PRA nor regulated by the FCA and the PRA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB.

The Product is made available in **United States** by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013.

Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Europe AG ("CGME"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht-BaFin).

The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested.The yield and average life of CMOs (collateralized mortgage obligations) referenced in this Product will fluctuate depending on the actual rate at which mortgage holders prepay the mortgages underlying the CMO and changes in current interest rates. Any government agency backing of the CMO applies only to the face value of the CMO and not to any premium paid. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction. Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product.

Citi Research product may source data from dataCentral. dataCentral is a Citi Research proprietary database, which includes the Firm's estimates, data from company reports and feeds from Thomson Reuters. The source for all referenced prices, unless otherwise stated, is DataCentral. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance. The printed and printable version of the research report may not include all the information (e.g. certain financial summary information and comparable company data) that is linked to the online version available on the Firm's proprietary electronic distribution platforms.

**Card Insights**. Where this report references Card Insights data, Card Insights consists of selected data from a subset of Citi's proprietary credit card transactions. Such data has undergone rigorous security protocols to keep all customer information confidential and secure; the data is highly aggregated and anonymized so that all unique customer identifiable information is removed from the data prior to receipt by the report's author or distribution to external parties. This data should be considered in the context of other economic indicators and publicly available information. Further, the selected data represents only a subset of Citi's proprietary credit card transactions due to the selection methodology or other limitations and should not be considered as indicative or predictive of the past or future financial performance of Citi or its credit card business.

Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. Part of this product may contain Sustainalytics proprietary information that may not be reproduced, used, disseminated, modified nor published in any manner without the express written consent of Sustainalytics. Sustainalytics, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Any information attributed to Sustainalytics is provided solely for informational purposes and on its own should not be considered an offer to buy or sell a security. Neither Sustainalytics nor all its third-party suppliers provide investment advice (as defined in the applicable jurisdiction) or any other form of (financial) advice. The information is provided "as is" and, therefore Sustainalytics assumes no responsibility for errors or omissions. Sustainalytics cannot be held liable for damage arising from the use of this product or information contained herein in any manner whatsoever. Where data is attributed to Morningstar that data is © 2020 Morningstar, Inc. All Rights Reserved. That information: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.

The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

**CONFIDENTIAL**

DISCO_000263

This document is provided for the exclusive use of MICHAEL KAYE at COLTRANE ASSET MANAGEMENT LP.

**CS Disco Inc (LAW.N)**
16 August 2021

© 2021 Citigroup Global Markets Inc. Citi Research is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. The research data in this report are not intended to be used for the purpose of (a) determining the price of or amounts due in respect of (or to value) one or more financial products or instruments and/or (b) measuring or comparing the performance of, or defining the asset allocation of a financial product, a portfolio of financial instruments, or a collective investment undertaking, and any such use is strictly prohibited without the prior written consent of Citi Research. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

**CONFIDENTIAL**

DISCO_000264