# EXHIBIT 10

**Item 2.02 Results of Operations and Financial Condition**

On May 12, 2022, CS Disco, Inc. (the "Company") issued a press release announcing its financial results for the quarter ended March 31, 2022. A copy of the earnings release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

The information contained in this Item 2.02, including Exhibit 99.1 hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing made by the Company under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filings, unless expressly incorporated by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**
(d) Exhibits

| Exhibit No. | |
| --- | --- |
| 99.1 | Earnings Release dated May 12, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

2

DISCO_002537

**CS DISCO, INC.**

**Condensed Consolidated Balance Sheets**
**(in thousands, except par value amounts)**
**(unaudited)**

| | | March 31, 2022 | | December 31, 2021 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 238,576 | $ | 255,477 |
| Accounts receivable, net | | 24,930 | | 20,740 |
| Other current assets | | 3,662 | | 4,634 |
| Total current assets | | 267,168 | | 280,851 |
| Property and equipment, net | | 5,848 | | 5,335 |
| Operating lease right-of-use assets | | 609 | | 864 |
| Intangible assets, net | | 1,173 | | - |
| Goodwill | | 5,898 | | - |
| Other assets | | 384 | | 351 |
| **Total assets** | $ | 281,080 | $ | 287,401 |
| **Liabilities, redeemable convertible preferred stock, and stockholders' equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 7,545 | $ | 4,686 |
| Accrued expenses | | 3,816 | | 2,844 |
| Accrued salary and benefits | | 4,503 | | 7,955 |
| Deferred revenue | | 3,035 | | 2,175 |
| Operating leases | | 627 | | 890 |
| Finance lease | | 70 | | 99 |
| Total current liabilities | | 19,596 | | 18,649 |
| Other liabilities | | 653 | | 75 |
| Total liabilities | | 20,249 | | 18,724 |
| Commitments and contingencies | | | | |
| **Stockholders' equity** | | | | |
| Preferred stock $0.005 par value, 100,000 shares authorized and no shares issued and outstanding as of March 31, 2022 and December 31, 2021 | | - | | - |
| Common stock $0.005 par value, 1,000,000 shares authorized as of March 31, 2022 and December 31, 2021; 58,427 and 58,010 shares issued and outstanding as of March 31, 2022 and December 31, 2021, respectively | | 293 | | 291 |
| Additional paid-in capital | | 399,851 | | 395,850 |
| Accumulated deficit | | (139,313) | | (127,464) |
| Total stockholders' equity | | 260,831 | | 268,677 |
| **Total liabilities, redeemable convertible preferred stock, and stockholders' equity** | $ | 281,080 | $ | 287,401 |

DISCO_002542

**CS DISCO, INC.**

**Condensed Consolidated Statements of Operations and Comprehensive Loss**
**(in thousands, except per share amounts)**
**(unaudited)**

| | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| | **2022** | | **2021** |
| Revenue | $ 34,468 | $ | 21,131 |
| Cost of revenue | 8,969 | | 5,788 |
| Gross profit | 25,499 | | 15,343 |
| Operating expenses: | | | |
| Research and development | 12,318 | | 6,262 |
| Sales and marketing | 16,419 | | 7,876 |
| General and administrative | 8,519 | | 4,053 |
| Total operating expenses | 37,256 | | 18,191 |
| Loss from operations | (11,757) | | (2,848) |
| Other income (expense) | | | |
| Interest and other income | 30 | | 13 |
| Interest and other expense | (93) | | (57) |
| Loss from operations before income taxes | (11,820) | | (2,892) |
| Income tax provision | (29) | | (36) |
| Net loss | $ (11,849) | $ | (2,928) |
| Less accretion of redeemable convertible preferred stock | - | | (26) |
| Net loss attributable to common stockholders | $ (11,849) | $ | (2,954) |
| Net loss per share attributable to common stockholders, basic and diluted | $ (0.20) | $ | (0.22) |
| Weighted-average shares used in computing net loss per share attributable to common stockholders, basic and diluted | 57,972 | | 13,388 |

