# EXHIBIT 13

**Item 2.02 Results of Operations and Financial Condition**

On February 24, 2022, CS Disco, Inc. (the "Company") issued a press release announcing its financial results for the quarter and year ended December 31, 2021. A copy of the earnings release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

The information contained in this Item 2.02, including Exhibit 99.1 hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing made by the Company under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filings, unless expressly incorporated by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**
(d) Exhibits

| Exhibit No. | |
| --- | --- |
| 99.1 | Earnings Release dated February 24, 2022 |

2

DISCO_002559

**CS DISCO, INC.**

**Condensed Consolidated Balance Sheets**
**(in thousands)**

| | | December 31, | | |
|---|---|---|---|---|
| | | **2021** | | **2020** |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 255,477 | $ | 58,569 |
| Accounts receivable, net | | 20,740 | | 12,912 |
| Other current assets | | 4,634 | | 1,364 |
| Total current assets | | 280,851 | | 72,845 |
| Property and equipment, net | | 5,335 | | 3,873 |
| Operating lease right-of-use assets | | 864 | | 1,850 |
| Other assets | | 351 | | 539 |
| **Total assets** | $ | 287,401 | $ | 79,107 |
| **Liabilities, redeemable convertible preferred stock, and stockholders' equity (deficit)** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 4,686 | $ | 3,588 |
| Accrued expenses | | 2,844 | | 641 |
| Accrued salary and benefits | | 7,955 | | 5,240 |
| Deferred revenue | | 2,175 | | 1,642 |
| Operating leases | | 890 | | 1,018 |
| Finance lease | | 99 | | 112 |
| Total current liabilities | | 18,649 | | 12,241 |
| Operating lease, non-current | | - | | 890 |
| Finance lease, non-current | | - | | 99 |
| Other liabilities, non-current | | 75 | | - |
| Total liabilities | | 18,724 | | 13,230 |
| Commitments and contingencies | | | | |
| Redeemable convertible preferred stock $0.005 par value, issuable in Series A-F no shares and 178,967 shares authorized as of December 31, 2021 and 2020, respectively; no shares and 35,793 shares issued and outstanding as of December 31, 2021 and 2020, respectively; no aggregate liquidation preference as of December 31, 2021 and $161,134 aggregate liquidation preference as of December 31, 2020 | | - | | 160,800 |
| **Stockholders' equity (deficit)** | | | | |
| Preferred stock $0.005 par value, 100,000 and no shares authorized, as of December 31, 2021 and 2020, respectively; no shares issued and outstanding as of December 31, 2021 and 2020 | | - | | - |
| Common stock $0.005 par value, 1,000,000 and 277,406 shares authorized as of December 31, 2021 and 2020, respectively; 58,010 and 13,533 shares issued and outstanding as of December 31, 2021 and 2020, respectively | | 291 | | 68 |
| Additional paid-in capital | | 395,850 | | 8,129 |
| Accumulated deficit | | (127,464) | | (103,120) |
| Total stockholders' equity (deficit) | | 268,677 | | (94,923) |
| **Total liabilities, redeemable convertible preferred stock, and stockholders' equity (deficit)** | $ | 287,401 | $ | 79,107 |

DISCO_002564

**CS DISCO, INC.**

**Condensed Consolidated Statements of Operations and Comprehensive Loss**
**(in thousands, except per share amounts)**

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| Revenue | $ 33,810 | $ 19,186 | $ 114,342 | $ 68,444 |
| Cost of revenue | 8,786 | 5,347 | 31,098 | 20,449 |
| Gross profit | 25,024 | 13,839 | 83,244 | 47,995 |
| Operating expenses: | | | | |
|     Research and development | 10,639 | 5,954 | 34,414 | 26,599 |
|     Sales and marketing | 15,169 | 7,387 | 47,045 | 31,061 |
|     General and administrative | 8,163 | 3,461 | 25,614 | 13,893 |
|     Refund of sales and use taxes | - | - | - | (1,057) |
| Total operating expenses | 33,971 | 16,802 | 107,073 | 70,496 |
| Loss from operations | (8,947) | (2,963) | (23,829) | (22,501) |
| Other income (expense) | | | | |
|     Interest and other income | 32 | 22 | 106 | 155 |
|     Interest and other expense | (222) | (37) | (540) | (456) |
| Loss from operations before income taxes | (9,137) | (2,978) | (24,263) | (22,802) |
| Income tax provision | 29 | (13) | (81) | (71) |
| Net loss | $ (9,108) | $ (2,991) | $ (24,344) | $ (22,873) |
| Less accretion of redeemable convertible preferred stock | - | (23) | (56) | (92) |
| Net loss attributable to common stockholders | $ (9,108) | $ (3,014) | $ (24,400) | $ (22,965) |
| Net loss per share attributable to common stockholders, basic and diluted | $ (0.16) | $ (0.23) | $ (0.73) | $ (1.74) |
| Weighted-average shares used in computing net loss per share attributable to common stockholders, basic and diluted | 57,451 | 13,281 | 33,208 | 13,171 |

