# EXHIBIT 14

**cg / Canaccord Genuity** Capital Markets

**US Equity Research**
11 August 2022

Lowering Recommendation

## CS Disco
Enterprise Software - Software as a Service

**David Hynes Jr.** | Analyst | Canaccord Genuity LLC (US) | DHynes@cgf.com | 617.371.3882
**Luke Morison, CFA** | Associate | Canaccord Genuity LLC (US) | lmorison@cgf.com | 617.371.3837
**Daniel Reagan** | Associate | Canaccord Genuity LLC (US) | dreagan@cgf.com | 617.784.0796
**Ryan Shanahan, CFA** | Associate | Canaccord Genuity LLC (US) | RShanahan@cgf.com | 617.371.3864

| Rating | Price Target |
|---|---|
| **HOLD↓** *from BUY* | **US$23.00↓** *from US$35.00* |

| | Price |
|---|---|
| **LAW-NYSE** | **US$28.96** |

### Market Data

| | |
|---|---|
| 52-Week Range (US$) : | 16.96 - 69.41 |
| Avg Daily Vol (000s) : | 316 |
| Market Cap (US$M) : | 1,704.1 |
| Shares Out. (M) : | 58.8 |
| Enterprise Value (US$M) : | 1,476 |
| Net Cash (US$M) : | 228.2 |

| FYE Dec | 2021A | 2022E | 2023E |
|---|---|---|---|
| Sales (US$M) | 114.3 | 135.0↓ | 175.5↓ |
| *Previous* | – | *153.0* | *204.0* |
| EV/Sales (x) | 12.7 | 10.9 | 8.4 |
| Free Cash Flow (US$M) | (24.7) | (60.3) | (65.5) |
| EV/FCF (x) | NA | NA | NA |
| EPS Non-GAAP (US$) | (0.62) | (1.03)↓ | (1.08)↓ |
| *Previous* | – | *(0.80)* | *(0.70)* |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2021A | 21.1 | 29.5 | 29.9 | 33.8 |
| 2022E | 34.5A | 33.7A | 33.0 | 33.8 |
| 2023E | 37.3 | 41.1 | 45.8 | 51.3 |

| Quarterly EPS Non-GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2021A | (0.18) | (0.16) | (0.17) | (0.10) |
| 2022E | (0.15)A | (0.23)A | (0.33) | (0.33) |
| 2023E | (0.30) | (0.30) | (0.27) | (0.22) |



— LAW.US
— Russell 2000 (rebased)
Source: FactSet

Priced as of close of business 11 August 2022

Cloud-based legal tech spanning e-discovery, legal document review, and case management.

# Usage model surprises to the downside; estimate reset pushes us to sidelines; downgrade to HOLD

## Investment recommendation

This one came as a surprise to us. We always knew that a usage-based model could present some quarter-to-quarter variability, but we likewise thought that (a) corporate litigation would create a fairly linear and resilient backdrop, and (b) that Disco was taking share in the space. To be honest, it feels like that's probably still the case, but we'd be lying if we said that the firm's updated outlook doesn't create at least a bit of doubt. Putting this in perspective, Disco's Q2 came in at the high-end of its guidance range (versus larger beats in the past), but the big surprise was revised 2022 guidance that now has us at +18% revenue growth and (43%) EBITDA losses, down from +34% and (28%) prior. The culprit in the quarter and guide was less large deal review activity – and the assumption that this persists – which management attributed more to timing/luck versus anything fundamental/macro-driven. We assume there's conservatism baked into the updated view, but even still, this is a pretty significant change in course.

Here are the problems we now see with this stock: (1) slower growth that's not accompanied by a commensurate commitment to improved margins will not be well-received; (2) there's very little in the way of forward-looking metrics that we can hang our hat on with Disco – the firm did provide an ad hoc update on customer count in Q2, but given the business model, there's no billings, RPO, net revenue retention, etc. to give us comfort around underlying trends; and (3) the magnitude and abruptness of change here is almost certainly going to make investors gun-shy to step up on weakness – even if we get upside 2H results, the thinking will be, what's to say this doesn't happen again in a couple of quarters? Taking these together, and in consideration of current valuation, which is now 8x EV/R on reset C2023 estimates for a business with losses that are 2x its growth, we have a hard time coming up with a compelling reason for investors to buy LAW now. The stock is going to be weak tomorrow, and there's nothing worse than making a downgrade call on a stock that's going to open down 20%+, but in this case, we think it's the right call. We're pretty confident there will be a time when we have a Buy on this stock again, but until we get a better feel for business trends and consistency of results, it makes sense to step to the sidelines. We're downgrading LAW to HOLD and resetting our price target at $23.

