# EXHIBIT 15


## LOOP CAPITAL

August 12, 2022
Estimate Changes

**RATING: BUY**
Price Target: **$32.00**
**Click here for the full model**

**Mark Schappel, Managing Director**
Mark.Schappel@loopcapital.com
Tel: 212-823-1395

Loop Equity Trading: 312-913-4908

### STOCK DATA

| | |
|---|---|
| Price | $28.96 |
| Price Target | $32.00 |
| Market Cap ($M) | $1,675 |
| 52-Week Range | $16.96-$69.41 |
| Shares (M) | 58.4 |
| ADTV (000) | 324 |
| Enterprise Value ($M) | 1,436 |
| Dividend Per Share | $0.00 |
| Debt To Capitalization | 0% |

### FINANCIAL DATA

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| EBITDA Margin | (14.3%) | (42.7%) | (32.7%) |
| EBITDA | (16.3) | (57.3) | (50.4) |
| EV/EBITDA | NM | NM | NM |

*Financial data in $ millions except per share.*

### REVENUE ($) Million

| FY December | 2021A | 2022E | 2023E |
|---|---|---|---|
| **Q1** | **21.1** | **34.5A** | **34.5E** |
| *Consensus* | — | *33.6E* | *45.2E* |
| **Q2** | **29.5** | **33.7A** | **38.8E** |
| *Consensus* | — | *33.4E* | *46.5E* |
| **Q3** | **29.9** | **33.0E** | **39.6E** |
| *Consensus* | — | *38.3E* | *50.6E* |
| **Q4** | **33.8** | **33.0E** | **41.3E** |
| *Consensus* | — | *45.7E* | *57.0E* |
| FY Prior | — | 152.0E | 194.1E |
| **FY** | **114.3** | **134.2E** | **154.1E** |
| *Consensus* | — | *152.0E* | *199.3E* |

### EBITDA ($M)

| FY December | 2021A | 2022E | 2023E |
|---|---|---|---|
| **Q1** | **(1.9)** | **(7.8)A** | **(14.2)E** |
| *Consensus* | — | *(14.8)E* | *(10.1)E* |
| **Q2** | **(1.6)** | **(12.4)A** | **(12.9)E** |
| *Consensus* | — | *(15.6)E* | *(10.2)E* |
| **Q3** | **(7.6)** | **(18.0)E** | **(12.1)E** |
| *Consensus* | — | *(12.2)E* | *(9.3)E* |
| **Q4** | **(5.2)** | **(19.0)E** | **(11.2)E** |
| *Consensus* | — | *(10.6)E* | *(8.4)E* |
| FY Prior | — | (47.5)E | (41.6)E |
| **FY** | **(16.3)** | **(57.3)E** | **(50.4)E** |
| *Consensus* | — | *(46.0)E* | *(37.0)E* |

Source: FactSet, Loop Capital Markets estimates

## SOFTWARE

## CS Disco Inc. (LAW - $28.96)

### Middling Quarter and Guide; After Smack Down, Stock Probably Grinds Higher

## Summary

LAW posted a surprise miss — revenues were more or less in line, Adjusted EBITDA beat, but the full-year outlook drops meaningfully due to a usage slowdown in its attorney review business. We considered lowering our rating but held back because with the stock already down 20% after hours, it probably doesn't make sense to join in on the anger selling this morning. So while we are obviously disappointed in the firm's results versus expectations, we're going to stick with our Buy on the belief that numbers have been de-risked and because the shortfall was much more about the timing of usage, rather than execution missteps, competitive threats, or reduced long-term demand for the firm's eDiscovery software.

We maintain our view that LAW is disrupting the once quiescent eDiscovery market with its modern, next-gen software solution and our view that the firm should remain a long-term beneficiary of the upgrade cycle in the legal software market, which is currently dominated by legal services firms and on-premise eDiscovery software incumbents that are standing still in terms of innovation and investment in their products. We will keep a disappointed Buy on the belief that the odds, from the $22 level where this stock will likely trade this morning, will reward fearless investors who can Buy what we expect to be a temporarily broken stock.

## Key Points

**The 2Q numbers; a surprise middling quarter.** Total revenues in the quarter were $33.7M, up 14% y/y and ahead of our estimate by $0.2M while calculated billings were $36.4M, up 17% y/y. Adjusted EBITDA of -$12.4M was $2.6M ahead of our estimate while Adjusted EBITDA margins of -36.8% handily beat our -44.8% estimate but were down from last year's -6.8% level. LAW used $22.2M of operating cash during the quarter, which compares to $5.7M used a year ago.

