# EXHIBIT 16

# PIPER | SANDLER

COMPANY NOTE
August 11, 2022

## CS Disco, Inc. (LAW) — Overweight

### Volatile Review Business Weighs on FY22 Targets; Remain OW, PT to $25

### CONCLUSION

LAW broke its cadence of beats/raises, by delivering an in-line revenue quarter and materially lowering full year targets. 2Q results were driven by robust demand for its eDiscovery offering, offset by pressured usage for its review product. FY22 guidance was lowered by $17M, primarily due to pressured usage of its Review offering. We estimate Review will deliver revenues of ~$30M (-5% y/y) in FY22 (eDiscovery ~$101M), largely driven by pressured usage at a few large clients. Given the guide down, LAW is -27% in after market trading. While we are lowering our price target to $25, we are sticking with our OW rating as we think LAW's business model, value proposition, and logo adds are intact; and FY22 targets are reset. Further, as the review business gains greater scale and customer count increases, revenue volatility should subside over time. **LAW will be participating in our conference in September.**

- **Key takeaways:**
    - FY22 guidance lowered $17M to $132M-$136M, implying +17.2% y/y growth at the midpoint (vs. prior guidance of 32.1% y/y); adjusted EBITDA lowered $10.5M to -$60M to -$56M, representing -43.3% margin (vs. prior guidance of -31.5%).
    - Reduced revenue guidance is attributable to pressured usage of LAW's Review offering. The Review business is subject to this volatility, given it's concentrated in a smaller group of clients, the ARPU is higher (often times $1M+ per quarter per case), and the time frame of work is compressed. Further, work can get delayed due to exogenous factors (such as decision from a judge), and is not reflective of client decision-making –particularly factors that impacted LAW's guide down.
    - Management noted it has not seen any material changes to the core business; notably, LAW's eDiscovery offering (primary solution) is expected to deliver > $100M in revenue in 2022, growing >30% y/y. Inour view, FY22 guidance is sufficiently de-risked given pressured usage of its Review offering.
    - CS Disco customers expanded +27% y/y to 1,255 in Q2, implying +64.5 average quarterly adds in 1H22 vs. +75 in FY22; ARPC of $26.9K in Q2 has declined 10.5% vs. 4Q21, underpinning management commentary around customer usage.
    - GTM organization continues to gain scale and efficiency: hiring across teams remains on-track, and sales development reps/customer success teams are showing increased productivity (aggregate and per person).
    - CS Disco intends to accelerate its marketing programs in 2H – aided by the addition of a new CMO – to increase lead generation as sales personnel become more productive (>1/2 of sales organization has a tenure under one year). *Continued on Page 2...*

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Achieving profitability, fragmented & scaled competitive landscape, end-market adoption

### COMPANY DESCRIPTION
CS Disco is an AI vertical SaaS provider of LegalTech solutions.

**PRICE: US$28.96**
**TARGET: US$25.00**
Our $25 price target is based on 7x EV/S our CY23E revenue estimate of $173M (assumes $228M in net cash & 58M shares outstanding).

**Arvind Ramnani**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8323, arvind.ramnani@psc.com

**Braeden Kuether**
Research Analyst, Piper Sandler & Co.
503 275-7725, braeden.kuether@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | US$28.00 | US$25.00 |
| FY22E Rev (mil) | US$152.1 | US$135.9 |
| FY23E Rev (mil) | US$201.4 | US$172.8 |
| FY22E EBITDA | US$(49.7) | US$(57.8) |
| FY23E EBITDA | US$(43.1) | US$(74.1) |
| 52-Week High / Low | | US$69.41 / US$16.96 |
| Shares Out (mil) | | 58.3 |
| Market Cap. (mil) | | US$1,689.6 |
| Avg Daily Vol (000) | | 324 |
| Div Yield | | 0.00% |
| Fiscal Year End | | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EBITDA (US$) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY |
| 2021A | 21.1 | 29.5 | 29.9 | 33.8 | 114.3 | 14.8x | (1.9) | (1.6) | (7.6) | (5.4) | (16.5) |
| 2022E | 34.5A | 33.7A | 33.7 | 34.0 | 135.9 | 12.4x | (7.8)A | (12.4)A | (18.9) | (18.7) | (57.8) |
| 2023E | 38.9 | 43.5 | 44.5 | 45.9 | 172.8 | 9.8x | (20.7) | (18.6) | (17.7) | (17.0) | (74.1) |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 7 - 8 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

CONFIDENTIAL                                                                 DISCO_000328

**PIPER | SANDLER**

- **Maintain Overweight; lowering PT to $25.** Our $25 PT (from $28) is based on 7x our CY23E revenue estimate of $173M (from $201M). Our forecasts project revenue growth of +18.8% in CY22 and +27.2% in CY23.

