# EXHIBIT 17

# COWEN

Software

## CS DISCO

**EQUITY RESEARCH**

August 12, 2022

**Price: $28.96** (08/11/2022)
**Price Target: $20.00** (Prior $35.00)

**MARKET PERFORM (2)**
FROM OUTPERFORM (1)

**ESG SCORE: 59/100**

**Derrick Wood, CFA**
415 646 7370
derrick.wood@cowen.com

**Andrew Sherman, CFA**
617 946 3728
andrew.sherman@cowen.com

### Key Data

| Symbol | NASDAQ: LAW |
|---|---|
| 52-Week Range: | $65.88 - $17.21 |
| Market Cap: | $1.7B |
| Net Debt (MM): | $(237.9) |
| Cash/Share: | $(0.53) |
| Dil. Shares Out (MM): | 58.0 |
| Enterprise Value (MM): | $1,441.0 |
| BV/Share: | $4.46 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Dec) | 2021A | 2022E | 2023E |
|---|---|---|---|
| **Revenue (MM)** | | | |
| Q1 | $21.1 | $34.5A | $36.5 |
| Prior Q1 | | | $43.8 |
| Q2 | $29.5 | $33.7A | $39.9 |
| Prior Q2 | | $33.9 | $47.3 |
| Q3 | $29.9 | $33.5 | $43.7 |
| Prior Q3 | | $39.1 | $52.5 |
| Q4 | $33.8 | $33.3 | $48.0 |
| Prior Q4 | | $45.2 | $60.5 |
| Year | $114.3 | $135.1 | $168.2 |
| Prior Year | | $152.7 | $204.3 |
| EV/S | 12.6x | 10.7x | 8.6x |

| EPS | | | |
|---|---|---|---|
| Year | $(0.57) | $(1.05) | $(1.21) |
| Prior Year | | $(0.79) | $(0.67) |
| Consensus EPS | $(0.73) | $0.58 | $(0.46) |

Consensus source: FactSet

**RATING CHANGE**

## DOWNGRADING TO MARKET PERFORM; CONSUMPTION GROWTH MOMENTUM HITS A BIG SNAG

### THE COWEN INSIGHT

We are downgrading LAW to Market Perform. Implied 2H growth guide was lowered from low 30% to low single digits. Mgmt cited weaker consumption from a handful of large customers using its Doc Review offering and it now has taken all big Review customers out of guide for 2H to help de-risk. This raises concerns of near-term consumption trends and large deal dependence. Big reset to model. PT to $20.

- LAW reported 2Q revs of $33.7m, roughly in line w/ Street of $33.4m, but much softer than the avg ~15% beat over the last 3 qtrs since public. Mgmt indicated it has seen more volatility in usage of its Document Review product, namely from a handful of large customers that had been spending $1-2m/qtr in recent qtrs.

- Mgmt lowered FY22 rev guide from $149-$153m (+30-34%) to $132m-$136m (+15-19%), which includes an implied 2H growth guide of low single digits vs. previously low 30%. Mgmt indicated it wanted to de-risk numbers and has now taken these large Review customers out of guide for 2H. Its core eDiscovery offering is seeing more stable demand & mgmt expects revs to surpass $100m and grow 30%+ in FY22. EBITDA guide was lowered from ($51.5)-($43.5)m to ($60)-($56)m as mgmt will remain aggressive w/ growth investments.

- It was unclear what caused such a change in consumption from these large $1m+ customers. A lot of it is likely due to a change in the stage of lawsuits/investigations. Some could be competitors being used for new cases on-boarding where LAW may not be involved. In either case, the significant guide down reveals that 1) LAW is much more dependent on large customer consumption behavior than we had thought; 2) the strong growth last year appears to have been turbo-charged by its Review product, which is now modeled to decline this yr; and 3) the big recalibration in guide shows there is limited visibility in nearer-term usage trends.

- Mgmt is likely being extra conservative w/ guide in this env't, but to now exclude the handful+ of large customers that were spending ~$30m+ in annualized revenue on Review (or ~20%+ of total annualized revs) from the 2H model raises concerns around near-term consumption trends from its largest customers. We lowered FY22 revs by ~$18m to ~$135m (+18% vs. +34% previously) and now model a FCF burn of $64m (vs. $54m previously). We lowered FY23 revs by ~$36m and now forecast 25% growth (vs. 34% previously).

- We had thought macro/geopolitcal disruption would lead to more dispute/litigation activity & be a demand driver for LAW, so the rise of new headwinds comes as a surprise. With limited committed backlog on hand, visibility into durable rev growth is now constrained. Combined w/ an elevated burn rate & we think a structurally lower valuation is likely. Downgrade to Market Perform. Lower PT to $20 (~6x EV/CY23E Sales).

CONFIDENTIAL    DISCO_003481

**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022

## AT A GLANCE

### Our Investment Thesis

LAW has built a disruptive Cloud AI technology that improves the speed, accuracy & cost of managing litigation matters. LAW is attacking a large TAM, most of which is served via legal services and legacy on-prem software. Cloud innovation has lagged in the LegalTech industry, but we think this gives LAW a compelling opportunity to disrupt the status quo, automate the large amount of services that are used for eDiscovery today, and ultimately provide lawyers with an easy-to-use self-service product that has long been lacking in the market. LAW brings a compelling combination of product-led growth that benefits from network effects alongside an emerging build-out of a direct sales force. This said, LAW's revenue scale is still limited and volatility in consumption behavior can lead to lumpy revenue growth qtr-to-qtr. As LAW scales, we would look to see smoother, more diversified revenue growth, especially as it executes on its LT vision to become the system-of-record for all legal work.

