# EXHIBIT 20



January 12, 2022
**COMPANY FLASH**

SaaS/Application Software/Enterprise Services

# CS Disco, Inc. (LAW)

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| **BUY** | **$70.00** | **$33.82** | **$29.00 - $69.41** |

**SCOTT BERG**
(763) 350-4027
sberg@needhamco.com

**JOSHUA REILLY, CFA**
(612) 386-4640
jreilly@needhamco.com

**JOHN GODIN**
jgodin@needhamco.com

## LAW: Needham Growth Conference Highlights

We hosted CS Disco at the Needham Growth Conference for a fireside chat with CEO and Co-Founder Kiwi Camara and CFO Michael Lafair. Key highlights included LAW's ability to penetrate the historically reluctant legal market, the expanding capabilities of its platform, and the massive opportunity to replace services with software.

### KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$1,948.9** |
| Price (01/11/2022) | $33.82 |
| 52-Week Range | $29.00 - $69.41 |
| Shares Outstanding | 57.62 |
| Avg. Daily Volume | 499,328.3 |
| Total Debt/Cap. | 0.04% |

## HIGHLIGHTS

**A Platform built by lawyers, for lawyers is key to driving penetration of the legal market.** From day one, Disco's platform has been built by lawyers who understand the way lawyers work and the problems they face every day. This development philosophy has been crucial to the company's ability to penetrate an industry that has historically been wary of the cloud and has relied on inefficient legal service providers and clunky legacy on-prem software. Given the interconnectedness between legal departments and law firms, Disco's ability to delight end-users has naturally led to viral expansion across organizations, which we believe will only accelerate as more people touch the product. Because Disco leverages a usage-based pricing model, the company can closely align price to value and create a powerful flywheel that allows it to capture an increasing amount of spend and data to feed its AI and ML engine as the platform is used by more people across more legal matters and workflows.

**Newer products such as Review and Case Builder expanding access to more legal workflows.** Disco's second product, Review, is a natural extension of the core eDiscovery use case and the company is seeing strong uptake of the product as organizations look to automate more legal processes. Because of the broad applicability of Review, we think its TAM can be meaningfully larger than eDiscovery alone over time. Its newest product, Case Builder, is in the early stage of adoption, but the company noted it has been able to leverage it to gain a foothold with customers who have an entrenched relationship with another eDiscovery provider. From there they are able more effectively drive expansion to other products. As more customers adopt multiple products, we think usage of these products can drive increases in spend by multiples of current levels given their broad applicability across legal matters. In the future, the company sees a significant opportunity to launch additional products that leverage the platform's AI to automate an increasing number of processes and workflows that do not require human legal judgment.

**Replacing spend on human legal services with software.** Investors often ask whether legal departments and law firms have the budget available to spend on additional software and tools. This naturally lends itself to questions around the potential TAM and competitive landscape as other cloud providers have entered the market in some form. We believe a better way to view to opportunity is to look at how the majority of legal processes are done today. Legal departments and law firms spend hundreds of billions of dollars a year outsourcing eDiscovery and review needs to legal services providers who complete these tasks manually by throwing a large number of bodies at them This is an expensive and inefficient way to complete this work but until Disco, there has not been a way to automate it in a scalable manner. We believe the real opportunity is to replace these manual processes and the hundreds of billions of dollars in spend with software, and that Disco is in a strong position to capture a significant amount of this spend over time.

RELEVANT DISCLOSURES BEGIN ON PAGE 4 OF THIS REPORT.

 **Needham**

January 12, 2022

# *At a Glance*

## COMPANY DESCRIPTION

CS Disco, a legal Software-as-a-Service company, offers artificial intelligence and cloud computing solutions that help lawyers and legal teams solve their clients' legal issues. The company offers DISCO eDiscovery, a solution that automates the discovery process and saves legal departments from manual tasks associated with collecting, processing, enriching, searching, reviewing, analyzing, producing, and using enterprise data that is at issue in legal matters. The company also provides DISCO Review, an AI-powered document review solution that consistently delivers legal document reviews; and DISCO Case Builder, a solution that allows legal professionals to collaborate with teams offering a single place to search, organize, and review witness testimony and other legal data. CS Disco was founded in 2012 and is based in Austin, Texas.

## PRICE PERFORMANCE



## KEY DATA

| Market Cap (MM) | $1,948.9 |
| --- | --- |
| Price (01/11/2022) | $33.82 |
| 52-Week Range | $29.00 - $69.41 |
| Shares Outstanding | 57.62 |
| Avg. Daily Volume | 499,328.3 |
| Total Debt/Cap. | 0.04% |

CS Disco, Inc.  / 2

DISCO_000315

**Needham**

January 12, 2022

## VALUATION (PRICE TARGET: $70.00)

Our $70 price target is based on an EV/revenue valuation methodology as we believe this methodology allows for consistent comparison across Software-as-a-Service (SaaS) companies. SaaS companies with similar revenue growth profiles to Disco have historically traded at 2-15x forward-year revenue multiples, but certain companies have traded above the high end of the range, most recently due to growth becoming more durable at higher levels of scale. Disco currently trades at approximately 23x our FY22 revenue estimates, which assume 33% growth. Within the broader universe of public SaaS comparables, companies expected to grow between 30% - 40% in CY22 currently trade at an average EV/revenue multiple of 29x. We believe Disco's long-term growth opportunity and accelerating GTM engine should support a valuation closer to the current peer-group average. As a result, we derive a projected enterprise value at 27x our FY22 revenue estimate of $138.3mm, or roughly $3.7B. Our $70 price target represents a projected market value of $4.0B or the implied enterprise value plus $231M in net cash.

## RISKS TO TARGET

- Transactional revenue model creates scenarios where revenue visibility could dimish causing wide swings in quarterly revenues.

- Disco has a history of losses and we estimate the company will not generate a financial profit over the near term. Given the company's current operating model, we cannot guarantee it will generate a profit in the future.

- We believe Disco's sales motion can be sensitive to economic cycles. As such, any change in the overall economic marco-environment could meaningfully impact the company's near-term sales prospects.



CS Disco, Inc.  / 3

**Needham**

January 12, 2022

## ANALYST CERTIFICATION

I, Scott Berg hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
| --- | --- | --- |
| **Strong Buy** | 1 | 0 |
| **Buy** | 80 | 33 |
| **Hold** | 18 | 4 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 0 |
| **Restricted** | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 81% of companies under coverage would have a "Buy" rating and 32% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## DISCLOSURES

The Firm has managed or co-managed a public offering of securities for the subject company CS Disco, Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company CS Disco, Inc. in the past 12 months.

The subject company CS Disco, Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: CS Disco, Inc.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the

CS Disco, Inc. / 4



January 12, 2022

companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.

CS Disco, Inc. / 5

CONFIDENTIAL

DISCO_000318