IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LYNN GAMBRILL, Individually and On
Behalf of All Others Similarly Situated,

     *Plaintiff,*

     v.

CS DISCO, INC., KIWI CAMARA, and
MICHAEL LAFAIR,

     *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§

No. 1:24-cv-00028-DAE

## UNOPPOSED MOTION FOR LEAVE TO REPLACE AND AMEND
## ECF NO. 97-5

Defendants CS DISCO, Inc., Kiwi Camara, and Michael Lafair submit this Unopposed Motion for Leave to Replace and Amend Exhibit 4 to the Declaration of Rachel Ivanowsky in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification. At Plaintiff's request, Defendants seek to file a redacted version of Exhibit 4 on the docket, which was previously filed under seal in its entirety. Defendants respectfully request that the Court direct that the document filed at ECF No. 97-5 be replaced with the attached exhibit. Plaintiff does not oppose this request.

Dated: October 10, 2025          Respectfully submitted,

          By: /s/*Brett H. De Jarnette*
          Brett H. De Jarnette
          Admitted *Pro Hac Vice*
          bdejarnette@cooley.com
          Patrick E. Gibbs
          Admitted *Pro Hac Vice*
          pgibbs@cooley.com
          Tijana Brien
          Admitted *Pro Hac Vice*
          tbrien@cooley.com

Ashley Kemper Corkery
Admitted *Pro Hac Vice*
acorkery@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
(650) 843-5000 (phone)
(650) 849-7400 (fax)


Peter D. Kennedy
Texas Bar No. 11296650
pkennedy@gdhm.com
Hailey L. Suggs
Texas Bar No. 24113497
hsuggs@gdhm.com
**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 480-9908 (Fax)


***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on October 10, 2025, via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ Brett H. De Jarnette*