**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 1:24-cv-00028-DAE |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO**
**REPLACE AND AMEND ECF NO. 97-5**

The Court, having considered Defendants CS DISCO, Inc., Kiwi Camara, and Michael Lafair's Motion to Replace and Amend, hereby GRANTS the Motion. The Clerk of Court is directed to replace the document previously filed at ECF No. 97-5 with ECF No. 98-1.

**SIGNED** on October ___, 2025

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE