**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR, <br><br> Defendants. | Case No. 1:24-cv-00028-DAE <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JONATHAN STERN IN SUPPORT OF PLAINTIFF'S MOTION
TO COMPEL**

I, JONATHAN STERN, hereby declare as follows:

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Bert Pluymen ("Plaintiff"). I submit this declaration in support of Plaintiff's Motion to Compel.

2.      On April 9, 2025, Plaintiff served Plaintiff's First Set of Document Requests, a true and correct copy of which is attached hereto as Exhibit A.

3.      On June 25, 2025, Defendants served their Responses to Plaintiff's First Set of Document Requests, a true and correct copy of which is attached hereto as Exhibit B.

4.      On September 19, 2025, Defendants produced to Plaintiff an initial set of about 135 documents.  In that initial set of documents, the names of all CS Disco customers were redacted by the Defendants. Plaintiff contacted Defendants about the redacted documents on September 24, 2025.  Defendants informed Plaintiff that they would continue to produce an unknown number of total documents on a rolling basis but would continue to redact the names of the CS Disco customers during the class period.

1

5. Attached hereto as Exhibit C is a true and correct copy of email correspondence between the parties regarding Defendants' redaction of customer names.

6. Attached hereto as Exhibit D is a true and correct copy of DISCO_028057.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts of DISCO_003621.

8. Attached hereto as Exhibit F is a true and correct copy of portions of CS Disco's Registration Statement dated July 19, 2021.

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct.

Executed: November 14, 2025                              /s/ Jonathan Stern
                                                         Jonathan Stern

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, a true and correct copy of the foregoing document was served on all counsel of record registered via the Court's CM/ECF electronic filing system.

/s/ Jonathan Stern
Jonathan Stern