**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR,<br><br>Defendants. | Case No. 1:24-cv-00028-RP<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

The Court, having considered Lead Plaintiff Bert Pluymen's Motion to Compel Discovery, and finding good cause therein, hereby GRANTS the Motion. Defendants are hereby ordered to produce reproduce all documents that previously with names or other identifying information of CS Disco customers unredacted and to refrain from so redacting documents in the future.

SO ORDERED:


Dated _____, 2025          _____
                                    DAVID A. EZRA
                                    UNITED STATES DISTRICT JUDGE


1