**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>        v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR,<br><br>                  Defendants. | Case No. 1:24-cv-00028-DAE<br><br>CLASS ACTION |

**DECLARATION OF JONATHAN STERN IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE**

I, JONATHAN STERN, hereby declare as follows:

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Bert Pluymen ("Plaintiff"). I submit this declaration in support of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached as Exhibit A is a copy of the Rebuttal Report of Dr. Zachary Nye.

3.      Attached as Exhibit B is the Transcript of the Deposition of Dr. Andrea Eisfeldt.

4.      Attached as Exhibit C is an appendix of cases.

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct.

Executed: November 17, 2025                     /s/ Jonathan Stern
                                            Jonathan Stern

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, a true and correct copy of the foregoing document was served on all counsel of record registered via the Court's CM/ECF electronic filing system.

/s/ Jonathan Stern
Jonathan Stern