**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | NO. 1:24-cv-00028-DAE |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § § § | |
| *Defendants.* | § | |

**MICHAEL LAFAIR DECLARATION IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS MOTION TO COMPEL**

I, Michael Lafair, hereby declare as follows:

1.      I am Chief Financial Officer for Defendant CS Disco, Inc. ("DISCO").  Unless otherwise stated, I have personal knowledge of the following facts and if called to testify as a witness could and would testify competently thereto.

2.      DISCO provides comprehensive and innovative legal product offerings to companies and law firms involved in litigation.  DISCO enters into contracts with its customers that govern these highly confidential engagements and exchange of privileged information.  The e-discovery business is highly competitive, and DISCO has worked hard to secure not only its current clientele but also the trust of its customer base.

3.      DISCO's customers are involved in sensitive work.  In addition to active litigations, DISCO's customers are often involved in undisclosed and highly confidential internal or government investigations.  The timing, expense, and scope of this work is highly confidential and may also reflect a customer's privileged information.  Even the disclosure of a client's name—particularly those clients involved in non-public matters—can implicate these sensitivities.

DECLARATION OF M. LAFAIR
NO. 1:24-CV-00028-DAE

4.      I believe that having to reach out to thousands of our customers to notify and/or seek consent to disclose their name will significantly harm our business, including by causing irreparable harm to customer relations because our customers depend upon us to keep their sensitive and non-public matters confidential.

5.      When DISCO identified a handful of customer names in its IPO Registration Statement, I understand that it followed the necessary consent procedures and obtained express consent for the limited purpose of generally identifying them as a customer of DISCO.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 21, 2025, in Haverford, Pennsylvania.

_Michael Lafair_

_____
Michael Lafair

DECLARATION OF M. LAFAIR
NO. 1:24-CV-00028-DAE

2