**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 1:24-CV-00028-DAE |
| CS DISCO, INC., KIWI CAMARA, and MICHAEL LAFAIR, | § § § § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER**

BEFORE THE COURT is Plaintiff Bert W. Pluymen's Motion to Compel Defendants to produce versions of all responsive documents that do not redact the names of the CS Disco customers during the class period. The Court having read and considered the Motion finds that the Motion should be and is hereby **DENIED.**

Signed and entered this _____ day of _____ 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

-1-