**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>     v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR,<br><br>        Defendants. | Case No. 1:24-cv-00028-DAE<br><br>CLASS ACTION |

**REPLY DECLARATION OF JONATHAN STERN IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL**

I, JONATHAN STERN, hereby declare as follows:

1. I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Bert Pluymen ("Plaintiff"). I submit this declaration in support of Plaintiff's Motion to Compel.

2. Attached hereto as Exhibit A is an excerpt of DISCO_041795, produced by Defendants in this action on November 26, 2025.

3. Attached hereto as Ehxibit B is email correspondence between the parties.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed: November 28, 2025        /s/ Jonathan Stern
                     Jonathan Stern

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2025, a true and correct copy of the foregoing document was served on all counsel of record registered via the Court's CM/ECF electronic filing system.

/s/ Jonathan Stern
Jonathan Stern