**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR,<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-00028-DAE<br><br>CLASS ACTION |

**AGREED JOINT MOTION FOR STAY PENDING SETTLEMENT**

Lead Plaintiff Bert W. Pluymen and Defendants CS Disco, Inc., Kiwi Camara, and Michael Lafair, by and through their counsel, submit this Agreed Joint Motion to Stay.

1.　　　The Parties have reached an agreement in principle to fully resolve all claims in this Action on a classwide basis.

2.　　　The Parties require time to negotiate and memorialize the attendant details of the settlement.

3.　　　Plaintiff intends to move for preliminary approval of the proposed settlement as soon as practicable after a final settlement agreement is executed.

THEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter the accompanying [Proposed] Order, which provides that: "all outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement."

2

Date: December 26, 2025

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Jonathan Stern
        Jonathan Stern

(admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com

*Lead Counsel for the Class*

**KENDALL LAW GROUP, PLLC**
Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Phone: (214) 744-3000
Fax: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Liaison Counsel for the Class*

Respectfully submitted,

**COOLEY LLP**

By: */s/* Brett De Jarnette
        Brett De Jarnette

(admitted *pro hac vice*)
pgibbs@cooley.com
Brett H. De Jarnette
(admitted *pro hac vice*)
pdejarnette@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304-1130
(650) 843-5000 (phone)
(650) 849-7400 (fax)

**Graves, Dougherty, Hearon & Moody, P.C.**
Peter D. Kennedy
State Bar No. 11296650
pkennedy@gdhm.com
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764 (Telephone)
(512) 536-9908 (Fax)

*Counsel for Defendants*

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties conferred on the issue before seeking the relief sought herein and all parties agreed to pursue such relief as an agreed joint motion.

/s/ Jonathan Stern_____
Jonathan Stern

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing document was served on all counsel of record on December 26, 2025 through CM/ECF, in accordance with the Federal Rules of Civil Procedure.

<u>/s/ Joe Kendall</u>
JOE KENDALL

4