**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| LYNN GAMBRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>              v.<br><br>CS DISCO, INC; KIWI CAMARA; MICHAEL LAFAIR,<br><br>                  Defendants. | Case No. 1:24-cv-00028-DAE<br><br>CLASS ACTION |

**[PROPOSED ORDER] GRANTING
AGREED JOINT MOTION FOR STAY PENDING SETTLEMENT**

Before the Court is the Parties' Agreed Joint Motion for Stay Pending Settlement. The Court, having considered the Agreed Joint Motion, finds there is good cause and the Parties' Motion should be GRANTED. It is therefore:

ORDERED that all outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement.

ORDERED that in the event that the settlement is not finalized by the parties or approved by the Court, the stay will be lifted and the litigation will resume. If the stay is lifted, the deadline for all parties to file any Objections to the Report and Recommendations dated December 16, 2025 (Dkt No. 114) shall be extended to fourteen (14) days from the date the stay is lifted.

**ORDERED** this _____ day of _____, 2025.

                                                              _____

                                                              DAVID A. EZRA<br>                                                              UNITED STATES DISTRICT JUDGE