DISCO_002543

**CS DISCO, INC.**

**Condensed Consolidated Statements of Cash Flows**
**(in thousands)**
**(unaudited)**

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2022 | | 2021 |
| Cash flow from operating activities: | | | | |
| Net loss | $ | (11,849) | $ | (2,928) |
| Adjustments to reconcile net loss to cash used in operations: | | | | |
| Depreciation and amortization | | 455 | | 424 |
| Stock-based compensation | | 3,206 | | 488 |
| Charge to allowance for credit losses | | 180 | | 130 |
| Non-cash operating lease costs | | 255 | | 242 |
| Non-cash interest | | - | | 21 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | (4,370) | | (2,171) |
| Other current assets | | 965 | | (75) |
| Other long-term assets | | (39) | | - |
| Accounts payable | | 2,773 | | 679 |
| Accrued expenses and other | | (3,253) | | (2,167) |
| Deferred revenue | | 556 | | 1,110 |
| Operating lease liabilities | | (263) | | (249) |
| Net cash used in operating activities | | (11,384) | | (4,496) |
| Cash flow from investing activities: | | | | |
| Purchases of property, equipment and capitalized internal-use software development costs | | (631) | | (586) |
| Cash paid for acquisitions | | (5,310) | | - |
| Net cash used in investing activities | | (5,941) | | (586) |
| Cash flow from financing activities: | | | | |
| Proceeds from public offering, net of underwriting discounts and commissions and other offering costs | | (284) | | - |
| Proceeds from exercise of stock options | | 970 | | 222 |
| Repurchase of common stock related to net share settlement | | (233) | | (50) |
| Principal payments on finance lease obligations | | (29) | | (27) |
| Net cash provided by financing activities | | 424 | | 145 |
| Net increase (decrease) in cash: | | (16,901) | | (4,937) |
| Cash & cash equivalents at beginning of period | | 255,477 | | 58,569 |
| Cash & cash equivalents at end of period | $ | 238,576 | $ | 53,632 |
| Supplemental disclosure: | | | | |
| Cash paid for interest | $ | - | $ | 12 |
| Cash paid for taxes | $ | 102 | $ | 16 |
| Non-cash investing and financing activities: | | | | |
| Accretion of preferred stock to redemption value | $ | - | $ | 26 |
| Property and equipment included in accounts payable and accrued liabilities | $ | 244 | $ | - |
| Acquisition holdback | $ | 800 | $ | - |
| Contingent consideration related to acquisition | $ | 593 | $ | - |

DISCO_002544

**CS DISCO, INC.**

**Reconciliation from GAAP to Non-GAAP Results**
**(in thousands, except for percentages and per share amounts)**
**(unaudited)**

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2022 | | 2021 |
| **Net loss** | $ | (11,849) | $ | (2,928) |
| Depreciation and amortization expense | | 455 | | 424 |
| Income tax provision | | 29 | | 36 |
| Interest and other, net | | 63 | | 44 |
| Stock-based compensation expense | | 3,206 | | 488 |
| Payroll tax expense on employee stock transactions | | 275 | | 4 |
| Adjusted EBITDA | $ | (7,821) | $ | (1,932) |
| Adjusted EBITDA margin | | (23)% | | (9)% |

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2022 | | 2021 |
| **Cost of revenue** | $ | 8,969 | $ | 5,788 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | | (160) | | (8) |
| Non-GAAP cost of revenue | $ | 8,809 | $ | 5,780 |
| Non-GAAP gross profit | $ | 25,659 | $ | 15,351 |
| Non-GAAP gross margin | | 74% | | 73% |

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2022 | | 2021 |
| **Research and development** | $ | 12,318 | $ | 6,262 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | | (1,427) | | (201) |
| Non-GAAP research and development | $ | 10,891 | $ | 6,061 |
| Non-GAAP research and development as a % of revenue | | 32% | | 29% |

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2022 | | 2021 |
| **Sales and marketing** | $ | 16,419 | $ | 7,876 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | | (821) | | (83) |
| Non-GAAP sales and marketing | $ | 15,598 | $ | 7,793 |
| Non-GAAP sales and marketing as a % of revenue | | 45% | | 37% |

DISCO_002545

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | | 2021 | |
| **General and administrative** | $ | 8,519 | $ | 4,053 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | | (798) | | (196) |
| Non-GAAP general and administrative | $ | 7,721 | $ | 3,857 |
| Non-GAAP general and administrative as a % of revenue | | 22% | | 18% |

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | | 2021 | |
| **Loss from operations** | $ | (11,757) | $ | (2,848) |
| Operating margin | | (34)% | | (13)% |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | | 3,206 | | 488 |
| Non-GAAP loss from operations | $ | (8,551) | $ | (2,360) |
| Non-GAAP operating margin | | (25)% | | (11)% |

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | | 2021 | |
| **Net loss attributable to common stockholders** | $ | (11,849) | $ | (2,928) |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | | 3,206 | | 488 |
| Non-GAAP net loss attributable to common stockholders | $ | (8,643) | $ | (2,440) |
| Non-GAAP net loss per share | $ | (0.15) | $ | (0.18) |
| Weighted average shares used to compute basic and diluted net loss per share | | 57,972 | | 13,388 |
| Non-GAAP income attributable to common stockholders as a % of revenue | | (25)% | | (12)% |

DISCO_002546