DISCO_002565

**CS DISCO, INC.**

**Condensed Consolidated Statements of Cash Flows**
**(in thousands)**

| | Year Ended December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| Cash flow from operating activities: | | |
| Net loss | $ (24,344) | $ (22,873) |
| Adjustments to reconcile net loss to cash used in operations: | | |
| Depreciation and amortization | 1,674 | 1,624 |
| Stock-based compensation | 5,603 | 1,993 |
| Charge to allowance for credit losses | 833 | 451 |
| Loss (Gain) on disposal of long-lived assets | (1) | 6 |
| Non-cash operating lease costs | 986 | 1,337 |
| Non-cash interest | 240 | 70 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (8,662) | (6,001) |
| Other current assets | (3,168) | (24) |
| Other long-term assets | (24) | 31 |
| Accounts payable | 1,091 | (397) |
| Accrued expenses and other | 4,615 | 2,263 |
| Deferred revenue | 533 | 224 |
| Operating lease liabilities | (1,018) | (1,416) |
| Net cash used in operating activities | (21,642) | (22,712) |
| Cash flow from investing activities: | | |
| Purchases of property, equipment and capitalized internal-use software development costs | (3,107) | (1,904) |
| Net cash used in investing activities | (3,107) | (1,904) |
| Cash flow from financing activities: | | |
| Debt issuance costs | - | (176) |
| Proceeds from debt | - | 23,302 |
| Repayment of debt | - | (23,302) |
| Proceeds from public offering, net of underwriting discounts and commissions and other offering costs | 219,811 | - |
| Proceeds from exercise of stock options | 2,288 | 447 |
| Proceeds from exercise of warrants | 146 | - |
| Net proceeds from the issuance of redeemable convertible preferred stock | - | 59,934 |
| Repurchase of common stock related to net share settlement | (476) | (138) |
| Principal payments on finance lease obligations | (112) | (106) |
| Net cash provided by financing activities | 221,657 | 59,961 |
| Net increase in cash: | 196,908 | 35,345 |
| Cash & cash equivalents at beginning of period | 58,569 | 23,224 |
| Cash & cash equivalents at end of period | $ 255,477 | $ 58,569 |
| Supplemental disclosure: | | |
| Cash paid for interest | $ 105 | $ 365 |
| Cash paid for taxes | $ 97 | $ 87 |
| Non-cash investing and financing activities: | | |
| Accretion of preferred stock to redemption value | $ 56 | $ 92 |
| Conversion of preferred stock to common stock upon initial public offering | $ 160,856 | $ - |
| Costs related to initial public offering included in accounts payable and accrued liabilities | $ 284 | $ - |

DISCO_002566

**CS DISCO, INC.**

**Reconciliation from GAAP to Non-GAAP Results**
**(in thousands, except for percentages and per share amounts)**

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Net loss** | $ (9,108) | $ (2,991) | $ (24,344) | $ (22,873) |
| Depreciation and amortization expense | 420 | 410 | 1,674 | 1,624 |
| Provision for income taxes | (29) | 13 | 81 | 71 |
| Interest and other, net | 190 | 15 | 434 | 301 |
| Stock-based compensation expense | 3,095 | 495 | 5,603 | 1,993 |
| Payroll tax expense on employee stock transactions | 160 | 6 | 264 | 20 |
| Refund of sales and use taxes | - | - | - | (1,057) |
| Adjusted EBITDA | $ (5,272) | $ (2,052) | $ (16,288) | $ (19,921) |
| Adjusted EBITDA margin | (16)% | (11)% | (14)% | (29)% |

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Cost of revenue** | $ 8,786 | $ 5,347 | $ 31,098 | $ 20,449 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | (29) | (8) | (57) | (28) |
| Non-GAAP cost of revenue | $ 8,757 | $ 5,339 | $ 31,041 | $ 20,421 |
| Non-GAAP gross profit | $ 25,053 | $ 13,847 | $ 83,301 | $ 48,023 |
| Non-GAAP gross margin | 74% | 72% | 73% | 70% |

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Research and development** | $ 10,639 | $ 5,954 | $ 34,414 | $ 26,599 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | (1,294) | (208) | (2,081) | (864) |
| Non-GAAP research and development | $ 9,345 | $ 5,746 | $ 32,333 | $ 25,735 |
| Non-GAAP research and development as a % of revenue | 28% | 30% | 28% | 38% |

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Sales and marketing** | $ 15,169 | $ 7,387 | $ 47,045 | $ 31,061 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | (695) | (88) | (1,258) | (335) |
| Non-GAAP sales and marketing | $ 14,474 | $ 7,299 | $ 45,787 | $ 30,726 |
| Non-GAAP sales and marketing as a % of revenue | 43% | 38% | 40% | 45% |

DISCO_002567

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| **General and administrative** | $ 8,163 | $ 3,461 | $ 25,614 | $ 13,893 |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | (1,077) | (191) | (2,207) | (766) |
| Non-GAAP general and administrative | $ 7,086 | $ 3,270 | $ 23,407 | $ 13,127 |
| Non-GAAP general and administrative as a % of revenue | 21% | 17% | 20% | 19% |

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| **Loss from operations** | $ (8,947) | $ (2,963) | $ (23,829) | $ (22,501) |
| Operating margin | (26)% | (15)% | (21)% | (33)% |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | 3,095 | 495 | 5,603 | 1,993 |
| Refund of sales and use taxes | - | - | - | (1,057) |
| Non-GAAP loss from operations | $ (5,852) | $ (2,468) | $ (18,226) | $ (21,565) |
| Non-GAAP operating margin | (17)% | (13)% | (16)% | (32)% |

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| **Net loss attributable to common stockholders** | $ (9,108) | $ (3,014) | $ (24,400) | $ (22,965) |
| Non-GAAP adjustments: | | | | |
| Stock-based compensation expense | 3,095 | 495 | 5,603 | 1,993 |
| Refund of sales and use taxes | - | - | - | (1,057) |
| Non-GAAP net loss attributable to common stockholders | $ (6,013) | $ (2,519) | $ (18,797) | $ (22,029) |
| Non-GAAP net loss per share | $ (0.10) | $ (0.19) | $ (0.57) | $ (1.67) |
| Weighted average shares used to compute basic and diluted net loss per share | 57,451 | 13,281 | 33,208 | 13,171 |
| Non-GAAP income attributable to common stockholders as a % of revenue | (18)% | (13)% | (16)% | (32)% |

DISCO_002568