## Highlights from the print

**Customer spend volatility finally cuts the other way.** To Disco's credit, it has consistently communicated that the usage-based nature of its platform can and will result in revenue volatility. The surprise, we suppose, and why we're somewhat scratching our heads, is that the company is now extrapolating forward ("de-risking" in its own words) its Q2 performance despite indicating the swing in revenue is normal and as expected. In terms of what drove the volatility, the company pointed at its Review product, which can see particularly big swings in revenue contribution as it's still relatively early in scaling – even just the presence or absence of a low single-digit quantity of reviews during a quarter can lead to a multimillion-dollar swing in revenue. In other words, this was not a case of losing customers or a pullback in spend or commitment, but simply a natural outcome of existing reviews falling off and/or new ones not yet starting. In fact, eDiscovery performance, which benefits from materially smaller ticket sizes than Review on a much larger base, was apparently consistently strong, and its new hold and request product is reportedly seeing solid traction as well.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**

**Customer metrics indicate stable and linear fundamental growth and sales efficiency.** In an effort to assuage concerns around usage volatility, Disco revealed for the first time as a public company that its customer count has grown to 1,255, an increase of 27% year-over-year. This implies Disco added 267 total net adds over the prior four quarters (~67 net adds per quarter on average). Prior to Q2 of last year, quarterly net adds were typically in the 30-85 range, with the company adding 190 total over the full course of 2020 (or ~48 per quarter on average). This customer count implies an ARPC of $107K in Q2, down ~10% from the year-ago period. While we don't know what net adds were this quarter, Disco's trajectory over the past year and commentary around strong and improving sales efficiency indicates to us that the customer base remains healthy and is continuing to grow as expected. Said another way, if over the long-term we expect customer growth to continue in the mid-20s and net expansion to sustain with product expansion and a growing percentage of a customer's legal work, we wouldn't be surprised to see growth compound at least in the 30-40% range the next few years.

**Putting revenue performance in context.** Total revenue of $34M grew 14% over the year-ago period, declined 2% sequentially, and compares to year-over-year growth of 63% and 88% last quarter and a year ago, respectively – for context, the year-ago period benefited from a small number of large reviews coming online, essentially the opposite of what occurred this quarter. This was a 1% miss to the high end of guidance versus what have been 11-17% beats since the company went public a year ago. On the bottom line, the company delivered (37%) Adjusted EBITDA margins, better than the (44%) guided to.

**Breaking out Disco's revenue segments for the first time.** Disco for the first time revealed the relative size and trajectory of its standalone eDiscovery business, which gives us decent insight into the volatility we're seeing. That disclosure was that, in CY22, the company expects its eDiscovery products to contribute $100M+ in revenue and grow over 30%. This implies its eDiscovery product is contributing at least 75% of total revenue, with most of the remaining 25% of revenue attributable to its Review product – that implies revenue from Review will be down at least ~10%, and perhaps as much as 20%+, at least on current guidance.

**Staying committed to the investment agenda.** Disco reiterated its commitment to the plan laid out at the time of its IPO, which was to triple its sales capacity over six quarters. We're now four quarters in, so the trajectory of investment should moderate following Q4'22. It justified that unchanged investment agenda, stating that it's seeing healthy and improving sales productivity, along with no signs of macro-related deterioration yet. In fact, with the addition of a new CMO and early success from her recently implemented marketing programs, Disco's preparing to accelerate its marketing investment in the second half.

**An outlook that extrapolates Q2 review volatility and the potential for macro headwinds.** Disco took a "de-risked" approach to its updated CY22 outlook, which primarily reflects the volatility seen in Review performance this quarter, and to a lesser extent incorporates the potential for incremental macro-driven headwinds in the back half. Disco lowered its guidance for the year by $17M, $18M more than its $1M Q2 beat. In terms of linearity, this represents 11% growth and a 2% sequential decline in Q3, which is actually in line with the company's historical projected sequential change in revenue since its IPO. This represents growth of 17% at the midpoint, down from 32%. On the bottom line, Adjusted EBITDA losses are now expected to be $10M higher at the midpoint, driven by the reduced revenue outlook combined with an unchanged investment outlook. This implies Adjusted EBITDA margins of (43%), a significant decline from the (28%) previously contemplated. In terms of linearity, this implies Adjusted EBITDA margins of (55%) in Q3, and (60%) in Q4 as the company finishes scaling out its GTM investments.

CONFIDENTIAL                                                                                                              DISCO_000320

## Valuation and price target

We are lowering our price target to $23. Our $23 target is based on a ~7x EV/revenue multiple applied to our C2023 estimate of $276M, plus approximately $146M in net cash and assumes ~60M fully diluted shares outstanding.

## Quarterly results

The table below details Disco's June quarter (Q2/22) results compared to our published estimates and the year ago quarter's results.