**So what drove the middling quarter and guide down?** The culprit of the middling quarter and meaningfully lower revenue guide was a notable usage slowdown in DISCO's Review product, which is an attorney review platform for the review and production of documents used in litigation and internal investigations. LAW's attorney review business is relatively new and is a much smaller percentage of revenue (we estimate 20-25% of overall revenue), generally used by very large customers (i.e., $1M-plus accounts), and the business can be volatile due to the timing of activity in large reviews. Importantly, the lower Review revenue is more about the timing of usage, rather than slipped deals, competitive threats, or reduced long-term demand for the firm's software.

**Outlook; lowering the growth bar, seemingly to the base case**. LAW cut its revenue growth outlook by $17M at the midpoint, now calling for year-over-year growth in the 15%-19% range. Profitability-wise, management continues to run the engine hot — despite the revenue guide-down — by pursuing a growth at any price strategy as the firm plans to continue to spend aggressively to build its business. As such, the company's Adjusted EBITDA outlook falls $10M at the midpoint to -$60M to -$56M. Our revised 2022 estimates are for 17% revenue growth and -43% Adjusted EBITDA margins, which are around the midpoints of guidance.

PLEASE SEE IMPORTANT DISCLOSURES STARTING ON PAGES 5 - 6 OF THIS REPORT

**CONFIDENTIAL**

DISCO_000336

**LOOP CAPITAL**

CS Disco Inc.
August 12, 2022

## Valuation

Our $32 price target implies a revenue multiple of nearly 8.5x on our 2023 estimates, which is slightly higher than its rapidly growing software peer group that averages around 6x on a somewhat similar growth profile.

## Risks to Our Analysis

Primary risks include: 1) company's usage-based model leading to a high level of variability in its quarterly results; 2) lower revenue visibility due to lack of long-term customer commitments; 3) the company is burning cash, and is likely to do so for a few years; and 4) customer concentration issue. Additional risks to achieving our price target include: 1) unfavorable macroeconomic fluctuations; 2) a material deterioration in dollar-based net retention rate; 3) potentially prolonged outage in its cloud services; and 4) increasing competition from larger and better funded enterprise software vendors; 5) currency risk; 6) change in its long-term margin targets; 7) change in the current go-to-market and sales strategies; and 8) inconsistent sales execution.

## Public Companies Mentioned in this Report

CS Disco Inc. (LAW:$28.96-BUY)