### Quarterly Recap

**Results Summary**

| | Actual 2Q22 | Actual 2Q21 | Actual y/y % | Street 2Q22 | Street y/y % | $ Street Variance |
|---|---|---|---|---|---|---|
| **Total Revenue** | **$33.7** | **$29.5** | **14.1%** | **$33.4** | **13.0%** | **$0.3** |
| Operating Expenses | $45.2 | $23.8 | 89.7% | $49.6 | 108.2% | -$4.4 |
| **Operating Income** | **-$14.4** | **-$2.0** | **620.6%** | **-$16.2** | **708.8%** | **$1.8** |
| Operating Profit Margin | -42.8% | -6.8% | -3604 bps | -48.5% | -4172 bps | NM |
| **Adjusted EBITDA** | **-$12.4** | **-$1.6** | **677.4%** | **-$15.6** | **876.8%** | **$3.2** |
| Adjusted EBITDA Margin | -36.8% | -5.4% | -3142 bps | -46.7% | -4130 bps | NM |
| Net income, Non-GAAP | -$14.6 | -$2.1 | 592.0% | -$16.1 | 660.5% | $1.5 |
| **EPS - adjusted** | **-$0.25** | **-$0.04** | **573.7%** | **-$0.27** | **624.5%** | **$0.02** |

Source: FactSet, Company Reports

**Guidance Table**

| Guidance for FY22 | Consensus | | | Updated Guidance | | | Delta |
|---|---|---|---|---|---|---|---|
| | Low-End | High-End | Average | Low-End | High-End | Midpoint | |
| **Revenues** | $151.0 | $153.0 | **$152.0** | $132.0 | $136.0 | **$134.0** | -$18.0 |
| y/y | 32.1% | 33.8% | **32.9%** | 15.4% | 18.9% | **17.2%** | -1574 bps |
| **Adjusted EBITDA** | -$49.7 | -$43.5 | **-$46.7** | -$60.0 | -$56.0 | **-$58.0** | -$11.3 |
| margin | -32.9% | -28.4% | **-30.7%** | -45.5% | -41.2% | **-43.3%** | -1256 bps |

Source: FactSet, Company Reports

---

**CONFIDENTIAL**                                                                                                          DISCO_000329