### Forthcoming Catalysts

- 3Q Earnings

### Base Case Assumptions

- Revenue growth of high-teens in FY22
- Net revenue retention of ~120% ending FY22
- Negative ~45% FCF margin

### Upside Scenario

- Revenue growth of 25%+ in FY22
- Net revenue retention of ~130% ending FY22
- Negative ~35% FCF margin

### Downside Scenario

- Revenue growth of ~10% in FY22
- Net revenue retention of ~110% ending FY22
- Negative ~55% FCF margin

### Price Performance



Source: Bloomberg

### Company Description

Founded in 2013 and based in Austin, TX, CS DISCO is a cloud-native, AI-powered legal platform that simplifies several areas of legal practice including eDiscovery, legal Document Review, and Case Management for enterprises, law firms, legal service providers and governments. Kiwi Camara, LAW's founder and CEO, was a lawyer prior to founding the company, and LAW has combined the founders' deep understanding of the practice of law with world-class software engineering to disrupt the eDiscovery market. LAW's superior UI at the front-end and robust document processing and AI algo engine on the back-end differentiates itself from competitors and represents a significant competitive advantage. LAW's long-term vision is to become an end-to-end system-of-record platform for all legal workflows. In 2021, LAW generated revenue of $114m (+67%) and ended the year with 1,126 customers, including being used by over 150 of the AM Law 200.

### Analyst Top Picks

| | Ticker | Price (08/11/2022 ) | Price Target | Rating |
|---|---|---|---|---|
| Confluent | CFLT | $30.95 | $39.00 | Outperform |
| Braze | BRZE | $48.26 | $54.00 | Outperform |
| Alteryx | AYX | $66.58 | $75.00 | Outperform |

COWEN.COM

CONFIDENTIAL

DISCO_003482



CS Disco
August 12, 2022



### 2Q Results

- LAW reported 2Q revs of $33.7m (14% Y/Y vs. +63% last qtr), near the high end of guidance of $32-$34m. EBITDA of ($12.4)m was above the high-end of guide by ~$2.6m, with an EBITDA margin of -36.8% (vs. -5.4% in the yr-ago qtr). GM of 75.5% (+490bps Y/Y) beat our 73.0% estimate.

- Mgmt noted no material change in win rates, sales cycles or sales productivity, and it continues to execute against its 18-month aggressive sales build-out plan (12 months through). Core eDiscovery was strong despite macro headwinds, citing less cyclical areas of law (litigation vs. capital markets) and that customer budgets are for legal and not just IT. Mgmt also reiterated that they are on-plan with their GTM hiring and will continue to invest in SDRs and accelerate marketing investment.

### 3Q Guidance

- LAW expects 3Q revs of $32m-$34m (+7-14%), below Street of $38m (+28%), EBITDA is expected to be ($19.5)m-($17.5)m, well below consensus of ($12)m.

**CONFIDENTIAL**

**DISCO_003483**



**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022

**Figure 1 : Cowen Estimates vs Consensus**

| $ in millions CURRENT QUARTER (Q2:FY22) | Q2 Estimate | Q2 Actual | Consensus | Guidance | Est. % Change | Est. Value Change |
|---|---|---|---|---|---|---|
| Total Revenue | $33.9 | $33.7 | $33.4 | $32-$34 | (0.5)% | ($0.2) |
| EBITDA | ($15.1) | ($12.4) | ($15.6) | ($17)-($15) | -17.9% | $2.7 |
| EBITDA Margin | -44.6% | -36.8% | -46.6% | | 777 bp | NM |
| Net Income | ($15.7) | ($13.5) | ($16.1) | | NM | $2.2 |
| EPS | ($0.27) | ($0.25) | ($0.27) | | -6.8% | $0.02 |
| | | | | | | |
| Free Cash Flow | ($16.8) | ($12.0) | ($16.5) | | -28.6% | $4.8 |

| NEXT QUARTER (Q3:FY22) | Old Q3 Estimate | New Q3 Estimate | Consensus | Guidance | Est. % Change | Est. Value Change |
|---|---|---|---|---|---|---|
| Total Revenue | $39.1 | $33.5 | $38.3 | $32-$34 | (14.3)% | ($5.6) |
| EBITDA | ($11.4) | ($17.6) | ($12.2) | ($19.5)-($17.5) | 54.1% | ($6.2) |
| EBITDA Margin | -29.2% | -52.5% | -31.8% | | -2329 bp | NM |
| Net Income | ($12.0) | ($18.5) | ($12.7) | | NM | ($6.5) |
| EPS | ($0.21) | ($0.31) | ($0.21) | | 53.3% | ($0.11) |
| | | | | | | |
| Free Cash Flow | ($14.4) | ($20.8) | ($14.0) | | 44.6% | ($6.4) |

| THIS FISCAL YEAR (FY:22) | Old | New | Consensus | Old Guidance | New Guidance | Est. % Change | Est. Value Change |
|---|---|---|---|---|---|---|---|
| Total Revenue | $152.7 | $135.1 | $152.0 | $149-$153 | $132-$136 | (11.5)% | ($17.6) |
| EBITDA | ($44.0) | ($56.9) | ($45.9) | ($51.5)-($43.5) | ($60.0)-($56.0) | NM | ($12.9) |
| EBITDA Margin | -28.8% | -42.1% | -30.2% | | | -1330 bp | NM |
| Net Income | ($46.7) | ($60.5) | ($48.3) | | | NM | ($13.8) |
| EPS | ($0.79) | ($1.05) | ($0.82) | | | NM | ($0.26) |
| | | | | | | | |
| Free Cash Flow | ($54.3) | ($64.0) | ($55.5) | | | NM | ($9.7) |