**Figure 1: LAW June 2022 (Q2/22)**

| $ Millions | Jun-21 | Jun-22 | Jun-22E | Actual - Estimate | Percent Difference |
|---|---|---|---|---|---|
| **Total Revenue** | 29.5 | 33.7 | 34.0 | (0.3) | -1% |
| Total Cost of Revenues | (8.7) | (8.3) | (9.3) | 1.1 | 12% |
| **non-GAAP Gross Profit** | 20.9 | 25.5 | 24.7 | 0.8 | 3% |
| Sales & Marketing | (10.6) | (17.6) | (18.4) | 0.8 | 4% |
| Research & Development | (7.6) | (13.1) | (13.1) | (0.0) | 0% |
| General & Administrative | (4.7) | (8.0) | (8.7) | 0.6 | 7% |
| Total non-GAAP Operating Expenses | (22.9) | (38.7) | (40.1) | 1.4 | 4% |
| **non-GAAP Operating Income** | **(2.0)** | **(13.3)** | **(15.5)** | **2.2** | **14%** |
| Stock-Based Compensation | (1.0) | (5.5) | (3.4) | (2.1) | -62% |
| Other Reconciling Items | 0.0 | (1.2) | 0.0 | (1.2) | n/a |
| **GAAP Operating Income** | (3.0) | (20.0) | (18.9) | (1.1) | -6% |
| Interest and Other Income | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| Interest and Other Expense | (0.1) | (0.2) | (0.1) | (0.1) | n/a |
| Pre-tax Income | (3.0) | (20.1) | (19.0) | (1.2) | -6% |
| Tax Rate | -1% | 0% | -1% | 0% | n/a |
| Income Tax | (0.0) | (0.0) | (0.1) | 0.1 | 56% |
| **GAAP Net Income** | **(3.1)** | **(20.2)** | **(19.1)** | **(1.1)** | **-6%** |
| SBC, Amort, & Other | 0.9 | 6.7 | 3.4 | 3.3 | 97% |
| Related Tax Impact | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| **non-GAAP Net Income** | **(2.1)** | **(13.5)** | **(15.7)** | **2.2** | **14%** |
| **EBITDA Reconciliation** | | | | | |
| GAAP Net Loss | (3.1) | (20.2) | (19.1) | (1.1) | -6% |
| Depreciation and Amortization | 0.4 | 0.7 | 0.4 | 0.3 | 58% |
| Provision for Income Taxes | 0.0 | 0.0 | 0.1 | (0.1) | -56% |
| Interest and Other, Net | 0.1 | 0.2 | 0.1 | 0.1 | 71% |
| Stock-Based Compensation | 1.0 | 5.5 | 3.4 | 2.1 | 62% |
| Refund of Sales and Use Taxes | 0.0 | 0.0 | 0.0 | 0.0 | n/a |
| **Adjusted EBITDA** | **(1.6)** | **(13.7)** | **(15.0)** | **1.3** | **9%** |
| Basic Shares Outstanding | 13.6 | 58.3 | 58.3 | 0.1 | 0% |
| Diluted Shares Outstanding | 13.7 | 58.9 | 58.8 | 0.1 | 0% |
| **non-GAAP EPS** | **($0.16)** | **($0.23)** | **($0.27)** | **$0.04** | **14%** |
| Fully-Taxed non-GAAP EPS (at 21%) | ($0.12) | ($0.18) | ($0.21) | $0.03 | 14% |
| **GAAP EPS** | ($0.23) | ($0.35) | ($0.33) | ($0.02) | -6% |
| **Free Cash Flow** | **($6.5)** | **($12.0)** | **($15.4)** | **$3.4** | **22%** |
| FCF/share | ($0.48) | ($0.20) | ($0.26) | $0.06 | 22% |
| Growth | -23% | -84% | -135% | -- | -- |
| **Net Cash per Share** | **$3.43** | **$3.87** | **$3.79** | **$0.08** | **2%** |