**CONFIDENTIAL**                    **DISCO_000337**

LOOP CAPITAL

CS Disco Inc.
August 12, 2022

## CS Disco, Inc. (LAW) - Income Statement

| ($ in thousands, except per share data) | 2019 | 2020 | 2021 | Mar-22 | Jun-22 | Sep-22E | Dec-22E | 2022E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | 2023E | Mar-23E | Jun-23E | Sep-23E | Dec-23E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 48.6 | 68.4 | 114.3 | 34.5 | 33.7 | 33.0 | 33.0 | 134.2 | 34.5 | 38.8 | 39.6 | 41.3 | 154.1 | 43.1 | 48.5 | 49.5 | 51.6 | 192.6 |
| **Cost of Revenue** | 14.4 | 20.4 | 31.0 | 8.8 | 8.3 | 9.2 | 9.2 | 35.5 | 9.3 | 10.3 | 10.3 | 10.5 | 40.4 | 11.2 | 12.4 | 12.6 | 13.1 | 49.3 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| Research & Development | 24.6 | 25.7 | 32.3 | 10.9 | 13.1 | 14.1 | 15.1 | 53.2 | 15.6 | 15.8 | 16.0 | 16.3 | 63.7 | 16.8 | 17.0 | 17.2 | 17.5 | 68.5 |
| Sales & Marketing | 25.8 | 30.7 | 45.8 | 15.6 | 17.6 | 18.2 | 18.2 | 69.4 | 16.6 | 18.2 | 18.2 | 18.6 | 71.6 | 18.8 | 20.4 | 20.3 | 20.6 | 80.0 |
| General & Administrative | 9.9 | 13.1 | 23.4 | 7.7 | 8.0 | 9.9 | 9.9 | 35.6 | 7.6 | 7.8 | 7.5 | 7.4 | 30.3 | 7.3 | 7.8 | 7.4 | 7.5 | 30.0 |
| **Total Operating Expenses** | 60.3 | 69.6 | 101.5 | 34.2 | 38.7 | 42.2 | 43.2 | 158.2 | 39.8 | 41.8 | 41.7 | 42.3 | 165.6 | 42.9 | 45.1 | 44.9 | 45.6 | 178.5 |
| **Operating Income** | (26.2) | (21.6) | (18.2) | (8.6) | (13.3) | (18.4) | (19.4) | (59.6) | (14.6) | (13.3) | (12.4) | (11.6) | (51.9) | (11.0) | (9.0) | (8.1) | (7.2) | (35.2) |
| Operating Margin (Non-GAAP) | (54.0%) | (31.5%) | (15.9%) | (24.8%) | (39.3%) | (55.8%) | (58.8%) | -44.4% | (42.2%) | (34.3%) | (31.4%) | (28.0%) | -33.7% | (25.5%) | (18.6%) | (16.3%) | (14.0%) | -18.3% |
| **Earnings, GAAP** | | | | | | | | | | | | | | | | | | |
| Interest Income (Expense) | 0.5 | (0.3) | (0.4) | (0.1) | (0.2) | (0.2) | (0.2) | (0.6) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) |
| Stock Compensation | 4.1 | 2.0 | 5.6 | 3.2 | 5.5 | 3.2 | 3.4 | 15.3 | 3.6 | 4.0 | 4.1 | 4.3 | 15.9 | 4.4 | 5.0 | 5.1 | 5.3 | 19.8 |
| Pretax Income | (29.8) | (22.8) | (24.3) | (11.8) | (20.1) | (21.8) | (23.0) | (76.7) | (18.3) | (17.5) | (16.7) | (16.0) | (68.4) | (15.6) | (14.2) | (13.3) | (12.7) | (55.8) |
| Tax Expense ($) | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.4 | 0.5 | 0.8 | 0.4 | 0.3 | 0.3 | 0.3 | 1.4 | 0.3 | 0.3 | 0.3 | 0.3 | 1.1 |
| Effective Tax Rate (%) | 0.0% | -0.3% | -0.3% | -0.2% | -0.2% | 2.0% | 2.0% | 1.1% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Net Income, GAAP | (29.8) | (22.9) | (24.3) | (11.8) | (20.2) | (21.3) | (22.5) | (75.9) | (17.9) | (17.1) | (16.4) | (15.7) | (67.1) | (15.3) | (13.9) | (13.1) | (12.4) | (54.7) |
| Accretion of convertible pref. stock | 0.0 | (0.1) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Non-GAAP Net Income (common)** | (29.8) | (23.0) | (24.4) | (11.8) | (20.2) | (21.3) | (22.5) | (75.9) | (17.9) | (17.1) | (16.4) | (15.7) | (67.1) | (15.3) | (13.9) | (13.1) | (12.4) | (54.7) |
| **EPS, GAAP** | ($2.31) | ($1.75) | ($0.80) | ($0.20) | ($0.35) | ($0.36) | ($0.38) | ($1.29) | ($0.30) | ($0.29) | ($0.27) | ($0.26) | ($1.12) | ($0.25) | ($0.23) | ($0.21) | ($0.20) | ($0.89) |
| **Earnings, Non-GAAP** | | | | | | | | | | | | | | | | | | |