**PIPER | SANDLER**

**Valuation**

**NTM EV/S - Post-IPO Trendline**



Source: FactSet

**Surprise History**



Source: FactSet, Company Reports

**CONFIDENTIAL**                                                                                     DISCO_000330

**Arvind Ramnani**
Managing Director | Senior Research Analyst
Vertical Software & Fintech

Phone: (503) 275-8323

Email: arvind.ramnani@psc.com

| LAW: CS Disco, Inc / Income Statement | FY 2020 | 1Q21 MAR 21 | 2Q21 JUN 21 | 3Q21 SEP 21 | 4Q21 DEC 21 | FY 2021 | 1Q22 MAR 22 | 2Q22 JUN 22 | 3Q22E SEP 22 | 4Q22E DEC 22 | FY 2022E | 1Q23E MAR 23 | 2Q23E JUN 23 | 3Q23E SEP 23 | 4Q23E DEC 23 | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 68.4 | 21.1 | 29.5 | 29.9 | 33.8 | 114.3 | 34.5 | 33.7 | 33.7 | 34.0 | 135.9 | 38.9 | 43.5 | 44.5 | 45.9 | 172.8 |
| Q/Q Change | | 10.1% | 39.8% | 1.0% | 13.3% | | 1.9% | -2.2% | 0.0% | 0.8% | | 14.6% | 11.6% | 2.3% | 3.1% | |
| Y/Y Change | 41.0% | 34.9% | 87.9% | 67.1% | 76.2% | 67.1% | 63.1% | 14.1% | 12.9% | 0.5% | 18.8% | 13.0% | 29.0% | 32.0% | 35.0% | 27.2% |
| Cost of Goods Sold | 20.4 | 5.8 | 8.7 | 7.8 | 8.8 | 31.1 | 9.0 | 8.5 | 9.3 | 9.4 | 36.1 | 10.6 | 11.7 | 11.9 | 12.1 | 46.4 |
| % of revenues | 29.9% | 27.4% | 29.4% | 26.2% | 26.0% | 27.2% | 26.0% | 25.2% | 27.7% | 27.5% | 26.6% | 27.3% | 27.0% | 26.7% | 26.5% | 26.8% |
| **Gross Profit, GAAP** | **48.0** | **15.3** | **20.9** | **22.0** | **25.0** | **83.2** | **25.5** | **25.2** | **24.4** | **24.6** | **99.7** | **28.3** | **31.7** | **32.6** | **33.7** | **126.4** |
| % of revenues | 70.1% | 72.6% | 70.6% | 73.8% | 74.0% | 72.8% | 74.0% | 74.8% | 72.3% | 72.5% | 73.4% | 72.7% | 73.0% | 73.3% | 73.5% | 73.2% |
| Y/Y Change | 40.8% | 44.8% | 85.9% | 78.5% | 80.8% | 73.4% | 66.2% | 21.0% | 10.7% | -1.6% | 19.8% | 11.1% | 25.9% | 33.7% | 37.0% | 26.8% |
| **Gross Profit, Non-GAAP** | **48.0** | **15.4** | **20.9** | **22.0** | **25.1** | **83.2** | **25.7** | **25.5** | **24.6** | **24.9** | **98.9** | **28.5** | **32.0** | **32.9** | **34.1** | **125.3** |
| % of revenues | 70.1% | 72.6% | 70.6% | 73.8% | 74.1% | 72.8% | 74.4% | 75.5% | 73.0% | 73.2% | 72.8% | 73.2% | 73.7% | 74.0% | 74.2% | 72.5% |
| Y/Y Change | 40.6% | 44.8% | 85.9% | 78.4% | 80.9% | 73.4% | 67.1% | 22.0% | 11.7% | -0.8% | 18.8% | 11.1% | 25.9% | 33.7% | 37.0% | 26.8% |
| Research and Development | 26.6 | 6.3 | 7.9 | 9.7 | 10.6 | 34.4 | 12.3 | 15.2 | 16.5 | 16.3 | 60.3 | 17.6 | 19.1 | 19.2 | 19.4 | 75.3 |
| % of revenues | 38.9% | 29.6% | 26.6% | 32.3% | 31.5% | 30.1% | 35.7% | 45.0% | 49.0% | 48.0% | 44.4% | 45.3% | 44.0% | 43.1% | 42.3% | 43.6% |
| Sales and Marketing | 31.1 | 7.9 | 10.8 | 13.2 | 15.2 | 47.0 | 16.4 | 18.9 | 20.4 | 20.6 | 76.4 | 22.6 | 24.7 | 24.8 | 25.0 | 97.1 |
| % of revenues | 45.4% | 37.3% | 36.7% | 44.1% | 44.9% | 41.1% | 47.6% | 56.2% | 60.7% | 60.7% | 56.2% | 58.0% | 56.8% | 55.7% | 54.6% | 56.2% |
| General and Administrative | 13.9 | 4.1 | 5.1 | 8.3 | 8.2 | 25.6 | 8.5 | 11.1 | 12.2 | 12.3 | 44.2 | 12.9 | 14.1 | 14.1 | 14.2 | 55.3 |
| % of revenues | 20.3% | 19.2% | 17.4% | 27.7% | 24.1% | 22.4% | 24.7% | 32.8% | 36.3% | 36.3% | 32.5% | 33.0% | 32.3% | 31.7% | 31.1% | 32.0% |