| NEXT FISCAL YEAR (FY:23) | Old | New | Consensus | Old Guidance | New Guidance | Est. % Change | Est. Value Change |
|---|---|---|---|---|---|---|---|
| Total Revenue | $204.1 | $168.2 | $199.4 | | | (17.6)% | ($35.9) |
| EBITDA | ($37.8) | ($68.5) | ($35.9) | | | NM | ($30.7) |
| EBITDA Margin | -18.5% | -40.8% | -18.0% | | | -2224 bp | NM |
| Net Income | ($40.9) | ($73.1) | ($39.5) | | | NM | ($32.2) |
| EPS | ($0.67) | ($1.21) | ($0.65) | | | NM | ($0.54) |
| | | | | | | | |
| Free Cash Flow | ($46.4) | ($72.3) | ($46.1) | | | NM | ($25.9) |

Source: Cowen and Company; Thomson Reuters; StreetAccount; Company Reports

CONFIDENTIAL

DISCO_003484

**COWEN**
EQUITY RESEARCH

**CS Disco**
August 12, 2022

## Figure 2 : Operating Metrics (in $ mln)



| | FY 19A Total | Mar Q1:20A | Jun Q2:20A | Sep Q3:20A | Dec Q4:20A | FY20A Total | Mar Q1:21A | Jun Q2:21A | Sep Q3:21A | Dec Q4:21A | FY21A Total | Mar Q1:22A | Jun Q2:22A | Sep Q3:22E | Dec Q4:22E | FY22E Total | Mar Q1:23E | Jun Q2:23E | Sep Q3:23E | Dec Q4:23E | FY23E Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue & Billings** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | $48.6 | $15.7 | $15.7 | $17.9 | $19.2 | $68.4 | $21.1 | $29.5 | $29.9 | $33.8 | $114.3 | $34.5 | $33.7 | $33.5 | $33.4 | $135.1 | $36.5 | $39.9 | $43.7 | $48.0 | $168.2 |
| Q/Q Growth | | 10% | 0% | 14% | 7% | | 10% | 40% | 1% | 13% | | 2% | -2% | -1% | -1% | | 10% | 9% | 10% | 10% | |
| Y/Y Growth | 66% | 51% | 39% | 41% | 35% | 41% | 35% | 88% | 67% | 76% | 67% | 63% | 14% | 12% | -1% | 18% | 6% | 18% | 30% | 44% | 25% |
| | | | | | | | | | | | | | | | | | | | | | |
| Q/Q Change | | $0.1 | ($0.2) | ($0.2) | $0.5 | $0.2 | $1.1 | ($1.3) | $0.1 | $0.6 | $0.5 | $0.9 | ($0.3) | $0.1 | $0.1 | $0.8 | $0.9 | ($0.4) | $0.2 | $0.4 | $1.0 |
| Deferred Revenue | | $1.5 | $1.3 | $1.1 | $1.6 | | $2.8 | $1.5 | $1.6 | $2.2 | | $3.0 | $2.7 | $2.8 | $3.0 | | $3.9 | $3.5 | $3.6 | $4.0 | |
| Q/Q Growth | | 8% | -13% | -18% | 49% | | 68% | -46% | 6% | 38% | | 40% | -11% | 5% | 5% | | 30% | -10% | 5% | 10% | |
| Y/Y Growth | | 92% | 97% | 70% | 16% | | 75% | 11% | 43% | 32% | | 10% | 81% | 75% | 36% | | 27% | 25% | 29% | 33% | |
| **Total Billings** | $50.0 | $15.8 | $15.5 | $17.6 | $19.7 | $68.7 | $22.2 | $28.3 | $29.9 | $34.4 | $114.9 | $35.3 | $33.4 | $33.7 | $33.5 | $135.9 | $37.4 | $39.5 | $43.9 | $48.4 | $169.2 |
| Q/Q Growth | | 5% | -2% | 13% | 12% | | 13% | 27% | 6% | 15% | | 3% | -6% | 1% | 0% | | 12% | 6% | 11% | 10% | |
| Y/Y Growth | | | 39% | 40% | 32% | 37% | 41% | 82% | 70% | 74% | 67% | 59% | 18% | 12% | -3% | 18% | 6% | 18% | 30% | 44% | 25% |
| | | | | | | | | | | | | | | | | | | | | | |
| Dollar-Based Net Retention Rate | | 136% | 130% | 128% | 127% | 127% | 122% | | | 146% | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| **Customer Counts** | | | | | | | | | | | | | | | | | | | | | |
| *Net New Total Customers* | | 78 | 49 | 30 | 33 | 190 | 84 | | | 1,126 | 301 | | | | | | | | | | |
| Q/Q Growth | | -26% | -37% | -39% | 10% | | 155% | | | | | | | | | | | | | | |
| Y/Y Growth | | | 69% | 43% | -69% | | 8% | | | 3312% | 58% | | | | | | | | | | |
| **Total Customers** | | 713 | 762 | 792 | 825 | 909 | 909 | | | 1,126 | 1,126 | | 1,255 | | | | | | | | |
| Q/Q Growth | | 12% | 7% | 4% | 4% | | 10% | | | | | | | | | | | | | | |
| Y/Y Growth | | 49% | 50% | 49% | 30% | | 27% | | | 36% | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| *Net New $100k+ Customers* | | | | | | 28 | 16 | | | 186 | | | | | | | | | | | |
| Q/Q Growth | | | | | | | | | | | | | | | | | | | | | |
| Y/Y Growth | | | | | | | | | | 564% | | | | | | | | | | | |
| **Total $100k+ Customers** | | | | | 141 | | 157 | | | 214 | | | | | | | | | | | |
| Q/Q Growth | | | | | | | 11% | | | | | | | | | | | | | | |
| Y/Y Growth | | | | | 25% | | | | | 52% | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| **Geography** | | | | | | | | | | | | | | | | | | | | | |
| **United States** | $47.1 | $15.4 | $15.4 | $17.4 | $18.6 | $66.7 | $20.3 | $25.9 | $28.5 | $32.4 | $107.1 | $32.8 | | | | | | | | | |
| Q/Q Growth | | | 0% | 13% | 7% | | 9% | 28% | 10% | 13% | | 1% | | | | | | | | | |
| Y/Y Growth | | | | | | 42% | 32% | 69% | 64% | 74% | 61% | 62% | | | | | | | | | |
| **International** | $1.4 | $0.3 | $0.4 | $0.5 | $0.6 | $1.7 | $0.9 | $3.6 | $1.3 | $1.5 | $7.3 | $1.7 | | | | | | | | | |
| Q/Q Growth | | | 11% | 31% | 30% | | 43% | 322% | -63% | 9% | | 17% | | | | | | | | | |
| Y/Y Growth | | | | | | 19% | 170% | 929% | 190% | 143% | 321% | 99% | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| **% of Revenue** | | | | | | | | | | | | | | | | | | | | | |
| United States | 97% | 98% | 98% | 97% | 97% | 97% | 96% | 88% | 96% | 96% | 94% | 95% | | | | | | | | | |
| International | 3% | 2% | 2% | 3% | 3% | 3% | 4% | 12% | 4% | 4% | 6% | 5% | | | | | | | | | |