Source: Company Reports, Canaccord Genuity estimates

CONFIDENTIAL

DISCO_000321



CS Disco
Lowering Recommendation

## Figure 2: Income Statement

Disco
(LAW/NYSE)
8/11/2022

| Income Statement $ Millions | Mar-19 | Jun-19 | Sep-19 | Dec-19 | CY-2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | CY-2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | CY-2021 | Mar-22 | Jun-22 | Sep-22E | Dec-22E | CY-2022E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | CY-2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 10.4 | 11.3 | 12.7 | 14.2 | 48.6 | 15.7 | 15.7 | 17.9 | 19.2 | 68.4 | 21.1 | 29.5 | 29.9 | 33.8 | 114.3 | 34.5 | 33.7 | 33.0 | 33.8 | 135.0 | 37.3 | 41.1 | 45.8 | 51.3 | 175.5 |
| Total Cost of Revenues | (2.9) | (3.3) | (3.6) | (4.6) | (14.4) | (5.1) | (4.5) | (5.5) | (5.3) | (20.4) | (5.8) | (8.7) | (7.8) | (8.8) | (31.0) | (8.8) | (8.3) | (9.1) | (9.3) | (35.4) | (10.1) | (11.1) | (12.4) | (13.9) | (47.4) |
| non-GAAP Gross Profit | 7.5 | 8.0 | 9.0 | 9.6 | 34.1 | 10.6 | 11.2 | 12.3 | 13.8 | 48.0 | 15.4 | 20.9 | 22.0 | 25.1 | 83.3 | 25.7 | 25.5 | 23.9 | 24.5 | 99.6 | 27.2 | 30.0 | 33.4 | 37.4 | 128.1 |
| Sales & Marketing | (5.3) | (5.8) | (6.9) | (7.8) | (25.8) | (9.3) | (7.1) | (7.1) | (7.3) | (30.7) | (7.8) | (10.6) | (12.9) | (14.5) | (45.8) | (15.6) | (17.6) | (20.1) | (23.6) | (76.8) | (24.1) | (24.9) | (25.8) | (27.0) | (101.7) |
| Research & Development | (4.8) | (6.2) | (7.0) | (6.7) | (24.6) | (8.0) | (6.0) | (6.0) | (5.7) | (25.7) | (6.1) | (7.6) | (9.4) | (9.3) | (32.3) | (10.9) | (13.1) | (14.9) | (12.5) | (51.4) | (12.8) | (14.3) | (14.8) | (15.5) | (57.3) |
| General & Administrative | (1.9) | (2.6) | (2.5) | (2.9) | (9.9) | (4.1) | (3.0) | (2.8) | (3.3) | (13.1) | (3.9) | (4.7) | (7.8) | (7.1) | (23.4) | (7.7) | (8.0) | (7.9) | (7.4) | (31.2) | (7.8) | (8.4) | (8.6) | (7.9) | (32.8) |
| Total non-GAAP Operating Expenses | (11.9) | (14.7) | (16.4) | (17.3) | (60.3) | (21.3) | (16.0) | (15.9) | (16.3) | (69.6) | (17.7) | (22.9) | (30.0) | (30.9) | (101.5) | (34.2) | (38.7) | (42.9) | (43.5) | (159.3) | (44.7) | (47.5) | (49.1) | (50.3) | (191.8) |
| non-GAAP Operating Income | (4.5) | (6.7) | (7.3) | (7.7) | (26.2) | (10.7) | (4.8) | (3.6) | (2.5) | (21.6) | (2.4) | (2.0) | (8.0) | (5.9) | (18.2) | (8.6) | (13.3) | (19.0) | (19.0) | (59.8) | (17.5) | (17.5) | (15.7) | (12.9) | (63.6) |
| Stock-Based Compensation | (2.6) | (0.5) | (0.5) | (0.5) | (4.1) | (0.5) | (0.5) | (0.5) | (0.5) | (2.0) | (0.5) | (1.0) | (1.1) | (3.1) | (5.6) | (3.2) | (5.5) | (3.3) | (3.4) | (15.4) | (3.7) | (4.1) | (4.6) | (5.1) | (17.6) |
| Other Reconciling Items | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.2) | 0.0 | 0.0 | (1.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| GAAP Operating Income | (7.1) | (7.2) | (7.8) | (8.2) | (30.3) | (11.2) | (5.3) | (3.0) | (3.0) | (22.5) | (2.8) | (3.0) | (9.1) | (8.9) | (23.8) | (11.8) | (20.0) | (22.3) | (22.3) | (76.4) | (21.2) | (21.7) | (20.3) | (18.0) | (81.2) |
| Interest and Other Income | 0.2 | 0.1 | 0.2 | 0.1 | 0.7 | 0.1 | 0.0 | 0.1 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest and Other Expense | (0.0) | 0.0 | (0.1) | (0.0) | (0.1) | (0.1) | (0.2) | (0.2) | (0.0) | (0.5) | (0.1) | (0.1) | (0.2) | (0.2) | (0.5) | (0.1) | (0.2) | (0.1) | (0.1) | (0.5) | (0.1) | (0.1) | (0.1) | (0.1) | (0.4) |
| Pre-tax Income | (6.9) | (7.0) | (7.7) | (8.2) | (29.8) | (11.2) | (5.5) | (3.2) | (3.0) | (22.8) | (2.9) | (3.0) | (9.2) | (9.1) | (24.3) | (11.8) | (20.1) | (22.4) | (22.4) | (76.8) | (21.3) | (21.8) | (20.4) | (18.1) | (81.6) |
| Tax Rate | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | -1% | -1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | -1% | 0% |
| Income Tax | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.0) | 0.0 | (0.1) | (0.0) | (0.0) | (0.1) | (0.1) | (0.3) | (0.1) | (0.1) | (0.1) | (0.1) | (0.4) |
| GAAP Net Income | (7.0) | (7.1) | (7.7) | (8.2) | (29.8) | (11.2) | (5.5) | (3.2) | (3.0) | (22.9) | (2.9) | (3.1) | (9.2) | (9.1) | (24.3) | (11.8) | (20.2) | (22.5) | (22.5) | (77.1) | (21.4) | (21.9) | (20.5) | (18.2) | (82.0) |
| SBC, Amort., & Other | 2.6 | 0.5 | 0.5 | 0.5 | 4.1 | 0.5 | 0.5 | (0.6) | 0.5 | 0.9 | 0.5 | 0.9 | 1.1 | 3.1 | 5.6 | 3.2 | 6.7 | 3.3 | 3.4 | 16.6 | 3.7 | 4.1 | 4.6 | 5.1 | 17.6 |
| Related Tax Impact | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| non-GAAP Net Income | (4.3) | (6.5) | (7.2) | (7.7) | (25.7) | (10.7) | (5.0) | (3.7) | (2.5) | (21.9) | (2.4) | (2.1) | (8.2) | (6.0) | (18.8) | (8.6) | (13.5) | (19.2) | (19.2) | (60.5) | (17.7) | (17.7) | (15.9) | (13.1) | (64.4) |