| Interest Income (Expense) | 0.5 | (0.3) | (0.4) | (0.1) | (0.2) | (0.2) | (0.2) | (0.6) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) |
| Pretax Income | (25.7) | (21.9) | (18.2) | (8.6) | (13.4) | (18.2) | (19.2) | (59.4) | (14.4) | (13.1) | (12.2) | (11.4) | (51.1) | (10.8) | (8.8) | (7.9) | (7.0) | (34.4) |
| Tax Expense ($) | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Effective Tax Rate (%) | 0.0% | -0.3% | -0.6% | -0.3% | -0.3% | 0.0% | 0.0% | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Net Income, Non-GAAP** | (25.7) | (21.9) | (18.4) | (8.6) | (13.5) | (18.2) | (19.2) | (59.5) | (14.4) | (13.1) | (12.2) | (11.4) | (51.1) | (10.8) | (8.8) | (7.9) | (7.0) | (34.4) |
| **EPS, Non-GAAP** | ($2.00) | ($1.67) | ($0.61) | ($0.15) | ($0.23) | ($0.31) | ($0.33) | ($1.02) | ($0.24) | ($0.22) | ($0.20) | ($0.19) | ($0.85) | ($0.18) | ($0.14) | ($0.13) | ($0.11) | ($0.56) |
| **Adjusted EBITDA** | | | | | | | | | | | | | | | | | | |
| Depreciation and Amortization | 0.8 | 1.6 | 1.7 | 0.5 | 0.7 | 0.7 | 0.7 | 2.6 | 0.7 | 0.7 | 0.7 | 0.7 | 2.8 | 0.7 | 0.7 | 0.7 | 0.7 | 2.8 |
| Interest and Taxes | (0.5) | 0.3 | 0.4 | 0.1 | 0.2 | (0.2) | (0.2) | (0.1) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) | (0.2) | (0.2) | (0.2) | (0.2) | (0.7) |
| Stock-based Comp. | 4.1 | 2.0 | 5.6 | 3.2 | 5.5 | 3.2 | 3.4 | 15.3 | 3.6 | 4.0 | 4.1 | 4.3 | 15.9 | 4.4 | 5.0 | 5.1 | 5.3 | 19.8 |
| **Adjusted EBITDA** | (25.4) | (19.0) | (16.3) | (7.8) | (12.4) | (18.0) | (19.0) | (57.3) | (14.2) | (12.9) | (12.1) | (11.2) | (50.4) | (10.6) | (8.7) | (7.7) | (6.8) | (33.8) |
| Diluted Shares Outstanding | 12.9 | 13.2 | 33.0 | 58.0 | 58.3 | 58.7 | 59.0 | 58.5 | 59.4 | 59.7 | 60.1 | 60.4 | 59.9 | 60.8 | 61.1 | 61.5 | 61.8 | 61.3 |
| **Year-Over-Year Growth (%)** | | | | | | | | | | | | | | | | | | |
| Total Revenue | -57.5% | 41.0% | 67.1% | 63.1% | 14.1% | 10.5% | -2.4% | 17.3% | 0.1% | 15.0% | 20.0% | 25.0% | 14.9% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Adjusted EBITDA | -122.2% | -25.4% | -13.9% | 304.0% | 677.4% | 137.8% | 265.2% | 250.9% | 81.8% | 4.1% | -33.0% | -41.1% | -12.0% | -25.2% | -33.1% | -36.4% | -39.0% | -33.0% |
| **Margin Analysis (%)** | | | | | | | | | | | | | | | | | | |
| Total Gross Margin | 70.2% | 70.2% | 72.9% | 74.4% | 75.5% | 72.0% | 72.0% | 73.5% | 73.0% | 73.5% | 74.0% | 74.5% | 73.8% | 74.0% | 74.5% | 74.5% | 74.5% | 74.4% |
| Non-GAAP Operating Margin | -54.0% | -31.5% | -15.9% | -24.8% | -39.3% | -55.8% | -58.8% | -44.4% | -42.2% | -34.3% | -31.4% | -28.0% | -33.7% | -25.5% | -18.6% | -16.3% | -14.0% | -18.3% |
| Adjusted EBITDA Margin | -52.4% | -27.7% | -14.3% | -22.7% | -36.8% | -54.7% | -57.7% | -42.7% | -41.2% | -33.4% | -30.5% | -27.2% | -32.7% | -24.6% | -17.9% | -15.5% | -13.3% | -17.6% |
| **Percentage of Total Revenue** | | | | | | | | | | | | | | | | | | |
| Sales & Marketing | 50.7% | 37.6% | 28.3% | 31.6% | 38.9% | 42.8% | 45.8% | 39.7% | 45.2% | 40.8% | 40.4% | 39.5% | 41.4% | 39.0% | 35.1% | 34.8% | 34.0% | 35.6% |
| Development | 53.2% | 44.9% | 40.0% | 45.3% | 52.1% | 55.0% | 55.0% | 51.8% | 48.0% | 47.0% | 46.0% | 45.0% | 46.4% | 43.5% | 42.0% | 41.0% | 40.0% | 41.5% |
| General & Administrative | 20.4% | 19.2% | 20.5% | 22.4% | 23.9% | 30.0% | 30.0% | 26.5% | 22.0% | 20.0% | 19.0% | 18.0% | 19.7% | 17.0% | 16.0% | 15.0% | 14.5% | 15.6% |