| Refund of sales and use taxes | -1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % of revenues | -1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Operating Expenses** | **70.5** | **18.2** | **23.8** | **31.1** | **34.0** | **107.1** | **37.3** | **45.2** | **49.2** | **49.3** | **180.9** | **53.1** | **57.9** | **58.1** | **58.7** | **227.7** |
| % of revenues | 103.0% | 86.1% | 80.6% | 104.1% | 100.5% | 93.6% | 108.1% | 134.0% | 146.0% | 145.0% | 133.2% | 136.3% | 133.2% | 130.5% | 127.9% | 131.8% |
| **EBIT, GAAP** | **(22.5)** | **(2.8)** | **(3.0)** | **(9.1)** | **(8.9)** | **(23.8)** | **(11.8)** | **(20.0)** | **(24.8)** | **(24.7)** | **(81.2)** | **(24.8)** | **(26.2)** | **(25.5)** | **(24.9)** | **(101.3)** |
| % of revenues | -32.9% | -13.5% | -10.0% | -30.4% | -26.5% | -20.8% | -34.1% | -59.2% | -73.7% | -72.6% | -59.8% | -63.6% | -60.2% | -57.2% | -54.4% | -58.6% |
| Y/Y Change | -25.9% | -74.5% | -44.1% | 198.1% | 202.0% | 5.9% | 312.8% | 572.1% | 174.0% | 175.6% | 240.8% | 110.6% | 31.1% | 2.5% | 1.1% | 24.8% |
| **EBIT, Non-GAAP** | **(20.6)** | **(2.4)** | **(2.0)** | **(8.0)** | **(5.9)** | **(18.3)** | **(8.6)** | **(14.4)** | **(19.3)** | **(19.1)** | **(63.1)** | **(21.1)** | **(19.0)** | **(18.2)** | **(17.4)** | **(78.0)** |
| % of revenues | -30.0% | -11.2% | -6.8% | -26.8% | -17.3% | -16.0% | -24.8% | -42.8% | -57.3% | -56.2% | -46.5% | -54.3% | -43.8% | -40.9% | -38.0% | -45.1% |
| Y/Y Change | -21.6% | -77.9% | -58.3% | 216.0% | 137.1% | -10.8% | 262.3% | 620.6% | 141.2% | 226.2% | 244.2% | 147.2% | 31.9% | -5.9% | -8.7% | 23.6% |
| Payroll tax expense on employee stock transactions | 0.0 | 0.0 | | | | 0.0 | 0.3 | 0.1 | | | 0.4 | | | | | 0.0 |
| Other | 0.0 | | | | | 0.0 | | 1.2 | | | 1.2 | | | | | 0.0 |
| Depreciation and Amortization | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 0.5 | 0.7 | 0.4 | 0.4 | 2.0 | 0.4 | 0.4 | 0.4 | 0.5 | 1.7 |
| % of revenues | 2.4% | 2.0% | 1.4% | 1.4% | 1.2% | 1.5% | 1.3% | 2.1% | 1.2% | 1.2% | 1.4% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| **Adjusted EBITDA** | **(17.8)** | **(1.9)** | **(1.6)** | **(7.6)** | **(5.4)** | **(16.5)** | **(7.8)** | **(12.4)** | **(18.9)** | **(18.7)** | **(57.8)** | **(20.7)** | **(18.6)** | **(17.7)** | **(17.0)** | **(74.1)** |
| % of revenues | -26.0% | -9.1% | -5.4% | -25.4% | -16.1% | -14.5% | -22.7% | -36.8% | -56.1% | -55.0% | -42.6% | -53.3% | -42.8% | -39.9% | -37.0% | -42.9% |
| Y/Y Change | -29.6% | -81.3% | -63.6% | 613.7% | 163.9% | -7.2% | 304.8% | 677.4% | 149.3% | 243.9% | 249.5% | 165.3% | 49.9% | -6.2% | -9.2% | 28.1% |
| Interest and other income | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 |
| % of revenues | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Interest and other expense | -0.5 | -0.1 | -0.1 | -0.2 | -0.2 | -0.5 | -0.1 | -0.2 | -0.2 | -0.2 | -0.7 | -0.2 | -0.3 | -0.3 | -0.3 | -1.0 |
| % of revenues | -0.7% | -0.3% | -0.3% | -0.6% | -0.7% | -0.5% | -0.3% | -0.6% | -0.6% | -0.6% | -0.5% | -0.6% | -0.6% | -0.6% | -0.6% | -0.6% |
| **EBT, GAAP** | **(22.8)** | **(2.9)** | **(3.0)** | **(9.2)** | **(9.1)** | **(24.3)** | **(11.8)** | **(20.1)** | **(25.0)** | **(24.8)** | **(81.8)** | **(25.0)** | **(26.4)** | **(25.7)** | **(25.2)** | **(102.2)** |