Source: Cowen and Company; Company Reports

CONFIDENTIAL    DISCO_003485

**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022



## Figure 3 : Income Statement (in $ 000)

| NYSE - LAW | FY20A Total | Mar Q1:21A | Jun Q2:21A | Sep Q3:21A | Dec Q4:21A | FY21A Total | Mar Q1:22A | Jun Q2:22A | Sep Q3:22E | Dec Q4:22E | FY22E Total | Mar Q1:23E | Jun Q2:23E | Sep Q3:23E | Dec Q4:23E | FY23E Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | |
| **Total Revenue** | 68,444 | 21,131 | 29,547 | 29,854 | 33,810 | 114,342 | 34,468 | 33,710 | 33,526 | 33,354 | 135,059 | 36,527 | 39,915 | 43,741 | 47,987 | 168,170 |
| Total Cost of Revenue | 20,422 | 5,780 | 8,685 | 7,819 | 8,757 | 31,041 | 8,809 | 8,255 | 8,449 | 8,505 | 34,018 | 9,387 | 10,338 | 11,416 | 12,429 | 43,570 |
| **Gross Profit** | 48,022 | 15,351 | 20,862 | 22,035 | 25,053 | 83,301 | 25,659 | 25,455 | 25,078 | 24,849 | 101,041 | 27,139 | 29,577 | 32,324 | 35,558 | 124,600 |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| Sales and Marketing | 30,726 | 7,793 | 10,597 | 12,923 | 14,474 | 45,787 | 15,598 | 17,551 | 19,613 | 20,012 | 72,774 | 20,820 | 21,953 | 22,745 | 23,514 | 89,033 |
| Research and Development | 25,736 | 6,061 | 7,576 | 9,351 | 9,345 | 32,333 | 10,891 | 13,108 | 15,087 | 15,676 | 54,762 | 16,072 | 16,764 | 17,278 | 17,995 | 68,109 |
| General and Administrative | 13,126 | 3,857 | 4,692 | 7,772 | 7,086 | 23,407 | 7,721 | 8,046 | 8,717 | 9,006 | 33,489 | 9,132 | 9,779 | 10,279 | 10,797 | 39,987 |
| Total Operating Expenses | 69,588 | 17,711 | 22,865 | 30,046 | 30,905 | 101,527 | 34,210 | 38,705 | 43,417 | 44,695 | 161,026 | 46,024 | 48,497 | 50,302 | 52,306 | 197,129 |
| **Operating Income** | (21,566) | (2,360) | (2,003) | (8,011) | (5,852) | (18,226) | (8,551) | (13,250) | (18,339) | (19,846) | (59,986) | (18,884) | (18,920) | (17,977) | (16,747) | (72,529) |
| Depreciation & Amortization | 1,630 | 424 | 406 | 424 | 580 | 1,834 | 455 | 700 | 744 | 823 | 2,722 | 888 | 958 | 1,029 | 1,105 | 3,980 |
| Payroll tax expense on employee stock transactions | | 4 | | | | 4 | 275 | 135 | | | 410 | | | | | |
| **EBITDA** | (19,936) | (1,932) | (1,597) | (7,587) | (5,272) | (16,388) | (7,821) | (12,415) | (17,595) | (19,022) | (56,853) | (17,997) | (17,961) | (16,949) | (15,643) | (68,549) |
| **Other** | | | | | | | | | | | | | | | | |
| Interest & Other Income | (302) | (44) | (71) | (129) | (190) | (434) | (63) | (171) | (49) | (52) | (335) | (54) | (56) | (58) | (60) | (228) |
| Pre-Tax Income | (21,868) | (2,404) | (2,074) | (8,140) | (6,042) | (18,660) | (8,614) | (13,421) | (18,388) | (19,898) | (60,321) | (18,938) | (18,976) | (18,035) | (16,807) | (72,757) |
| Income Tax Expense | (71) | (36) | (43) | (31) | 29 | (81) | (29) | (44) | (74) | (80) | (226) | (95) | (95) | (90) | (84) | (364) |
| **Net Income** | (21,939) | (2,440) | (2,117) | (8,171) | (6,013) | (18,741) | (8,643) | (13,465) | (18,461) | (19,977) | (60,547) | (19,033) | (19,071) | (18,126) | (16,892) | (73,121) |
| Net Income (GAAP) | (22,733) | (2,928) | (3,083) | (9,225) | (9,108) | (24,182) | (11,849) | (20,171) | (24,043) | (25,579) | (81,190) | (24,935) | (24,983) | (24,078) | (22,864) | (96,131) |
| Less accretion of redeemable conv pref stock | (22) | | (25) | (5) | | (30) | | | | | | | | | | |
| **Net Income, Common Stockholders** | (20,762) | (2,440) | (2,142) | (8,176) | (6,013) | (18,797) | (8,643) | (14,649) | (18,461) | (19,977) | (61,278) | (19,033) | (19,071) | (18,126) | (16,892) | (72,393) |