**EBITDA Reconciliation**

| | Mar-19 | Jun-19 | Sep-19 | Dec-19 | CY-2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | CY-2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | CY-2021 | Mar-22 | Jun-22 | Sep-22E | Dec-22E | CY-2022E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | CY-2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAAP Net Loss | (7.0) | (7.1) | (7.7) | (8.2) | (29.8) | (11.2) | (5.5) | (3.2) | (3.0) | (22.9) | (2.9) | (3.1) | (9.2) | (9.1) | (24.3) | (11.8) | (20.2) | (22.5) | (22.5) | (77.1) | (21.4) | (21.9) | (20.5) | (18.2) | (82.0) |
| Depreciation and Amortization | 0.1 | 0.2 | 0.2 | 0.3 | 0.8 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 0.5 | 0.7 | 0.5 | 0.5 | 2.1 | 0.5 | 0.6 | 0.6 | 0.7 | 2.3 |
| Provision for Income Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | (0.0) | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| Interest and Other, Net | (0.1) | (0.2) | (0.1) | (0.1) | (0.5) | 0.0 | 0.1 | 0.1 | 0.0 | 0.3 | 0.0 | 0.1 | 0.1 | 0.2 | 0.4 | 0.1 | 0.2 | 0.1 | 0.1 | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| Stock-Based Compensation | 2.6 | 0.5 | 0.5 | 0.5 | 4.1 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 0.5 | 1.0 | 1.1 | 3.1 | 5.6 | 3.2 | 5.5 | 3.3 | 3.4 | 15.4 | 3.7 | 4.1 | 4.6 | 5.1 | 17.6 |
| Refund of Sales and Use Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.1) | 0.0 | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.3 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjusted EBITDA | (4.3) | (6.5) | (7.1) | (7.5) | (25.4) | (10.3) | (4.4) | (3.2) | (2.1) | (19.9) | (1.9) | (1.6) | (7.6) | (5.3) | (16.4) | (7.8) | (13.7) | (18.5) | (18.5) | (58.5) | (17.0) | (17.0) | (15.1) | (12.2) | (61.3) |
| Basic Shares Outstanding | 12.8 | 12.9 | 12.9 | 13.0 | 12.9 | 13.1 | 13.1 | 13.2 | 13.3 | 13.2 | 13.4 | 13.6 | 47.7 | 57.5 | 33.0 | 58.0 | 58.3 | 58.6 | 58.9 | 58.5 | 59.2 | 59.5 | 59.8 | 60.1 | 59.7 |
| Diluted Shares Outstanding | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 | 65.5 | 13.2 | 13.2 | 13.2 | 13.2 | 13.4 | 13.7 | 50.0 | 58.0 | 33.8 | 58.6 | 58.9 | 59.1 | 59.4 | 59.0 | 59.7 | 60.0 | 60.3 | 60.6 | 60.2 |
| non-GAAP EPS | ($0.34) | ($0.51) | ($0.56) | ($0.59) | ($1.99) | ($0.82) | ($0.38) | ($0.28) | ($0.19) | ($1.67) | ($0.18) | ($0.16) | ($0.17) | ($0.10) | ($0.62) | ($0.15) | ($0.23) | ($0.33) | ($0.33) | ($1.03) | ($0.30) | ($0.30) | ($0.27) | ($0.22) | ($1.08) |
| Fully-Taxed non-GAAP EPS | ($0.27) | ($0.40) | ($0.44) | ($0.46) | ($1.57) | ($0.65) | ($0.30) | ($0.22) | ($0.15) | ($1.31) | ($0.14) | ($0.12) | ($0.13) | ($0.08) | ($0.47) | ($0.12) | ($0.18) | ($0.26) | ($0.26) | ($0.81) | ($0.23) | ($0.23) | ($0.21) | ($0.17) | ($0.85) |
| GAAP EPS | ($0.54) | ($0.55) | ($0.59) | ($0.63) | ($2.31) | ($0.86) | ($0.42) | ($0.24) | ($0.23) | ($1.74) | ($0.22) | ($0.23) | ($0.19) | ($0.16) | ($0.80) | ($0.20) | ($0.35) | ($0.38) | ($0.38) | ($1.32) | ($0.36) | ($0.37) | ($0.34) | ($0.30) | ($1.37) |
| Free Cash Flow | ($10.0) | ($3.5) | ($7.0) | ($10.1) | ($30.6) | ($10.8) | ($5.3) | ($3.0) | ($5.5) | ($24.6) | ($5.1) | ($6.5) | ($9.5) | ($3.6) | ($24.7) | ($12.0) | ($12.0) | ($20.8) | ($15.4) | ($60.3) | ($23.7) | ($18.7) | ($17.9) | ($5.2) | ($65.5) |
| FCF/share | ($0.78) | ($0.27) | ($0.54) | ($0.78) | ($2.37) | ($0.82) | ($0.41) | ($0.23) | ($0.42) | ($1.87) | ($0.38) | ($0.48) | ($0.19) | ($0.06) | ($0.73) | ($0.21) | ($0.20) | ($0.35) | ($0.26) | ($1.02) | ($0.40) | ($0.31) | ($0.30) | ($0.09) | ($1.09) |
| Growth | | -8% | -52% | 58% | 45% | | 53% | -23% | -219% | 35% | -1% | | -136% | -84% | -119% | -326% | 144% | | -97% | -56% | 14% | -66% | -9% | | |
| Net Cash per Share | $3.39 | $3.12 | $2.58 | $1.80 | $1.80 | $0.19 | $1.82 | $5.94 | $4.45 | $4.45 | $4.01 | $3.43 | $5.17 | $4.40 | $4.40 | $4.07 | $3.87 | $3.51 | $3.23 | $3.23 | $2.82 | $2.49 | $2.18 | $2.09 | $2.09 |