*Source: Company reports, Loop Capital Markets*

CONFIDENTIAL

DISCO_000338

**LOOP CAPITAL**

CS Disco Inc.
August 12, 2022

## CS Disco, Inc. (LAW) - Balance Sheet

| ($ in millions, except per share data) | Dec-19 | Dec-20 | Dec-21 | Mar-22 | Jun-22 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $23.2 | $58.6 | $255.5 | $238.6 | $228.2 |
| Accounts receivable | 7.4 | 12.9 | 20.7 | 24.9 | 24.3 |
| Other current assets | 1.3 | 1.4 | 4.6 | 3.7 | 3.0 |
| Prepaid expenses and other current assets | 1.3 | 0.0 | 1.2 | 0.0 | 0.0 |
| **Total Current Assets** | **31.9** | **72.8** | **282.1** | **267.2** | **255.4** |
| Property & equipment, net | 3.6 | 3.9 | 5.3 | 5.8 | 7.2 |
| Operating lease rights-of-use assets | - | 1.9 | 0.0 | 0.6 | 10.9 |
| Intangible assets, net | - | - | - | 1.2 | 1.1 |
| Goodwill | - | - | - | 5.9 | 5.9 |
| Other non-current assets | 0.4 | 0.5 | 0.4 | 0.4 | 0.7 |
| **Total Assets** | **$35.9** | **$79.1** | **$288.6** | **$281.1** | **$281.3** |
| **Liabilities & Equity** | | | | | |
| Accounts payable | 4.0 | 3.6 | 4.7 | 7.5 | 8.6 |
| Accrued expenses | 1.1 | 0.6 | 2.8 | 3.8 | 4.6 |
| Accrued salary and benefits | 2.7 | 5.2 | 8.0 | 4.5 | 5.8 |
| Deferred revenue | 1.4 | 1.6 | 2.2 | 3.0 | 2.7 |
| Operating lease liability | - | 1.0 | 0.9 | 0.6 | 1.2 |
| Finance leases | - | 0.1 | 0.1 | 0.1 | 0.0 |
| **Total Current Liabilities** | **9.2** | **12.2** | **18.6** | **19.6** | **22.9** |
| Operating lease liabilities, non-current | - | 0.9 | - | - | 9.7 |
| Financiing leaes, non-current | - | 0.1 | - | - | 0.2 |
| Other non-current liabilities | 0.3 | - | 0.1 | 0.7 | 0.6 |
| **Total Liabilities** | **9.5** | **13.2** | **18.7** | **20.2** | **33.5** |
| Redeemable Preferred Stock | 100.8 | 160.8 | - | - | - |
| **Shareholders' Equity** | **(74.4)** | **(94.9)** | **269.9** | **260.8** | **247.8** |
| **Total Liabilities and Equity** | **$35.9** | **$79.1** | **$288.6** | **$281.1** | **$281.3** |
| **Balance Sheet Metrics** | | | | | |
| Total Cash | $23.2 | $58.6 | $255.5 | $238.6 | $228.2 |
| Long-term Debt | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Cash ($m) | $23.2 | $58.6 | $255.5 | $238.6 | $228.2 |
| Net Cash per Basic Share | $1.78 | $4.4 | $4.45 | $4.12 | $3.91 |
| Working Capital | $22.7 | $60.6 | $263.4 | $247.6 | $232.5 |
| Current Ratio | 3.5x | 6.0x | 15.1x | 13.6x | 11.1x |
| Book Value per Basic Share | ($5.70) | ($7.15) | $4.70 | $4.50 | $4.25 |

*Source: Company reports, Loop Capital Markets*

PLEASE SEE IMPORTANT DISCLOSURES STARTING ON PAGES 5 - 6 OF THIS REPORT

CONFIDENTIAL

DISCO_000339

## IMPORTANT DISCLOSURES

This report has been prepared by Loop Capital Markets LLC ("Loop Capital Markets"). Loop Capital Markets is a broker-dealer registered with the SEC and a member of FINRA and the Securities Investor Protection Corporation (SIPC). Loop Capital Markets is located at 111 W. Jackson Blvd., Suite 1901, Chicago, IL 60604. For up-to-date Loop Capital Markets' disclosures, including company specific disclosures and price charts, please click on the following link or paste URL in a web browser: [https://loopcapital.bluematrix.com/sellside/Disclosures.action]. Alternatively, disclosures may also be made available by emailing compliance@loopcapital.com or by calling 888-294-8898.