| % of revenues | -33.3% | -13.7% | -10.3% | -30.8% | -27.0% | -21.2% | -34.3% | -59.7% | -74.2% | -73.1% | -60.2% | -64.1% | -60.7% | -57.7% | -54.9% | -59.1% |
| Y/Y Change | -23.5% | -74.2% | -44.3% | 191.3% | 206.8% | 6.4% | 308.7% | 562.1% | 172.0% | 171.7% | 237.0% | 111.1% | 31.1% | 2.7% | 1.4% | 25.0% |
| **EBT, Non-GAAP** | **(20.8)** | **(2.4)** | **(2.1)** | **(8.1)** | **(6.0)** | **(18.7)** | **(8.6)** | **(14.6)** | **(19.5)** | **(19.3)** | **(62.0)** | **(21.3)** | **(19.3)** | **(18.4)** | **(17.7)** | **(76.6)** |
| % of revenues | -30.4% | -11.4% | -7.0% | -27.3% | -17.9% | -16.3% | -25.0% | -43.3% | -57.8% | -56.7% | -45.6% | -54.8% | -44.3% | -41.4% | -38.5% | -44.4% |
| Y/Y Change | -19.0% | -77.6% | -58.1% | 207.2% | 143.3% | -10.3% | 258.3% | 604.2% | 139.4% | 218.7% | 232.1% | 147.6% | 31.9% | -5.6% | -8.3% | 23.7% |
| Accretion of redeemable convertible preferred stock | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income tax provision | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | -0.1 | 0.0 | 0.0 | -0.3 | -0.2 | -0.6 | -0.2 | -0.3 | -0.3 | -0.3 | -1.0 |
| % of Pre-Tax Income | 0.3% | 1.2% | 1.4% | 0.3% | -0.3% | 0.3% | 0.2% | 0.2% | 1.0% | 1.0% | 0.7% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| **Net Income, GAAP** | **(23.0)** | **(3.0)** | **(3.1)** | **(9.2)** | **(9.1)** | **(24.4)** | **(11.8)** | **(20.2)** | **(25.3)** | **(25.1)** | **(82.3)** | **(25.2)** | **(26.6)** | **(25.9)** | **(25.4)** | **(103.2)** |
| % of revenues | -33.6% | -14.0% | -10.5% | -30.9% | -26.9% | -21.3% | -34.4% | -59.8% | -74.9% | -73.8% | -60.6% | -64.7% | -61.3% | -58.3% | -55.4% | -59.7% |
| Y/Y Change | -23.0% | -73.8% | -43.5% | 189.2% | 202.2% | 6.2% | 301.1% | 549.0% | 173.6% | 175.3% | 237.5% | 112.7% | 32.1% | 2.7% | 1.4% | 25.3% |
| **Net Income, Non-GAAP** | **(22.0)** | **(2.4)** | **(2.1)** | **(8.2)** | **(6.0)** | **(18.7)** | **(8.6)** | **(14.6)** | **(19.7)** | **(19.5)** | **(62.5)** | **(21.6)** | **(19.5)** | **(18.7)** | **(17.9)** | **(77.7)** |
| % of revenues | -32.2% | -11.5% | -7.2% | -27.4% | -17.8% | -16.4% | -25.1% | -43.5% | -58.6% | -57.4% | -46.0% | -55.4% | -44.9% | -41.9% | -39.0% | -44.9% |
| Y/Y Change | -14.6% | -78.4% | -61.7% | 204.2% | | -14.9% | 254.2% | 592.0% | 141.5% | 224.4% | 233.7% | 149.7% | 33.3% | -5.5% | -8.2% | 24.2% |
| Diluted Shares Outstanding | 13.2 | 13.4 | 56.8 | 47.7 | 57.5 | 33.2 | 58.0 | 58.3 | 58.7 | 59.1 | 58.5 | 59.6 | 60.0 | 60.5 | 60.9 | 60.3 |
| **EPS, GAAP** | **(1.74)** | **(0.22)** | **(0.05)** | **(0.19)** | **(0.16)** | **(0.73)** | **(0.20)** | **(0.35)** | **(0.43)** | **(0.42)** | **(1.41)** | **(0.42)** | **(0.44)** | **(0.43)** | **(0.42)** | **(1.71)** |
| Y/Y Change | | | -86.9% | -20.1% | | -57.9% | -7.4% | 531.9% | 122.4% | 167.4% | 91.5% | 107.0% | 28.4% | -0.3% | -1.6% | 21.8% |
| **EPS, Non-GAAP** | **(1.67)** | **(0.18)** | **(0.04)** | **(0.17)** | **(0.10)** | **(0.56)** | **(0.15)** | **(0.25)** | **(0.34)** | **(0.33)** | **(1.07)** | **(0.36)** | **(0.33)** | **(0.31)** | **(0.29)** | **(1.29)** |
| Y/Y Change | | | -91.1% | -16.0% | | -66.3% | -18.2% | 573.7% | 96.3% | 215.2% | 89.3% | 142.9% | 29.5% | -8.3% | -10.9% | 20.7% |