| Net Income, Common Stockholders (GAAP) | (22,755) | (2,928) | (3,108) | (9,230) | (9,108) | (24,212) | (11,849) | (20,171) | (24,043) | (25,579) | (81,190) | (24,935) | (24,983) | (24,078) | (22,864) | (96,131) |
| EPS (GAAP) | ($1.73) | ($0.22) | ($0.23) | ($0.19) | ($0.16) | ($0.73) | ($0.20) | ($0.35) | ($0.41) | ($0.43) | ($1.39) | ($0.42) | ($0.42) | ($0.40) | ($0.38) | ($1.61) |
| **EPS** | ($1.67) | ($0.18) | ($0.16) | ($0.17) | ($0.10) | ($0.57) | ($0.15) | ($0.25) | ($0.31) | ($0.34) | ($1.05) | ($0.32) | ($0.32) | ($0.30) | ($0.28) | ($1.21) |
| Shares Outstanding (Diluted, Reported) | 13,171 | 13,388 | 13,636 | 47,712 | 57,451 | 33,047 | 57,972 | 58,378 | 58,728 | 59,022 | 58,525 | 59,317 | 59,613 | 59,911 | 60,211 | 59,763 |
| **Billings** | 68,668 | 22,241 | 28,284 | 29,940 | 34,410 | 114,875 | 35,328 | 33,365 | 33,661 | 33,495 | 135,849 | 37,417 | 39,530 | 43,914 | 48,351 | 169,212 |
| **Margins** | | | | | | | | | | | | | | | | |
| **Total Gross Margin** | 70.2% | 72.6% | 70.6% | 73.8% | 74.1% | 72.9% | 74.4% | 75.5% | 74.8% | 74.5% | 74.8% | 74.3% | 74.1% | 73.9% | 74.1% | 74.1% |
| Sales and Marketing | 44.9% | 36.9% | 35.9% | 43.3% | 42.8% | 40.0% | 45.3% | 52.1% | 58.5% | 60.0% | 53.9% | 57.0% | 55.0% | 52.0% | 49.0% | 52.9% |
| Research and Development | 37.6% | 28.7% | 25.6% | 31.3% | 27.6% | 28.3% | 31.6% | 38.9% | 45.0% | 47.0% | 40.5% | 44.0% | 42.0% | 39.5% | 37.5% | 40.5% |
| General and Administrative | 19.2% | 18.3% | 15.9% | 26.0% | 21.0% | 20.5% | 22.4% | 23.9% | 26.0% | 27.0% | 24.8% | 25.0% | 24.5% | 23.5% | 22.5% | 23.8% |
| **Operating Margin** | -31.5% | -11.2% | -6.8% | -26.8% | -17.3% | -15.9% | -24.8% | -39.3% | -54.7% | -59.5% | -44.4% | -51.7% | -47.4% | -41.1% | -34.9% | -43.1% |
| **EBITDA Margin** | -29.1% | -9.1% | -5.4% | -25.4% | -15.6% | -14.3% | -22.7% | -36.8% | -52.5% | -57.0% | -42.1% | -49.3% | -45.0% | -38.7% | -32.6% | -40.8% |
| Tax Rate | 0.3% | 1.5% | 2.1% | 0.4% | -0.5% | 0.4% | 0.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| **Net Margin** | -32.1% | -11.5% | -7.2% | -27.4% | -17.8% | -16.4% | -25.1% | -39.9% | -55.1% | -59.9% | -44.8% | -52.1% | -47.8% | -41.4% | -35.2% | -43.5% |
| **Sequential Growth** | | | | | | | | | | | | | | | | |
| **Total Revenue** | | 10.1% | 39.8% | 1.0% | 13.3% | | 1.9% | -2.2% | -0.5% | -0.5% | | 9.5% | 9.3% | 9.6% | 9.7% | |
| **Billings** | | 12.7% | 27.2% | 5.9% | 14.9% | | 2.7% | -5.6% | 0.9% | -0.5% | | 11.7% | 5.6% | 11.1% | 10.1% | |
| Gross Profit | | 10.9% | 35.9% | 5.6% | 13.7% | | 2.4% | -0.8% | -1.5% | -0.9% | | 9.2% | 9.0% | 9.3% | 10.0% | |
| Operating Income | | NM | NM | NM | NM | | NM | NM | NM | NM | | NM | NM | NM | NM | |
| Net Income | | NM | NM | NM | NM | | NM | NM | NM | NM | | NM | NM | NM | NM | |
| **EPS** | | NM | NM | NM | NM | | NM | NM | NM | NM | | NM | NM | NM | NM | |
| **Year-Over-Year Growth** | | | | | | | | | | | | | | | | |
| **Total Revenue** | 41.0% | 34.9% | 87.9% | 67.1% | 76.2% | 67.1% | 63.1% | 14.1% | 12.3% | -1.3% | 18.1% | 6.0% | 18.4% | 30.5% | 43.9% | 24.5% |
| **Billings** | 37.4% | 40.9% | 82.1% | 69.9% | 74.4% | 67.3% | 58.8% | 18.0% | 12.4% | -2.7% | 18.3% | 5.9% | 18.5% | 30.5% | 44.4% | 24.6% |
| Gross Profit | 40.8% | 44.8% | 85.9% | 78.4% | 80.9% | 73.5% | 67.1% | 22.0% | 13.8% | -0.8% | 21.3% | 5.8% | 16.2% | 28.9% | 43.1% | 23.3% |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| EPS | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |

Source: Cowen and Company; Company Reports

COWEN.COM

CONFIDENTIAL

DISCO_003486

COWEN
EQUITY RESEARCH

CS Disco
August 12, 2022

## Figure 4 : Cash Flow Statement (in $ 000)

| | FY20A | Mar Q1:21A | Jun Q2:21A | Sep Q3:21A | Dec Q4:21A | FY21A | Mar Q1:22A | Jun Q2:22A | Sep Q3:22E | Dec Q4:22E | FY22E | Mar Q1:23E | Jun Q2:23E | Sep Q3:23E | Dec Q4:23E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net loss | (22,873) | (2,928) | (3,083) | (9,225) | (9,108) | (24,344) | (11,849) | (20,171) | (24,043) | (25,579) | (81,643) | (24,935) | (24,983) | (24,078) | (22,864) | (96,859) |
| Depreciation and Amortization | 1,624 | 424 | 406 | 424 | 420 | 1,674 | 455 | 700 | 744 | 823 | 2,722 | 888 | 958 | 1,029 | 1,105 | 3,980 |
| Stock-Based Compensation | 1,993 | 488 | 966 | 1,054 | 3,095 | 5,603 | 3,206 | 5,522 | 5,582 | 5,602 | 19,912 | 5,902 | 5,912 | 5,952 | 5,972 | 23,738 |
| Charge to Allowance for Credit Losses | 451 | 130 | 121 | 266 | 316 | 833 | 180 | 187 | 220 | 245 | 832 | 255 | 270 | 285 | 300 | 1,110 |
| Loss on Disposal of Long-Lived Assets | 6 | 0 | 0 | 0 | (1) | (1) | 0 | (1) | 0 | 0 | (1) | 0 | 0 | 0 | 0 | 0 |
| Non-Cash Operating Lease Costs | 1,337 | 242 | 245 | 248 | 251 | 986 | 255 | 258 | 260 | 260 | 1,033 | 260 | 260 | 260 | 260 | 1,040 |
| Non-Cash Interest | 70 | 21 | 20 | 22 | 177 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unoccupied Lease Costs | | | | | | | 0 | 798 | 0 | 0 | 798 | 0 | 0 | 0 | 0 | 0 |
| Changes in assets and liabilities: | | | | | | | | | | | | | | | | |
| Accounts Receivable | (6,001) | (2,171) | (6,363) | (2,252) | 2,124 | (8,662) | (4,370) | 435 | (1,358) | 873 | (4,420) | (1,953) | (707) | (1,659) | (1,227) | (5,545) |
| Other Current Assets | (24) | (75) | (744) | (3,572) | 1,223 | (3,168) | 965 | 706 | 162 | 187 | 2,021 | (141) | (254) | (287) | (319) | (1,000) |
| Other Long-Term Assets | 31 | 0 | 0 | (40) | 16 | (24) | (39) | (348) | 0 | 0 | (387) | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | (397) | 679 | 834 | 2,316 | (2,738) | 1,091 | 2,773 | 193 | (738) | 147 | 2,375 | 305 | 264 | 1,018 | 848 | 2,435 |
| Accrued Expenses and Other | 2,263 | (2,167) | 3,435 | 2,310 | 1,037 | 4,615 | (3,253) | 1,550 | (342) | (309) | (2,353) | 842 | 985 | 911 | 1,215 | 3,953 |
| Deferred Revenue | 224 | 1,110 | (1,263) | 86 | 600 | 533 | 556 | (345) | 135 | 141 | 487 | 890 | (386) | 173 | 364 | 1,042 |
| Operating Lease Liabilities | (1,416) | (249) | (253) | (256) | (260) | (1,018) | (263) | (262) | (275) | (275) | (1,075) | (275) | (275) | (275) | (275) | (1,100) |
| Other Liabilities | | | | | | | | (16) | 0 | 0 | (16) | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Provided by Operating Activities** | (22,712) | (4,496) | (5,679) | (8,619) | (2,848) | (21,642) | (11,384) | (10,778) | (19,653) | (17,884) | (59,698) | (17,961) | (17,955) | (16,671) | (14,620) | (67,207) |
| | | | | | | | | | | | | | | | | |
| Purchases of P&E and capitalized internal-use software development costs | (1,904) | (586) | (861) | (888) | (772) | (3,107) | (631) | (1,237) | (1,165) | (1,281) | (4,314) | (1,128) | (1,218) | (1,315) | (1,420) | (5,081) |
| Cash paid for acquisitions | 0 | 0 | 0 | 0 | 0 | 0 | (5,310) | 0 | 0 | 0 | (5,310) | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Provided by Investing Activities** | (1,904) | (586) | (861) | (888) | (772) | (3,107) | (5,941) | (1,237) | (1,165) | (1,281) | (9,624) | (1,128) | (1,218) | (1,315) | (1,420) | (5,081) |
| | | | | | | | | | | | | | | | | |
| Debt Issuance Costs | (176) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from Debt | 23,302 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of Long-Term Debt | (23,302) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments for public offering costs | 0 | 0 | (594) | 594 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from Exercise of Stock Options | 447 | 222 | 613 | 763 | 836 | 2,434 | 970 | 1,686 | 500 | 500 | 3,656 | 500 | 500 | 500 | 500 | 2,000 |