**Annual Pct. Change**

| | Mar-19 | Jun-19 | Sep-19 | Dec-19 | CY-2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | CY-2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | CY-2021 | Mar-22 | Jun-22 | Sep-22E | Dec-22E | CY-2022E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | CY-2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | – | – | – | – | – | 51% | 39% | 41% | 35% | 41% | 35% | 88% | 67% | 76% | 67% | 63% | 14% | 11% | 0% | 18% | 8% | 22% | 39% | 52% | 30% |
| non-GAAP Gross Profit | – | – | – | – | – | 42% | 40% | 37% | 44% | 41% | 45% | 86% | 78% | 81% | 73% | 67% | 22% | 9% | -2% | 20% | 6% | 18% | 40% | 53% | 29% |
| Sales & Marketing | – | – | – | – | – | 76% | 22% | 2% | -6% | 19% | -16% | 50% | 82% | 98% | 49% | 100% | 66% | 55% | 63% | 68% | 54% | 42% | 28% | 14% | 32% |
| Research & Development | – | – | – | – | – | 68% | -4% | -14% | -14% | 5% | -24% | 26% | 56% | 63% | 26% | 80% | 73% | 59% | 34% | 59% | 18% | 9% | -1% | 24% | 11% |
| General & Administrative | – | – | – | – | – | 112% | 12% | 16% | 14% | 33% | -5% | 59% | 174% | 117% | 78% | 100% | 71% | 2% | 5% | 33% | 1% | 5% | 9% | 7% | 5% |
| non-GAAP EPS | – | – | – | – | – | -143% | 25% | 49% | 68% | 16% | 78% | 59% | 39% | 44% | 63% | 18% | -47% | -91% | -211% | -68% | -100% | -29% | 19% | 33% | -5% |
| Fully-Taxed non-GAAP EPS (at 35%) | – | – | – | – | – | -143% | 25% | 49% | 68% | 16% | 78% | 60% | 39% | 44% | 64% | 17% | 51% | -91% | -208% | -69% | -100% | -29% | 19% | 33% | 5% |
| GAAP EPS | – | – | – | – | – | -58% | 24% | 59% | 64% | 25% | 75% | 46% | 20% | 30% | 54% | 7% | -53% | -98% | -141% | -65% | -77% | -6% | 11% | 21% | -4% |

**Margins, Expense Ratios & Other Metrics**

| | Mar-19 | Jun-19 | Sep-19 | Dec-19 | CY-2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | CY-2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | CY-2021 | Mar-22 | Jun-22 | Sep-22E | Dec-22E | CY-2022E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | CY-2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Gross Margin | 72.0% | 70.8% | 71.4% | 67.5% | 70.2% | 67.7% | 71.4% | 69.1% | 72.2% | 70.2% | 72.6% | 70.6% | 73.8% | 74.1% | 72.9% | 74.4% | 75.5% | 72.5% | 72.5% | 73.7% | 73.0% | 73.0% | 73.0% | 73.0% | 73.0% |
| As a Pct of Sales: Sales & Marketing | 51% | 51% | 55% | 55% | 53% | 59% | 45% | 40% | 38% | 45% | 37% | 36% | 43% | 43% | 40% | 45% | 52% | 61% | 70% | 57% | 65% | 60% | 56% | 53% | 58% |
| Research & Development | 46% | 55% | 55% | 47% | 51% | 51% | 38% | 34% | 30% | 38% | 29% | 26% | 31% | 28% | 28% | 32% | 39% | 45% | 37% | 38% | 34% | 35% | 32% | 30% | 33% |
| General & Administrative | 19% | 23% | 19% | 20% | 20% | 26% | 19% | 16% | 17% | 19% | 18% | 16% | 26% | 21% | 20% | 22% | 24% | 24% | 22% | 23% | 21% | 21% | 19% | 15% | 19% |
| Adj. EBITDA Margin | -41.9% | -57.7% | -56.0% | -52.6% | -52.4% | -65.9% | -27.9% | -17.8% | -10.7% | -29.1% | -9.2% | -5.4% | -25.4% | -15.6% | -14.3% | -22.7% | -40.7% | -56.1% | -54.7% | -43.4% | -45.5% | -41.3% | -33.0% | -23.8% | -34.9% |
| non-GAAP Operating Margin | -43.0% | -59.2% | -58.0% | -54.4% | -54.0% | -68.3% | -30.6% | -20.1% | -12.9% | -31.5% | -11.2% | -6.8% | -26.8% | -17.3% | -15.9% | -24.8% | -39.3% | -57.6% | -56.1% | -44.3% | -46.9% | -42.7% | -34.3% | -25.1% | -36.3% |
| FCF Margin | -96.0% | -31.0% | -55.4% | -71.3% | -63.1% | -68.8% | -33.9% | -16.7% | -28.8% | -36.0% | -24.0% | -22.1% | -31.8% | -10.7% | -21.6% | -34.9% | -35.7% | -63.2% | -45.5% | -44.7% | -63.4% | -45.6% | -39.2% | -10.1% | -37.3% |
| **Sequential Pct. Change** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Revenues | – | 9% | 12% | 12% | | 10% | 0% | 14% | 7% | | 10% | 40% | 1% | 13% | | 2% | -2% | -2% | 2% | | 10% | 10% | 11% | 12% | |