## Analyst Certification and Disclosures

Mark Schappel who is principally responsible for the preparation of this report with respect to each subject security or issuer contained within this report certifies as of the date of the report that:

(1) the recommendations and guidance expressed accurately reflects the research analyst's personal views;

(2) no part of the compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views expressed in this report.

Research Analyst Compensation: Loop Capital Markets' Research Analysts, including the author(s) of this report, receive compensation that is based on a variety of factors, including overall profitability of the Firm and total revenue from all sources, including those from investment banking.

## Company Disclosures

For up-to-date Loop Capital Markets' disclosures, including company-specific disclosures and price charts, please click on the following link or paste URL in a web browser: https://loopcapital.bluematrix.com/sellside/Disclosures.action. Alternatively, disclosures may also be made available by emailing compliance@loopcapital.com or by calling 888-294-8898.

Investment Banking Services (Next 3 Months): Loop Capital Markets expects to receive, or intends to seek, compensation for investment banking services in the next three months from the Subject Company and other companies discussed in this Report.
Public Offering (Lead or Co-Manager): Loop Capital Markets acted as a lead or co-manager in a public offering of equity and/or debt securities for CS Disco Inc. in the past 12 months.
Investment Banking Services (Past 12 Months): Loop Capital Markets received, in the past 12 months, compensation for investment banking services from CS Disco Inc..

## Disclaimer

**Information about our recommendations, holdings and investment decisions:**

The information and rating included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short term trading strategies with respect to the stocks covered by the rating, options on such stocks, and/or other securities or financial instruments issued by the company. Our brokers and analysts may make recommendations to their clients, and our affiliates may make investment decisions that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions are based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, Loop, and its respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report. We provide to certain customers on request specialized research products or services that focus on covered stocks from a particular perspective. These products or services include, but are not limited to, compilations, reviews, and analysis that may use different research methodologies or focus on the prospects for individual stocks as compared to other covered stocks or over differing time horizons or under assumed market events or conditions. Readers should be aware that we may issue investment research on the subject

CONFIDENTIAL                                                                                    DISCO_000340

companies from a technical perspective and/or include in this report discussions about options on stocks covered in this report and/or other securities or financial instruments issued by the company. These analyses are different from fundamental analysis, and the conclusions reached may differ. Technical research and the discussions concerning options and other securities and financial instruments issued by the company do not represent a rating or coverage of any discussed issuer(s). The disclosures concerning distribution of ratings and price charts refer to fundamental research and do not include reference to technical recommendations or discussions concerning options and other securities and financial instruments issued by the company.

The information presented in this report is for informational purposes only. It was prepared based on information and sources that we believe to be reliable, but we make no representations or guarantees as to the accuracy or completeness of the information contained herein. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. The opinions expressed in this report may change without notice.

Loop Capital Markets research reports are intended for use by institutional investors. The securities discussed in Loop Capital Markets research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance. Past performance is no guarantee of future results and the predictions made in this report may not be met.

Loop Capital Markets accepts no liability whatsoever for any loss or damage of any kind arising out of the use of all or any part of this report. Loop Capital Markets specifically prohibits the re-distribution of this report by third parties, via the internet or otherwise, and accepts no liability whatsoever for the actions of such third parties in this respect. Additional information is available to clients upon request.



## Stock Ratings

Buy - The stock is expected to trade higher on an absolute basis or outperform relative to the market or its peer stocks over the next 12 months.

Hold - The stock is expected to perform in line with the market or its peer stocks over the next 12 months.

Sell - The stock is expected to trade lower on an absolute basis or underperform relative to the market or its peer stocks over the next 12 months.

## Ratings Distribution for Loop Capital Markets as of August 11, 2022

|  | Count | % of total | IB Serv./Past 12 Mos. Count | % of total |
|---|---|---|---|---|
| BUY | 171 | 59.38% | 23 | 13.45% |
| HOLD | 110 | 38.19% | 9 | 8.18% |
| SELL | 7 | 2.43% | 0 | 0.00% |

Source: Loop Capital Markets

CONFIDENTIAL

DISCO_000341