*Source: Piper Sandler estimates and Company Filings*

*Current disclosure information for this company can be found at:*
*www.pipersandler.com/researchdisclosures*
*Last Updated: 8/11/2022*

**CONFIDENTIAL**                                                                                          DISCO_000331

| LAW: CS Disco, Inc<br>Balance Sheet | FY<br>2020 | 1Q21<br>MAR 21 | 2Q21<br>JUN 21 | 3Q21<br>SEP 21 | 4Q21<br>DEC 21 | FY<br>2021 | 1Q22<br>MAR 22 | 2Q22<br>JUN 22 | 3Q22E<br>SEP 22 | 4Q22E<br>DEC 22 | FY<br>2022E | 1Q23E<br>MAR 23 | 2Q23E<br>JUN 23 | 3Q23E<br>SEP 23 | 4Q23E<br>DEC 23 | FY<br>2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | 58.6 | 53.6 | 47.0 | 258.5 | 255.5 | 255.5 | 238.6 | 228.2 | 209.4 | 191.7 | 191.7 | 167.4 | 152.6 | 131.9 | 115.2 | 115.2 |
| Accounts Receivable, Net | 12.9 | 15.0 | 21.2 | 23.2 | 20.7 | 20.7 | 24.9 | 24.3 | 24.6 | 17.4 | 17.4 | 28.8 | 26.4 | 29.6 | 21.5 | 21.5 |
| Other Current Assets | 1.4 | 1.4 | 4.3 | 6.6 | 4.6 | 4.6 | 3.7 | 3.0 | 5.5 | 2.8 | 2.8 | 2.8 | 2.6 | 4.2 | (0.0) | (0.0) |
| **Total Current Assets** | **72.8** | **70.0** | **72.6** | **288.2** | **280.9** | **280.9** | **267.2** | **255.4** | **239.5** | **211.9** | **211.9** | **199.0** | **181.6** | **165.7** | **136.7** | **136.7** |
| | | | | | | | | | | | | | | | | |
| Property and Equipment, Net | 3.9 | 4.0 | 4.5 | 4.9 | 5.3 | 5.3 | 5.8 | 7.2 | 7.8 | 8.4 | 8.4 | 8.8 | 9.9 | 10.8 | 11.7 | 11.7 |
| Operating Lease Right-of-Use Assets | 1.9 | 1.6 | 1.4 | 1.1 | 0.9 | 0.9 | 0.6 | 10.9 | 10.9 | 10.9 | 10.9 | 10.9 | 10.9 | 10.9 | 10.9 | 10.9 |
| Other Assets | 0.5 | 0.5 | 0.5 | 0.5 | 0.4 | 0.4 | 7.5 | 7.7 | 8.1 | 8.4 | 8.4 | 9.5 | 10.6 | 11.7 | 12.8 | 12.8 |
| **Total Assets** | **79.1** | **76.2** | **78.9** | **294.8** | **287.4** | **287.4** | **281.1** | **281.3** | **266.3** | **239.7** | **239.7** | **228.2** | **213.1** | **199.1** | **172.1** | **172.1** |
| | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | |
| Accounts Payable | 3.6 | 4.3 | 6.1 | 8.0 | 4.7 | 4.7 | 7.5 | 8.6 | 8.9 | 4.6 | 4.6 | 10.4 | 12.6 | 10.9 | 6.2 | 6.2 |
| Accrued Expenses | 0.6 | 0.8 | 2.8 | 3.2 | 2.8 | 2.8 | 3.8 | 4.6 | 5.3 | 4.3 | 4.3 | 4.7 | 6.9 | 7.1 | 6.9 | 6.9 |
| Accrued Salary and Benefits | 5.2 | 2.9 | 4.9 | 6.8 | 8.0 | 8.0 | 4.5 | 5.8 | 6.5 | 5.5 | 5.5 | 5.9 | 8.1 | 8.3 | 8.1 | 8.1 |
| Deferred Revenue | 1.6 | 2.8 | 1.5 | 1.6 | 2.2 | 2.2 | 3.0 | 2.7 | 5.8 | 4.9 | 4.9 | 8.4 | 6.1 | 12.2 | 8.3 | 8.3 |
| Operating Leases | 1.0 | 1.0 | 1.0 | 1.1 | 0.9 | 0.9 | 0.6 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| Finance Lease | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Liabilities** | **12.2** | **11.9** | **16.5** | **20.7** | **18.6** | **18.6** | **19.6** | **22.9** | **27.7** | **20.6** | **20.6** | **30.6** | **35.0** | **39.7** | **30.6** | **30.6** |
| | | | | | | | | | | | | | | | | |
| Operating Leases, Noncurrent | 0.9 | 0.6 | 0.4 | 0.1 | 0.0 | 0.0 | 0.0 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 |
| Finance Lease, Noncurrent | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Other Liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Total Liabilities** | **13.2** | **12.6** | **16.9** | **20.8** | **18.7** | **18.7** | **20.2** | **33.5** | **38.2** | **31.1** | **31.1** | **41.2** | **45.6** | **50.3** | **41.2** | **41.2** |
| | | | | | | | | | | | | | | | | |
| Redeemable Convertible Preferred Stock | 160.8 | 160.8 | 160.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Common Stock | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Additional Paid-in Capital | 8.1 | 8.8 | 10.3 | 392.1 | 395.9 | 395.9 | 399.9 | 407.0 | 412.5 | 418.1 | 418.1 | 421.7 | 428.9 | 436.1 | 443.7 | 443.7 |
| Accumulated Deficit | (103.1) | (106.0) | (109.1) | (118.4) | (127.5) | (127.5) | (139.3) | (159.5) | (184.7) | (209.8) | (209.8) | (235.0) | (261.7) | (287.6) | (313.0) | (313.0) |
| **Total Stockholders Equity** | **65.9** | **63.6** | **62.1** | **274.0** | **268.7** | **268.7** | **260.8** | **247.8** | **228.1** | **208.6** | **208.6** | **187.0** | **167.5** | **148.8** | **130.9** | **130.9** |
| **Total Liabilities and Equity** | **79.1** | **76.2** | **78.9** | **294.8** | **287.4** | **287.4** | **281.1** | **281.3** | **266.3** | **239.7** | **239.7** | **228.2** | **213.1** | **199.1** | **172.1** | **172.1** |