| Net Proceeds From Issuance of Redeemable Convertible Preferred Stock | 59,935 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repurchase of Common Stock Related to Net Share Settlement | (138) | (50) | (57) | (189) | (180) | (476) | (233) | (31) | 0 | 0 | (264) | 0 | 0 | 0 | 0 | 0 |
| Principal Payments on Finance Lease Obligations | (107) | (27) | (28) | (28) | (29) | (112) | (29) | 5 | 0 | 0 | (24) | 0 | 0 | 0 | 0 | 0 |
| Proceeds from IPO, Net of Underwriting Discounts and Commissions | 0 | 0 | 0 | 219,819 | (8) | 219,811 | (284) | 0 | 0 | 0 | (284) | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Provided by Financing Activities** | 59,961 | 145 | (66) | 220,959 | 619 | 221,657 | 424 | 1,660 | 500 | 500 | 3,084 | 500 | 500 | 500 | 500 | 2,000 |
| | | | | | | | | | | | | | | | | |
| Net increase in cash and equivalents | 35,345 | (4,937) | (6,606) | 211,452 | (3,001) | 196,908 | (16,901) | (10,355) | (20,317) | (18,665) | (66,238) | (18,589) | (18,673) | (17,486) | (15,540) | (70,287) |
| | | | | | | | | | | | | | | | | |
| Cash, cash equivalents, and restricted cash, beginning of period | 23,224 | 58,569 | 53,632 | 47,026 | 258,478 | 58,569 | 255,477 | 238,576 | 228,221 | 207,904 | 255,477 | 189,239 | 170,650 | 151,977 | 134,491 | 189,239 |
| Cash, cash equivalents, and restricted cash, end of period | 58,569 | 53,632 | 47,026 | 258,478 | 255,477 | 255,477 | 238,576 | 228,221 | 207,904 | 189,239 | 189,239 | 170,650 | 151,977 | 134,491 | 118,951 | 118,951 |
| | | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | (22,712) | (4,496) | (5,679) | (8,619) | (2,848) | (21,642) | (11,384) | (10,778) | (19,653) | (17,884) | (59,698) | (17,961) | (17,955) | (16,671) | (14,620) | (67,207) |
| OCF Margin | -33% | -21% | -19% | -29% | -8% | -19% | -33% | -32% | -59% | -54% | -44% | -49% | -45% | -38% | -30% | -40% |
| Y/Y Growth | | | -56% | 14% | 233% | -43% | -5% | 153% | 90% | 128% | 578% | 176% | 58% | 67% | -15% | -18% | 13% |
| **Free Cash Flow** | (24,616) | (5,082) | (6,540) | (9,507) | (3,620) | (24,749) | (12,015) | (12,015) | (20,817) | (19,165) | (64,012) | (19,089) | (19,173) | (17,986) | (16,040) | (72,287) |
| FCF Margin | -36% | -24% | -22% | -32% | -11% | -22% | -35% | -36% | -62% | -57% | -47% | -52% | -48% | -41% | -33% | -43% |
| Y/Y Growth | | | -53% | 23% | 219% | -35% | 1% | 136% | 84% | 119% | 429% | 159% | 59% | 60% | -14% | -16% | 13% |
| **Operating Cash Flow Per Share** | (1.72) | (0.34) | (0.42) | (0.18) | (0.05) | (0.65) | (0.20) | (0.18) | (0.33) | (0.30) | (1.02) | (0.30) | (0.30) | (0.28) | (0.24) | (1.12) |
| Y/Y Growth | | | | | | | | | | | | | | | | |
| **Free Cash Flow Per Share** | (1.87) | (0.38) | (0.48) | (0.20) | (0.06) | (0.75) | (0.21) | (0.21) | (0.35) | (0.32) | (1.09) | (0.32) | (0.32) | (0.30) | (0.27) | (1.21) |
| Y/Y Growth | | | | | | | | | | | | | | | | |

Source: Cowen and Company; Company Reports

CONFIDENTIAL

DISCO_003487

**COWEN**
EQUITY RESEARCH



CS Disco
August 12, 2022

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Software:**

Our valuation methodology is primarily based on Enterprise Value to Free Cash Flow (EV/FCF), followed by Price-to-Earnings (P/E). However, this varies by company; for instance, we will often use Enterprise Value to Revenue (EV/Revs) or a discounted cash flow (DCF) analysis for software companies that are primarily subscriptions-based, or for growth companies that have recently entered the public equity markets.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

**Software:**

The global economy or specific end markets significantly worsen, contracting IT spending and impairing software growth. The rate of SaaS/Cloud adoption slows, resulting in prolonged sales cycles and higher-than-anticipated quarterly volatility across much of our coverage universe. Competition increases materially, driving deflationary pricing pressure and compressing margins. In particular, innovation by new entrants in the software sector often produces solutions with similar or better functionality at materially lower prices than incumbents' legacy offerings.