Source: Company reports, Canaccord Genuity estimates; A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

CONFIDENTIAL    DISCO_000322



## Figure 3: Balance sheet and SOCF

**Disco** (LAW/NYSE) 8/11/2022

| Statement of Cash Flows $ Millions | Dec-19A | Dec-20A | Dec-21A | Dec-22E | Dec-23E |
|---|---|---|---|---|---|
| **Operating Activities** | | | | | |
| Net Income (loss) | (29.8) | (22.9) | (24.3) | (77.1) | (82.0) |
| Depreciation and Amortization | 0.8 | 1.6 | 1.7 | 2.1 | 2.3 |
| Stock-Based Compensation Expense | 4.1 | 2.0 | 5.6 | 15.4 | 17.6 |
| Charge to Allowance for Credit Losses | 0.4 | 0.5 | 0.8 | 0.8 | 1.1 |
| Loss on Disposal of Long-Lived Assets | 0.0 | 0.0 | (0.0) | (0.0) | 0.0 |
| Non-Cash Operating Lease Costs | 0.0 | 1.3 | 1.0 | 3.3 | 4.0 |
| Non-Cash Interest | 0.0 | 0.1 | 0.2 | 0.0 | 0.0 |
| Changes in Operating Assets & Liabilities: | | | | | |
| Accounts Receivable | (4.6) | (6.0) | (8.7) | (1.1) | (6.7) |
| Other Current Assets | (0.2) | (0.0) | (3.2) | 0.4 | (2.2) |
| Other Long-Term Assets | (0.1) | 0.0 | (0.0) | (0.4) | 0.0 |
| Accounts Payable | 2.3 | (0.4) | 1.1 | 1.4 | 3.4 |
| Accrued Expenses and Other | (0.8) | 2.3 | 4.6 | (0.3) | 1.0 |
| Deferred Revenue | 0.6 | 0.2 | 0.5 | 0.3 | 0.8 |
| Operating Lease Liabilities | 0.0 | (1.4) | (1.0) | (1.4) | (0.6) |
| **Cash Flow from Operations** | (27.3) | (22.7) | (21.6) | (56.5) | (61.3) |
| **Investing Activities** | | | | | |
| PP&E and Capitalized Software Costs | (3.3) | (1.9) | (3.1) | (3.8) | (4.2) |
| Cash Paid for Acquisition | 0.0 | 0.0 | 0.0 | (5.3) | 0.0 |
| **Cash Flow from Investing** | (3.3) | (1.9) | (3.1) | (9.1) | (4.2) |
| **Financing Activities** | | | | | |
| IPO Proceeds | 0.0 | 0.0 | 219.8 | (0.3) | 0.0 |
| Debt Issuance Costs | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 |
| Proceeds from Debt | 0.0 | 23.3 | 0.0 | 0.0 | 0.0 |
| Repayment of Long-Term Debt | (5.8) | (23.3) | 0.0 | 0.0 | 0.0 |
| Proceeds from Exercise of Stock Options | 0.1 | 0.4 | 2.3 | 2.7 | 0.0 |
| Other Proceeds/Payments | 49.8 | 59.7 | (0.4) | (0.3) | 0.0 |
| **Cash Flow from Financing** | 44.1 | 60.0 | 221.7 | 2.1 | 0.0 |
| Foreign Currency Effect on Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Change in Cash and ST Investments** | 13.5 | 35.3 | 196.9 | (63.5) | (65.5) |
| Cash and ST Investments Beginning | 9.7 | 23.2 | 58.6 | 255.5 | 191.9 |
| Cash and ST Investments Ending | 23.2 | 58.6 | 255.5 | 191.9 | 126.4 |
| Free Cash Flow | (30.6) | (24.6) | (24.7) | (60.3) | (65.5) |
| FCF/Share | ($2.37) | ($1.87) | ($0.73) | ($1.02) | ($1.09) |
| FCF Margin | -63.1% | -36.0% | -21.6% | -44.7% | -37.3% |