*Source: Piper Sandler estimates and Company Filings*

**CONFIDENTIAL**                                                                                                          DISCO_000332

| LAW: CS Disco, Inc<br>Cash Flow Statement | FY<br>2020 | 1Q21<br>MAR 21 | 2Q21<br>JUN 21 | 3Q21<br>SEP 21 | 4Q21<br>DEC 21 | FY<br>2021 | 1Q22<br>MAR 22 | 2Q22<br>JUN 22 | 3Q22E<br>SEP 22 | 4Q22E<br>DEC 22 | FY<br>2022E | 1Q23E<br>MAR 23 | 2Q23E<br>JUN 23 | 3Q23E<br>SEP 23 | 4Q23E<br>DEC 23 | FY<br>2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | | | | | | | | | |
| Net Income (Loss) | (22.9) | (3.0) | (3.1) | (9.2) | (9.1) | (24.3) | (11.8) | (20.2) | (25.3) | (25.1) | (82.3) | (25.2) | (26.6) | (25.9) | (25.4) | (103.2) |
| Depreciation and amortization | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 0.5 | 0.7 | 0.4 | 0.4 | 2.0 | 0.4 | 0.4 | 0.4 | 0.5 | 1.7 |
| Stock-based compensation | 2.0 | 0.5 | 1.0 | 1.1 | 3.1 | 5.6 | 3.2 | 5.5 | 5.5 | 5.6 | 19.8 | 3.6 | 7.1 | 7.3 | 7.5 | 25.5 |
| Charge to allowance for credit losses | 0.5 | 0.1 | 0.1 | 0.3 | 0.3 | 0.8 | 0.2 | 0.2 | | | 0.4 | | | | | 0.0 |
| Loss on disposal of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | (0.0) | 0.0 | (0.0) | | | (0.0) | | | | | 0.0 |
| Unoccupied lease charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | | | | | | | | |
| Non-cash operating lease costs | 1.3 | 0.2 | 0.2 | 0.2 | 0.3 | 1.0 | 0.3 | 0.3 | | | 0.5 | | | | | 0.0 |
| Non-cash interest | 0.1 | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | | | 0.0 | | | | | 0.0 |
| | | | | | | | | | | | | | | | | |
| **Changes in operating assets and liabilities:** | | | | | | | | | | | | | | | | |
| Accounts receivable | (6.0) | (2.2) | (6.4) | (2.3) | 2.1 | (8.7) | (4.4) | 0.4 | (0.3) | 7.1 | 2.9 | (11.4) | 2.4 | (3.3) | 8.1 | (4.1) |
| Other current assets | (0.0) | (0.1) | (0.7) | (3.6) | 1.2 | (3.2) | 1.0 | 0.7 | (2.6) | 2.7 | 1.8 | (0.0) | 0.2 | (1.6) | 4.2 | 2.8 |
| Other long-term assets | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.0) | (0.0) | (0.3) | (0.3) | (0.3) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (4.3) |
| Accounts payable | (0.4) | 0.7 | 0.8 | 2.3 | (2.7) | 1.1 | 2.8 | 0.2 | 0.3 | (4.2) | (1.0) | 5.8 | 2.2 | (1.7) | (4.7) | 1.5 |
| Accrued expenses and other | 2.3 | (2.2) | 3.4 | 2.3 | 1.0 | 4.6 | (3.3) | 1.6 | 1.3 | (2.0) | (2.4) | 0.7 | 4.6 | 0.3 | (0.5) | 5.1 |
| Deferred revenue | 0.2 | 1.1 | (1.3) | 0.1 | 0.6 | 0.5 | 0.6 | (0.3) | 3.1 | (0.9) | 2.4 | 3.6 | (2.3) | 6.1 | (3.9) | 3.4 |
| Operating lease liabilities | (1.4) | (0.2) | (0.3) | (0.3) | (0.3) | (1.0) | (0.3) | (0.3) | | | (0.5) | | | | | 0.0 |
| Other liability | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | | | | | | | | |
| **Net cash used in operating activities** | **(22.7)** | **(4.5)** | **(5.7)** | **(8.6)** | **(2.8)** | **(21.6)** | **(11.4)** | **(10.8)** | **(17.8)** | **(16.7)** | **(57.5)** | **(23.6)** | **(13.1)** | **(19.4)** | **(15.3)** | **(71.4)** |
| | | | | | | | | | | | | | | | | |
| **Cash flows from investing activities:** | | | | | | | | | | | | | | | | |
| Cash paid for acquisitions | 0.0 | | | | | 0.0 | (5.3) | 0.0 | | | (5.3) | | | | | 0.0 |
| Purchases of property and equipment and capitalized software dev | (1.9) | (0.6) | (0.9) | (0.9) | (0.8) | (3.1) | (0.6) | (1.2) | (1.0) | (1.0) | (3.9) | (0.7) | (1.6) | (1.3) | (1.4) | (5.0) |
| % of revenues | 0.0 | 2.8% | 2.9% | 3.0% | 2.3% | 2.7% | 1.8% | 3.7% | 3.0% | 3.0% | 2.9% | 1.8% | 3.7% | 3.0% | 3.0% | 2.9% |
| **Net cash provided by (used in) investing activities** | **(1.9)** | **(0.6)** | **(0.9)** | **(0.9)** | **(0.8)** | **(3.1)** | **(5.9)** | **(1.2)** | **(1.0)** | **(1.0)** | **(9.2)** | **(0.7)** | **(1.6)** | **(1.3)** | **(1.4)** | **(5.0)** |
| | | | | | | | | | | | | | | | | |
| **Cash flows from financing activities:** | | | | | | | | | | | | | | | | |
| Debt issuance costs | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | 0.0 | | | | | 0.0 |
| Proceeds from debt | 23.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | 0.0 | | | | | 0.0 |
| Repayment of debt | (23.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | 0.0 | | | | | 0.0 |
| Proceeds from exercise of stock options | 0.4 | 0.2 | 0.6 | 0.8 | 0.7 | 2.3 | 1.0 | 1.7 | | | 2.7 | | | | | 0.0 |
| Proceeds from exercise of warrants | 0.0 | | | | 0.1 | 0.1 | | | | | 0.0 | | | | | 0.0 |
| Net proceeds from issuance of preferred stock | 59.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | 0.0 | | | | | 0.0 |
| Net proceeds from issuance of common stock | 0.0 | 0.0 | (0.6) | 220.4 | (0.0) | 219.8 | (0.3) | 0.0 | | | (0.3) | | | | | 0.0 |
| Repurchase of common stock | (0.1) | (0.1) | (0.1) | (0.2) | (0.2) | (0.5) | (0.2) | (0.0) | | | (0.3) | | | | | 0.0 |
| Principal payments on finance lease obligations | (0.1) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | | | (0.0) | | | | | 0.0 |
| **Net cash provided by financing activities** | **60.0** | **0.1** | **(0.1)** | **221.0** | **0.6** | **221.7** | **0.4** | **1.6** | **0.0** | **0.0** | **2.1** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| | | | | | | | | | | | | | | | | |
| **Net change in cash and cash equivalents** | **35.3** | **(5.0)** | **(6.6)** | **211.5** | **(3.0)** | **196.9** | **(16.9)** | **(10.4)** | **(18.8)** | **(17.7)** | **(64.6)** | **(24.3)** | **(14.7)** | **(20.7)** | **(16.7)** | **(76.4)** |
| **Cash Beginning of Period** | **23.2** | **58.6** | **53.6** | **47.0** | **258.5** | **58.6** | **255.5** | **238.6** | **228.2** | **209.4** | **255.5** | **190.9** | **166.6** | **151.8** | **131.1** | **190.9** |
| **Ending Period Cash** | **58.6** | **53.6** | **47.0** | **258.5** | **255.5** | **255.5** | **238.6** | **228.2** | **209.4** | **191.7** | **190.9** | **166.6** | **151.8** | **131.1** | **114.4** | **114.4** |