### Risks To The Price Target

- **Usage based revenue model:** LAW's model is largely usage-based, which could drive meaningful volatility in quarterly revenue. Consumption revenue can be affected by the timing of cases, which are less predictable. In turn, because of its pricing model, LAW carries minimal committed backlog or deferred revenue on its balance sheet, giving it less visibility than a traditional SaaS model. Changing consumption patterns can lead to material upside or downside to our forecasts.
- **Competition:** The eDiscovery industry is competitive with both tech vendors and service providers competing, including large legacy vendors and small cloud vendors. If eDiscovery processes don't modernize, companies may be slow to embrace next-gen technologies. Or, if some of the incumbent vendors start competing more effectively with new cloud products, this could impair win rates or create greater pricing pressure. Conversely, LAW has strong competitive advantages and may sustain high win rates, which could drive stronger revenue growth than we expect.
- **Revenue concentration:** The vast majority of LAW's revenue comes from the U.S., resulting in less geographical revenue diversification than most other software companies. In turn, ~20% of revenue comes from its top 10 customers, creating some level of customer concentration risk.
- **Product diversity:** LAW generates the vast majority of its revenue from its eDiscovery products, with newer offerings still rather small. If LAW isn't able to scale new products effectively, it could limit LAW's long-term revenue scale and result in slower overall growth. Conversely, if LAW's new products are successful they could drive greater revenue growth than we expect.

CONFIDENTIAL

DISCO_003488

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| AYX | Alteryx |
| BRZE | Braze |
| CFLT | Confluent |
| LAW | CS Disco |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of CS Disco, Alteryx, Braze and Confluent securities.

Cowen Inc. is a client of Alteryx, Inc.

Cowen and Company, LLC managed or co-managed a public offering of CS Disco, Braze and Confluent in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from CS Disco, Braze and Confluent in the past 12 months.

CS Disco, Braze and Confluent is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

### ESG MATERIALITY

Establishing **materiality** is critical to evaluating a company's ESG performance. Factors most material in one sector (or to a particular company) may not be as important to another. In addition, the factors that are material – and the degree to which factors are material – can change over time.

Applying data to frameworks established by SASB (the Sustainability Accounting Standards Board) and by Truvalue Labs, we present in the chart above the three most material ESG factors that investors should focus on for the company that is the subject of this report; the Dynamic Materiality™ of each factor (i.e., what percentage of overall materiality the category represents for the subject company); and a Score for the subject company in each of these three categories (on a 0 to 100 basis, with 50 being average).

We also calculate an **overall ESG Score** for the subject company, which is presented above (in green) and on the cover of this report. A full explanation of how this ESG Score is derived is presented below.

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

CONFIDENTIAL                                                              DISCO_003489



The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale, **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at August 12, 2022, 01:18 ET. and disseminated at August 12, 2022, 05:28 ET.

**Copyright, User Agreement and other general information related to this report**

© 2022 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

## COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

CONFIDENTIAL                    DISCO_003490

**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 06/30/22**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 715 | 72.88% | 193 | 26.99% |
| Hold (b) | 261 | 26.61% | 18 | 6.90% |
| Sell (c) | 5 | 0.51% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.





CONFIDENTIAL

DISCO_003491



**COWEN**
EQUITY RESEARCH

**CS Disco**
August 12, 2022



**Confluent Rating History as of 08/11/2022**
powered by: BlueMatrix

| I:(1):$50.00 07/19/21 | (1):$52.00 08/06/21 | (1):$75.00 11/02/21 | (1):$100.00 11/05/21 | (1):$65.00 05/03/22 | (1):$50.00 05/06/22 | (1):$38.00 08/02/22 | (1):$39.00 08/04/22 |

Closing Price — Target Price





**CS Disco Rating History as of 08/11/2022**
powered by: BlueMatrix

| I:(1):$60.00 08/16/21 | (1):$63.00 09/03/21 | (1):$67.00 11/10/21 | (1):$50.00 02/03/22 | (1):$45.00 02/25/22 | (1):$35.00 05/13/22 |

Closing Price — Target Price

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

CONFIDENTIAL

DISCO_003492

**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022

# COWEN ESG SCORES

## HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.



**UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS**

## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below 50 reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

## WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

## DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

CONFIDENTIAL                                                                   DISCO_003493

**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022



CS Disco (LAW) ESG Score History as of 08/12/2022

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negativ performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.
Source: Truvalue Labs

14

CONFIDENTIAL

DISCO_003494

**COWEN**
EQUITY RESEARCH

CS Disco
August 12, 2022

# POINTS OF CONTACT

## Analyst Profiles



**Derrick Wood, CFA**

San Francisco

415 646 7370

derrick.wood@cowen.com

Derrick Wood is a senior analyst covering enterprise software. He started covering the sector in 2000.



**Andrew Sherman, CFA**

Boston

617 946 3728

andrew.sherman@cowen.com

Andrew Sherman is an associate covering the enterprise software sector. He joined Cowen in 2018 from Boston Partners Global Investors.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 **COWEN**RESEARCH

 **COWEN**

 **COWEN** INC.

CONFIDENTIAL                                                                                      DISCO_003495