**Disco** (LAW/NYSE) 8/11/2022

| Balance Sheet $ Millions | Dec-19A | Dec-20A | Dec-21A | Dec-22E | Dec-23E | Jun-22A |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and Cash Equivalents | 23.2 | 58.6 | 255.5 | 191.9 | 126.4 | 228.2 |
| Accounts Receivable, net | 7.4 | 12.9 | 20.7 | 21.5 | 28.2 | 24.3 |
| Other Current Assets | 1.3 | 1.4 | 4.6 | 4.2 | 6.4 | 3.0 |
| Total Current Assets | 31.9 | 72.8 | 280.9 | 217.7 | 161.0 | 255.4 |
| Property & Equipment, net | 3.6 | 3.9 | 5.3 | 8.2 | 10.0 | 7.2 |
| Operating Lease, right-of-use asset | 0.0 | 1.9 | 0.9 | 3.2 | 2.6 | 10.9 |
| Intangible Assets, Net | 0.0 | 0.0 | 0.0 | 1.1 | 1.1 | 1.1 |
| Goodwill | 0.0 | 0.0 | 0.0 | 5.9 | 5.9 | 5.9 |
| Other Assets | 0.4 | 0.5 | 0.4 | 0.7 | 0.7 | 0.7 |
| **Total Assets** | 35.9 | 79.1 | 287.4 | 236.8 | 181.3 | 281.3 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Accounts Payable | 4.0 | 3.6 | 4.7 | 7.0 | 10.4 | 8.6 |
| Accrued Expenses | 1.1 | 0.6 | 2.8 | 6.8 | 5.1 | 4.6 |
| Accrued Salary and Benefits | 2.7 | 5.2 | 8.0 | 5.1 | 7.7 | 5.8 |
| Current Portion of Revolving Line of Credit | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Revenue | 1.4 | 1.6 | 2.2 | 2.8 | 3.7 | 2.7 |
| Operating Leases | 0.0 | 1.0 | 0.9 | 0.3 | 1.1 | 1.2 |
| Finance Leases | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 |
| Total Current Liabilities | 9.2 | 12.2 | 18.6 | 22.0 | 28.1 | 22.9 |
| LT Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Debt Issuance Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Operating Lease, Noncurrent | 0.0 | 0.9 | 0.0 | 9.7 | 9.7 | 9.7 |
| Finance Lease, Noncurrent | 0.0 | 0.1 | 0.0 | 0.2 | 0.2 | 0.2 |
| Other Liabilities | 0.3 | 0.0 | 0.1 | 0.6 | 0.6 | 0.6 |
| **Total Liabilities** | 9.5 | 13.2 | 18.7 | 32.6 | 38.6 | 33.5 |
| Redeemable Convertible Preferred Stock | 100.8 | 160.8 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Shareholders' Equity | (74.4) | (94.9) | 268.7 | 204.2 | 142.7 | 247.8 |
| **Total Liabilities and Shareholders' Equity** | 35.9 | 79.1 | 287.4 | 236.8 | 181.3 | 281.3 |
| Sales/Assets | 1.4x | 0.9x | 0.4x | 0.6x | 1.0x | |
| Assets/Equity | -0.5x | -0.8x | 1.1x | 1.2x | 1.3x | |
| NGOI/Sales | -54.0% | -31.5% | -15.9% | -44.3% | -36.3% | |
| ROE | 35.3% | 22.7% | -6.8% | -29.3% | -44.6% | |
| FCF ROI | 79.6% | 155.6% | -4.5% | -13.7% | -20.2% | |

Source: Company Reports, Canaccord Genuity estimates

CONFIDENTIAL

DISCO_000323

# Appendix: Important Disclosures

## Analyst Certification

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research, and (iii) to the best of the authoring analyst's knowledge, she/he is not in receipt of material non-public information about the issuer.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

## Sector Coverage

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

## Investment Recommendation

Date and time of first dissemination: August 11, 2022, 23:00 ET

Date and time of production: August 11, 2022, 22:15 ET

**Target Price / Valuation Methodology:**

CS Disco - LAW

Our $23 target is based on a ~7x EV/revenue multiple applied to our C2023 estimate of $276M, plus approximately $146M in net cash and assumes ~60M fully diluted shares outstanding.

**Risks to achieving Target Price / Valuation:**

CS Disco - LAW

Disco faces macro, micro, and economic risks as well as competitive and regulatory threats that could cause our estimates to be incorrect and the value of LAW shares to decline.

For a full list of relevant risk disclosures, please see Disco's most recent SEC filings.

## Distribution of Ratings:

### Global Stock Ratings (as of 08/11/22)

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 637 | 67.05% | 35.16% |
| Hold | 133 | 14.00% | 15.04% |
| Sell | 12 | 1.26% | 16.67% |
| Speculative Buy | 161 | 16.95% | 39.75% |
| | 950* | 100.0% | |

*Total includes stocks that are Under Review

## Canaccord Genuity Ratings System

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED**: Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

### Risk Qualifier

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

CONFIDENTIAL                                                                  DISCO_000324

![Canaccord Genuity Capital Markets logo](cg logo)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

CS Disco currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided investment banking services to CS Disco.

In the past 12 months, Canaccord Genuity or its affiliated companies have received compensation for Investment Banking services from CS Disco .

In the past 12 months, Canaccord Genuity or any of its affiliated companies have been lead manager, co-lead manager or co-manager of a public offering of securities of CS Disco or any publicly disclosed offer of securities of CS Disco or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of CS Disco or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from CS Disco in the next three months.



**CS Disco Rating History as of 08/11/2022**

**Required Company-Specific Disclosures (as of date of this publication)**

**Past performance**

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 80%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with

principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

cg / Canaccord
Genuity
Capital Markets

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited or its Wealth Management affiliated company, Canaccord Genuity Financial Limited ABN 69 008 896 311 holder of AFS Licence No 239052.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2022 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2022 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2022 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2022 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**