*Source: Piper Sandler estimates and Company Filings*

CS Disco, Inc.

CONFIDENTIAL

DISCO_000333

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: CS Disco, Inc. (LAW) as of 08-11-2022**

| 10/29/21 I:OW:$61 | 01/13/22 OW:$48 | 02/24/22 OW:$44 | 05/12/22 OW:$28 |

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services | | | | |
| Piper Sandler | | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| --- | --- | --- | --- | --- |
| **BUY [OW]** | **614** | **64.09** | **234** | **38.11** |
| **HOLD [N]** | **296** | **30.90** | **63** | **21.28** |
| **SELL [UW]** | **48** | **5.01** | **9** | **18.75** |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Arvind Ramnani, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 11 August 2022 22:41EDT.

CONFIDENTIAL                                                                      DISCO_000334



## Research Disclosures

Piper Sandler was a registered market maker in the securities of CS Disco, Inc. at the time this research report was published.

Piper Sandler has had a client relationship or has received compensation for investment banking services from CS Disco, Inc. within the past 12 months.

Piper Sandler was a managing underwriter of a public offering of, or a dealer manager of a tender offer for, the securities of CS Disco, Inc. within the past 12 months.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 1st Floor, New Fetter Place East, 8-10 New Fetter Lane, London EC4A 1AZ. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2022 Piper Sandler. All rights reserved.